UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-cr-64 (DWF/KMM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD S. ADAMS,

    Defendant.

**NOTICE OF ADDING AN ATTORNEY IN A CRIMINAL CASE**

The following criminal case is adding an Assistant United States Attorney as follows:

<u>Add AUSA</u>

John E. Kokkinen

Dated: March 23, 2017

Respectfully submitted,

GREGORY G. BROOKER
Acting United States Attorney

*s/ David M. Maria*

BY: DAVID M. MARIA
Assistant U.S. Attorney