IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   17-cr-64 DWF/KMM |
| | ) | Date:   March 23, 2017 |
| Edward S. Adams, | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:   9W |
| Defendant. | ) | Time Commenced:   3:25 p.m. |
| | | Time Concluded:   3:35 p.m. |
| | | Time in Court:   10 minutes |

APPEARANCES:

Plaintiff: David Maria, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender
  ✖ FPD    ✖ To be appointed

Date Charges Filed: 3/22/2017         Offense: mail fraud; wire fraud

✖ Advised of Rights

on    ✖ Indictment

✖ **Bond RPR set in the amount of $25,000.00 with conditions; see Order Setting Conditions of Release.**

Next appearance date is March 31, 2017 at 10:00 a.m. before U.S. Magistrate Judge Franklin L. Noel, CR 9W Mpls for:
  ✖ Arraignment hrg

Additional Information:

                                                              s/Janet Midtbo
                                                          Signature of Courtroom Deputy