IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# AMENDED INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 17-cr-64 DWF/KMM |
| | ) | Date: March 23, 2017 |
| Edward S. Adams, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant. | ) | Time Commenced: 3:25 p.m. |
| | | Time Concluded: 3:35 p.m. |
| | | Time in Court: 10 minutes |

APPEARANCES:

Plaintiff: David Maria, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender
✖ FPD     ✖ To be appointed (for today's hearing only)

Date Charges Filed: 3/22/2017     Offense: mail fraud; wire fraud

✖ Advised of Rights

on   ✖ Indictment

✖ **Bond RPR set in the amount of $25,000.00 with conditions; see Order Setting Conditions of Release.**

Next appearance date is March 31, 2017 at 10:00 a.m. before U.S. Magistrate Judge Franklin L. Noel, CR 9W Mpls for:
✖ Arraignment hrg

Additional Information:

s/Janet Midtbo
Signature of Courtroom Deputy
