# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:  Franklin L. Noel |
| v. | U.S. Magistrate Judge |
| Edward S Adams, | |
| Defendants. | |

| | |
|---|---|
| Case No: | 17-cr-64 DWF/KMM |
| Date: | March 31, 2017 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:02 a.m. |
| Time in Court: | 2 minutes |

**APPEARANCES:**

Plaintiff: John Kokkinen, Assistant U.S. Attorney
Defendant: Rachel Paulose
✖ Retained

**Indictment Dated:** March 22, 2017

✖ Reading of Indictment Waived     ✖ Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | April 7, 2017 |
| Defendant's Disclosures Due Date: | April 14, 2017 |
| Motion Filing Date: | April 21, 2017 |
| Motion Response Date: | May 5, 2017 |
| Notice of Intent to Call Witnesses: | May 5, 2017 |
| Responsive Notice Deadline: | May 8, 2017 |
| Motion Hearing Date: | May 12, 2017 at 9:00 a.m. before U.S. Magistrate Judge Kate Menendez, CR 8E Mpls |
| Voir Dire/Jury Instruction Due Date: | June 2, 2016 |
| Status Conference Date: | NA |
| Trial Date: | June 12, 2017 at 9:00 a.m. before U.S. District Donovan W. Frank, CR 7C STP |

Other Remarks:

✖ Counsel to be notified of additional dates by separate Order to be issued.

      s/Janet Midtbo
Signature of Courtroom Deputy
