## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

 Edward S. Adams,

                Defendant.

Criminal No. 17-cr-064-DWF-KMM

**ARRAIGNMENT ORDER**

A hearing was held before the undersigned United States Magistrate Judge on March 31, 2017.  Defendant was present in court with his attorney, Rachel Paulose, Esq.  The government was represented by John Kokkinen, Assistant United States Attorney.

Defendant identified himself by name and birth date; waived the reading of the indictment; and entered a plea of not guilty.

**Pursuant to Local Rule 12.1 (copy attached), IT IS HEREBY ORDERED** that:

1.  The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **April 7, 2017**.  D. Minn. LR 12.1(a)(1).

2.  Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **April 14, 2017**.  D. Minn. LR 12.1(a)(2).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **April 21, 2017**.[1]  D. Minn. LR 12.1(c)(1).

4. **Counsel must electronically file a letter on or before April 21, 2017, if no motions will be filed and there is no need for hearing**.

5. All responses to motions must be filed by **May 5, 2017**.  D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses[2] must be filed by **May 5, 2017**.  D. Minn. LR. 12.1(c)(3)(A).  In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **May 5, 2017**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

7. Any Responsive Notice of Intent to Call Witnesses[3] must be filed by **May 8, 2017**.  D. Minn. LR 12.1(c)(3)(B).

---

[1]     "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party.  The parties must attempt in good faith to clarify and narrow the issues in dispute."  D. Minn. LR 12.1(b).

[2]     "When a party intends to call witnesses at a hearing on a motion under Fed. R. Crim. P. 12(b), the party must file a notice within 35 days after the arraignment.  The notice must identify the number of witnesses whom the party intends to call, the motion or motions that each witness will be addressing, and the estimated duration of each witness's testimony."  D. Minn. LR 12.1(c)(3)(A).

[3]     "If after reviewing a notice under LR 12(c)(3), a party intends to call witnesses at the same hearing, that party must file a responsive notice within 38 days after the arraignment.  The responsive party must identify the number of witnesses whom the

*(footnote continued on next page)*

8. A motions hearing will be held pursuant to Federal Rules of Criminal
   Procedure 12(c) where:

   a. The government makes timely disclosures and Defendant identifies
      in the motions particularized matters for which an evidentiary hearing
      is necessary; or

   b. Oral argument is requested by either party in its motion, objection or
      response pleadings.

9. If required, the motions hearing will be heard before Magistrate Judge Kate
   Menendez on **May 12, 2017**, at **9:00 a.m.**, in **Courtroom 8E**, U.S.
   Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn.
   LR 12.1(d).

10. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT:**
       **the following trial and trial-related dates are:**

All voir dire questions and jury instructions must be submitted to District
Judge Donovan W. Frank on or before **June 2, 2017**.

This case must commence trial on **June 12, 2017**, at **9:00 a.m.** before District
Judge Donovan W. Frank in Courtroom 7C, Warren E. Burger Federal Building and
U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota.

---

party intends to call, the motion or motions each witness will be addressing, and the
estimated duration of each witness's testimony."  D. Minn. LR 12.1(c)(3)(B).

**b. IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Frank to confirm the new trial date.**

Date:  March 31, 2017

s/Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge