AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
MAR 24 2017
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Edward S. Adams | ) | Case No. CR 17-64 DWF/KMM |
| | ) | |
| | ) | |
| Defendant | ) | |

2017 MAR 23 PM 7 37
RECEIVED
US MARSHALS SERVICE
MPLS MN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edward S. Adams,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Counts 1-8: Mail Fraud, 18:1341 and 2; Counts 9-14: Wire Fraud, 18:1343 and 2.

Date: 03/22/2017

*Signature*: Mary Kay Grzybek
*Issuing officer's signature*

City and state: St. Paul, MN

Mary Kay Grzybek, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 3/23/17
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

Arresting officer's signature

Printed name and title

SCANNED APR - 7 2017
U.S. DISTRICT COURT MPLS