UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:17-cr-00064-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Edward S. Adams, | |
| Defendant. | |

At his initial appearance Edward Adams indicated an intention to retain cunsel to represent him in this matter. However, no counsel has yet entered an appearance. To discuss this issue and how it may affect the administration of this case, the Court will hold an in-person status conference. Counsel for the government and Mr. Adams shall appear in person for a status conference **on Wednesday, April 26, 2017, at 10:00 a.m.**, in Courtroom 8E in the United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415.

If Mr. Adams retains counsel prior to the status conference, such counsel shall also appear at the status conference to discuss scheduling issues.

The Clerk of Court is directed to mail a copy of this Order to Mr. Adams at his address, which the Court has provided to the Clerk's Office by separate communication.

**IT IS SO ORDERED.**

Date: April 20, 2017          *s/ Katherine Menendez*
                              Katherine Menendez
                              United States Magistrate Judge