UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Edward S. Adams,<br><br>　　　　　　　Defendant. | File No.  17-CR-64-DWF-KMM<br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby appear as counsel for Defendant Edward S. Adams in the above-captioned action.

Dated:  April 27, 2017

Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

*s/James L. Volling*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com