# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,  | File No. 17-CR-64 DWF-KMM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
|  | **OF COUNSEL** |
| Edward S. Adams, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendant Edward S. Adams in the above-captioned action along with attorneys James L. Volling and Deborah A. Ellingboe of the law firm Faegre Baker Daniels LLP.  Mr. Volling and Ms. Ellingboe have already submitted a Notice of Appearance in this case.

Dated:  April 27, 2017.                                     Respectfully submitted,

                                                                    **WILLIAMS & CONNOLLY LLP**

                                                                    *s/Joseph G. Petrosinelli*
                                                                    Joseph G. Petrosinelli (DC #434280)
                                                                        *Pro hac vice application pending*
                                                                    725 Twelfth Street, N.W.
                                                                    Washington, DC  20005
                                                                    Telephone:  (202) 434-5000
                                                                    Facsimile:  (202) 434-5029
                                                                    jpetrosinelli@wc.com

                                                                    James L. Volling (#113128)
                                                                    Deborah A. Ellingboe (#26216X)
                                                                    FAEGRE BAKER DANIELS LLP

2

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*