IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTE ENTRY

United States of America,

    Plaintiff,

v.

Edward S. Adams,

    Defendant.

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 17-cr-064-DWF-KMM |
| Date: | May 12, 2017 |
| Location: | Chambers 8E |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:01 a.m. |
| Time in Court: | 31 Minutes |

APPEARANCES:

For Plaintiff:  David Michael Maria; DOJ-USAO
For Defendant: James L. Volling; Faegre Baker Daniels LLP

The Court and counsel discussed the issuance of a schedule in this case.  Both sides will submit their respective positions regarding deadlines for pretrial litigation and the trial schedule.  The Court will issue a comprehensive Scheduling Order promptly.

           *s/Wendi Tilden*
           Courtroom Deputy/Judicial Assistant