UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| v. | ) | **MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| EDWARD S. ADAMS, | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the defendant, Edward S. Adams, moves to exclude the period of time from March 31, 2017 (the date of Adams' arraignment) through May 7, 2018 (the date Adams and his counsel have requested as a date certain for trial) from the Speedy Trial Act computations in this case. The grounds for this motion are set forth in the accompanying Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. A proposed order accompanies this motion.

Dated: May 15, 2017

*s/James L. Volling*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Sarah Lochner O'Connor (DC Bar #1012405)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
soconnor@wc.com

Attorneys for Defendant Edward S. Adams