# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD S. ADAMS,<br><br>　　　　　　　　Defendant. | 17-cr-64-DWF-KMM<br><br>**INDEX OF EXHIBIT TO DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER AND SETTING OF TRIAL DATE** |

| Exhibit | Description |
|---|---|
| A | Defendant Edward S. Adams' Proposed Case Schedule |

Dated:　　May 15, 2017　　　　　　　　*s/Deborah A. Ellingboe*
　　　　　　　　　　　　　　　　　　　　James L. Volling (#113128)
　　　　　　　　　　　　　　　　　　　　Deborah A. Ellingboe (#26216X)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (612) 766-1600
　　　　　　　　　　　　　　　　　　　　james.volling@faegrebd.com
　　　　　　　　　　　　　　　　　　　　debbie.ellingboe@faegrebd.com

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Sarah Lochner O'Connor (DC Bar #1012405)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
soconnor@wc.com

Attorneys for Defendant Edward S. Adams