## Exhibit A

## DEFENDANT EDWARD S. ADAMS' PROPOSED CASE SCHEDULE

| | |
|---|---|
| June 12, 2017 | Government's disclosures pursuant to Federal Rule of Criminal Procedure 16(a) (excluding expert disclosures) |
| October 9, 2017 | Defendant's disclosures pursuant to Federal Rule of Criminal Procedure 16(b) (excluding expert disclosures) |
| November 5, 2017 | Pretrial Motions (other than discovery motions) |
| December 3, 2017 | Oppositions to Pretrial Motions |
| December 15, 2017[1] | Hearing on Pretrial Motions |
| January 8, 2018 | Government's disclosures of any proposed Rule 404(b) or Rule 801(d)(2) evidence |
| February 26, 2018 | Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16 |
| March 5, 2018 | Government's disclosures pursuant to *Brady*, *Giglio*, and *Jencks* |
| March 16, 2018 | Motions in Limine |
| March 26, 2018 | Defendant's expert disclosures pursuant to Federal Rule of Criminal Procedure 16 |
| March 30, 2018 | Oppositions to Motions in Limine |
| April 6, 2018 | Trial brief, voir dire, and proposed jury instructions |
| May 7, 2018 | Trial begins |

---

[1] Defendant suggests December 15, 2017 as the date for a pretrial motions hearing, but the defense defers to the Court as to when in December 2017 (or otherwise) it would like to hear the pretrial motions.