UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  )<br>          Plaintiff,  )<br>  )<br>     V.  )<br>  )<br> EDWARD S. ADAMS,  )<br>  )<br>  )<br>          Defendant.  )<br>  )<br>  ) | 17-cr-64-DWF-KMM<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I, Deborah A. Ellingboe, certify that on May 15, 2017, I caused the following:

**Proposed Order (on Defendant's Motion
To Exclude Time under the Speedy Trial Act)**

to be filed with the Court via email to the following Magistrate Judge who is considering

Defendant's motion:

**The Honorable Kate M. Menendez, Magistrate Judge
United States District Court for the District of Minnesota**
menendez_chambers@mnd.uscourts.gov

I also certify that I caused a copy of the proposed order to be emailed to the following:

    David Maria:               david.maria@usdoj.gov
    John E Kokkinen:       john.kokkinen@usdoj.gov

Dated: May 16, 2017 *s/Deborah A. Ellingboe*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com