UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EDWARD S. ADAMS,<br><br>            Defendant. | )<br>)<br>)   17-cr-64-DWF-KMM<br>)<br>)<br>)   **CERTIFICATE OF SERVICE OF**<br>)   **PROPOSED ORDER**<br>)<br>)<br>)<br>)<br>) |

I, Deborah A. Ellingboe, certify that on May 15, 2017, I caused the following:

**Proposed Order (on Defendant's Motion for Entry of Scheduling Order and Setting of Trial Date)**

to be filed with the Court via email to the following Magistrate Judge who is considering

Defendant's motion:

**The Honorable Kate M. Menendez, Magistrate Judge**
**United States District Court for the District of Minnesota**
menendez_chambers@mnd.uscourts.gov

I also certify that I caused a copy of the proposed order to be emailed to the following:

| | |
|---|---|
| David Maria: | david.maria@usdoj.gov |
| John E Kokkinen: | john.kokkinen@usdoj.gov |

Dated:　　May 16, 2017　　　　　　　　*s/Deborah A. Ellingboe*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com