UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SUPPRESS** |
| | ) | |
| EDWARD S. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 12 of the Federal Rules of Criminal Procedure and the Fourth Amendment, Edward S. Adams, through undersigned counsel, moves for an order suppressing the electronically stored information relating to Mr. Adams's email accounts that the government seized from Yahoo! and all evidence derived therefrom, and directing the government to destroy or return all of the information obtained from those email accounts. Alternatively, Mr. Adams asks that an evidentiary hearing be held to develop a full record concerning the government's conduct.

The grounds for this motion are set forth in the accompanying memorandum.

Dated: September 27, 2017

Respectfully submitted,

/s/ *James L. Volling*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600

james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Sarah Lochner O'Connor (DC Bar #1012405)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
soconnor@wc.com

Attorneys for Defendant Edward S. Adams