## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **INDEX OF EXHIBITS TO** |
| | ) | **DEFENDANT'S MOTION TO** |
| EDWARD S. ADAMS, | ) | **SUPPRESS** |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Exhibit 1 | Nov. 25, 2015 Application For A Search Warrant |
| Exhibit 2 | Nov. 25, 2015 Search And Seizure Warrant |
| Exhibit 3 | Jan. 7, 2016 Application For A Search Warrant |
| Exhibit 4 | Jan. 7, 2016 Search And Seizure Warrant |
| Exhibit 5 | Excerpts from Defendant's Aug. 27 and Oct. 8, 2015 Deposition before Securities and Exchange Commission |
| Exhibit 6 | Excerpt of docket in *McPheely v. Adams* litigation |
| Exhibit 7 | Excerpt of docket in *Sennott v. Adams* litigation |
| Exhibit 8 | Certificate of Service in *Fink v. Adams* litigation |
| Exhibit 9 | Excerpt of docket in *Mack v. Adams* litigation |
| Exhibit 10 | May 16, 2017 Letter from Government |
| Exhibit 11 | May 16 – Aug. 23, 2017 Email Correspondence with Government |
| Exhibit 12 | May 16, 2017 Letter to Government |
| Exhibit 13 | August 31, 2017 Letter to Government |
| Exhibit 14 | Sept. 8–15, 2017 Email Correspondence with Government |