UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-00064 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **GOVERNMENT'S MOTION TO** |
| | ) **EXTEND FILING DEADLINE** |
| v. | ) |
| EDWARD S. ADAMS, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Gregory G. Brooker, Acting United States Attorney for the District of Minnesota, and David M. Maria and John Kokkinen, Assistant United States Attorneys, respectfully submits this motion requesting an additional two weeks, until November 1, 2017, to respond to defendant's pretrial motions. Due to the demands of multiple ongoing investigations, cases, court appearances, and travel obligations, additional time is needed to evaluate and respond to defendant's motions, which defendant had four months to prepare from the time of the scheduling order. Counsel for Mr. Adams have indicated that they have no objection to the extension.

Dated: October 16, 2017

Respectfully Submitted,

GREGORY G. BROOKER
Acting United States Attorney

/s/ David M. Maria

BY: DAVID M. MARIA
JOHN E. KOKKINEN
Assistant U.S. Attorneys