UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-64-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD S. ADAMS, | |
| Defendant. | |

This matter is before the Court on the United States' Motion to Extend the Filing Deadline for its response to defendant's pretrial motions (ECF No. 42). There being no objection to said Motion, and good cause having been shown,

IT IS HEREBY ORDERED that the United States shall file its Response on or before **November 1, 2017**.

The pretrial motions hearing will take place on **November 9, 2017, at 9:00 a.m.**, in Courtroom 8E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: October 16, 2017      *s/Steven E. Rau*
                            Steven E. Rau
                            United States Magistrate Judge