UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **GOVERNMENT'S MOTION TO** |
| | ) **EXTEND FILING DEADLINE** |
| v. | ) |
| | ) |
| EDWARD S. ADAMS, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Gregory G. Brooker, Acting United States Attorney for the District of Minnesota, and David M. Maria and John Kokkinen, Assistant United States Attorneys, respectfully submits this motion requesting an additional two weeks, until November 15, 2017, to respond to defendant's pretrial motions. Responses to defendant's motions are progressing, but due to the demands of multiple ongoing investigations, cases, court appearances, and the length and nature of the pending motions, additional time is needed to respond. Defendant's briefing totals nearly sixty pages, includes a number of factual and legal claims, and was prepared over a four-month period from the time of the Scheduling Order. The trial date in this matter is April

23, 2018.  The government has reached out to counsel for Mr. Adams to confer regarding this motion but has not yet received a response.

Dated: October 31, 2017

                                            Respectfully Submitted,

                                            GREGORY G. BROOKER
                                            Acting United States Attorney

                                            /s/ David M. Maria

                                            BY:   DAVID M. MARIA
                                            JOHN E. KOKKINEN
                                            Assistant U.S. Attorneys