UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **RESPONSE TO** |
| | ) | **GOVERNMENT'S MOTION TO** |
| EDWARD S. ADAMS, | ) | **EXTEND FILING DEADLINE** |
| | ) | |
| Defendant. | ) | |

Mr. Adams, by and through his undersigned counsel, takes no position with respect to the Government's request for an extension to file its responses to his pretrial motions. To give the Court all relevant facts for it to consider the Government's motion and (if needed) set new dates, Mr. Adams states the following:

1. Mr. Adams' motions (Dkt. 34 and 36) were initially filed on September 27, 2017. This was the date the Court set in the May 18, 2017 scheduling order (Dkt. 33). (Mr. Adams had generally sought a lengthier schedule for the litigation of this complex matter; the Government opposed Mr. Adams' proposed schedule. (Dkt. 28 & 32)) Under the scheduling order, the Government was given nearly three weeks, until October 18, 2017, to file oppositions to the motions.

2. On October 16, 2017, the Government requested two additional weeks to prepare and file its oppositions. Mr. Adams consented to the Government's request for an extension, and an extension was granted (Dkt. 43) setting

November 1 as the new due date for the oppositions, and moving the hearing date on the motions to November 9.

3. Yesterday, October 31, 2017, the day before the Government's oppositions are now due, and just over a week before the hearing on the motion, the Government left a voice mail message for one of the lawyers for Mr. Adams to request a second two-week extension. The Government did not contact any of the other lawyers who have appeared for Mr. Adams. It filed its motion for an extension a few hours later (Dkt. 44).

4. The Government's second request for an extension to respond to these motions would result in a second postponement of the motions hearing, presently scheduled for November 9. Given the nature of the relief sought by Mr. Adams in his motions—a bill of particulars, and suppression of certain email evidence or an evidentiary hearing in the alternative—Mr. Adams is concerned that the passage of time without a hearing and decision on these motions will adversely impact his ability to prepare for trial on the present schedule. Accordingly, if the Court is inclined to grant the instant motion, thereby extending the Government's response date to November 15, 2017, in light of the Thanksgiving holiday the following week, we respectfully request that the motions hearing be scheduled for the week of November 27, or as soon thereafter as possible.

Dated:  November 1, 2017                    Respectfully submitted,


   /s/ *James L. Volling*
James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Sarah Lochner O'Connor (DC Bar #1012405)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
soconnor@wc.com

Attorneys for Defendant Edward S. Adams