UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 17-cr-64-DWF-KMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| EDWARD S. ADAMS, ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion to Extend the Filing Deadline for its response to defendant's pretrial motions (ECF No. 44). Counsel for Mr. Adams filed a Response taking no position with respect to said Motion (ECF No. 45). The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the United States Motion is GRANTED. The United States shall file its Response on or before **November 15, 2017**.

The November 9, 2017, pretrial motions hearing is CONTINUED to **November 27, 2017, at 9:30 a.m.**, in Courtroom 8E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: November 1, 2017        *s/Katherine Menendez*
                              Katherine Menendez
                              United States Magistrate Judge