UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

      Plaintiff,

v.  **NOTICE OF APPEARANCE**

EDWARD S. ADAMS,

      Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

David M. Genrich

Dated: November 15, 2017          Respectfully submitted,

                                            GREGORY G. BROOKER
                                            Acting United States Attorney

                                            *s/ David M. Genrich*

                                            BY:  DAVID M. GENRICH
                                            Assistant U.S. Attorney
                                            Attorney ID No. 0281311