UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD S. ADAMS, )<br>)<br>Defendant. ) | **JOINT MOTION**<br>**FOR CONTINUANCE AND**<br>**REVISED SCHEDULING**<br>**O**R**DER** |

The parties in the above-captioned matter, through undersigned counsel, respectfully and jointly move for continuance of the motions hearing date and entry of a revised scheduling order.

Following the filing of the government's responsive memoranda this week in connection with Mr. Adams' motions, the parties conferred with respect to motions and evidentiary hearings. Based upon the filings and proceedings to date, and the intervening holiday next week, the parties jointly seek additional time to prepare for the hearings and to prepare and provide any required notices in advance. The parties also seek a consolidated motions and evidentiary hearing in the interests of efficiency for the Court and in consideration of travel by Mr. Adams' counsel.

The trial date in this matter is set for April 2018, and the parties do not request any adjustment to the trial date or deadlines related to it. The parties respectfully request that a consolidated motions and evidentiary hearing be held on December 8, 2017, if convenient for the Court. The parties propose that both parties be required to file a Notice of Intent to Call Witnesses one week before the new hearing date. Both parties would be required to file any responsive Notice of Intent to Call Witnesses within 48 hours after the initial notice is filed. All other deadlines contained in the Court's Scheduling Order dated May 18, 2017 (DCD 33) would remain the same.

## CONCLUSION

For the foregoing reasons, the parties respectfully request a continuance of the motions hearing date and a revised scheduling order that incorporates the dates requested above.

Dated:  November 17, 2017                    Respectfully Submitted,

s/ David M. Genrich                          /s James L. Volling
  GREGORY S. BROOKER                         JAMES L. VOLLING (#113128)
  Acting United States Attorney              DEBORAH A. ELLINGBOE (#26216X)
                                             FAEGRE BAKER DANIELS LLP
  BY:                                        2200 Wells Fargo Center
  DAVID M. GENRICH                           90 South Seventh Street
  DAVID M. MARIA                             Minneapolis, MN 55402
  JOHN E. KOKKINEN                           Telephone: (612) 766-7000
  Assistant United States Attorneys          Facsimile: (612) 766-1600
                                             james.volling@faegrebd.com
                                             debbie.ellingboe@faegrebd.com

                                             JOSEPH G. PETROSINELLI (DC Bar #434280)
                                             LANCE WADE (DC Bar #484845)
                                             SARAH LOCHNER O'CONNOR (DC Bar #1012405)
                                             WILLIAMS & CONNOLLY LLP
                                             725 Twelfth Street NW
                                             Washington, DC 20005
                                             Telephone: (202) 434-5000
                                             jpetrosinelli@wc.com
                                             lwade@wc.com
                                             soconnor@wc.com

                                             Attorneys for Defendant Edward S. Adams