UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 17-cr-64-DWF-KMM |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDWARD S. ADAMS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Motion for Continuance and Revised Scheduling Order (ECF No. 50). The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that good cause has been shown, therefore the Joint Motion is GRANTED as follows:

1. A consolidated pretrial motions and evidentiary hearing will take place on **December 7, 2017, at 10:30 a.m.**, in Courtroom 8E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

2. Both parties' Notice of Intent to Call Witnesses must be filed by **November 30, 2017**.

3. Any responsive Notice of Intent to Call Witnesses must be filed by **December 4, 2017**.

4. All other deadlines shall remain unchanged.

Date: November 20, 2017

*s/ Katherine Menendez*
Katherine Menendez
United States Magistrate Judge