UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **NOTICE OF INTENT** |
| | ) | **TO CALL WITNESSES** |
| EDWARD S. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 12.1(c)(3) and the Court's November 20, 2017 Scheduling Order (DCD 51), Mr. Adams, by and through his undersigned counsel, provides the following notice of his intent to call the following witnesses at the upcoming evidentiary hearing on December 7, 2017.

| Witness | Motion | Estimated Duration |
|---|---|---|
| U.S. Postal Inspector Christie Kroells | Motion to Suppress (DCD 36) | 1.5 hours |
| Summary witness | Motion to Suppress (DCD 36) | 30 minutes |

Mr. Adams anticipates identifying additional witnesses in his Responsive Notice after receiving the Government's LR 12.1(c)(3) Notice and production of hearing materials.

Dated:  November 30, 2017		Respectfully submitted,


		  /s/ *Lance Wade*  
		Joseph G. Petrosinelli (DC Bar #434280)
		Lance Wade (DC Bar #484845)
		Sarah Lochner O'Connor (DC Bar #1012405)
		WILLIAMS & CONNOLLY LLP
		725 Twelfth Street, N.W.
		Washington, DC  20005
		Telephone:  (202) 434-5000
		jpetrosinelli@wc.com
		lwade@wc.com
		soconnor@wc.com

		James L. Volling (#113128)
		Deborah A. Ellingboe (#26216X)
		FAEGRE BAKER DANIELS LLP
		2200 Wells Fargo Center
		90 South Seventh Street
		Minneapolis, MN  55420
		Telephone:  (612) 766-7000
		Facsimile:  (612) 766-1600
		james.volling@faegrebd.com
		debbie.ellingboe@faegrebd.com

		Attorneys for Defendant Edward S. Adams