# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| Edward S. Adams | |
| Defendant. | |

| | |
|---|---|
| Case No: | 17-cr-00064 (DWF/KMM) |
| Date: | December 5, 2017 |
| Location: | Minneapolis, Chambers 8E |
| Time Commenced: | 12:45 pm |
| Time Concluded: | 1:15 pm |
| Time in Court: | 30 minutes |

**APPEARANCES:**

    For Plaintiff:    David McLaughlin, David Genrich, United States Attorney's Office

    For Defendant:    Lance Wade, Williams & Connolly LLP


The Court and counsel discussed the parties' recent filings and preparation for the criminal motions hearing scheduled for December 7, 2017. Counsel for the government requested that the hearing be continued to allow them time to prepare a response to defense counsel's 12/4/2017 Notice of Intent to Call Witnesses, which included an Assistant United States Attorney on the case, and to follow the requisite *Touhy* procedure.

The criminal motions hearing scheduled for December 7, 2017 at 10:30 AM in Courtroom 8E is canceled and will be rescheduled. The Court offered dates in early January 2018. Counsel will confer to determine availability on those dates and will submit a proposed briefing schedule. In the event that counsel are not available on those dates, they will contact chambers for additional dates.

The criminal motions hearing scheduled for December 7, 2017 in this matter is **CANCELED**. The parties must submit a proposed briefing schedule and hearing date **on or before December 12, 2017**. **Text only order needed**.

                                                       *s/AHR*
                                                      Signature of Law Clerk