UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **NOTICE OF APPEARANCE**

EDWARD S. ADAMS,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

David J. MacLaughlin

Dated: December 11, 2017        Respectfully submitted,

        GREGORY G. BROOKER
        Acting United States Attorney

        s/ David J. MacLaughlin

        BY: DAVID J. MACLAUGHLIN
        Assistant U.S. Attorney
        Attorney ID No. 211849