UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD S. ADAMS,

    Defendant.

PARTIES' STIPULATION REGARDING MOTIONS SCHEDULE

The parties to this action, the United States of America, by and through its attorneys, Acting United States Attorney Gregory G. Brooker and Assistant United States Attorney David J. MacLaughlin, and the defendant, Edward S. Adams, by and through his attorney, Lance A. Wade, Williams & Connolly LLP, have conferred regarding the pre-hearing briefing schedule and hearing date, as directed by the Court in its Minute Order of December 5, 2017 (ECF No. 57). Having so conferred, the parties stipulate to the following deadlines and dates in connection with litigation of pretrial motions in this case:

1. The government shall file its Motion to Quash the subpoena served on AUSA David Maria on or before Wednesday, December 13, 2017. Should the parties have additional motions relating to the pretrial motions hearing in this case, the same filing deadline applies to those motions as well.

2. The parties shall file responses to all motions filed in accordance with paragraph 1 on or before Wednesday, December 20, 2017.

3. The motions hearing in this case shall take place on Monday, January 8, 2018, at 9:00 a.m. before the Honorable Katherine M. Menendez in Courtroom 8E of the United States Courthouse located at 300 South Fourth Street in Minneapolis, Minnesota.

_____
David J. MacLaughlin
Assistant U.S. Attorney

_____
Lance A. Wade
Attorney for Mr. Adams

Based upon the parties' stipulation, IT IS SO ORDERED.

_____
The Honorable Katherine M. Menendez
United States Magistrate Judge