UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD S. ADAMS,

    Defendant.

GOVERNMENT'S SUPPLEMENT TO THE PARTIES' STIPULATION REGARDING MOTIONS SCHEDULE

The United States of America, by and through its attorneys, Acting United States Attorney Gregory G. Brooker and Assistant United States Attorney David J. MacLaughlin, respectfully submits its Supplement to the Parties' Stipulation Regarding Motions Schedule (ECF No. 61).

The government anticipates that the Court will benefit from a reply to Mr. Adam's response to the Government's Motion to Quash. The government will file its reply as soon as practicable after receiving Mr. Adam's response on December 20, 2017, and in no event later than December 27, 2017.

Dated: December 11, 2017

Respectfully submitted,

GREGORY G. BROOKER
Acting United States Attorney

s/ David J. MacLaughlin

BY: DAVID J. MACLAUGHLIN
Assistant U.S. Attorney