# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:17-CR-00064-DWF-KMM |
| Plaintiff, | |
| v. | |
| Edward S. Adams, | **ORDER** |
| Defendant. | |

The parties to this matter filed a Stipulation Regarding Motions Schedule concerning the hearing scheduled for January 8, 2018. The government additionally filed a Supplement to the Parties' Stipulation Regarding Motions Schedule indicating that they would like an opportunity to file a reply.

The parties' proposed briefing schedule is **APPROVED**. **IT IS HEREBY ORDERED THAT:**

(1) The government shall file its Motion to Quash the subpoena as to AUSA David Maria **on or before Wednesday December 13, 2017**. Should the parties have additional motions relating to the pretrial motions hearing in this case, the same filing deadline applies to those motions as well.

(2) The parties shall file responses to all motions filed in accordance with paragraph 1 **on or before Wednesday, December 20, 2017**.

(3) Should the government wish to file a reply to Mr. Adams's response to the government's motion to quash, such reply shall be filed **on or before December 27, 2017**.

Date: December 12, 2017

_s/ Katherine Menendez_
Katherine Menendez
United States Magistrate Judge