UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **MOTION TO QUASH** |
| v. | ) |
| EDWARD S. ADAMS, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, respectfully submits this motion to quash a subpoena served upon Assistant United States Attorney David M. Maria by Edward Adams. The government brings the motion pursuant to Federal Rule of Criminal Procedure 17(c)(2) and the authorities cited within the memorandum filed in support of this motion.

Dated: December 13, 2017         Respectfully Submitted,

GREGORY G. BROOKER
Acting United States Attorney

/s/ David M. Genrich

BY:   DAVID M. GENRICH
DAVID M. MARIA
JOHN E. KOKKINEN
DAVID J. MACLAUGHLIN
Assistant U.S. Attorneys