# EXHIBIT 1



**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

600 United States Courthouse    Telephone: (612) 664-5600
300 South Fourth Street         Fax: (612) 664-5787
Minneapolis, MN 55415

April 7, 2017

Rachel Paulose
DLA Piper LLP
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402-2103

      Re: *United States v. Edward S. Adams*
          Cr. 17-64 (DWF/KMM)

Dear Ms. Paulose:

    Pursuant to our discovery obligations, we will be making documents available to you early next week via USAfx (which will also include the load files). Those materials are in the final stages of being prepared for production. For your convenience, the attached log details the material that will be made available next week.

    The following documents are not available in electronic format but are available for review in our office:

- Berwyn Fund Prospectus/Annual Reports
- Santander Bank Scio records

    Additionally, the SEC produced a database of documents to us related to its investigation. We believe that Mr. Adams may already have these documents or have been provided access to them by the SEC, but we can provide you with a copy of this database upon request. We also have transcripts of the testimony of several witnesses who appeared before the SEC (including Mr. Adams), as well as numbered exhibits from the testimony. If Mr. Adams has not yet received these materials, we will provide them to you upon request.

    Finally, as you are likely aware, we obtained emails from Mr. Adams' two Yahoo email accounts via search and seizure warrant. We will provide you with the data from the two accounts in the unfiltered format in which it was produced by Yahoo, as well as the database with which we have been working, which has been filtered in an effort to remove potentially privileged, as well as non-responsive, emails and documents. We are

April 7, 2017
Page 2

now processing that database for production, and, upon completion of the processing, we will provide it to you. If you would like a copy of the three databases discussed above (the SEC database, the unfiltered Yahoo materials, and the filtered email database), you will need to provide a 200GB hard drive onto which we can copy these materials. We will contact you when the processing has been completed and the materials have been copied onto the hard drive.

Please feel free to call either one of us with any questions.

Sincerely,

GREGORY G. BROOKER
Acting United States Attorney

BY: DAVID M. MARIA
 JOHN E. KOKKINEN
Assistant U.S. Attorneys

Adams Records                                                                 4/7/2017

| Source | Beg Doc | End Doc |
|---|---|---|
| Abujawdeh, Dina | 00013246 | 00013247 |
| Adams, Denise L. (Atty: Jon Hopeman) | 00000001 | 00000018 |
| Adams, Edward S. (Atty: Jon Hopeman) | 00000019 | 00002400 |
| Adams, Edward S. (Atty: Jon Hopeman) | 00013248 | 00013581 |
| Adams, Edward S. (Atty: Jon Hopeman) | 00013582 | 00013840 |
| Altenbach, Susan | 00014010 | 00014343 |
| American Express/Datamark, | 00042751 | 00042753 |
| American Express/Datamark, | 00045668 | 00045862 |
| American Express/Datamark, | 00045885 | 00045986 |
| American Express/Datamark, | 00046096 | 00046227 |
| American Express/Datamark, | 00046304 | 00046362 |
| American Express/Datamark, | 00046942 | 00047073 |
| AMG Funds | 00014344 | 00014383 |
| Ariel Investment Trust | 00014384 | 00014437 |
| Bank of America | 00014438 | 00014454 |
| Bank of America | 0001445 | 00015765 |
| Bank of America | 00015766 | 00015774 |
| Bank of America NA | 00002589 | 00002609 |
| Barnstable County Registry Of Deeds (MA) | 00002610 | 00002643 |
| Berman, Lyle | 00015775 | 00016255 |
| Berwyn Funds | 00016256 | 00016263 |
| Berwyn Funds | | |
| Bruce Fund c/o Huntington Asset Services, Inc. | 00016270 | 00016294 |
| Burnett County Register Of Deeds (WI) | 00002644 | 00002706 |

Adams Records                                4/7/2017

| Source | Beg Doc | End Doc |
|---|---|---|
| Charles Schwab & Co. Inc. | 00016295 | 00019371 |
| Charles Schwab Bank | 00019372 | 00019372 |
| Clifton Larson Allen | 00019373 | 00027680 |
| Commonwealth of Massachusetts Attn: Massachusetts Environmental Police Boat, Recreation Vehicle & Snowmobile Registration Bureau (MA) | 00002707 | 00002720 |
| Delta Airlines, Inc. | 00002721 | 00002739 |
| Devenir Wealth Management | 00027681 | 00028060 |
| Elan Financial | 00041575 | 00041973 |
| Elan Financial | 00042125 | 00042288 |
| EMAIL | 00000001 | 00489258 |
| Empire Stock Transfer Inc. | 00042941 | 00045584 |
| Empire Stock Transfer Inc. | 00051715 | 00051741 |
| Empire Stock Transfer Inc. | 00002740 | 00002936 |
| Engelkemier | 00028061 | 00028609 |
| Engkjer-Spitzley M. Faye | 00028145 | 00028609 |
| Exterior Design Studio LTD | 00042754 | 00042766 |
| Fidelity Investments/Fidelity Brokerage Services | 00002937 | 00004400 |
| Fidelity Investments/Fidelity Workplace Services | 00042767 | 00042781 |
| Fidelity Investments/Fidelity Workplace Services | 00045585 | 00045609 |
| Fifth Third Bank | 00028610 | 00028617 |
| First Eagle Funds | 00005847 | 00005896 |
| First National Bank | 00028618 | 00028987 |
| First National Bank | 00028988 | 00029276 |
| First National Bank | 00005897 | 00005931 |
| Gabelli Funds | 00029277 | 00029299 |

Adams Records                                                                 4/7/2017

| Source | Beg Doc | End Doc |
|---|---|---|
| Hennepin County Recorder & Registrar of Titles | 00005932 | 00006099 |
| Hennepin County Recorder & Registrar of Titles | 00029300 | 00029383 |
| Hey, Steven | 00042289 | 00042592 |
| Intralinks, Inc. | 00029422 | 00029422 |
| Johnson, Harry | 00029423 | 00030218 |
| Krochmal, Michael | 00030219 | 00030228 |
| Krochmal, Michael | 00042593 | 00042612 |
| Legg Mason Global Asset Management | 00030231 | 00030276 |
| Lister, Carol | 00030279 | 00030597 |
| Mack, Kris | 00030598 | 00030598 |
| Mass Mutual Financial Group | 00030599 | 00030599 |
| MB Financial Bank, N.A. | 00047074 | 00047395 |
| MBSC Securities Corporation c/o The Bank of New York Melon | 00030600 | 00030729 |
| McKoskey, William | 00030730 | 00031343 |
| Minnesota Dept. of Public Safety Driver & Vehicle Services | 00031344 | 00031370 |
| Monahan, Michael R. (atty: Paul Dworak) | 00002401 | 00002588 |
| Mumm, Chris | 00031371 | 00031837 |
| Murry & Associates | 00031838 | 00034791 |
| Murry & Associates | 00034732 | 00034791 |
| Newport Coast Securities | 00034792 | 00035078 |
| Nymeo Federal Credit Union | 00035079 | 00035083 |
| Parsons Commercial Group, Inc. | 00006184 | 00006430 |
| PeoplesBank | 00006447 | 00006451 |
| PEOPLESBANK | 00006431 | 00006446 |
| Plekkenpol Builders Inc. | 00042782 | 00042928 |
| Quantronix, Inc. | 00035533 | 00035547 |
| Rapello, Paul | 00035548 | 00035622 |
| Riedel, John | 00045649 | 00045667 |
| Rothman, Steve | 00035623 | 00035716 |
| Rydex Fund Services, LLC/Guggenheim Investments | | |

Adams Records                                                              4/7/2017

| Source | Beg Doc | End Doc |
|---|---|---|
| Rydex Funds Services | 00035717 | 00035851 |
| Sankovsky, Robert | 00035852 | 00036099 |
| Santander Bank, NA | | |
| Santander Bank, NA | | |
| Santander Bank, NA | | |
| Schroeder, Brett | 00036100 | 00036413 |
| Scio Diamond Technology Corp. | 00009639 | 00011540 |
| Scio Diamond Technology Corp. | | |
| SEC | SEC-USAO-000000001 | SEC-USAO-000021388 |
| SEC | SEC-ADAMS-000001 | SEC-ADAMS-032745 |
| SEC | EST_00000001 | EST_00017016 |
| SEC | SEC-MONAHAN-000001 | SEC-MONAHAN-002678 |
| Security Mutual Life Insurance Company of New York | 00036422 | 00036751 |
| South State Bank | 00006452 | 00006917 |
| South State Bank (South Carolina Bank & Trust) | 00036752 | 00037974 |
| TIAA CREF Financial Services | 00038756 | |
| TIAA CREF Financial Services | | 00038941 |
| Topographix | 00038942 | 0039163 |
| TransUnion | 00042929 | 00042940 |
| Turturici, Jamie | 00042613 | 00042750 |
| US Bank National Association | 00039164 | 00039251 |
| Vanguard Group, LLC | 00039252 | 00039357 |
| Vartughian, Ed | 00039358 | 00039411 |
| Venture Bank | 00039412 | 00039805 |
| Venture Bank | 00039806 | 00040450 |

Adams Records                                                               4/7/2017

| Source | Beg Doc | End Doc |
|---|---|---|
| Venture Bank | 00040451 | 00040533 |
| Venture Bank | 00040534 | 00040829 |
| Venture Bank | 00006918 | 00008097 |
| Venture Bank | 00047396 | 00050250 |
| Wells Fargo Bank, N.A. | 00050251 | 00051714 |
| Wells Fargo Financial Advisors, LLC | 00008098 | 00009638 |
| Wells Fargo Home Mortgage | 00045610 | 00045648 |
| Westwood Funds | 00040830 | 00040856 |
| Winchester, Slade | 0040857 | 00040939 |
| Wisconsin Dept. of Natural Resources | 00040940 | 00040949 |
| Zipkin, Jill S. | 00011541 | 00013245 |
| Zipkin, Larry | 0040950 | 00041574 |