# EXHIBIT 2

Case No. 20L2433-MF

Exhibit No.

A0130708L

## Property/Evidence Tag/Label

Recovered By (Printed Name & Signature)
Christie Kroells Christie A. Kroells

Date Recovered 3/7/16

Recovered From (Name / Location)
Yahoo Inc.

Description
Black Disk flashdrive with
Contents of search warrant for
email addresses: 1freak.edwards.adams,
mrdudefreeman@yahoo.com.

**CHAIN OF CUSTODY**

Rec'd — Jennifer Fetter _(signature)_ 3-7-16
(Printed Name / Signature / Date)

Rec'd Diane E. _(signature)_ 3/17/16
(Printed Name / Signature / Date)

Rec'd HAMIS _(signature)_ 4/4/16
(Printed Name / Signature / Date)

Rec'd Brandon _(signature)_ 11/4/17
(Printed Name / Signature / Date)

Rec'd HAMIS _(signature)_ 11/14/17
(Printed Name / Signature / Date)

Rec'd
(Printed Name / Signature / Date)

Rec'd
(Printed Name / Signature / Date)

Rec'd
(Printed Name / Signature / Date)

Rec'd
(Printed Name / Signature / Date)

PS Form 715, June 2003

ADAMS, EDWARD

2014K00512