# EXHIBIT 3

# Excerpt of "All Activity Deliverable 2017-12-15 Final Prosecution team.pdf"

| Name | Action | Object Type | User Name | Timestamp | Details | Zeitz Notes | Searches |
|---|---|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:13:43 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;10&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;View or Search&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) WHERE [Document].[AccessControlListID_D] IN ([1]) &lt;/QueryText&gt;&lt;Milliseconds&gt;33&lt;/Milliseconds&gt;&lt;/auditElement&gt; | Opening of Relativity database. No searches executed and no document viewed. | |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:13:43 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;10&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;View or Search&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) WHERE [Document].[AccessControlListID_D] IN ([1]) ORDER BY [Document].[ControlNumber], [Document].[ArtifactID] ------ records returned: 1000 --- &lt;/QueryText&gt;&lt;Milliseconds&gt;33&lt;/Milliseconds&gt;&lt;/auditElement&gt; | Opening of Relativity database. No searches executed and no document viewed. | |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:13:49 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;108&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;Count&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT COUNT([Document].[ArtifactID]) FROM [Document] (NOLOCK) LEFT JOIN [Folder] (NOLOCK) ON [folder].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[AccessControlListID_D] IN ([1]) AND [Document].[ArtifactID] AND AncestorArtifactID IN (1138418)) &lt;/QueryText&gt;&lt;Milliseconds&gt;32&lt;/Milliseconds&gt;&lt;/auditElement&gt; | Went to Adams II screen. No searches executed and no document viewed. | |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:13:49 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;108&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;View or Search&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) LEFT JOIN [Folder] (NOLOCK) ON [folder].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[AccessControlListID_D] IN ([1]) AND [Document].[ArtifactID] AND AncestorArtifactID IN (1138418)) &lt;/QueryText&gt;&lt;Milliseconds&gt;32&lt;/Milliseconds&gt;&lt;/auditElement&gt; | Went to Adams II screen. No searches executed and no document viewed. | |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:14:43 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;108&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;Count&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT COUNT([Document].[ArtifactID]) FROM [Document] (NOLOCK) LEFT JOIN [Folder] (NOLOCK) ON [folder].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[AccessControlListID_D] IN ([1]) AND [Document].[ArtifactID] AND AncestorArtifactID IN (1138418)) &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; | There does not appear to be any difference between this and the previous action. No searches executed and no document viewed. | |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:14:43 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &lt;Comment&gt;&lt;ArtifactType0&gt;108&lt;/ArtifactType0&gt;&lt;User0&gt;1&lt;/User0&gt;&lt;Workspace0&gt;1239152&lt;/Workspace0&gt;&lt;QuerySource&gt;View or Search&lt;/QuerySource&gt;&lt;/Comment&gt;*/ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) LEFT JOIN [Folder] (NOLOCK) ON [folder].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[AccessControlListID_D] IN ([1]) AND [Document].[ArtifactID] AND AncestorArtifactID IN (1138418)) &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; | There does not appear to be any difference between this and the previous action. No searches executed and no document viewed. | |

Excerpt of "All Activity Deliverable 2017-12-15 Final Prosecution team.pdf"

| Name | Action | Object Type | User Name | Timestamp | Details | Zeitz Notes | Searches |
|---|---|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:14:47 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) ON [Artifact].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[ControlNumber], [Document].[ArtifactID] --- records returned: 1000--- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; | There does not appear to be any difference between this and the previous action. No searches executed and no document viewed |  |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:14:47 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT COUNT([Document].[ArtifactID]) FROM [Document] (NOLOCK) LEFT JOIN [Folder] (NOLOCK) ON [Folder].[ArtifactID] = [Document].[ParentArtifactID_D] WHERE [Document].[AccessControlListID_D] IN (1) AND [Artifact].[AccessControlListID_D] IN (1) ORDER BY [Document].[ControlNumber], [Document].[ArtifactID] --- records returned: 1000 --- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; |  |  |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/2/2016 11:15:09 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT TOP 1000 [List].[ArtifactID] FROM [List] (NOLOCK) LEFT JOIN [ExtendedArtifact].[ArtifactID] = [List].[ArtifactID] WHERE [ExtendedArtifact].[AccessControlListID_D] IS NOT NULL AND [ExtendedArtifact].[AccessControlListID_D] IN (1) ORDER BY [List].[ArtifactID] --- records returned: 0 --- &lt;/QueryText&gt;&lt;Milliseconds&gt;0&lt;/Milliseconds&gt;&lt;/auditElement&gt; |  |  |
| All Lists | Query | View | Maria, David | 5/2/2016 11:21:12 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1037404/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) WHERE [Document].[AccessControlListID_D] IN --- records returned: 1000 --- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; | Went to the Lists tab. No searches executed and no document viewed |  |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/4/2016 11:21:12 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) WHERE [Document].[ControlNumber], [Document].[ArtifactID] --- records returned: 1000--- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; | There does not appear to be any difference between this and the previous action. No searches executed and no document viewed |  |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/4/2016 11:22:15 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT TOP 1000 [Document].[ArtifactID] FROM [Document] (NOLOCK) WHERE [Document].[AccessControlListID_D] IN (1) ORDER BY [Document].[ControlNumber], [Document].[ArtifactID] --- records returned: 1000--- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; |  |  |
| LTSC Loading - All Standard Fields | Document Query | View | Maria, David | 5/4/2016 11:22:15 AM EDT | &lt;auditElement&gt;&lt;QueryText&gt;/* &amp;lt;Comment&amp;gt; &amp;lt;ArtifactType0&amp;gt;1108/&amp;lt;ArtifactType0&amp;gt; &amp;lt;UserID0&amp;gt;1039588/&amp;lt;UserID0&amp;gt; &amp;lt;Workspace0&amp;gt;1239528/&amp;lt;Workspace0&amp;gt; &amp;lt;QueryType0&amp;gt;List/&amp;lt;QueryType0&amp;gt; &amp;lt;QuerySource0&amp;gt;View or Search/&amp;lt;QuerySource0&amp;gt; &amp;lt;Comment&amp;gt; */ SET NOCOUNT ON SELECT COUNT([Document].[ArtifactID]) FROM [Document] (NOLOCK) WHERE [Document].[ControlNumber], [Document].[ArtifactID] --- records returned: 1000--- &lt;/QueryText&gt;&lt;Milliseconds&gt;16&lt;/Milliseconds&gt;&lt;/auditElement&gt; |  |  |