# EXHIBIT 4

**Pivot Table of "All Activity Deliverable 2017-12-15 Final Prosecution team.xlsx"**

| Timestamp | (All) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Count of Action** | **Column Labels** | | | | | | | | |
| **Row Labels** | Belich, Brandon | Harris, Martin | Khan, Jennifer | Kroells, Christine | Maria, David | O'Reilly, Sara | Petersen, Coryn | (blank) | Grand Total |
| Conversion Complete | | | | | 105 | | | | 105 |
| Document Query | 21 | 69 | 213 | 4724 | 5129 | 51 | 66 | | 10273 |
| Export | 1 | | | | | | | | 1 |
| Print | | | 9 | 144 | 172 | | | | 325 |
| Query | | | | | 46 | 1 | 2 | | 49 |
| Run | | | | | 77 | | | | 77 |
| Search Cache Table Creation | | | | | 70 | | | | 70 |
| Update | | | | 183 | 1 | | | | 184 |
| View | 7 | | 208 | 4792 | 7442 | | 1 | | 12450 |
| (blank) | | | | | | | | | |
| **Grand Total** | 29 | 69 | 430 | 9843 | 13042 | 52 | 69 | | 23534 |