# EXHIBIT 5

**Kroells, Christine A**

| | |
|---|---|
| **From:** | Maria, David (USAMN) 1 <David.Maria@usdoj.gov> |
| **Sent:** | Thursday, November 03, 2016 11:46 AM |
| **To:** | Kroells, Christine A |
| **Subject:** | RE: Adams Relativity emails |

Ok - was going to update you on the email situation. No rush.

-----Original Message-----
From: Kroells, Christine A [mailto:CAKroells@uspis.gov]
Sent: Thursday, November 03, 2016 11:30 AM
To: Maria, David (USAMN) 1 <dmaria1@usa.doj.gov>
Subject: Re: Adams Relativity emails

Jury has a question have deal with. I can call later.

Christie Kroells
Sent from my iPhone

On Nov 3, 2016, at 11:28 AM, Maria, David (USAMN) 1 <David.Maria@usdoj.gov<mailto:David.Maria@usdoj.gov>> wrote:

Give me a call - 664-5681

From: Kroells, Christine A [mailto:CAKroells@uspis.gov]
Sent: Thursday, November 03, 2016 11:20 AM
To: Maria, David (USAMN) 1 <dmaria1@usa.doj.gov<mailto:dmaria1@usa.doj.gov>>
Subject: RE: Adams Relativity emails

There is a "Hot Doc" tag. I was also wondering is it only the Ed Adams II project that has emails? I was thinking we had more like 120k emails and this one only says 6k emails. Maybe it was narrowed down to that after removing taint? Thanks and I can email Cory and ask who would add the tags.

Christie Kroells
Postal Inspector | U.S. Postal Inspection Service | Twin Cities Field Office
7360 Bush Lake Rd., Ste. 100, Minneapolis, MN 55439
Office: 612-884-7877
https://postalinspectors.uspis.gov/

From: Maria, David (USAMN) 1 [mailto:David.Maria@usdoj.gov]
Sent: Thursday, November 03, 2016 7:53 AM
To: Kroells, Christine A
Subject: RE: Adams Relativity emails

These look fine. We should also probably have an additional tag (that can be added in addition to these) that is "critical" or something along those lines.

Maybe also add one for Adams Taxes.

1

If you want to pass these on to Cory, she can probably do them (or find the right person to add them).

Good luck with the jury!

From: Kroells, Christine A [mailto:CAKroells@uspis.gov]
Sent: Wednesday, November 02, 2016 12:57 PM
To: Maria, David (USAMN) 1 <dmaria1@usa.doj.gov<mailto:dmaria1@usa.doj.gov>>
Subject: Adams Relativity emails

Hi David, I have some time while waiting for the jury to come back in the Reichel case, so I'm looking at some of the Adams emails. Does it make sense to start organizing the emails by tagging important ones by players and topic? I came up with these but I'm sure there are more. Would Mark Zeitz create these tags for us? I wanted to see what you thought before sending this to him. Thanks!

Adams, Ed
Monahan, Mike
Strous, Theo
Linares, Robert
Linares, Bryant
Zipkin, Larry
Zipkin, Jill
Lancia, Joe
McPheely, Bernard
Nichols, Charlie
Mack, Kris
Maddox, JR
Mumm, Chris
Rapello, Paul
Ward, Sandy
Doering, Pat

Apollo
Apollo Gem
Scio-Private
Scio-Public
Apollo Sale to Public
Apollo Sale to Private
Special Litigation Committee
AMLLP
Sale of Stock/Warrants
Apollo Board
Scio Board
Krossbow
ADR Investments
EAS Consulting
MRM Consulting
RL Investments
RBEMD
DL Investments
LMA
Focus Capital

2

Nelson Mullins
SEC


Christie Kroells
Postal Inspector | U.S. Postal Inspection Service | Twin Cities Field Office
7360 Bush Lake Rd., Ste. 100, Minneapolis, MN 55439
Office: 612-884-7877
https://postalinspectors.uspis.gov/