UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION TO SEAL DOCUMENT** |
| EDWARD S. ADAMS, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Gregory G. Brooker, Acting United States Attorney for the District of Minnesota, and Assistant United States Attorneys David J. MacLaughlin, John E. Kokkinen and David M. Maria, respectfully submits its motion to file a document under seal in the above-entitled case.

This motion is based upon the records and proceedings in this matter.

Dated:  December 27, 2017

Respectfully submitted,

GREGORY G. BROOKER
Acting United States Attorney

s/ David J. MacLaughlin

BY: DAVID J. MacLAUGHLIN
JOHN E. KOKKINEN
DAVID M. MARIA
Assistant U.S. Attorneys