UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EDWARD S. ADAMS, | ) |
| Defendant. | ) |

This matter is before the Court on the government's Motion to Seal Document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, IT IS HEREBY ORDERED that the government's motion to seal document is GRANTED.

Dated: December 29, 2017

*s/Katherine M. Menendez*
The Honorable Katherine M. Menendez
United States Magistrate Judge