# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
## CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Edward S. Adams,<br><br>                    Defendant | **COURT MINUTES**<br>BEFORE:  Katherine Menendez<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 17-CR-00064 (DWF/KMM) |
| Date: | January 8, 2018 |
| Court Reporter: | Tim Willette |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 9:04 A.M. |
| Time Concluded: | 5:16 P.M. (see below for more specific break times) |
| Time in Court: | 6 Hours & 44 Minutes |
| Hearing Type: | Evidentiary |

**APPEARANCES**:

For Plaintiff:  David MacLaughlin, Assistant U.S. Attorney
For Defendant Edward S. Adams:  Lance A. Wade, Gloria K. Maier, Retained

Non-dispositive motions taken under advisement as of today: ECF Nos. 34, 64, 65

☒ Order to be issued   ☐ No order to be issued   ☐ R&R to be issued   ☐ No R&R to be issued

☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

Additional Information:

Timing, including breaks: 9:04 A.M. – 10:25 A.M.; 10:30 A.M. – 11:53 A.M.; 12:51 P.M. – 2:34 P.M.; 2:51 P.M. – 4:10 P.M.; 4:18 P.M. – 5:16 P.M.

The Court heard testimony on Mr. Adams's Motion to Suppress, ECF No. 36.
Witnesses: Postal Inspector Kroells; Deputy Marshal Belich

Exhibit list to be prepared by counsel

s/ <i>AHR</i><br>
Signature of Law Clerk