# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Katherine Menendez |
| | U.S. Magistrate Judge |
| v. | |
| Edward S. Adams, | |
| Defendant | |

| | |
|---|---|
| Case No: | 17-CR-00064 (DWF/KMM) |
| Date: | January 9, 2018 |
| Court Reporter: | Staci Heichert |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 8:39 A.M. |
| Time Concluded: | 3:12 P.M. (see below for more specific break times) |
| Time in Court: | 4 Hours & 58 Minutes |
| Hearing Type: | Evidentiary |

**APPEARANCES**:

For Plaintiff:  David MacLaughlin, Tracy Perzel, David Maria, Assistant U.S. Attorneys
For Defendant Edward S. Adams:  Lance A. Wade, Gloria K. Maier, Retained

Dispositive motion taken under advisement once additional briefing is received and the record is complete: ECF No. 36

☐ Order to be issued   ☐ No order to be issued   ☒ R&R to be issued   ☐ No R&R to be issued

☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

Additional Information:

Timing, including breaks: 8:39 A.M. – 10:07 A.M.; 10:42 A.M. – 11:30 A.M.; 11:41 A.M. – 12:33 P.M.; 1:06 P.M. – 1:53 P.M.; 2:09 P.M. – 3:12 P.M.

The Court heard testimony on Mr. Adams's Motion to Suppress, ECF No. 36.
Witnesses: Special Agent Khan, Mr. Zeitz, Mr. Czapko

Exhibit list to be prepared by counsel

Counsel were instructed to confer on scheduling as to post-hearing briefing, future motions, and remaining pre-trial deadlines.  Counsel were further instructed to attempt to narrow the outstanding issues, to determine a mechanism for government access to documents as needed to respond to the Court's questions, and to discuss the issues contemplated for motion practice as to the superseding indictment.  Finally, counsel were instructed to inform the Court as to their general plans and areas of disagreement via email on or before January 16, 2018, and the Court will schedule a call shortly thereafter to discuss.

Before the close of the hearing, the Court informed Mr. Adams of his right to be personally included on such a call. Mr. Adams waived that right, but noted that he would try to participate if possible.

The Motion to Suppress will not be taken under advisement until the contemplated substantial additional briefing is received and the record is complete.

s/ AHR  
Signature of Law Clerk
