# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| Edward S. Adams | |
| Defendant. | |

| | |
|---|---|
| Case No: | 17-cr-00064 (DWF/KMM) |
| Date: | January 19, 2018 |
| Location: | Minneapolis, Chambers 8E |
| Time Commenced: | 9:10 A.M. |
| Time Concluded: | 10:27 A.M. |
| Time in Court: | 1 hour, 17 minutes |

**APPEARANCES:**

 For Plaintiff:  David Maria, John Kokkinen, Tim Rank, United States Attorney's Office

 For Defendant:  Lance Wade, Gloria Maier, Williams & Connolly LLP; James Volling, Faegre Baker Daniels LLP

The Court and counsel discussed case management moving forward. In light of the Court's concern that it could not deny the motion for a bill of particulars as moot as previously suggested, counsel for Mr. Adams indicated that it would not withdraw the motion but would accept the Court's ruling on the merits. The remainder of the call focused on scheduling and narrowing the scope of expected future motions. The Court anticipates issuing a scheduling order on Monday, January 22, 2018.

s/*AHR*
_____
Signature of Law Clerk

1