# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 17-cr-64-DWF-KMM |
| ) | |
| v. ) | **MOTION ASSERTING CERTAIN** |
| ) | **PRIVILEGES IMPLICATED BY** |
| EDWARD S. ADAMS, ) | **YAHOO! EMAIL SEIZURE** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Mr. Adams, by and through his undersigned counsel and pursuant to the Court's January 23 Scheduling Order (Dkt. 88), hereby moves the Court for a ruling that two categories of documents seized by the United States pursuant to the January 2016 Yahoo! warrant (*see* Dkt. 37) are protected by a privilege from disclosure. A detailed analysis of the basis for Mr. Adams's assertion is contained in Mr. Adams's accompanying memorandum.

Dated: February 5, 2018                Respectfully submitted,

                                                    /s/ *Lance Wade*
                                        Joseph G. Petrosinelli (DC Bar #434280)
                                        Lance Wade (DC Bar #484845)
                                        Sarah Lochner O'Connor (DC Bar #1012405)
                                        Gloria Maier (DC Bar # 1012208)
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC  20005
                                        Telephone:  (202) 434-5000
                                        jpetrosinelli@wc.com
                                        lwade@wc.com

soconnor@wc.com
gmaier@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*

2