# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 17-cr-64-DWF-KMM |
| Plaintiff, | ) | |
| | ) | **INDEX OF EXHIBITS TO** |
| v. | ) | **DEFENDANT'S MOTION** |
| | ) | **AND INCORPORATED** |
| EDWARD S. ADAMS, | ) | **MEMORANDUM OF LAW** |
| | ) | **ASSERTING CERTAIN** |
| Defendant. | ) | **PRIVILEGES IMPLICATED** |
| | ) | **BY YAHOO! EMAIL** |
| | ) | **SEIZURE** |

| Ex. # | Description | Prior ID |
|---|---|---|
| Ex. 1 | August 31, 2011 Asset Purchase Agreement between Apollo Diamond, Inc. ("ADI") and Scio | DX 55 |
| Ex. 2 | May 31, 2012 Asset Purchase Agreement between Apollo Diamond Gemstone Corp. ("ADGC") and Scio | DX 56 |
| Ex. 3 | Jan. 2, 2012 Agreement between Apollo Diamond, Inc. and Edward S. Adams | |
| Ex. 4 | Chart produced by the government reflecting number of unique document views in Yahoo! database | GX Zeitz 5 |
| Ex. 5 | Privilege log of sample of Apollo Companies' privileged documents from Yahoo! database | |
| Ex. 6 | April 13, 2012 letter from Scio to SEC | |
| Ex. 7 | May 22, 2012 Scio letter to ADI | |
| Ex. 8 | November 6, 2012 Scio letter to ADI and ADGC | |
| Ex. 9 | ADI bank account statements reflecting payments received from Scio (*redacted per Fed. R. Crim. P. 49.1*) | |
| Ex. 10 | Excerpts from R. Linares SEC Deposition (Nov. 12, 2015) | |

| Ex. 11 | Docket Report in *Kenneth Fink v. Adams, et al.*, Civ. No. 12-1899 (D. Minn.) | |
| --- | --- | --- |
| Ex. 12 | Docket Report in *Mark P. Sennott v. Adams, et al.*, Civ. No. 13-2813 (D.S.C.) | |
| Ex. 13 | Venture Bank account statement for ADI account (Dec. 29, 2017) (*redacted per Fed. R. Crim. P. 49.1*) | |
| Ex. 14 | ADI Venture Bank account statements obtained by grand jury subpoena (2011 – 2013) (*redacted per Fed. R. Crim. P. 49.1*) | |
| Ex. 15 | Collection of checks written from ADI's Venture Bank account (*redacted per Fed. R. Crim. P. 49.1*) | |
| Ex. 16 | Adams's privilege log in SEC matter with cover correspondence (August 2015) | DX 62 |
| Ex. 17 | Adams's privilege log in response to grand jury subpoena with cover correspondence (May 2016) | DX 65 |
| Ex. 18 | Excerpts from E. Adams SEC Depositions (Aug. 27, 2015 and Oct. 8, 2015) | Excerpts of DX 50 and 51 |
| Ex. 19 | Email from D. Young (Scio) to AUSA Maria (June 28, 2016) | DX 32 |
| Ex. 20 | Privilege Log of Adams Communications with Murry & Associates LLC | |
| Ex. 21 | Redacted documents corresponding to Exhibit 5, Privilege Log of Sample of Apollo Companies' Privileged Documents from Yahoo! Database. Unredacted versions of these documents have been submitted *in camera*. | |
| Ex. 22 | Redacted documents corresponding to Exhibit 20, Privilege Log of Adams Communications with Murry & Associates | |

|  | LLC.  Unredacted versions of these documents have been submitted *in camera*. |  |
|---|---|---|