# EXHIBIT 4

| Individual | Database Access Granted On | Date First Database Document Viewed | Date Last Database Document Viewed | Unique Document Views |
|---|---|---|---|---|
| Dan Czapko, USAO ALS | 4/12/2016 | 4/14/2016 | 9/11/2017 | 38 |
| David Maria, USAO AUSA | 4/12/2016 | 5/4/2016 | 4/4/2017 | 5422 |
| John Kokkinen, USAO AUSA | 4/12/2016 | No viewings | No viewings | 0 |
| Jennifer Khan, FBI SA | 5/5/2016 | 5/5/2016 | 10/31/2016 | 187 |
| Christie Kroells, USPIS Insp. | 5/5/2016 | 5/5/2016 | 8/21/2017 | 3633 |
| Brandon Belich, IRS SA | 5/3/2016 | 6/6/2016 | 7/13/2016 | 5 |
| Sara O'Reilly, USAO Paralegal | 4/12/2016 | No viewings | No viewings | 0 |
| Coryn Petersen, USAO Paralegal | 9/12/2016 | 9/13/2016 | 9/13/2016 | 1 |
| Martin Harris, USAO Paralegal | 4/8/2017 | No viewings | No viewings | 0 |



GOVERNMENT EXHIBIT

Zeitz 5

17-CR-64 (DWF/KMM)