# EXHIBIT 5

*United States v. Edward S. Adams*
No. 0:17-cr-00064-DWF-KMM

**PRIVILEGE LOG**
**Sample of Apollo Companies' Privileged Documents from Yahoo! Database**

| In Camera Binder Tab No. | Document ID | Date Sent | From | To | CC | BCC | Privilege(s) Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| Tab 1 | 00383622 00383623 | 10/22/2007 | Monahan, Michael* | Linares, Bryant | | Adams, Edward* | Attorney-Client Communication | Confidential correspondence from Michael Monahan to Bryant Linares, copying Edward Adams providing legal advice regarding license arrangement between Apollo Diamond, Inc. and Apollo Diamond Gemstone Corporation. |
| Tab 2 | 00385523 00385525 | 12/7/2007 | Monahan, Michael* | Adams, Edward;* Linares, Bryant | Mumm, Chris* | | Attorney-Client Communication | Confidential correspondence from Michael Monahan to Bryant Linares and Edward Adams, copying Chris Mumm, providing legal advice regarding draft Apollo Diamond shareholder correspondence. |

\* Denotes Adams Monahan LLP attorneys.

*United States v. Adams*, No. 0:17-cr-00064-DWF-KMM
Privilege Log: Sample of Apollo Companies' Privileged Documents from Yahoo! Database

| In Camera Binder Tab No. | Document ID | Date Sent | From | To | CC | BCC | Privilege(s) Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| Tab 3 | 00000741 00000743 00000753 | 9/12/2009 | Adams, Edward* | Linares, Bryant; Linares, Robert | | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Bryant Linares and Robert Linares providing legal advice regarding draft consulting agreement. |
| Tab 4 | 00008242 00008243 | 3/17/2010 | Adams, Edward* | Linares, Bryant; Monahan, Michael* | | | Attorney-Client Communication; Attorney Work Product | Confidential correspondence from Edward Adams to Bryant Linares and Michael Monahan providing legal advice regarding Massachusetts advertising issues. |
| Tab 5 | 00009156 00009158 | 4/9/2010 | Adams, Edward* | Linares, Robert | | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares providing legal advice regarding lease negotiation. |
| Tab 6 | 00018600 00018602 | 10/27/2010 | Adams, Edward* | Linares, Robert; Linares, Bryant | | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares and Bryant Linares providing legal advice regarding termination of consultant. |

2

* Denotes Adams Monahan LLP attorneys.

*United States v. Adams*, No. 0:17-cr-00064-DWF-KMM
Privilege Log: Sample of Apollo Companies' Privileged Documents from Yahoo! Database

| In Camera Binder Tab No. | Document ID | Date Sent | From | To | CC | BCC | Privilege(s) Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| Tab 7 | 00018617 00018618 | 10/28/2010 | Adams, Edward* | Linares, Robert | Linares, Bryant | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares, copying Bryant Linares, providing legal advice regarding termination of consultant. |
| Tab 8 | 00019676 00019677 | 11/15/2010 | Adams, Edward* | Linares, Robert | Monahan, Michael* | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares, copying Michael Monahan, providing legal advice regarding draft agreement with Howard University. |
| Tab 9 | 00023098 00023099 | 2/28/2011 | Adams, Edward* | Linares, Robert | | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares, providing legal advice regarding draft proxy statement, and including confidential correspondence from Robert Linares to Edward Adams requesting legal advice. |

3

* Denotes Adams Monahan LLP attorneys.

*United States v. Adams*, No. 0:17-cr-00064-DWF-KMM
Privilege Log: Sample of Apollo Companies' Privileged Documents from Yahoo! Database

| In Camera Binder Tab No. | Document ID | Date Sent | From | To | CC | BCC | Privilege(s) Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| Tab 10 | 00023295 00023296 | 3/6/2011 | Adams, Edward* | Linares, Robert | | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Robert Linares, providing legal advice regarding draft Apollo Diamond shareholder correspondence. |

4

* Denotes Adams Monahan LLP attorneys.