# EXHIBIT 7



May 22, 2012

Apollo Diamond Inc.
PO Box 670
Framingham, MA 01704

Our auditors, Cherry, Bekaert & Holland, L.L.P., are conducting an audit of our financial statements. Please confirm directly to them the following information relating to our note payable to you at **March 31, 2012**:

Date of note: _____

Original amount of note: $ _____

Unpaid principal balance: $ _____

Maturity date: _____

Interest rate: _____

Date to which interest has been paid: _____

Amount of interest owed at 3/31/2012: $ _____

Amount of interest that has been paid
from 4/1/2011 to 3/31/2012: $ _____

Description of collateral or personal guarantees (If none, please so indicate):

Please indicate in the space provided below whether the above is in agreement with your records. If it is not, please furnish our auditors any information you may have that will help them reconcile the difference.

After signing and dating your reply, please mail it directly to Cherry, Bekaert & Holland, L.L.P., attn: Roselle Bonnoitt, 201 West McBee Avenue, Suite 200, Greenville, SC 29601.

Very truly yours,

*(signature)*

Charles G. Nichols
Chief Financial Officer
SCIO Diamond Technology Corp.



To: Cherry, Bekaert & Holland, L.L.P.

The above information regarding the obligation from SCIO Diamond technology Corp agrees with our records at March 31, 2012 with the following exceptions (if any):

_____

_____

_____ .

If there are any direct or contingent liabilities to you not otherwise indicated above, please list: _____

_____

_____ .

Signature: _____

Title: _____

Date: _____