# **EXHIBIT 8**



November 6, 2012

Robert C. Linares
Chief Executive Officer
Apollo Diamond Inc. & Apollo Diamond Gemstone Corp.
P.O. Box 1683
Wellfleet, MA  02667

<u>Delivered via Email & USPS</u>

RE:  Expenses borne by Scio Diamond Technology Corp. on behalf of the Apollo companies & deficient assets

Dear Dr. Linares,

As we have passed the due date for the final repayment of the note from ADI to Scio related to the asset purchase and we approach the end of the issuance of shares to former ADI and ADGC shareholders, Scio would like to address with you a number of outstanding issues. These issues relate to two broadly-defined matters, 1) costs borne by Scio for which we believe the Apollo companies have some liability and, 2) missing and/or grossly defective assets related to the asset purchases from the Apollo companies.

The costs that Scio has borne on Apollo's behalf relate to two matters, 1) excessive expense of share issuance due to poorly maintained share records and, 2) costs of defense of litigation related to complaints against officers and directors of Apollo companies.

The assets which were part of the asset purchases that require attention include mosaics and lasers. Scio has specific information regarding mosaic assets which were in the possession of the Apollo companies which were not transferred to Scio.  These assets were understood to be part of the purchase and their omission has caused considerable financial harm to Scio by reducing production quantities and thereby shipments to customers. Additionally, Scio has come to learn that, contrary to representations made to it, the lasers included in the asset purchase were known by the Apollo companies to be in such disrepair as to be non-operational at the time the Apollo companies ceased operations.  This situation has caused considerable hard cost increase and slowed production ramp-up for Scio.

Please contact me at your earliest opportunity to discuss these matters.

Sincerely,

Joseph D. Lancia
Chief Executive Officer
Scio Diamond Technology Corporation