# EXHIBIT 9



```
                                  ACCOUNT:                    ███792    PAGE:      1
                                  DOCUMENTS:                       0    09/30/2011
```



 Member FDIC

```
         Apollo Diamond Inc
         c/o Edward S Adams                                       <T> 30
         ████████████████████                                          0
         Minneapolis MN  55419                                         0
```

==================================================================
Effective July 1st, some of our Business and Cash Management Fees have
changed. You can view these changes by going to the following address:
www.venturebankonline.com/brc/ResourcesBusiness/BusinessFeeSchedule2011
==================================================================
            BASIC BUSINESS CKG ACCOUNT ███792
==================================================================

```
                                       LAST STATEMENT 08/31/11        45,997.50
MINIMUM BALANCE            44,367.50         1 CREDITS               500,000.00
AVG AVAILABLE BALANCE     135,792.27        48 DEBITS                486,037.42
AVERAGE BALANCE           135,792.27   THIS STATEMENT 09/30/11        59,960.08

              - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                                 DATE         AMOUNT
TRANSFER FROM SCIO                                         09/09     500,000.00

              - - - - - - - - - CHECKS - - - - - - - - - -
 CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
   3015 09/09      100.00      3286*09/20       3.42        3532*09/29      220.00
   3016*09/09      200.00      3303*09/12   4,400.00        3538*09/30      100.00
   3029*09/28       65.00      3325 09/27      67.40        3557*09/27      100.00
   3091*09/08      100.00      3326*09/27      32.60        3569 09/02      150.00
   3111*09/26      200.00      3339*09/22      75.00        3570*09/16      250.00
   3121*09/13  335,000.00      3341*09/23     300.00        3576 09/26      240.00
   3164*09/09      200.00      3374*09/15     200.00        3577*09/26      180.00
   3178*09/09       55.00      3377 09/29     100.00        3579 09/26       20.00
   3180*09/01      100.00      3378*09/29      76.00        3580 09/26       40.00
   3189*09/01      400.00      3392*09/27     204.00        3581*09/26      145.00
   3248 09/08       60.00      3417*09/19     300.00        3598*09/07      100.00
   3249*09/08       40.00      3437*09/02     100.00        3880*09/13      140.00
   3254*09/08       40.00      3448*09/21     220.00        3906*09/12      394.00
   3256 09/22      250.00      3463*09/28     300.00        3908*09/28      100.00
   3257*09/06      270.00      3479*09/06     270.00        3918 09/29      100.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                      * * *  C O N T I N U E D  * * *
```

Direct Inquiries to:   Bloomington                     Golden Valley                  Eagan
                       4470 W 78th St. Circle, Suite 100   6210 Wayzata Boulevard       2640 Eagan Woods Drive, Suite 100
                       Bloomington, MN 55435             Golden Valley, MN 55416       Eagan, MN 55121
                       p: 952.830.9999                   p: 763.398.3333               p: 651.289.2222
                       f: 952.830.8218                   f: 763.398.3323               f: 651.289.0200

For Mortgage Inquiries: Contact 651.289.2222 or 1.877.416.3576

ECL-00044580



```
                                    ACCOUNT:                   PAGE:      2
                                    DOCUMENTS:           792   09/30/2011
                                                          0
                                                         SMALL IS POWERFUL®

                                                         www.venturebankonline.com
                                                                    Member FDIC
            Apollo Diamond Inc

================================================================================
                    BASIC BUSINESS CKG ACCOUNT    792
================================================================================
             - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                              DATE          AMOUNT
OUTGOING DOMESTIC WIRE TRANSFER FEE                      09/16          22.00
OUTGOING WIRE - # 7565 - Free Form Wire - BRYANT AND LISA 09/16     140,000.00
    LINARES
SERVICE CHARGE                                           09/30           8.00

         - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

         TOTAL CHARGE FOR DEBITS/CHECKS:                         8.00

         - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

         ****************************************************************
         *                         |  TOTAL FOR    |    TOTAL          *
         *                         |  THIS PERIOD  |    YEAR TO DATE   *
         *-------------------------------------------------------------*
         * TOTAL OVERDRAFT FEES:    |      .00      |         .00       *
         *-------------------------------------------------------------*
         * TOTAL RETURNED ITEM FEES:|      .00      |         .00       *
         ****************************************************************

                  - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE...........BALANCE     DATE...........BALANCE
09/01       45,497.50      09/13       203,878.50     09/23        62,258.08
09/02       45,247.50      09/15       203,678.50     09/26        61,433.08
09/06       44,707.50      09/16        63,406.50     09/27        61,029.08
09/07       44,607.50      09/19        63,106.50     09/28        60,564.08
09/08       44,367.50      09/20        63,103.08     09/29        60,068.08
09/09      543,812.50      09/21        62,883.08     09/30        59,960.08
09/12      539,018.50      09/22        62,558.08
```

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

For Mortgage Inquiries: Contact 651.289.2222 or 1.877.416.3576

ECL-00044581







```
                                                                PAGE:     1
                              ACCOUNT:                     ■792  11/30/2011
                              DOCUMENTS:                    0
```

Apollo Diamond Inc
c/o Edward S Adams
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Minneapolis MN   55419

```
                                                              <T> 30
                                                                   0
                                                                   0
```

================================================================
Effective July 1st, some of our Business and Cash Management Fees have
changed. You can view these changes by going to the following address:
www.venturebankonline.com/brc/ResourcesBusiness/BusinessFeeSchedule2011
================================================================

              BASIC BUSINESS CKG ACCOUNT ■792
================================================================

```
                                   LAST STATEMENT 10/31/11     23,885.22
MINIMUM BALANCE            21,454.22        1 CREDITS         500,000.00
AVG AVAILABLE BALANCE     119,081.78       12 DEBITS          278,131.00
AVERAGE BALANCE           119,081.78 THIS STATEMENT 11/30/11  245,754.22
```

```
            - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                            DATE        AMOUNT
TELEPHONE TRANSFER FROM XXX243                         11/18   500,000.00

            - - - - - - - - - - CHECKS - - - - - - - - - - -
  CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
    3060*11/09     100.00       3197*11/01     100.00       3371*11/23      30.00
    3070*11/03     100.00       3199*11/01     320.00       3389*11/01     150.00
    3083*11/16     100.00       3365*11/18     550.00       3434 11/08     311.00
    3108*11/07   1,250.00       3370 11/23     120.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
            - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                            DATE        AMOUNT
TELEPHONE TRANSFER TO XXX184                           11/18   275,000.00
                       * * *  C O N T I N U E D  * * *
```

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

For Mortgage Inquiries: Contact 651.289.2222 or 1.877.416.3576

ECL-00044584





```
                              ACCOUNT:                    PAGE:     2
                              DOCUMENTS:              792  11/30/2011
                                                    0
                                              SMALL IS POWERFUL®

                                              www.venturebankonline.com

         Apollo Diamond Inc                                  Member FDIC
```

==================================================================
                BASIC BUSINESS CKG ACCOUNT ▉792
==================================================================

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

       ************************************************************
       *                        |    TOTAL FOR   |      TOTAL      *
       *                        |   THIS PERIOD  |   YEAR TO DATE  *
       *------------------------------------------------------------*
       * TOTAL OVERDRAFT FEES:  |        .00     |        .00      *
       *------------------------------------------------------------*
       * TOTAL RETURNED ITEM FEES: |     .00     |        .00      *
       ************************************************************


              - - - - - - - - DAILY BALANCE - - - - - - - -
DATE...........BALANCE     DATE...........BALANCE     DATE...........BALANCE
11/01       23,315.22      11/08       21,654.22      11/18      245,904.22
11/03       23,215.22      11/09       21,554.22      11/23      245,754.22
11/07       21,965.22      11/16       21,454.22

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

For Mortgage Inquiries: Contact 651.289.2222 or 1.877.416.3576