# EXHIBIT 11

CLOSED,CV

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:12−cv−01899−JRT−JSM

Fink v. Adams et al  
Assigned to: Judge John R. Tunheim  
Referred to: Magistrate Judge Janie S. Mayeron  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/02/2012  
Date Terminated: 09/17/2012  
Jury Demand: None  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Kenneth Fink**   represented by   **David A Gotlieb**  
Barnes & Thornburg LLP  
100 S 5th St Ste 1100  
INACTIVE  
Mpls, MN 55402−1298  
612−333−2111  
Fax: 612−333−6798  
Email: david.gotlieb@btlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William Earl Manske**  
Robins Kaplan LLP  
800 LaSalle Ave Ste 2800  
Mpls, MN 55402−2015  
612−349−8786  
Fax: 612−339−4181  
Email: wmanske@robinskaplan.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Edward S. Adams**

**Defendant**

**Denise L. Adams**

**Defendant**

**Michael R. Monahan**

**Defendant**

**Julie C. Monahan**

**Defendant**

**Robert C. Linares**

**Defendant**

**Adams Monahan LLP**

**Defendant**

**Loblolly, Inc.**  
*formerly known as*  
Scio Diamond Technology Corporation

**Defendant**

**Scio Diamond Technology Corporation**
*formerly known as*
Krossbow Holding Corporation

**Defendant**

**John Does 1−10**

**Defendant**

**Apollo Diamond, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2012 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 4−66783) assigned to Judge John R. Tunheim per Securities List referred to Magistrate Judge Janie S. Mayeron, filed by Kenneth Fink. (Attachments: # 1 Civil Cover Sheet) (RMS) (Entered: 08/02/2012) |
| 08/02/2012 |  | Summons Issued as to All Defendants. (RMS) (Entered: 08/02/2012) |
| 08/17/2012 | 2 | MOTION for Extension of Time to File Answer by Kenneth Fink. (Attachments: # 1 Certificate of Service)(Manske, William) (Entered: 08/17/2012) |
| 08/21/2012 | 3 | ORDER that Defendants have to and including August 31, 2012 to answer, move, or otherwise respond to the Complaint. Signed by Magistrate Judge Janie S. Mayeron on 8/21/12. (jam) (Entered: 08/21/2012) |
| 08/29/2012 | 4 | MOTION for Extension of Time to File Answer *(UNOPPOSED)* by Kenneth Fink. (Attachments: # 1 Certificate of Service)(Manske, William) (Entered: 08/29/2012) |
| 08/29/2012 | 5 | ORDER that Plaintiff's Unopposed Motion to Extend Time for Defendants to Respond to Plaintiffs Complaint [Docket No. 4] is granted. Defendants have to and including September 7, 2012 to answer, move, or otherwise respond to the Complaint. Signed by Magistrate Judge Janie S. Mayeron on 8/29/12. (jam) (Entered: 08/30/2012) |
| 09/07/2012 | 6 | MOTION for Extension of Time to File Answer *(UNOPPOSED)* by Kenneth Fink. (Attachments: # 1 Certificate of Service)(Manske, William) (Entered: 09/07/2012) |
| 09/10/2012 | 7 | ORDER that the deadline for Defendants to answer, move, or otherwise respond to the Complaint is continued pursuant to the Parties agreement and the below−outlined schedule. Plaintiff may file an amended complaint by Wednesday, September 19, 2012, following which the Parties will submit a joint stipulation and order proposing a briefing schedule for any responsive motion contemplated by Defendants. In the event that Plaintiff does file an amended complaint by September 19, 2012, Defendants deadline for responding to Plaintiff's complaint shall be October 3, 2012. Signed by Magistrate Judge Janie S. Mayeron on 9/10/12. (jam) (Entered: 09/10/2012) |
| 09/14/2012 | 8 | NOTICE of Voluntary Dismissal by Kenneth Fink (Attachments: # 1 Certificate of Service)(Manske, William) (Entered: 09/14/2012) |