# EXHIBIT 12

CLOSED,LC 1

## U.S. District Court
## District of South Carolina (Greenville)
## CIVIL DOCKET FOR CASE #: 6:13−cv−02813−BHH

Sennott v. Adams et al  
Assigned to: Honorable Bruce Howe Hendricks  
Cause: 28:1332 Diversity − Stockholders Suits

Date Filed: 10/15/2013  
Date Terminated: 02/12/2015  
Jury Demand: None  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Diversity

**Plaintiff**

**Mark P Sennott**  
*as Trustee of the Sennott Family Charitable Trust*

represented by **Mason A Goldsmith**  
Elmore Goldsmith  
55 Beattie Place  
Suite 1050  
Greenville, SC 29601  
864−255−9500  
Fax: 864−255−9505  
Email: mag@elmoregoldsmith.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Edward S Adams**

represented by **Douglas Manning Muller**  
Moore and Van Allen (Chas)  
78 Wentworth Street  
Charleston, SC 29401  
843−579−7032  
Fax: 843−579−8719  
Email: dougmuller@mvalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James J Farrell**  
Latham and Watkins  
355 South Grand Avenue  
Los Angeles, CA 90071−1560  
213−485−1234  
Fax: 213−891−8763  
Email: james.farrell@lw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**James H Moon**  
Latham and Watkins  
355 South Grand Avenue  
Los Angeles, CA 90071−1560  
213−485−1234  
Fax: 213−891−8763  
Email: james.moon@lw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**John C Harabedian**  
Latham and Watkins  
355 South Grand Avenue  
Los Angeles, CA 90071−1560  
213−485−1234  
Fax: 213−891−8763

|  |  |  |
|---|---|---|
|  |  | Email: john.harabedian@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Michael R Monahan** | represented by | **Douglas Manning Muller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James J Farrell**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James H Moon**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John C Harabedian**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Adams Monahan LLP** | represented by | **Douglas Manning Muller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James J Farrell**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James H Moon**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John C Harabedian**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Loblolly Inc**<br>*formerly known as*<br>Scio Diamond Technology Corporation | represented by | **Douglas Manning Muller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James J Farrell**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James H Moon**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John C Harabedian** |

|  |  | (See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Scio Diamond Technology Corporation**<br>*formerly known as*<br>Krossbow Holding Corporation | represented by | **Douglas Manning Muller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James J Farrell**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James H Moon**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John C Harabedian**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

John Does 1−10

V.

**Interested Party**

Apollo Diamond

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2013 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0420−4986534.), filed by Mark P Sennott. Service due by 2/18/2014 (Attachments: # 1 Verification)(alew, ) (Entered: 10/16/2013) |
| 10/15/2013 | 3 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Mark P Sennott.(alew, ) (Entered: 10/16/2013) |
| 10/15/2013 | 4 | NOTICE TO COUNSEL − All future pleadings submitted for filing must contain the attorney's graphical signature instead of the s/typed name. This should be accomplished through the use of a graphical signature inserted on a created document and not a signed signature on a printed document that is subsequently scanned. Pursuant to the Judicial Filing Preferences, All legal memoranda MUST be converted rather than scanned. Please refer to these preferences for all additional pleadings. (alew, ) (Entered: 10/16/2013) |
| 10/16/2013 | 5 | Summons Issued as to Edward S Adams, Adams Monahan LLP, Apollo Diamond, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. (Attachments: # 1 Addendum)(alew, ) (Entered: 10/16/2013) |
| 10/17/2013 | 7 | Amended Summons Issued as to Loblolly Inc. (alew, ) (Entered: 10/17/2013) |
| 10/18/2013 | 9 | Local Rule 26.01 Answers to Interrogatories by Mark P Sennott. Refiled by clerk to correct event type.(alew, ) (Entered: 10/18/2013) |
| 11/18/2013 | 10 | WAIVER OF SERVICE by Adams Monahan LLP. Adams Monahan LLP waiver executed on 11/6/2013, answer due 1/6/2014. (Goldsmith, Mason) (Main Document 10 replaced on 11/18/2013) (alew, ). (Additional attachment(s) added on 11/18/2013: # 1 Waiver of Service of Summons−Adams Monahan, LLP) (alew, ). Modified on |

| | | |
|---|---|---|
| | | 11/18/2013 to replace with corrected document provided by filing user(alew, ). (Entered: 11/18/2013) |
| 11/18/2013 | 11 | WAIVER OF SERVICE by Edward S Adams. Edward S Adams waiver executed on 11/6/2013, answer due 1/6/2014. (Goldsmith, Mason) (Main Document 11 replaced on 11/18/2013) (alew, ). (Additional attachment(s) added on 11/18/2013: # 1 Waiver of Service of Summons−Edward S. Adams) (alew, ). Modified on 11/18/2013 to replace with corrected document provided by filing user(alew, ). (Entered: 11/18/2013) |
| 11/18/2013 | 12 | WAIVER OF SERVICE by Michael R Monahan. Michael R Monahan waiver executed on 11/6/2013, answer due 1/6/2014. (Goldsmith, Mason) (Main Document 12 replaced on 11/18/2013) (alew, ). (Additional attachment(s) added on 11/18/2013: # 1 Waiver of Service of Summons−Michael R. Monahan) (alew, ). Modified on 11/18/2013 to replace with corrected document provided by filing user (alew, ). (Entered: 11/18/2013) |
| 11/18/2013 | 13 | WAIVER OF SERVICE by Loblolly Inc. Loblolly Inc waiver executed on 11/6/2013, answer due 1/6/2014. (Goldsmith, Mason) (Main Document 13 replaced on 11/18/2013) (alew, ). (Additional attachment(s) added on 11/18/2013: # 1 Waiver of Service of Summons−Loblolly, Inc) (alew, ). Modified on 11/18/2013 to replace with corrected document provided by filing user(alew, ). (Entered: 11/18/2013) |
| 11/18/2013 | 14 | WAIVER OF SERVICE by Scio Diamond Technology Corporation. Scio Diamond Technology Corporation waiver executed on 11/6/2013, answer due 1/6/2014. (Goldsmith, Mason) (Main Document 14 replaced on 11/18/2013) (alew, ). (Additional attachment(s) added on 11/18/2013: # 1 Waiver of Service of Summons−Scio Diamond Technology Corporation) (alew, ). Modified on 11/18/2013 to replace with corrected document provided by filing user (alew, ). (Entered: 11/18/2013) |
| 01/06/2014 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. Response to Motion due by 1/24/2014. (Attachments: # 1 Memo in Support, # 2 Supporting Documents Declaration of James J. Farrell in Support of MTD, # 3 Exhibit 1−Complaint Comparison, # 4 Exhibit 2−Sennott Charitable Trust Check, # 5 Supporting Documents Request for Judicial Notice in Support of MTD, # 6 Exhibit List, # 7 Exhibit A−Appollo Diamond Inc.'s Form D dated Oct. 25, 2006, # 8 Exhibit B−Apollo Gemstone's Form D dated No. 13, 2007, # 9 Exhibit C−Gemstone's Form D dated Nov.13, 2007, # 10 Exhibit D−Gemstone's Form D dated July 20, 2009, # 11 Exhibit E−Gemstone's Form D dated July 20, 2010, # 12 Exhibit F−Excerpts from Scio's Form 8−K dated Aug. 17, 2011, # 13 Exhibit G−Excerpts from Scio's Form 10−K for the fiscal year ended March 31, 2012, # 14 Exhibit H−Scio's Form 8−K dated May 15, 2012, # 15 Exhibit I−Complaint filed May 7, 2012, Mack v. Adams, # 16 Exhibit J−Notice of Withdrawal, Mack v. Adams, # 17 Exhibit K−Complaint filed Aug. 2, 2012, Fink v. Adams, # 18 Exhibit L−Notice of Voluntary Dismissal, Fink v. Adams, # 19 Exhibit M−Notice of Removal, McPheely v. Adams, # 20 Exhibit N−Order Dismissing McPheely v. Adams, # 21 Exhibit O−Sennott Family Charitable Trust's 2011 Form 990−PF, # 22 Exhibit P−Plaintiff's 2011 Massachusetts Annual Report dated November 14, 2012, # 23 Exhibit Q−Letter to Appollo Shareholders dated March 11, 2011, # 24 Exhibit R−Stock Repurchase Agreement executed between Appollo and Plaintiff, # 25 Exhibit S−Stock Repurchase Agreement executed, # 26 Exhibit T−Scio Subscription Agreement signed by Mark P. Sennott, # 27 LR 26.01 Answers)No proposed order.(Muller, Douglas) (Entered: 01/06/2014) |
| 01/06/2014 | 16 | MOTION to Appear Pro Hac Vice by James H. Moon ( Filing fee $ 250 receipt number 0420−5115340) by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit /Application Pro Hac Vice, # 2 Supporting Documents Certificate of Good Standing, # 3 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Muller, Douglas) (Entered: 01/06/2014) |
| 01/06/2014 | 17 | MOTION to Appear Pro Hac Vice by James J. Farrell ( Filing fee $ 250 receipt number 0420−5115393) by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit /Application Pro Hac Vice, # 2 Supporting Documents Certificate of Good Standing, # 3 Proposed Order)Proposed order is being |

| | | |
|---|---|---|
| | | emailed to chambers with copy to opposing counsel.(Muller, Douglas) (Entered: 01/06/2014) |
| 01/06/2014 | 18 | MOTION to Appear Pro Hac Vice by John C. Harabedian ( Filing fee $ 250 receipt number 0420−5115434) by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit /Application Pro Hac Vice, # 2 Supporting Documents Certificate of Good Standing, # 3 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Muller, Douglas) (Entered: 01/06/2014) |
| 01/08/2014 | 19 | **ORDER granting 16 Motion to Appear Pro Hac Vice as to James H. Moon for defendants Edward S. Adams, Michael R. Monahan, Adams Monahan LLP, Loblolly, Inc., and Scio Diamond Technology Corporation. Signed by Honorable G Ross Anderson, Jr on 1/8/14.(alew, )** (Entered: 01/08/2014) |
| 01/08/2014 | 20 | **ORDER granting 17 Motion to Appear Pro Hac Vice as to James J. Farrell for defendants Edward S. Adams, Michael R. Monahan, Adams Monahan LLP, Loblolly, Inc., and Scio Diamond Technology Corporation. Signed by Honorable G Ross Anderson, Jr on 1/8/14.(alew, )** (Entered: 01/08/2014) |
| 01/08/2014 | 21 | **ORDER granting 18 Motion to Appear Pro Hac Vice as to John C. Harabedian for defendants Edward S. Adams, Michael R. Monahan, Adams Monahan LLP, Loblolly, Inc., and Scio Diamond Technology Corporation. Signed by Honorable G Ross Anderson, Jr on 1/8/14.(alew, )** (Entered: 01/08/2014) |
| 01/21/2014 | 23 | RESPONSE in Opposition re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by Mark P Sennott.Reply to Response to Motion due by 1/31/2014 (Attachments: # 1 Affidavit Mark Sennott Declaration, # 2 Exhibit A−Apollo Stock Cert−Mark Sennott, # 3 Exhibit B−Apollo Stock Cert−Trust, # 4 Exhibit C−Apollo Check to Mark Sennott, # 5 Exhibit D−Letter ScioDiamond to Former Apollo Shareholders, # 6 Exhibit E−Email Sennott to Mumm, # 7 Exhibit F−Letter Apollo to Investor, # 8 Exhibit G−Apollo Check to Trust, # 9 Exhibit H−Letter Mark Sennott to Mumm, # 10 Exhibit I−Scio Stock Cert to Mark Sennott, # 11 Certificate of Service)(Goldsmith, Mason) Modified on 1/22/2014 to correct filing and reply to response to motion date(alew, ). (Entered: 01/22/2014) |
| 01/22/2014 | 24 | DELETION OF DOCKET ENTRY NUMBER 22 Reason: attorney refiled to make correction. Corrected Filing Document Number 23 Modified filing date to that of original filing: 1/21/14 Response due date modified to that of original filing: 1/31/14 (alew, ) (Entered: 01/22/2014) |
| 01/22/2014 | 26 | SUMMONS Returned Executed by Mark P Sennott. Apollo Diamond served on 1/16/2014, answer due 2/6/2014. Refiled by clerk to correct event type. (Attachments: # 1 Exhibit A−Certified Mail Receipt)(alew, ) (Entered: 01/22/2014) |
| 01/31/2014 | 27 | REPLY to Response to Motion re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Response filed by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. (Muller, Douglas) Modified on 2/3/2014 to remove duplicate text(alew, ). (Entered: 01/31/2014) |
| 02/03/2014 | 28 | MOTION to Amend/Correct 1 Complaint by Mark P Sennott. Response to Motion due by 2/21/2014. (Attachments: # 1 Exhibit Proposed Verified Amended Complaint (Marked Up), # 2 Exhibit Declaration of Mark P. Sennott, # 3 Exhibit A Apollo Diamond Stock Cert issued to Mark P. Sennott, # 4 Exhibit B Apollo Diamond Stock Cert issued to Sennott Family Charitable Trust, # 5 Exhibit C Apollo Diamond Check to Mark Sennott, # 6 Exhibit D Letter from Scio Diamond to "Former Apollo Stockholder", # 7 Exhibit E Email from Mark Sennott to Chris Mumm of Adams Monahan, LLP, # 8 Exhibit F Letter Apollo Diamond to "Dear Investor", # 9 Exhibit G Apollo Diamond Check payable to Sennott Family Charitable Trust, # 10 Exhibit H Letter from Mark Sennott to Chris Mumm, # 11 Exhibit I Scio Diamond Stock Certificate issued to Mark P. Sennott)No proposed order.(Goldsmith, Mason) (Attachment 5 replaced on 2/4/2014) (alew, ). (Attachment 9 replaced on 2/4/2014) (alew, ). Modified on 2/4/2014 to replace with corrected documents provided by filing user, to add exhibit descriptions(alew, ). (Entered: 02/03/2014) |

| | | |
|---|---|---|
| 02/17/2014 | 29 | AMENDED SUMMONS Returned Executed by Mark P Sennott. Apollo Diamond served on 1/16/2014, answer due 2/6/2014 (Attachments: # 1 Exhibit A Proof of Service)(Goldsmith, Mason) Modified on 2/18/2014 to edit text(alew, ). (Main Document 29 replaced on 2/18/2014) (alew, ). Modified on 2/18/2014 to replace with corrected document provided by filing user(alew, ). (Entered: 02/17/2014) |
| 02/21/2014 | 30 | RESPONSE in Opposition re 28 MOTION to Amend/Correct 1 Complaint Response filed by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation.Reply to Response to Motion due by 3/3/2014 (Attachments: # 1 Supporting Documents Declaration of James J. Farrell, # 2 Exhibit List, # 3 Exhibit A−Letter dated 1/21/14 from Goldsmith to Muller re Amended Complaint, # 4 Exhibit B−Letter dated 1/23/14 from Goldsmith to Muller re Amended Complaint, # 5 Exhibit C−Letter dated 1/27/14 from Muller to Goldsmith re Amended Complaint, # 6 Exhibit D−Letter dated 2/5/12 from Sennott to Scio, # 7 Exhibit E−Apollo's Certificate of Incorporation)(Muller, Douglas) (Attachment 4 replaced on 2/24/2014) (alew, ). Modified on 2/24/2014 to replace with corrected document provided by filing user(alew, ). (Entered: 02/21/2014) |
| 03/03/2014 | 31 | REPLY to Response to Motion re 28 MOTION to Amend/Correct 1 Complaint Response filed by Mark P Sennott. (Goldsmith, Mason) (Entered: 03/03/2014) |
| 05/29/2014 | 33 | **ORDER denying as moot 15 Motion to Dismiss for Failure to State a Claim; granting 28 Motion to Amend/Correct Complaint. Signed by Honorable G Ross Anderson, Jr on 5/29/14.(alew, )** (Entered: 05/29/2014) |
| 05/30/2014 | 35 | **CONFERENCE AND SCHEDULING ORDER: Rule 26(f) Conference Deadline 6/19/2014, 26(a) Initial Disclosures due by 7/3/2014, Rule 26 Report due by 7/3/2014, Motions to Amend Pleadings due by 6/5/2014, Plaintiffs ID of Expert Witness due by 8/13/2014, Defendants ID of Expert Witnesses Due by 9/12/2014, Records Custodian Affidavit due by 9/12/2014, Discovery due by 11/12/2014, Motions due by 11/24/2014, Rule 26(a)(3) Disclosures due by 1/2/2015, Bench Trial Deadline 2/2/2015, Mediation Due by 1/23/2015. Signed by Honorable G Ross Anderson, Jr on 5/30/14. (alew, )** Modified on 6/2/2014 to edit text (alew, ). (Main Document 35 replaced on 6/2/2014) (alew, ). Modified on 6/2/2014 to replace with corrected document per clerk(alew, ). (Entered: 05/30/2014) |
| 06/04/2014 | 38 | AMENDED COMPLAINT against Edward S Adams, Adams Monahan LLP, Apollo Diamond, John Does 1−10, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation, filed by Mark P Sennott. Service due by 10/6/2014 (Attachments: # 1 Supporting Documents Verification of Mark Sennott, # 2 Certificate of Service Certificate of Service, # 3 Exhibit 1 − Declaration of Mark Sennott, # 4 Exhibit A − Apollo Stock Cert 2063, # 5 Exhibit B − Apollo Stock Cert 2278, # 6 Exhibit C − Apollo Check 3086, # 7 Exhibit D − ScioDiamond Letter, # 8 Exhibit E − Email Exchange, # 9 Exhibit F − Apollo to Investor Letter, # 10 Exhibit G − Apollo Check 3125, # 11 Exhibit H − Sennott letter to Mum, # 12 Exhibit I − Scio Stock Certificate) (Goldsmith, Mason) (Entered: 06/04/2014) |
| 06/18/2014 | 39 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation. Response to Motion due by 7/7/2014. (Attachments: # 1 Memo in Support, # 2 Supporting Documents Declaration of James J. Farrell in Support of Motion to Dismiss, # 3 Exhibit 1− Amended Complaint Comparisons, # 4 Supporting Documents Request for Judicial Notice, # 5 Exhibit A− Appollo Diamond Oct. 25, 2006 Form D, # 6 Exhibit B− Appollo Nov. 13, 2007 Form D, # 7 Exhibit C− Gemstone Nov. 13, 2007 Form D, # 8 Exhibit D− Gemstone July 20, 2009 Form D, # 9 Exhibit E− Gemstone July 20, 2010 Form D, # 10 Exhibit F− Scio Aug. 17, 2011 Form 8−K, # 11 Exhibit G− Scio March 31, 2012 Form 10−K, # 12 Exhibit H− Scio May 15, 2012 Form 8−K, # 13 Exhibit I− Mack Complaint, # 14 Exhibit J− Mack Dismissal, # 15 Exhibit K− Fink Complaint, # 16 Exhibit L− Fink Dismissal Order, # 17 Exhibit M− McPheely Notice of Removal, # 18 Exhibit N− McPheely Dismissal Order, # 19 Exhibit O− 2011 PC IRS 990, # 20 Exhibit P− 2011 PC − Form Annuan Report, # 21 Exhibit Q− Appollo Cert. of Incorporation, # 22 Exhibit R− Stock Repurcahse Trust, # 23 Exhibit S− Stock Repurchase Sennott, # 24 Exhibit T− Subscription Agreement, # 25 Exhibit U− Special Meeting Letter March 11, 2011)No proposed order.(Muller, Douglas) (Entered: 06/18/2014) |

| | | |
|---|---|---|
| 06/30/2014 | 40 | Joint MOTION for Extension of Time *for parties' to file 26(f) Report and Plaintiff's deadline to file its Memorandum in Opposition to Defendants' Motion to Dismiss* by Edward S Adams, Adams Monahan LLP, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation, Mark P Sennott. Response to Motion due by 7/17/2014. (Attachments: # 1 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Muller, Douglas) Modified on 7/1/2014 to add plaintiff as filer (alew, ). (Entered: 06/30/2014) |
| 07/01/2014 | 41 | Case Reassigned to Judge Honorable Bruce Howe Hendricks. Judge Honorable G Ross Anderson, Jr no longer assigned to the case. (glev, ) (Entered: 07/01/2014) |
| 07/03/2014 | 42 | Rule 26(f) Report by Mark P Sennott. (Attachments: # 1 Certificate of Service)(Goldsmith, Mason) (Entered: 07/03/2014) |
| 07/07/2014 | 43 | **TEXT ORDER granting 40 Motion for Extension of Time. Signed by Honorable Bruce Howe Hendricks on 7/7/2014.(mbro, )** (Entered: 07/07/2014) |
| 07/21/2014 | 45 | CERTIFICATE OF SERVICE by Mark P Sennott re 38 Amended Complaint,,, (Attachments: # 1 Exhibit Proof of Delivery)(Goldsmith, Mason) (Entered: 07/21/2014) |
| 08/12/2014 | 47 | Joint MOTION for Settlement *Joint Motion for Preliminary Approval of Settlement of Derivative Actions* by Edward S Adams, Adams Monahan LLP, Apollo Diamond, John Does 1−10, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation, Mark P Sennott. Response to Motion due by 8/29/2014. (Attachments: # 1 Memo in Support, # 2 Supporting Documents −Stipulation of Dismissal, # 3 Exhibit A− Form 8−K, # 4 Supporting Documents −Proposed Notice of Pendency of Proposed Dismissal, # 5 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Muller, Douglas) (Entered: 08/12/2014) |
| 08/20/2014 | 48 | MOTION for Joinder *Joinder to Joint Motion for Preliminary Approval of Settlement of Derivative Actions* by Edward S Adams, Adams Monahan LLP, Apollo Diamond, John Does 1−10, Loblolly Inc, Michael R Monahan, Scio Diamond Technology Corporation, Mark P Sennott. Response to Motion due by 9/8/2014. No proposed order.(Muller, Douglas) (Entered: 08/20/2014) |
| 12/04/2014 | 51 | **ORDER granting 47 Motion for Settlement; granting 48 Motion for Joinder Signed by Honorable Bruce Howe Hendricks on 12/4/14.(alew, )** (Main Document 51 replaced on 12/4/2014) (alew, ). Modified on 12/4/2014 to replace with corrected document per court(alew, ). (Entered: 12/04/2014) |
| 12/04/2014 | 52 | NOTICE of Hearing: Settlement Approval Hearing set for Thursday, 2/12/2015 02:00 PM in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Honorable Bruce Howe Hendricks. (alew, ) (Entered: 12/04/2014) |
| 02/02/2015 | 53 | MOTION for Settlement *of Derivative Claims* by Mark P Sennott. Response to Motion due by 2/20/2015. (Attachments: # 1 Memo in Support, # 2 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Goldsmith, Mason) Additional attachments added a separate entry 54 on 2/3/2015 (abuc). (Entered: 02/02/2015) |
| 02/03/2015 | 54 | Additional Attachments to Main Document 53 MOTION for Settlement *of Derivative Claims*. First attachment description: Ex. A − Form 8−K . (Attachments: # 1 Exhibit A − Form 8−K, # 2 Exhibit B − Notice)(Goldsmith, Mason) (Entered: 02/03/2015) |
| 02/09/2015 | 55 | NOTICE OF RESCHEDULED HEARING 2/12/2015 & 2:00 pm has been cancelled and rescheduled to: Settlement Conference set for 2/12/2015 01:00 PM in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Honorable Bruce Howe Hendricks. (abuc) (Entered: 02/09/2015) |
| 02/12/2015 | 56 | **Minute Entry for proceedings held before Honorable Bruce Howe Hendricks: Settlement Conference held on 2/12/2015. Proposed order already submitted to court. Court Reporter Karen Martin. (jtho, )** (Entered: 02/12/2015) |
| 02/12/2015 | 57 | **ORDER granting 53 Motion for Settlement. Signed by Honorable Bruce Howe Hendricks on 2/12/2015.(abuc)** (Entered: 02/12/2015) |

| 02/12/2015 | 58 | JUDGMENT / The court has ordered that this case is dismissed with prejudice. (abuc) (Entered: 02/12/2015) |