# EXHIBIT 13



```
                                    ACCOUNT:            ▊792    PAGE:      1
                                    DOCUMENTS:       0          12/29/2017
```

SMALL IS POWERFUL®

www.venturebankonline.com

Equal Housing Lender | Member FDIC

```
       Apollo Diamond Inc
       c/o Edward S Adams                              <D> <T> 79
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                         0
       Minneapolis MN  55419                                   0
```

```
==================================================================================
                    BASIC BUSINESS CKG ACCOUNT  ▊792
==================================================================================

                            LAST STATEMENT 06/30/17       5,305.00
                                    CREDITS                    .00
                                     DEBITS                    .00
                            THIS STATEMENT 12/29/17       5,305.00

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

       **********************************************************************
       *                            |   TOTAL FOR    |      TOTAL          *
       *                            |   THIS PERIOD  |   YEAR TO DATE      *
       *----------------------------|----------------|---------------------*
       * TOTAL OVERDRAFT FEES:       |     $.00       |      $.00           *
       *----------------------------|----------------|---------------------*
       * TOTAL RETURNED ITEM FEES:   |     $.00       |      $.00           *
       **********************************************************************
```

Direct Inquiries to:  **Bloomington**            **Golden Valley**                **Eagan**                                    **Roseville**
                     4470 W 78th St. Circle, Suite 100   6210 Wayzata Boulevard          2640 Eagan Woods Drive, Suite 100    2100 West County Road C
                     Bloomington, MN 55435    Golden Valley, MN 55416          Eagan, MN 55121                       Roseville, MN 55113
                     p: 952.830.9999  f: 952.830.8218   p: 763.398.3333  f: 763.398.3323   p: 651.289.2222  f: 651.289.0200   p: 651.900.8888  f: 612.354.4297

For Mortgage Inquiries: Contact 651.289.2222 or 877.416.3576