# EXHIBIT 14




# VENTURE BANK

PAGE: 1
ACCOUNT: ███792 09/30/2011
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
████████████████
Minneapolis MN 55419

<T> 30
0
0

================================================================================

Effective July 1st, some of our Business and Cash Management Fees have changed. You can view these changes by going to the following address: www.venturebankonline.com/brc/ResourcesBusiness/BusinessFeeSchedule2011

================================================================================

BASIC BUSINESS CKG ACCOUNT ███792

================================================================================

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 08/31/11 | 45,997.50 |
| MINIMUM BALANCE | 44,367.50 | 1 CREDITS | 500,000.00 |
| AVG AVAILABLE BALANCE | 135,792.27 | 48 DEBITS | 486,037.42 |
| AVERAGE BALANCE | 135,792.27 | THIS STATEMENT 09/30/11 | 59,960.08 |

- - - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| TRANSFER FROM SCIO | 09/09 | 500,000.00 |

- - - - - - - - - - - CHECKS - - - - - - - - - - -

| CHECK #..DATE | ......AMOUNT | CHECK #..DATE | ......AMOUNT | CHECK #..DATE | ......AMOUNT |
|---|---|---|---|---|---|
| 3015 09/09 | 100.00 | 3286*09/20 | 3.42 | 3532*09/29 | 220.00 |
| 3016*09/09 | 200.00 | 3303*09/12 | 4,400.00 | 3538*09/30 | 100.00 |
| 3029*09/28 | 65.00 | 3325 09/27 | 67.40 | 3557*09/27 | 100.00 |
| 3091*09/08 | 100.00 | 3326*09/27 | 32.60 | 3569 09/02 | 150.00 |
| 3111*09/26 | 200.00 | 3339*09/22 | 75.00 | 3570*09/16 | 250.00 |
| 3121*09/13 | 335,000.00 | 3341*09/23 | 300.00 | 3576 09/26 | 240.00 |
| 3164*09/09 | 200.00 | 3374*09/15 | 200.00 | 3577*09/26 | 180.00 |
| 3178*09/09 | 55.00 | 3377 09/29 | 100.00 | 3579 09/26 | 20.00 |
| 3180*09/01 | 100.00 | 3378*09/29 | 76.00 | 3580 09/26 | 40.00 |
| 3189*09/01 | 400.00 | 3392*09/27 | 204.00 | 3581*09/26 | 145.00 |
| 3248 09/08 | 60.00 | 3417*09/19 | 300.00 | 3598*09/07 | 100.00 |
| 3249*09/08 | 40.00 | 3437*09/02 | 100.00 | 3880*09/13 | 140.00 |
| 3254*09/08 | 40.00 | 3448*09/21 | 220.00 | 3906*09/12 | 394.00 |
| 3256 09/22 | 250.00 | 3463*09/28 | 300.00 | 3908*09/28 | 100.00 |
| 3257*09/06 | 270.00 | 3479*09/06 | 270.00 | 3918 09/29 | 100.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

* * * C O N T I N U E D * * *

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044580




PAGE: 2
ACCOUNT: ███792 09/30/2011
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc

BASIC BUSINESS CKG ACCOUNT ███792

- - - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| OUTGOING DOMESTIC WIRE TRANSFER FEE | 09/16 | 22.00 |
| OUTGOING WIRE - # 7565 - Free Form Wire - BRYANT AND LISA LINARES | 09/16 | 140,000.00 |
| SERVICE CHARGE | 09/30 | 8.00 |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR DEBITS/CHECKS: 8.00

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | .00 | .00 |
| TOTAL RETURNED ITEM FEES: | .00 | .00 |

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/01 | 45,497.50 | 09/13 | 203,878.50 | 09/23 | 62,258.08 |
| 09/02 | 45,247.50 | 09/15 | 203,678.50 | 09/26 | 61,433.08 |
| 09/06 | 44,707.50 | 09/16 | 63,406.50 | 09/27 | 61,029.08 |
| 09/07 | 44,607.50 | 09/19 | 63,106.50 | 09/28 | 60,564.08 |
| 09/08 | 44,367.50 | 09/20 | 63,103.08 | 09/29 | 60,068.08 |
| 09/09 | 543,812.50 | 09/21 | 62,883.08 | 09/30 | 59,960.08 |
| 09/12 | 539,018.50 | 09/22 | 62,558.08 | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044581

**VENTURE BANK**

ACCOUNT: █792
DOCUMENTS: 0
PAGE: 1
01/31/2012

SMALL IS POWERFUL®

www.venturebankonline.com

EQUAL HOUSING LENDER
Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
█
Minneapolis MN 55419

<T> 30
0
0

## BASIC BUSINESS CKG ACCOUNT █792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 12/30/11 | 416,770.97 |
| MINIMUM BALANCE | 16,490.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 141,592.84 | 4 DEBITS | 400,280.00 |
| AVERAGE BALANCE | 141,592.84 | THIS STATEMENT 01/31/12 | 16,490.97 |

### - - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3113* | 01/10 | 50.00 | 3151 | 01/10 | 50,000.00 | | | |
| 3144* | 01/12 | 230.00 | 3152 | 01/10 | 350,000.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE | PREVIOUS YEAR TOTAL |
|---|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 | $.00 |

### - - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/10 | 16,720.97 | 01/12 | 16,490.97 | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044588

VENTURE BANK

PAGE: 1
ACCOUNT: ███792 02/29/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
███████████
Minneapolis MN 55419

<T> 30
0
0

==========================================================================

BASIC BUSINESS CKG ACCOUNT ███792

==========================================================================

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 01/31/12 | 16,490.97 |
| MINIMUM BALANCE | 15,390.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 15,728.90 | 3 DEBITS | 1,100.00 |
| AVERAGE BALANCE | 15,728.90 | THIS STATEMENT 02/29/12 | 15,390.97 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE | ......AMOUNT | CHECK #..DATE | ......AMOUNT | CHECK #..DATE | ......AMOUNT |
|---|---|---|---|---|---|
| 3124*02/28 | 100.00 | 3126*02/08 | 900.00 | 3131 02/09 | 100.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | ...........BALANCE | DATE | ...........BALANCE | DATE | ...........BALANCE |
|---|---|---|---|---|---|
| 02/08 | 15,590.97 | 02/09 | 15,490.97 | 02/28 | 15,390.97 |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044589




VENTURE BANK

ACCOUNT: ███792 PAGE: 1 03/30/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
███
Minneapolis MN 55419

<T> 30
0
0

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 02/29/12 | 15,390.97 |
| MINIMUM BALANCE | 9,665.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 9,812.63 | 3 DEBITS | 5,725.00 |
| AVERAGE BALANCE | 9,812.63 | THIS STATEMENT 03/30/12 | 9,665.97 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3153 | 03/07 | 675.00 | 3154* | 03/01 | 5,000.00 | 3156 | 03/08 | 50.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/01 | 10,390.97 | 03/07 | 9,715.97 | 03/08 | 9,665.97 |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044590



PAGE: 1
ACCOUNT: ███792 04/30/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Apollo Diamond Inc
c/o Edward S Adams
███████████
Minneapolis MN 55419

<T> 30
0
0

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 03/30/12 | 9,665.97 |
| MINIMUM BALANCE | 9,565.97 | 1 CREDITS | 50,000.00 |
| AVG AVAILABLE BALANCE | 33,772.42 | 1 DEBITS | 100.00 |
| AVERAGE BALANCE | 33,772.42 | THIS STATEMENT 04/30/12 | 59,565.97 |

- - - - - - - - - OTHER CREDITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| TELEPHONE TRANSFER FROM SCIO DIAMOND DDA | 04/16 | 50,000.00 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3157 | 04/04 | 100.00 | | | | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/04 | 9,565.97 | 04/16 | 59,565.97 | | |



VENTURE BANK

ACCOUNT: ███792 05/31/2012
DOCUMENTS: 0
PAGE: 1

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
███████████
Minneapolis MN 55419

<T> 30
0
0

Effective July 16, 2012 Business General Fees will INCREASE as follows: Cashiers Check $6; Collections-Incoming $35; Collections-Outgoing&Foreign $35+costs; Deposit Correction $3; Deposit Return Item Special Handling $35 minimum (obtain quote); Foreign Deposit Item $5+cost/item; Loan Payment Return Fee (New) $32; Money Order (non-customer) $6; Record Research $35/hr + $1/item; Reject Item $.50; Stop Payment $32; Insufficient Funds Fee $32; OVERDRAFT CHARGES: $0-10,000=$32/item; $10,000-20,000=$100+$32/item; $20,000 and over=$200+$32/item; Overdraft Continuous Daily Charge $32/week begining on the second week and continuing each week the account balance remains below zero.
NOTE: The complete fee schedule can be found at:
www.venturebankonline/brc/resourcesbusiness/businessfeeschedule2012

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 04/30/12 | 59,565.97 |
| MINIMUM BALANCE | 50,405.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 50,728.55 | 3 DEBITS | 9,160.00 |
| AVERAGE BALANCE | 50,728.55 | THIS STATEMENT 05/31/12 | 50,405.97 |

- - - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| TELEPHONE TRANSFER TO ADAMS MONAHAN | 05/01 | 660.00 |
| TELEPHONE TRANSFER TO APOLLO DIAMOND GEMSTONE DDA | 05/21 | 500.00 |
| CHECK # 3159 - MEUWISSEN FLYGAR CHK CONV 3159 | 05/01 | 8,000.00 |

* * * C O N T I N U E D * * *

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044592



ACCOUNT: ███792
DOCUMENTS: 0

PAGE: 2
05/31/2012

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc

BASIC BUSINESS CKG ACCOUNT ███792

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

--------- DAILY BALANCE ---------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/01 | 50,905.97 | 05/21 | 50,405.97 | | |

Direct Inquiries to:

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576



PAGE: 1
ACCOUNT: ███792 06/29/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
███████
Minneapolis MN 55419

<T> 30
0
0

Effective July 16, 2012 Business General Fees will INCREASE as follows: Cashiers Check $6; Collections-Incoming $35; Collections-Outgoing&Foreign $35+costs; Deposit Correction $3; Deposit Return Item Special Handling $35 minimum (obtain quote); Foreign Deposit Item $5+cost/item; Loan Payment Return Fee (New) $32; Money Order (non-customer) $6; Record Research $35/hr + $1/item; Reject Item $.50; Stop Payment $32; Insufficient Funds Fee $32; Overdraft Charges: $0-10,000=$32/item; $10,000-20,000=$100+$32/item; $20,000 and over=$200+$32/item; Overdraft Continuous Daily Charge $32
NOTE: The complete fee schedule can be found at: www.venturebankonline.com/brc/resourcesbusiness/businessfeeschedule2012

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 05/31/12 | 50,405.97 |
| MINIMUM BALANCE | 12,039.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 30,886.24 | 7 DEBITS | 38,366.00 |
| AVERAGE BALANCE | 30,886.24 | THIS STATEMENT 06/29/12 | 12,039.97 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | *06/05 | 2,680.00 | | *06/28 | 2,500.00 | 5302012 | 06/11 | 10,000.00 |
| | *06/08 | 2,880.00 | | *06/28 | 10,206.00 | | | |
| | *06/08 | 10,000.00 | 3155 | *06/27 | 100.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
* * * C O N T I N U E D * * *

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044594

PAGE: 2
ACCOUNT: ███792 06/29/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc

BASIC BUSINESS CKG ACCOUNT ███792

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/05 | 47,725.97 | 06/11 | 24,845.97 | 06/28 | 12,039.97 |
| 06/08 | 34,845.97 | 06/27 | 24,745.97 | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044595



PAGE: 1
ACCOUNT: ███792 07/31/2012
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
████████████
Minneapolis MN 55419

<T> 30
0
0

Effective July 16, 2012 Business General Fees will INCREASE as follows: Cashiers Check $6; Collections-Incoming $35; Collections-Outgoing&Foreign $35+costs; Deposit Correction $3; Deposit Return Item Special Handling $35 minimum (obtain quote); Foreign Deposit Item $5+cost/item; Loan Payment Return Fee (New) $32; Money Order (non-customer) $6; Record Research $35/hr + $1/item; Reject Item $.50; Stop Payment $32; Insufficient Funds Fee $32; Overdraft Charges: $0-10,000=$32/item; $10,000-20,000=$100+$32/item; $20,000 and over=$200+$32/item; Overdraft Continuous Daily Charge $32
NOTE: The complete fee schedule can be found at:
www.venturebankonline.com/brc/resourcesbusiness/businessfeeschedule2012

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 06/29/12 | 12,039.97 |
| MINIMUM BALANCE | 7,229.97 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 9,277.15 | 3 DEBITS | 4,810.00 |
| AVERAGE BALANCE | 9,277.15 | THIS STATEMENT 07/31/12 | 7,229.97 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | *07/02 | 2,380.00 | | *07/25 | 50.00 | | 07/25 | 2,380.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

* * * C O N T I N U E D * * *

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576



VENTURE
BANK

ACCOUNT: ■792 07/31/2012
DOCUMENTS: 0

PAGE: 2

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc

BASIC BUSINESS CKG ACCOUNT ■792

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/02 | 9,659.97 | 07/25 | 7,229.97 | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044597





PAGE: 1
ACCOUNT: ■792 01/31/2013
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
■
Minneapolis MN 55419

<T> 30
0
0

BASIC BUSINESS CKG ACCOUNT ■792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 12/31/12 | 7,229.97 |
| MINIMUM BALANCE | 7,229.97 | 1 CREDITS | 75,000.00 |
| AVG AVAILABLE BALANCE | 47,552.55 | 1 DEBITS | 25,000.00 |
| AVERAGE BALANCE | 49,971.90 | THIS STATEMENT 01/31/13 | 57,229.97 |

- - - - - - - - - - - DEPOSITS - - - - - - - - - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 01/14 | 75,000.00 | | | | | | |

- - - - - - - - - - - CHECKS - - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 01/31 | 25,000.00 | | | | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE | PREVIOUS YEAR TOTAL |
|---|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 | $.00 |

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/14 | 82,229.97 | 01/31 | 57,229.97 | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576



ACCOUNT: ███792 PAGE: 1 03/29/2013
DOCUMENTS: 0

SMALL IS POWERFUL®

www.venturebankonline.com

Member FDIC

Apollo Diamond Inc
c/o Edward S Adams
██████████
Minneapolis MN 55419

<T> 30
0
0

BASIC BUSINESS CKG ACCOUNT ███792

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 02/28/13 | 7,229.97 |
| MINIMUM BALANCE | 1,775.97 | 1 CREDITS | 5,410.00 |
| AVG AVAILABLE BALANCE | 6,665.76 | 4 DEBITS | 10,864.00 |
| AVERAGE BALANCE | 6,665.76 | THIS STATEMENT 03/29/13 | 1,775.97 |

- - - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INCOMING WIRE - # 31858 - DUE TO OTHER - WIRES - Ref: | 03/27 | 5,410.00 |

- - - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| OUTGOING DOMESTIC WIRE TRANSFER FEE | 03/27 | 22.00 |
| OUTGOING DOMESTIC WIRE TRANSFER FEE | 03/27 | 22.00 |
| OUTGOING WIRE - # 33075 - Free Form Wire - PATRICK DOERM | 03/27 | 5,410.00 |
| OUTGOING WIRE - # 33107 - Free Form Wire - PATRICK DOERING | 03/27 | 5,410.00 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/27 | 1,775.97 | | | | |

**Direct Inquiries to:**

**Bloomington**
4470 W 78th St. Circle, Suite 100
Bloomington, MN 55435
p: 952.830.9999
f: 952.830.8218

**Golden Valley**
6210 Wayzata Boulevard
Golden Valley, MN 55416
p: 763.398.3333
f: 763.398.3323

**Eagan**
2640 Eagan Woods Drive, Suite 100
Eagan, MN 55121
p: 651.289.2222
f: 651.289.0200

**For Mortgage Inquiries:** Contact 651.289.2222 or 1.877.416.3576

ECL-00044606