# EXHIBIT 15



APOLLO DIAMOND INC.

MINNEAPOLIS, MN 55419

75-179/910

3150

DATE  12-9-2011

PAY TO THE ORDER OF  Merchant and Gould

Two Hundred Ten Thou, Dollars and No Cents   $210,000.00

VENTURE
B A N K

5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

MEMO

⑈098⑈:  79 2⑈  3150

ECL-00044452



PAY TO THE ORDER OF
**Stonebridge Bank**
FOR DEPOSIT ONLY
536
MERCHANT & GOULD PC
006

ECL-00044453



APOLLO DIAMOND INC.

MINNEAPOLIS, MN 55419

3146

75-1719/910

PAY TO THE ORDER OF Wally Niedzwiecki

$ 6,330.00

Six Thousand Eight Hundred Eighty Dollars and No Cents

V VENTURE
BANK
5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

MEMO Full and Final Payment

DATE 12-7-2011

⑈196⑈  79 2⑈ 3146  ⑈00006880000⑈

ECL-00044454



ECL-00044455



ECL-00044456



ENDORSE HERE

Endorsement of this check serves as an agreement by payee to **Full and Final** settlement and satisfaction of any and all existing and/or future obligations of payor and/or any of payor's affiliates and/or entities under common ownership/control, and the officers, directors, partners, employees, affiliates, advisors, shareholders, members, owners and agents of such entities (the "Released Parties"). Payee and/or on behalf of its individual retirement account, as applicable, as well as for its heirs, successors and assigns hereby covenants and agrees not to sue and releases and forever discharges the Released Parties from any and all actions or causes of action, suits, debts, claims, complaints, contracts (expressed or implied), controversies, indemnifications, agreements, promises, damages, judgments, and demands whatsoever, known or unknown, in law or equity, payee ever had or now has against the Released Parties.

COMSTAR FCU
NIST Branch
FOR DEPOSIT ONLY

DEC 1 3 2011

107 - 122

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ECL-00044457



ECL-00044484



Credited to Acct
███████ 833
Return Acct ████████ 833

ECL-00044485



NAME ApolloDiamond Inc.

ACCOUNT NO. 792

DATE 5-30-2012

75-1719/910

PAY TO THE ORDER OF Ed Rose

$ 2680.00

Two Thousand Six Hundred Eighty Dollars and No Cents — DOLLARS

VENTURE BANK

5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

FOR Redemption of ADI Stock

AP



ECL-00044491



NAME Apollo Diamond, Inc.

ACCOUNT NO. 792

PAY TO THE ORDER OF Bryant Lindros

Ten Thousand Dollars and No Cents

$10,000.00

DOLLARS

DATE 5-30-2012

75-1718/910

VENTURE BANK
5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

FOR Redemption of ADI Stock



○ ENDORSE HERE

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

176306/8/2012000213391

RS 52
The security features listed below, as well as those
not listed, exceed industry guidelines.

| Security Features: | Results of document alteration: |
|---|---|
| MicroPrint Line | • "MP" Small type line appears as dotted line when photocopied |
| Chemically Sensitive Paper | • Stains or spots may appear with chemical alteration |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ECL-00044497



ECL-00044498


SOVEREIGN BANK
Absence of Endorsement Guaranteed
THE WITHIN NAMED PAYEE
CREDIT TO THE ACCOUNT OF
DO NOT



NAME Apollo Diamond, Inc.

ACCOUNT NO. 792

DATE 5-30-2012

75-1719/910

PAY TO THE ORDER OF Martha Linck

Two Thousand Five Hundred Dollars and No Cents

$2,500.00

DOLLARS

VENTURE BANK
5500 Wayzata Boulevard
Golden Valley, MN 55416
763 398 3333

FOR Redemption of ADI Stock

DA

ECL-00044500



ECL-00044501



NAME Apollo Diamond, Inc.

ACCOUNT NO. 792

PAY TO THE ORDER OF David Linares

Two Thousand Three Hundred Eighty Dollars and No/100z DOLLARS

$ 2,380.00

DATE 5-30-2012

75-1719/910

VENTURE BANK

5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

FOR Redemption of ADT Stock



Acct # ████████████ 943 ▓ DL

18100717168Z 150247   20120629 00000000000015792
TRN_DEBIT      GSHAW2      238000
Concord Steeplegate 0081  92002 1810 13  0172

ECL-00044503



ECL-00044504



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

**US BANK ATM**
**072312 KC**
**ST PAUL MN**
> 022<



ECL-00044506

ENDORSE HERE

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ✱

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features: | Results of document alteration: |
|---|---|
| MicroPrint Line | • **MP** Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | • Stains or spots may appear with chemical alteration |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

✱ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ECL-00044507



ECL-00044506

ENDORSE HERE

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

RB-52

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features: | Results of document alteration: |
|---|---|
| MicroPrint Line | • **MP** Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | • Stains or spots may appear with chemical alteration |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ECL-00044507



NAME ADT

ACCOUNT NO. 792

75-1719/910

DATE 2-1-13

PAY TO THE ORDER OF Bryant Lowor | $ 25,000.00

Twenty-Five Thousand Dollars and No Cents _____ DOLLARS

VENTURE
BANK
5500 Wayzata Boulevard
Golden Valley, MN  55416
763.398.3333

FOR Com Expenses

⑈196⑈   79 2⑈

ECL-00044510



ECL-00044511