# EXHIBIT 16

John J. Sikora, Jr.
Direct Dial: +1.312.876.6580
john.sikora@lw.com

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

August 20, 2015

**FOIA CONFIDENTIAL TREATMENT REQUESTED**
**VIA EMAIL**

Kevin A. Wisniewski
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
wisniewskik@sec.gov

**EXHIBIT DX-62**

Re:   In the Matter of Scio Diamond Technology Corporation (C-08091)

Dear Mr. Wisniewski:

Per our discussion, please find enclosed a revised privilege log on behalf of Edward Adams.

\*   \*   \*

Mr. Adams requests that this letter and his information provided in his prior response and production to the SEC (the "Confidential Materials") be maintained in confidence by the SEC and its staff and be used solely for the purposes of this inquiry. Accordingly, we have marked this letter and the enclosed documents "CONFIDENTIAL TREATMENT REQUESTED."

Many of the Confidential Materials concern customarily non-public, confidential, and privileged business and commercial information. The Confidential Materials are exempt from mandatory disclosure under various provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b)(7) (which protects certain "records or information compiled for law enforcement purposes"),[1] 5 U.S.C. § 552(b)(4) (which protects trade secrets and confidential and privileged financial and commercial information), and 5 U.S.C. § 552(b)(6) (which protects files "the disclosure of which would constitute a clearly unwarranted invasion of personal privacy").[2] Because the Confidential Materials relate to the business activities of Mr. Adams and not the activities of any federal agency, we believe they are exempt from disclosure under FOIA.[3] The

---

[1]   *See, e.g.*, *NLRB v. Robbins Tire & Rubber Co.,* 437 U.S. 214 (1978).
[2]   *See, e.g.*, *U.S. Dep't of Def. v. Fed. Labor Relations Auth.*, 510 U.S. 487 (1994).
[3]   5 U.S.C. §§ 552(b)(6), (b)(7)(C); *U.S. Dep't of Def.*, 510 U.S. at 487; *Dep't of Justice v. Reporters Comm. for Freedom of Press*, 489 U.S. 749 (1989).

LATHAM&WATKINS LLP

SEC treats records falling within the FOIA exemption categories as "non-public" and "will generally not publish or make available to any person" such records. 17 C.F.R. § 200.80(b). Moreover, disclosure of the Confidential Materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

In accordance with 17 C.F.R. § 200.83 and other applicable laws and regulations, Mr. Adams submits the Confidential Materials with a request that they be kept in a non-public file and that only SEC staff have access to them. If any person not a member of the SEC or its staff (including without limitation any government employee) should request an opportunity to inspect or copy the Confidential Materials, pursuant to the FOIA or otherwise, or if you or any member of the SEC or its staff contemplates disclosure of the Confidential Materials to any other person, Mr. Adams requests that the undersigned immediately be notified of such request, be furnished a copy of all written materials pertaining to such request (including but not limited to the request itself), and be given advance notice of any intended release so that Mr. Adams may, if deemed necessary or appropriate, pursue any remedies available. *See, e.g.*, *Chrysler Corp. v. Brown*, 441 U.S. 281 (1979). Mr. Adams expects to be provided the opportunity to object to such disclosure, and therefore requests that you telephone the undersigned rather than rely upon the U.S. mail for such notice.

Mr. Adams expects that if the SEC is inclined to grant any FOIA request for the Confidential Materials, it will follow the procedures set forth in 17 C.F.R § 200.83 and Executive Order 12,600, 52 Fed. Reg. 23,781 (June 25, 1987). Mr. Adams stands ready to further substantiate this request for confidential treatment and to request a hearing on the claim of exemption.

The request set forth in the preceding paragraphs also applies to any memoranda, notes, transcripts or other writings of any sort whatsoever that are made by, or at the request of, any employee of the SEC (or any other government agency) and which (1) incorporate, include or relate to any of the Confidential Materials; or (2) refer to any conference, meeting, or telephone conversation between Mr. Adams on the one hand and employees of the SEC (or any other government agency) on the other, relating to the Confidential Materials.

The Confidential Materials remain the property of Mr. Adams. Accordingly, at the conclusion of this inquiry, we request such material (and any copies thereof) be returned to the undersigned.

If the SEC decides to transfer any of the Confidential Materials to another federal agency, Mr. Adams requests that you forward a copy of this letter to any such agency with the Confidential Materials. We request that you indicate to any such agency that Mr. Adams has requested the return of this material to the undersigned at the completion of the agency's efforts in this matter and have requested that this material be accorded confidential treatment.

Provision of the Confidential Materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that production of any of the Confidential Materials constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent. By the

LATHAM&WATKINS LLP

production of such documents, Mr. Adams does not intend to and have not waived the attorney-client privilege or any other protections.

* * *

If you have any questions concerning this correspondence, please contact me at (312) 876-6580.

Sincerely,

*John J. Sikora, Jr./cc*

John J. Sikora, Jr.
of LATHAM & WATKINS LLP

Enclosure

cc:   James J. Farrell

DSM-000722

| Date | Author Entity | Individual Author | Recipient Entity | Ind. Recipient (Attn) | Subject | Privilege Description | Privilege Type | Document Type |
|---|---|---|---|---|---|---|---|---|
| 15-Nov-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 7-Dec-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Nov-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Mar-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 25-Jul-08 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 24-Oct-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 30-Nov-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 20-Dec-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 22-Jan-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 22-Feb-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

| Date | From | To | Client | Recipient | Subject | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|
| 28-Aug-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 26-Sep-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 29-Oct-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Dec-07 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Nov-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 7-Dec-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Nov-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | Apollo Diamond Inc. Expenses in Connection with Legal Matter | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Mar-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 25-Jul-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 24-Oct-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 30-Nov-06 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

| Date | Firm | | From | To | Recipient | Subject | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|---|
| 20-Dec-06 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 22-Jan-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 22-Feb-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 28-Aug-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 26-Sep-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 29-Oct-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Dec-07 | Adams, Monahan & Sankovitz LLP | n/a | | Apollo Diamond, Inc. | Lisa Linares | General Counsel Monthly Retainer | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 2011 | Adams Monahan, LLP | n/a | | Apollo Diamond, Inc. & Apollo Diamond Gemstone Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Jan-11 | Adams Monahan, LLP | n/a | | Apollo Diamond, Inc. | Robert Linares | Billable Hours for Apollo Diamond, Inc. | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Feb-11 | Adams Monahan, LLP | n/a | | Apollo Diamond, Inc. | Robert Linares | Billable Hours for Apollo Diamond, Inc. | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Mar-11 | Adams Monahan, LLP | n/a | | Apollo Diamond, Inc. | Robert Linares | Billable Hours for Apollo Diamond, Inc. | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

| Date | From | | To | CC | Subject | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|
| Apr-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | Robert Linares | Billable Hours for Apollo Diamond, Inc. | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 14-May-12 | Adams Monahan, LLP | n/a | Loblolly, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 31-Dec-12 | Adams Monahan, LLP | n/a | Loblolly, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 31-Dec-12 | Adams Monahan, LLP | n/a | Loblolly, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 30-Aug-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Aug-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Aug-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Aug-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jul-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jul-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jun-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

| Date | Firm | | Client | Contact | Subject | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|
| 1-Jun-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Apr-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | Bryant Linares | Billable Hours for Apollo Diamond Gemstone Corporation | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Mar-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | Bryant Linares | Billable Hours for Apollo Diamond Gemstone Corporation | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Feb-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | Bryant Linares | Billable Hours for Apollo Diamond Gemstone Corporation | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Jan-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | Bryant Linares | Billable Hours for Apollo Diamond Gemstone Corporation | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| Aug-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Apr-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Apr-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Jun-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Jun-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Jun-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

| Date | Firm | | Client | Recipient | Type | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|
| 12-Jun-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Jun-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Apr-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Apr-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Jonathan Pfohl | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 11-Mar-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 11-Mar-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Joseph Lancia | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 11-Mar-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 5-Feb-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 5-Feb-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | Joseph Lancia | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 5-Feb-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Jan-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS

| Date | From | | To | | Type | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|
| 4-Jan-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Jan-13 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 13-Dec-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 13-Dec-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 13-Dec-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 15-Nov-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 17-Oct-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Sep-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 12-Sep-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 16-Aug-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 16-Aug-12 | Adams Monahan, LLP | n/a | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS

| Date | From | | | To | | Type | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|---|
| 20-Jul-12 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 11-Jul-12 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 14-Dec-11 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 16-Dec-11 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Oct-11 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 14-Dec-11 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 19-Dec-11 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 14-May-12 | Adams Monahan, LLP | n/a | | Scio Diamond Technology Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Aug-11 | Adams Monahan, LLP | n/a | | Apollo Diamond Gemstone Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Aug-11 | Adams Monahan, LLP | n/a | | Apollo Diamond Gemstone Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jul-11 | Adams Monahan, LLP | n/a | | Apollo Diamond Gemstone Corporation | n/a | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS

| Date | From | | To | | | Subject | Description | Privilege | Format |
|---|---|---|---|---|---|---|---|---|---|
| 1-Jul-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | n/a | | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jun-11 | Adams Monahan, LLP | n/a | Apollo Diamond Gemstone Corporation | n/a | | Invoice | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 30-Sep-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | | Bryant Linares | Legal Services Quarter Ended September 30, 2005 | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 31-Dec-05 | Adams, Monahan & Sankovitz LLP | n/a | Apollo Diamond, Inc. | | Bryant Linares | Legal Services Quarter Ended December 31, 2005 | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 2-Jan-09 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. & Apollo Diamond Gemstone Corporation | | Robert Linares | Legal Services Calendar Year 2008 | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 4-Jan-10 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. & Apollo Diamond Gemstone Corporation | | Robert Linares | Legal Services Calendar Year 2009 | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 3-Jan-11 | Adams Monahan, LLP | n/a | Apollo Diamond, Inc. & Apollo Diamond Gemstone Corporation | | Robert Linares | Legal Services Calendar Year 2010 | Legal Bill; Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |
| 1-Jul-12 | Adams Monahan, LLP | Edward Adams | Scio Diamond Technology Corporation | | Joseph Lancia | Retainer Agreement | Communication between attorney and client regarding legal services provided; work descriptions for legal services provided | Attorney-client privilege; attorney work product | Hard copy document |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS