# EXHIBIT 17



ATTORNEYS AT LAW

Jon M. Hopeman
(612) 373-8416
Fax: (612) 338-0535
E-mail: jhopeman@felhaber.com

**RECEIVED/2**

**2016 MAY -9 P 4: 07**

**U.S. ATTORNEY
DIST. OF MN**

May 9, 2016

**HAND-DELIVERED**

David Maria
Assistant United States Attorney
United States Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: **Grand Jury Supboena – Edward Adams
Our File No. 29260.001**

Dear Mr. Maria:

Enclosed please find documents responsive to the U.S. Grand Jury subpoena served upon Edward S. Adams. I have numbered them according to the paragraphs in the subpoena:

1. ESA001537 to 002333;

2. ESA002334 to 002336;

6. ESA002337 to 002367; and

7. ESA002368 to 002383.

I have also enclosed an updated privilege log in connection with documents designated attorney-client privilege and/or work product doctrine (ESA002384 to ESA002391).

Sincerely,

Jon M. Hopeman

jle
Enclosures
cc:   John Kokkinen

220 South Sixth Street
Suite 2200
Minneapolis, MN 55402-4504

Phone: 612.339.6321
Fax: 612.338.0535

felhaber.com

1365777.v1

**EXHIBIT
DX-65**

ECL-00002397

## EDWARD ADAMS
## PRIVILEGE LOG – UDATED MAY 9, 2016

| Bates Number(s) | Date | From | To |
|---|---|---|---|
| ESA001261 | January 31, 2011 | Michael Monahan | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 | Michael Monahan | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | March 31, 2011 | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 (second redacted entry from 2/28/11) | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | March 31, 2011 (second redacted entry from 3/31/11) | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001273 | February 28, 2011 | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | February 28, 2011 (second redacted entry from 2/28/11) | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | March 31, 2011 | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | March 31, 2011 (second redacted entry from 3/31/11) | Michael Monahan | Apollo Diamond, Inc. |
| ESA001279 | January 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |
| ESA001280 | February 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |
| ESA001282 | March 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |

1365765.v1

# EDWARD ADAMS
# PRIVILEGE LOG

| Bates Number(s) | Date | From | To |
| --- | --- | --- | --- |
| ESA001261 | January 31, 2011 | Michael Monahan | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 | Michael Monahan | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | March 31, 2011 | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | February 28, 2011 (second redacted entry from 2/28/11) | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001261 | March 31, 2011 (second redacted entry from 3/31/11) | Edward Adams | Apollo Diamond, Inc./Apollo Diamond Gemstone Corporation |
| ESA001273 | February 28, 2011 | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | February 28, 2011 (second redacted entry from 2/28/11) | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | March 31, 2011 | Michael Monahan | Apollo Diamond, Inc. |
| ESA001273 | March 31, 2011 (second redacted entry from 3/31/11) | Michael Monahan | Apollo Diamond, Inc. |
| ESA001279 | January 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |
| ESA001280 | February 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |
| ESA001282 | March 2005 | Adams, Mohahan & Sankovitz, LLP | Apollo Diamond, Inc. |

1349430.v1

| ESA001315 | April 4, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
|---|---|---|---|
| ESA001315 | April 5, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001320 | October 12, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001320 | October 31, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001325 | June 20, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001332 | November 11, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001339 | January 1, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001339 | January 13, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001340 | January 26, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001341 | January 26, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001342 | February 23, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001343 | March 7, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001344 | April 4, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001344 | April 5, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001345 | August 25, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001345 | August 25, 2011 (second redacted entry from 8/25/11) | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001346 | August 26, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001346 | August 31, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001346 | September 17, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001347 | September 28, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001347 | September 30, 2011 | Adams Monahan, LLP | Scio Diamond Technology |
| ESA001347 | October 1, 2011 | Adams Monahan, LLP | Scio Diamond Technology |

ECL-00001266

DSM-000745

| | | | |
|---|---|---|---|
| **ESA001350** | March 16, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| **ESA001350** | April 30, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| **ESA001375** | January 18, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| **ESA001377** | February 22, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| **ESA001377** | February 29, 2012 | Adams Monahan, LLP | Scio Diamond Technology |
| **ESA001526-001527** | March 18, 2004 | Eric O. Madson; Robins, Kaplan, Miller & Cerisi, LLP | Edward Adams; Apollo Diamond, Inc. |
| **ESA001528-001533** | March 4, 2006 | Michael Monahan | Internal Memorandum |
| **ESA001534** | December 11, 2011 | Adams & Monahan, LLP | Internal Memorandum |
| **ESA001535-001536** | July 21, 2013 | Edward Adams | Internal Memorandum |

3

ECL-00001267

DSM-000746