# EXHIBIT 19



## Maria, David (USAMN) 1

| | |
|---|---|
| **From:** | David Young <dyoung@bestlaw.com> |
| **Sent:** | Tuesday, June 28, 2016 11:09 AM |
| **To:** | Maria, David (USAMN) 1 |
| **Subject:** | RE: Follow-Up |

David,

Per your request, I have spoken to Gerald McGuire, Scio's Chief Executive Officer.  Following that discussion and with informed consent, Mr. McGuire has directed me to communicate to you that, in Scio's continuing effort to cooperate with the ongoing governmental investigations, Scio will not assert any attorney-client privilege or seek compliance with any duty of confidentiality with regard to work or services performed by Ed Adams, Michael Monahan, the Adams Monahan law firm or the attorneys associated with the Adams Monahan law firm in connection with (1) the Apollo Diamond entities (e.g., Apollo Diamond, Inc. and Apollo Diamond Gemstone Corporation) and (2) the transactions by which the assets of the Apollo Diamonds entities were transitioned to or acquired by either of the Scio Diamond Technology Corporation entities (the original or the current).  The waiver of any attorney-client privilege does not include any work performed in connection with patent matters or matters relating to Scio's ongoing business.  See *Diversified Indus., Inc. v Meredith*, 572 F.2d 596 (8th Circuit 1977).

David Young
Attorney
DIRECT 612.843.5807

BEST & FLANAGAN

**BEST & FLANAGAN LLP**
60 South Sixth Street, Suite 2700   Minneapolis, Minnesota 55402
TEL 612.339.7121  FAX 612.339.5897  BESTLAW.COM

CONFIDENTIAL: This email may contain confidential and privileged information and is for the intended recipient only. If you are not the intended recipient, please refrain from reading and delete all copies of this email. IRS NOTICE: Any tax advice contained in this email and any attachment was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties that may be imposed under the tax laws, or (2) promoting or recommending any transaction.

**From:** Maria, David (USAMN) 1 [mailto:David.Maria@usdoj.gov]
**Sent:** Tuesday, June 28, 2016 9:18 AM
**To:** David Young
**Subject:** Follow-Up

David—

Just following up on our call from yesterday regarding privilege/confidentiality issues.  Also, Anders Folk may be calling you this morning – he represents JR Maddox, with whom we are scheduled to meet at 11:30 today.

Thanks.

David M. Maria
Assistant United States Attorney
District of Minnesota, Criminal Division
600 U.S. Courthouse
300 South Fourth Street

1



Minneapolis, MN 55415
V: 612.664.5681 | F: 612.664.5787

DSM-000258