*United States v. Edward S. Adams*
No. 0:17-cr-00064-DWF-KMM

**PRIVILEGE LOG**
**Adams Communications with Murry & Associates LLC**

| In Camera Binder Tab No. | Document ID | Date Sent | From | To | CC | Privilege Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|
| Tab 1 | 00224269 00224270 | 10/28/2014 | Adams, Edward | Murry, Patrick | Miller, Ashley | Attorney-Client Communication | Confidential correspondence from Edward Adams to Patrick Murry, copying Ashley Miller, supplying private information in an "ESA Tax Summary for P. Murry" Excel spreadsheet, conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 2 | 00224409 | 10/29/2014 | Miller, Ashley | Adams, Edward | | Attorney-Client Communication; *Kovel* Accountant Work Product | Confidential correspondence from Ashley Miller to Edward Adams posing questions to obtain information to facilitate legal advice to Mr. Adams from Foster Brever Wehrly, PLLC. |
| Tab 3 | 00224366 | 10/29/2014 | Adams, Edward | Miller, Ashley | | Attorney-Client Communication; *Kovel* Accountant Work Product | Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 4 | 00224368 | 10/29/2014 | Adams, Edward | Miller, Ashley | | Attorney-Client Communication; *Kovel* Accountant Work Product | Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |

*United States v. Adams*, No. 0:17-cr-00064-DWF-KMM
Privilege Log: Adams Communications with Murry & Associates LLC

| *In Camera* Binder Tab No. | Document ID | Date Sent | From | To | CC | Privilege Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|
| Tab 5 | 00224497 | 11/4/2014 | Adams, Edward | Murry, Patrick; Miller, Ashley | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 6 | 00224725 00224726 00224860 00224861 | 11/8/2014 | Adams, Edward | Miller, Ashley | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 7 | 00224879 00224880 00225014 00225015 | 11/10/2014 | Adams, Edward | Murry, Patrick | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Patrick Murry supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |