# EXHIBIT 21

PUBLIC VERSION

# TAB 1

PUBLIC VERSION

**From:** Michael Monahan
**To:** Bryant Linares
**BCC:** Edward Scott Adams; Adams Edward
**Sent:** 10/22/2007 7:35:36 PM

# REDACTED

PUBLIC VERSION

00383622

00383623

**REDACTED**

PUBLIC VERSION

00383624

**REDACTED**

PUBLIC VERSION

# TAB 2

PUBLIC VERSION

**From:** Michael Monahan
**To:** Edward Adams; Bryant Linares
**CC:** Chris Mumm; cmumm
**Sent:** 12/7/2007 11:22:24 AM

# REDACTED

PUBLIC VERSION

00385523

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

00385527

# REDACTED

PUBLIC VERSION

# TAB 3

PUBLIC VERSION

**From:** Edward Adams
**To:** Bryant Linares; Robert Linares
**Sent:** 9/12/2009 7:58:39 AM

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

**REDACTED**

PUBLIC VERSION

00000746

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# TAB 4

PUBLIC VERSION

**From:**     Edward Adams
**To:**       Bryant Linares; Bryant Linares; Michael Monahan
**Sent:**     3/17/2010 9:01:54 AM

# REDACTED

# REDACTED

PUBLIC VERSION

00008243

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# TAB 5

PUBLIC VERSION

| From: | Edward Adams |
|---|---|
| To: | Robert Linares; Robert Linares |
| Sent: | 4/9/2010 5:31:09 AM |
| Subject: | Fw: Lease Amendment Draft - LMA |
| Attachments: | SHARP_MX3501N_20100309_114359.pdf; SHARP_MX3501N_20100309_114417.pdf |

# REDACTED

--- On **Thu, 4/8/10, Susan W Davis** wrote:

From: Susan W Davis
Subject: Lease Amendment Draft - LMA
To: "Edward Adams"
Cc: "David Cannon"
Date: Thursday, April 8, 2010, 4:36 PM

Hi Ed----attached are the most recent drafts of the Lease Amendments—if these are now acceptable, our client can circulate execution copies of the amendments—thanks

```
Susan W. Davis
Riemer & Braunstein LLP
7 New England Executive Park, 11th Floor
Burlington, MA 01803
tel. (617) 880-3435
fax. (617) 692-3435
sdavis@riemerlaw.com
```
*for more information visit* www.riemerlaw.com
**Boston~New York~Chicago**

```
=========================================================

This message contains confidential information, intended
only for the person(s) named above, which may also be
privileged. Any use, distribution, copying or disclosure
by any other person is strictly prohibited. If you have
received this message in error, please notify the e-mail
sender immediately, and delete the original message
without making a copy.

Riemer & Braunstein LLP
Counselors at Law

This footnote also confirms that this email message has
been swept by Postini for the presence of computer viruses.
```

PUBLIC VERSION

PUBLIC VERSION

Draft
**AMENDMENT NO. 3**
100 Kuniholm Drive, Holliston, MA

This Amendment No. 3 (this "**Amendment**") is executed as of March ___, 2010 between **New Englander, LLC** a Massachusetts Limited Liability Company ("**Landlord**") and **Apollo Diamond, Inc.,** a Delaware corporation ("**Tenant**"). Landlord and Tenant are parties to that certain Lease Agreement dated June 25, 2004, as amended by Amendment # 1 dated October 1, 2005, and Amendment No. 2 dated June 29, 2007 (the "**Lease**") for the premises located at 100 Kuniholm Drive, Holliston, MA. Capitalized terms used herein but not defined shall be given the meanings assigned to them in the Lease.

Landlord and Tenant now desire to further amend the Lease to extend the Term.

**AGREEMENTS**

For valuable consideration, whose receipt and sufficiency are acknowledged, Landlord and Tenant agree as follows:

1.      **Term Extended**. The Term of the Lease shall be extended from June 30, 2010 to June 30, 2012.

2.      **Basic Rent.**   The definition of "Basic Rent" as set forth in the Basic Lease Information, and as subsequently amended by Lease Amendments #1 and No. 2, is hereby deleted and the following substituted therefore:

"Basic Rent shall be the following amounts for the following periods of time:

| Period | Basic Monthly Rent | P.S.F. |
|---|---|---|
| July 1, 2010 – June 30, 2012 | $ 6,975.00  NNN | $7.75 NNN |

3.      **Ratification**. Tenant hereby ratifies and confirms its obligations under the Lease, and represents and warrants to Landlord that it has no defenses thereto.  Additionally, Tenant further confirms and ratifies that, as of the date hereof, the Lease is and remains in good standing, and Tenant has no claims, counterclaims, set-offs or defenses against Landlord arising out of the Lease or in any way relating thereto or arising out of any other transaction between Landlord and Tenant.

4.      **Binding Effect; Governing Law**.  Except as modified hereby, the Lease shall remain in full force and effect and this Amendment shall be binding upon Landlord and Tenant and their respective successors and assigns.  If any inconsistency exists or arises between the terms of this Amendment and the terms of the Lease, the terms of this Amendment shall prevail.   This Amendment shall be governed by the laws of the Commonwealth of Massachusetts.

1188641.1

PUBLIC VERSION

00009158

5.      **Counterparts**.  This Amendment may be executed in multiple counterparts, each of which shall constitute an original, but all of which shall constitute one document.

[SIGNATURE PAGE TO FOLLOW]

1188641.1

PUBLIC VERSION

Executed as of the date first written above.

**Tenant:**                                    **Apollo Diamond, Inc. ,** a Delaware
                                              company


                                              By:_____
                                                  Robert. C. Linares, President and
                                                  Treasurer
                                                  Hereunto Duly Authorized

**Landlord:**                                  **New Englander, LLC**, a Massachusetts
                                              Limited Liability Company


                                              By:  _____
                                                   John R. Parsons, Jr., Manager

1188641.1

PUBLIC VERSION

**Draft**
## AMENDMENT NO. 3
260 / 270 Eliot Street, Ashland, MA

This Amendment No. 3 (this "**Amendment**") is executed as of March    , 2010 between **Ledgemere, LLC** a Massachusetts Limited Liability Company ("**Landlord**") and **Apollo Diamond, Inc.,** a Delaware corporation ("**Tenant**"). Landlord and Tenant are parties to that certain Lease Agreement dated January 31, 2002, as amended by Lease Amendment # 1 dated July 7, 2004, and Amendment No. 2 dated June 29, 2007 (the "**Lease**") for the premises located at 260 / 270 Eliot Street, in Ashland, MA. Capitalized terms used herein but not defined shall be given the meanings assigned to them in the Lease.

Landlord and Tenant now desire to further amend the Lease to extend the Term.

### AGREEMENTS

For valuable consideration, whose receipt and sufficiency are acknowledged, Landlord and Tenant agree as follows:

1.     **Term Extended**. The Term of the Lease shall be extended from June 30, 2010 to June 30, 2012.

2.     **Basic Rent.**   The definition of "Basic Rent" as set forth in the Basic Lease Information, and as subsequently amended by Lease Amendments #1 and #2, is hereby deleted and the following substituted therefore:

> "Basic Rent shall be paid at the rate of $3,463.54 per month for each month during the Term of this Lease."

3.     **Ratification**. Tenant hereby ratifies and confirms its obligations under the Lease, and represents and warrants to Landlord that it has no defenses thereto. Additionally, Tenant further confirms and ratifies that, as of the date hereof, the Lease is and remains in good standing, and Tenant has no claims, counterclaims, set-offs or defenses against Landlord arising out of the Lease or in any way relating thereto or arising out of any other transaction between Landlord and Tenant.

4.     **Binding Effect; Governing Law**.   Except as modified hereby, the Lease shall remain in full force and effect and this Amendment shall be binding upon Landlord and Tenant and their respective successors and assigns. If any inconsistency exists or arises between the terms of this Amendment and the terms of the Lease, the terms of this Amendment shall prevail.   This Amendment shall be governed by the laws of the Commonwealth of Massachusetts.

5.     **Counterparts**. This Amendment may be executed in multiple counterparts, each of which shall constitute an original, but all of which shall constitute one document

1187783.4

PUBLIC VERSION

Executed as of the date first written above.

**Tenant:**                                **Apollo Diamond, Inc. ,** a Delaware
                                           company


                                           By:_____
                                               Robert. C. Linares, President and
                                               Treasurer
                                               Hereunto Duly Authorized

**Landlord:**                              **Ledgemere, LLC**, a Massachusetts Limited
                                           Liability Company


                                           By:  _____
                                               John R. Parsons, Jr., Manager

1187783.4

PUBLIC VERSION

# TAB 6

PUBLIC VERSION

**From:**      Edward Adams
**To:**          Robert Linares; Robert Linares; Bryant Linares
**Sent:**      10/27/2010 2:45:50 PM

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# TAB 7

PUBLIC VERSION

**From:**     Edward Adams
**To:**       Rcl Rcl
**CC:**       b linares
**Sent:**     10/28/2010 10:47:07 AM

# REDACTED

PUBLIC VERSION

00018617

# REDACTED

PUBLIC VERSION

# TAB 8

PUBLIC VERSION

**REDACTED**

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

00019684

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# TAB 9

PUBLIC VERSION

**From:**     Edward Adams
**To:**       rclrcl3
**Sent:**     2/28/2011 2:18:59 PM

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# TAB 10

PUBLIC VERSION

**From:**      Edward Adams
**To:**          Robert Linares; Robert Linares
**Sent:**       3/6/2011 1:48:03 PM

# REDACTED

PUBLIC VERSION

00023295

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION