# EXHIBIT 22

PUBLIC VERSION

# TAB 1

PUBLIC VERSION

**From:**     Edward Adams
**To:**       Patrick M. Murry
**CC:**       amiller
**Sent:**     10/28/2014 8:38:31 PM

# REDACTED

PUBLIC VERSION

00224269
00224269

REDACTED

PUBLIC VERSION

00224270.xlsx

REDACTED

PUBLIC VERSION

00224270.xlsx

REDACTED

PUBLIC VERSION

00224270.xlsx

REDACTED

PUBLIC VERSION          00224270.xlsx

REDACTED

PUBLIC VERSION

00224270.xlsx

REDACTED

PUBLIC VERSION

00224270.xlsx

# TAB 2

PUBLIC VERSION

From:     Ashley Miller
To:       Edward Adams
Sent:     10/29/2014 5:53:08 PM

REDACTED

PUBLIC VERSION

00224409
00224409

REDACTED

PUBLIC VERSION

# TAB 3

PUBLIC VERSION

**From:**     edwardsadams
**To:**       Ashley Miller
**Sent:**     10/29/2014 6:02:40 PM

# REDACTED

PUBLIC VERSION

00224366
00224366

REDACTED

PUBLIC VERSION

# TAB 4

PUBLIC VERSION

**From:**     edwardsadams
**To:**       Ashley Miller
**Sent:**     10/29/2014 7:25:49 PM

# REDACTED

PUBLIC VERSION

00224368
00224368

REDACTED

PUBLIC VERSION

# TAB 5

PUBLIC VERSION

**From:**     Edward Adams
**To:**        Patrick M. Murry; amiller@murryllc.com
**Sent:**     11/4/2014 10:15:01 AM

# REDACTED

PUBLIC VERSION

00224497
00224497

# **TAB 6**

PUBLIC VERSION

**From:**     Edward Adams
**To:**       amiller@murryllc.com
**Sent:**     11/8/2014 12:44:53 PM

# REDACTED

PUBLIC VERSION

00224725
00224725

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224727
00224726

REDACTED

PUBLIC VERSION

00224728
00224726

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224734
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224742

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224744
00224726

REDACTED

PUBLIC VERSION

00224745
00224726

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224747

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224749

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224756
00224726

REDACTED

PUBLIC VERSION

00224757
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224765

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224769

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224781

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224785
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224793
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224796
00224726

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224800
00224726

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224811
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224819
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224826
00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224829

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224841
00224726

REDACTED

PUBLIC VERSION

00224842

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224845

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

00224848

00224726

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

00224861.xls

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

00224861.xls

PUBLIC VERSION

REDACTED

00224861.xls

PUBLIC VERSION

# **TAB 7**

PUBLIC VERSION

**From:**      Edward Adams
**To:**        Patrick M. Murry
**Sent:**      11/10/2014 6:59:25 AM

# REDACTED

00224879
00224879

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224894
00224880

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224924
00224880

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224929
00224880

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224962
00224880

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00224974
00224880

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

REDACTED

PUBLIC VERSION

00225012
00224880

REDACTED

PUBLIC VERSION

REDACTED

00225014.xls

PUBLIC VERSION

REDACTED

00225014.xls

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

REDACTED

00225015.xls

PUBLIC VERSION

# REDACTED

PUBLIC VERSION

# REDACTED

PUBLIC VERSION