# Exhibit C

# Ariel Scott

**From:** Patrick M. Murry
**Sent:** Wednesday, October 29, 2014 4:58 PM
**To:** 'Thomas Brever'
**Subject:** RE: Commencement of Work

I met with him yesterday afternoon. When you have a second, I have a couple of things that I would like to walk through with you on him.

**Patrick Murry**
**Murry & Associates, LLC**
pmurry@murryllc.com
7575 Golden Valley Road, Suite 119
Golden Valley, Minnesota 55427
Direct: 763-535-7077
Fax: 763-450-5451

**From:** Thomas Brever [mailto:tbrever@fosterbrever.com]
**Sent:** Wednesday, October 29, 2014 4:47 PM
**To:** Patrick M. Murry
**Subject:** FW: Commencement of Work

**From:** edwardsadams@yahoo.com [mailto:edwardsadams@yahoo.com]
**Sent:** Wednesday, October 29, 2014 4:34 PM
**To:** Thomas Brever
**Subject:** Re: Commencement of Work

Tom,

It might be useful to call Pat and give him a nudge. No word from him today.

Ed

Sent from my iPhone

On Oct 28, 2014, at 8:04 AM, Thomas Brever <tbrever@fosterbrever.com> wrote:

> Ed,
>
> Pat and his firm have been retained under the Kovel doctrine to render legal advice. You may speak to them candidly.
>
> Tom

1