# Exhibit E



**FOSTER BREVER WEHRLY, PLLC**
ATTORNEYS AT LAW

ROBERT J. FOSTER (612) 787-7894
THOMAS E. BREVER (612) 787-7893
ANDREW T. BREVER (612) 455-8942
JOHN A. WEHRLY (612) 455-8944
OF COUNSEL, ERIC B. BREVER (612) 787-7891

December 1, 2016

Mr. David Maria, Esq.
Assistant US Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415

RE:   GJ Subpoena upon Murry & Assoc., LLC

Dear Mr. Maria:

    We are writing in response to the Grand Jury subpoena served upon our assistants, Murry & Associates, LLC, hired under a Kovel arrangement by our firm for the purpose of assisting in rendering legal advice. We are transmitting herewith a USB drive containing copies of electronically stored material that is not subject to claim of privilege, and paper copies of such material from the files of Murry & Associates, along with the Certificate of Authenticity made on behalf of the firm. We are also enclosing herewith our privilege log for materials that sets forth the identification of materials and the claims of privilege for such materials

    Please let me know if you have any questions.

Sincerely,

Thomas E. Brever

TEB/skb

Enclosures

2812 ANTHONY LANE SOUTH, SUITE 200 • ST. ANTHONY, MN 55418
FAX: (612) 788-9879
www.fosterbrever.com

ECL-00030154

GRAND JURY SUBPOENA SERVED ON MURRY & ASSOCIATES

Privilege Log

| Paper Items | Pages | Basis |
|---|---|---|
| Notes of Interview | 4 | Attorney client; work product |
| Summary of items | 1 | Attorney client; work product |
| Letter from PJM to TEB | 2 | Attorney client; work product |
| Summaries of items | 3 | Attorney client; work product |
| Copy of Check with Notes and questions | 1 | Attorney client; work product |
| Summary of items | 2 | Attorney client; work product |
| List of payments | 1 | Attorney client; work product |
| Emails to/from client Sent by AM | 68 | Attorney client; work product |
| Emails sent by EA or TEB to AM | 59 | Attorney client; work product |
| Emails sent by EA or TEB to PM | 45 | Attorney client; work product |
| Emails sent by PM to EA or TEB | 23 | Attorney client; work product |

| Items on Drive | Pages | Basis |
| --- | --- | --- |
| 2007 folder | 7 | Attorney client; work product |
| 2008 folder | 6 | Attorney client; work product |
| 2009 folder | 2 | Attorney client; work product |
| 2011 folder | 1 | Attorney client; work product |
| 2014 folder | 1 | Attorney client; work product |
| 2016 folder | 22 | Attorney client; work product |
| Billing records | 18 | Attorney client; work product |
| AM email inbox | 41 items | Attorney client; work product |
| Sent email inbox | 33 items | Attorney client; work product |
| PM emails received | 28 items | Attorney client; work product |
| PM emails sent | 12 items | Attorney client; work product |