# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>EDWARD S. ADAMS, )<br>)<br>Defendant. )<br>)<br>) | 17-cr-64-DWF-KMM<br><br>**MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the defendant, Edward S. Adams, moves to exclude the period of time from March 31, 2017 (the date of Adams' original arraignment) through October 31, 2018 (the last date within the period of time for which Adams and his counsel have requested a date certain for trial) from the Speedy Trial Act computations in this case. The grounds for this motion are set forth in the accompanying Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. A proposed order accompanies this motion.

Dated:     February 8, 2018            *s/James L. Volling*
                                       James L. Volling (#113128)
                                       Deborah A. Ellingboe (#26216X)
                                       FAEGRE BAKER DANIELS LLP
                                       2200 Wells Fargo Center
                                       90 South Seventh Street
                                       Minneapolis, MN  55402
                                       Telephone:  (612) 766-7000
                                       Facsimile:  (612) 766-1600
                                       james.volling@faegrebd.com
                                       debbie.ellingboe@faegrebd.com


                                       Joseph G. Petrosinelli (DC Bar #434280)
                                       Lance Wade (DC Bar #484845)
                                       Sarah Lochner O'Connor (DC Bar #1012405)
                                       Gloria Maier (DC Bar #1012208)
                                       WILLIAMS & CONNOLLY LLP
                                       725 Twelfth Street NW
                                       Washington, DC  20005
                                       Telephone:  (202) 434-5000
                                       jpetrosinelli@wc.com
                                       lwade@wc.com
                                       soconnor@wc.com

                                       Attorneys for Defendant Edward S. Adams