## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  17-cr-64-DWF-KMM |
| V. | )  ORDER |
| EDWARD S. ADAMS, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court upon the defendant's motion to exclude the period of time from March 31, 2017 (the date of defendant's original arraignment) through October 31, 2018, from the Speedy Trial Act computations in this case.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED that the period from March 31, 2017, through October 31, 2018, shall be excluded from the Speedy Trial Act computations in this case.

Dated: _____     _____
                                         KATHERINE M. MENENDEZ
                                         United States Magistrate Judge