UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>EDWARD S. ADAMS,   )<br>   )<br>   Defendant.   ) | **GOVERNMENT'S RESPONSE TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

The United States of America, by and through its attorneys, Gregory G. Brooker, United States Attorney for the District of Minnesota, and David M. Maria and John Kokkinen, Assistant United States Attorneys, respectfully submits this response to Edward S. Adams's motion to exclude time under the speedy trial act [Docket No. 102]. Adams's statement of facts [Docket No. 103] accurately represents that the United States agrees that trial should be continued until this coming fall, either in September or October. Therefore, the United States does not oppose Adams's motion.

Dated: February 9, 2018

Respectfully Submitted,

GREGORY G. BROOKER
United States Attorney

*/s/ David M. Maria*

BY:   DAVID M. MARIA
JOHN E. KOKKINEN
Assistant U.S. Attorneys