UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                           Criminal No. 17-64 (DWF/KMM)

          Plaintiff,

v.                                                                                                **ORDER**

Edward S Adams,

          Defendant.

This matter is before the Court upon the Defendant's Motion to Exclude Time Under the Speedy Trial Act and accompanying Statement of Facts in Support of Motion (Doc. Nos. [102] & [103]).  The Government filed a Response (Doc. No. [107]) and does not oppose the Motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.  This finding is based on the facts set forth in the accompanying motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion to Exclude Time Under the Speedy Trial Act (Doc. No. [102]) is **GRANTED**.  The trial in this matter shall be held on **October 9, 2018**, at 9:00 a.m., in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2. The pretrial date is yet to be determined.

3. Counsel must adhere to the following schedule regarding the submission of trial documents:

    a. All trial documents, including trial briefs, motions in limine, voir dire questions, and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Donovan W. Frank, no later than 4:30 p.m. on **September 25, 2018**;

    b. By the same date, proposed exhibit and witness lists, Jury Instructions, and voir dire questions (in Word or WordPerfect format) shall be e-mailed to the chambers e-mail box (Frank_Chambers@mnd.uscourts.gov); and

    c. By the same date, counsel for the prosecution shall submit a copy of the indictment or information (in Word or WordPerfect format) to the chambers e-mail box. (Frank_chambers@mnd.uscourts.gov)

4. Two courtesy copies of all trial documents, and one courtesy copy of all trial exhibits, shall be contemporaneously provided to the Court.

5.     The period from **March 31, 2017, through October 9, 2018**, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  February 13, 2018               s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge