LATHAM&WATKINS

# In the Matter of Scio Diamond Technology Corp. (C-08091)

## Presentation to the SEC Staff

**John Sikora & James Farrell of Latham & Watkins LLP**
On Behalf of Edward Adams and Michael Monahan

**GOVERNMENT EXHIBIT 4**
17-CR-64 (DWF/KMM)

## The Companies cont.

- **"Private Scio" (Loblolly, Inc.)**
  - Privately-held corporation formed in 2011 to facilitate acquisition of assets of Apollo & Gemstone

- **"Public Scio" (Krossbow Holding Corp.)**
  - Public company purchased in 2011 to acquire Apollo & Gemstone assets
  - Public Scio now owns all assets of former Apollo & Gemstone entities