# C-08091

# *LANCIA_JOSEPH_20160121*

*1/21/2016*

**Full-size Transcript**

**Prepared by:**

C-08091

Tuesday, February 02, 2016

**GOVERNMENT EXHIBIT**

**6**

17-CR-64 (DWF/KMM)

263

1   had -- do you recall ever seeing this document
2   before?
3        A    I don't believe so.
4        Q    Okay.  But you do -- you -- that is your
5   signature and --
6        A    That is correct.
7        Q    Okay.  You have no reason to believe that
8   you did not sign this agreement?
9        A    I have no reason to believe that I didn't
10  sign that page.
11       Q    Okay.
12       A    Right.
13       Q    So I guess my question was:  Did you review
14  this document before you signed it?
15       A    I don't believe I saw it.
16       Q    Okay.  Do you think it was -- do you recall
17  that there's a signature page was put in front of you
18  or --
19       A    I believe during that time I received a
20  number of signature pages.
21       Q    Okay.  And I think your testimony is you
22  never saw this while you were employed at Scio
23  Diamond Technology Corporation.  So is it safe to
24  assume that you had no input over the terms or the
25  language of this agreement?

270

1  Q    Not typically, but he was only a -- only a
2  chairman, right?
3  A    That's correct.
4  Q    Meaning he was not -- he wasn't a
5  traditional employee of the company?
6  A    That's correct.
7  Q    Okay.  Why was it set up so that Ed would
8  have control over the Minnesota bank accounts?
9  A    He insisted.  I think if you can recall
10 there was an e-mail that I had submitted where I
11 said -- because Ed was away for a period of time,
12 and -- and I had said to Mike why don't -- why don't
13 you get on and -- and sign -- you know, why don't you
14 get on it so that you can release funds as they were
15 coming in.  And -- and he said -- Ed said absolutely
16 not, he was going to be the only signature on that
17 account.
18           BY MR. WISNIEWSKI:
19 Q    What account are we -- what account are you
20 referring to?
21 A    I believe it was the account that they were
22 using to receive funds when they were selling.
23 Q    And where was that account?
24 A    I -- I believe it was -- well, it wasn't in
25 South Carolina.  So I don't know where it was.