# DECLARATION OF DAVID YOUNG

Pursuant to 28 U.S.C. Section 1746, I, David Young, hereby declare under penalty of perjury as follows:

1. I am an attorney, licensed to practice law in the State of Minnesota, currently employed at Best & Flanagan LLP in Minneapolis.

2. I and my firm currently represent, and have represented, Scio Diamond Technology Corporation ("Scio"), for the past several years.

3. During the early part of 2016, I was contacted by David Maria, Assistant United States Attorney, in connection with an ongoing investigation being conducted by the United States Attorney's Office for the District of Minnesota.

4. AUSA Maria contacted me for the purpose of, *inter alia*, inquiring with regard to willingness to cooperate in the ongoing investigation. I subsequently contacted Scio to determine its answer to this inquiry.

5. Upon receiving instruction from Scio, I contacted AUSA Maria to inform him that Scio would cooperate with the ongoing investigation. As part of this effort to cooperate, I informed AUSA Maria that Scio did not intend to assert any attorney-client privilege or related attorney work product protection with respect to the period when Edward Adams or his law firm may have provided legal advice to Apollo Diamond, Inc., or Apollo Diamond Gemstone Corporation. I communicated this information to AUSA Maria during the early part of 2016, though I cannot be certain whether it was during February or March of 2016.



GOVERNMENT EXHIBIT 7
17-CR-64 (DWF/KMM)

6. Several months later, AUSA Maria contacted me again to inform me that, as part of the investigation, he was conducting an interview of an individual and that the individual or his or her counsel may have wanted confirmation of the foregoing representation by Scio. In response to this request, I sent AUSA Maria an email, dated June 28, 2016, confirming that Scio did not intend to assert any attorney-client privilege or work product protection with respect to the period when Edward Adams or Mr. Adams' law firm may have provided legal advice to Apollo. Although this email may have been sent some months later, it reflected the confirmation and representation previously provided to AUSA Maria, and as expressed by Scio, during February or March of 2016.

The foregoing is true and correct to the best of my knowledge and recollection.

Executed this 14th day of February, 2018.

_____
DAVID YOUNG