**Ariel Scott**

**From:** Thomas Brever <tbrever@fosterbrever.com>
**Sent:** Wednesday, November 12, 2014 11:40 AM
**To:** edwardsadams@yahoo.com; Patrick M. Murry
**Subject:** Signing Returns

Ed,

Pat has prepared the amended returns based on the documents and information provided. They can be signed by you and your wife. I have sent a disclosure statement to Pat for comment. This can be added to the returns for filing.

Tom



GOVERNMENT EXHIBIT
9
17-CR-64 (DWF/KMM)