# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 17-cr-64-DWF-KMM |
| Plaintiff, | ) | |
| | ) | **INDEX OF EXHIBITS TO** |
| v. | ) | **DEFENDANT'S REPLY IN** |
| | ) | **SUPPORT OF MOTION** |
| EDWARD S. ADAMS, | ) | **ASSERTING CERTAIN** |
| | ) | **PRIVILEGES IMPLICATED** |
| Defendant. | ) | **BY YAHOO! EMAIL SEIZURE** |
| | ) | |
| | ) | |

| Ex. # | Description | Prior ID |
|---|---|---|
| Ex. 23 | Excerpts from E. Adams SEC Depositions (Aug. 27, 2015 and Oct. 8, 2015) | Excerpts of DX 50 & 51 |
| Ex. 24 | Scio Form 10-Q (Dec. 31, 2011) | |
| Ex. 25 | Excerpt from Latham & Watkins LLP presentation to SEC | |
| Ex. 26 | Email from D. Maria to C. Kroells, J. Kokkinen, J. Khan, and B. Belich (May 16, 2016) | DX-21 |
| Ex. 27 | Privilege Log of Adams Communications with Foster Brever Wehrly, PLLC, viewed by government prior to excluding from "For Review" database. | |
| Ex. 28 | Privileged documents corresponding to Exhibit 27, Privilege Log of Adams Communications with Foster Brever Wehrly, PLLC.  **Submitted** *in camera*. | |
| Ex. 29 | Privileged and confidential correspondence, not viewed by government prior to excluding from "For Review" database, from Edward Adams to Thomas Brever, Esq. and Jon Hopeman, Esq. supplying a private memo with exhibits, conveyed to seek legal advice from Foster Brever Wehrly, PLLC and Felhaber Larson, Fenlon, & Vogt, P.A.  **Submitted** *in camera*. | |