# EXHIBIT 23

```
                                                                     1
 1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3    In The Matter of:                    )

 4                                         ) File No. C-08091-A

 5    SCIO DIAMOND TECHNOLOGY CORPORATION )

 6

 7    WITNESS:   Edward Adams

 8    PAGES:     1 through 307

 9    PLACE:     Securities and Exchange Commission

10               175 West Jackson Boulevard

11               Chicago, Illinois

12    DATE:      Thursday, August 27, 2015

13

14         The above-entitled matter came on for hearing,

15    pursuant to notice, at 8:59 a.m.

16

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                  (202) 467-9200
```

241

1    A    Yes.
2    Q    Okay.  If you could, within exhibit -- Commission
3 Exhibit 7, turn to Page 14 -- or I should say Page 13,
4 sorry, which is Bates numbered SEC Monohan 233.  Let me know
5 when you are there.
6    A    Okay.
7    Q    It starts off, "The risk factors that are being
8 disclosed to Apollo Diamond shareholders."
9         I will skip to the next page, which is 14, under
10 the heading "Our directors and executive officers may have
11 interest in asset sale other than or in addition to the
12 interest of our stockholders generally."
13        Do you see that?
14   A    I do.
15   Q    And why was that disclosed?
16   A    I don't remember what the discussion was.  I mean,
17 it would have been an attorney/client situation.  I am
18 pretty sure that we made that call and we talked to Bob --
19 with Bob.
20   Q    So were you involved in making the decisions on
21 behalf of Apollo Diamond --
22   A    No.
23   Q    -- at this time -- at the time of the proxy?
24   A    No, but I was -- I would have been involved in
25 providing legal guidance.

308

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3  IN THE MATTER OF:              )
4                                 ) File No. C-08091-A
5  SCIO DIAMOND TECHNOLOGY        )
6  CORPORATION                    )
7

8  WITNESS:  Edward Adams
9  PAGES:    308 through 562
10 PLACE:    Securities and Exchange Commission
11           175 West Jackson Boulevard, Suite 900
12           Chicago, Illinois 60604
13 DATE:     Thursday, October 8, 2015
14
15      The above-entitled matter came on for hearing,
16 pursuant to notice at 9:00 a.m.
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                 (202) 467 9200

404

1         A    Apollo Diamond.
2         Q    As of August 31, 2011, who was -- who was
3    a part of Apollo Diamond?  Who was on the Board?
4         A    I think Bob was the only person.
5         Q    How about executive or management?
6         A    I think it is Bob.
7         Q    Anyone else other than Bob Linares
8    employed at Apollo Diamond at this time?
9         A    I don't think so.  I don't know.
10            MR. SHANK:  I believe you previously
11   testified that you had various roles at Apollo Diamond,
12   including General Counsel and Vice President.  Had you
13   resigned from those positions?
14            THE WITNESS:  Resigned on February 28, 2011.
15            BY MR. WISNIEWSKI
16        Q    Did you provide any services to Apollo
17   Diamond as of August 31, 2011?
18        A    If I were providing services, it was as an
19   attorney.
20        Q    So in your role or in your capacity as an
21   attorney at Adams Monahan?
22        A    Yes.
23        Q    How about any type most of business
24   advisor?
25        A    I don't remember that.  I don't remember