# EXHIBIT 25

# In the Matter of Scio Diamond Technology Corp. (C-08091)

## Presentation to the SEC Staff

**John Sikora & James Farrell of Latham & Watkins LLP**
**On Behalf of Edward Adams and Michael Monahan**

LATHAM&WATKINS

Latham & Watkins operates worldwide as a limited liability partnership organized under the laws of the State of Delaware (USA) with affiliated limited liability partnerships conducting the practice in the United Kingdom, France, Italy and Singapore and as affiliated partnerships conducting the practice in Hong Kong and Japan. Latham & Watkins practices in Saudi Arabia in association with the Law Office of Salman M. Al-Sudairi. In Qatar, Latham & Watkins LLP is licensed by the Qatar Financial Centre Authority. © Copyright 2012 Latham & Watkins. All Rights Reserved.

# AM LLP Waivers of Conflicts

- The engagement letters included disclosures of potential conflicts

- Apollo and Gemstone executed informed consents and waivers of potential conflicts

  - In 2009, Apollo & Gemstone expressly waived potential conflicts based on the relationship between AM LLP principals and Focus Capital Group

  - In 2011, Apollo & Gemstone expressly waived potential conflicts based on the involvement of partners of AM LLP in the creation and management of Scio. AM LLP was temporary legal counsel to Scio.

54

LATHAM&WATKINS