# EXHIBIT 26

CASE 0:17-cr-00064-DWF-KMM   Document 111-4   Filed 02/26/18   Page 1 of 2

**From:** Maria, David (USAMN) 1 </O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A63F46EF56FF4831A47CE93C0A5F3011-MARIA, DAVID (USAMN)>
**Sent:** Monday, May 16, 2016 12:30 PM
**To:** Kroells, Christine A; Kokkinen, John (USAMN)
**Cc:** Khan, Jennifer L. (MP) (FBI); Belich Brandon J
**Subject:** RE: Scio Emails - Privileged

I also saw that Hopeman had done some work for him before, so we need to add Hopeman, as well as the "@felhaber" that you note below.

Additionally, it looks like he had a guy working on his tax issues – Tom Brever. We will add Brever as well as @fosterbrever.com. He also had a civil litigation matter with Tamburino from Caplinlaw. He may have been opposing counsel, but it is not relevant for our purposes, so we will add those also.

We need to do a little research on our end, as well as have a conversation with Scio's current counsel, to figure out some of the issues like he Bland-Richter one. I'm assuming that we will be able to review those materials though, as they already turned over the Nelson Mullins report, etc.

---

**From:** Kroells, Christine A [mailto:CAKroells@uspis.gov]
**Sent:** Monday, May 16, 2016 12:06 PM
**To:** Maria, David (USAMN) 1; Kokkinen, John (USAMN)
**Cc:** Khan, Jennifer L. (MP) (FBI); Belich Brandon J
**Subject:** Scio Emails - Privileged

In going through the emails, I've come across the following email addresses that appear to contain privileged communications:
@arnstein.com
@felhaber.com

Also, are we allowed to look at the communications Adams et al had with Bland-Richter regarding the Scio v. Nelson Mullins lawsuit?

Christie Kroells
Postal Inspector | U.S. Postal Inspection Service | Twin Cities Field Office
7360 Bush Lake Rd., Ste. 100, Minneapolis, MN 55439
Office: 612-884-7877
https://postalinspectors.uspis.gov/

1



EXHIBIT
DX-21

DSM-000241