# EXHIBIT 27

*United States v. Edward S. Adams*
No. 0:17-cr-00064-DWF-KMM

**PRIVILEGE LOG**
Adams Communications with Foster Brever Wehrly, PLLC

| In Camera Binder Tab No.[1] | Document ID | Date Sent | From | To | CC | Privilege Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|
| Tab 8 | 00219514 00219515 | 09/23/2014 | Adams, Edward | Brever, Thomas Hopeman, Jon | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Thomas Brever, Esq. and Jon Hopeman, Esq., supplying a private memo, conveyed to seek legal advice from Foster Brever Wehrly, PLLC and Felhaber Larson, Fenlon, & Vogt, P.A. |
| Tab 9 | 00221001 | 09/25/2014 | Adams, Edward | Brever, Thomas | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Thomas Brever, Esq., supplying private information to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 10 | 00221002 | 09/25/2014 | Adams, Edward | Brever, Thomas | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Thomas Brever, Esq., supplying private information to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 11 | 00221003 | 09/25/2014 | Adams, Edward | Brever, Thomas | | Attorney-Client Communication | Confidential correspondence from Edward Adams to Thomas Brever, Esq., supplying private information |

---

[1] For ease of reference, this supplemental privilege log in support of Mr. Adams's Motion Asserting Certain Privileges Implicated by Yahoo! Email Seizure, (Dkt. No. 89), begins with Tab 8, where the previously filed privilege log ended with Tab 7, (Dkt. No. 91-20).

*United States v. Adams*, No. 0:17-cr-00064-DWF-KMM
Privilege Log: Adams Communications with Foster Brever Wehrly, PLLC

| In Camera Binder Tab No.[1] | Document ID | Date Sent | From | To | CC | Privilege Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | to seek legal advice from Foster Brever Wehrly, PLLC. |
| Tab 12 | 00224301 00224302 | 10/29/2014 | Adams, Edward | Murry, Patrick Miller, Ashley | Brever, Thomas | Attorney-Client Communication; *Kovel* Accountant Work Product | Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller, copying Thomas Brever, Esq., supplying private information in an Excel spreadsheet titled "ESA Tax Questions," conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |

2