# Exhibit H

PUBLIC VERSION

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### October 06, 2014

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.:  70680.01** |
| Invoice # 30166 | **MATTER: Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2014 | TEB | REDACTED | 0.30<br>350.00/hr | 105.00 |
| | TEB | | 0.20<br>350.00/hr | 70.00 |
| | TEB | | 1.60<br>350.00/hr | NO CHARGE |
| 9/23/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| | TEB | | 1.80<br>350.00/hr | 630.00 |
| | TEB | | 0.50<br>350.00/hr | 175.00 |
| | TEB | | 0.50<br>350.00/hr | 175.00 |
| | ATB | | 0.20<br>200.00/hr | 40.00 |
| 9/24/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| | TEB | | 0.40<br>350.00/hr | 140.00 |
| | TEB | | 0.10<br>350.00/hr | 35.00 |
| 9/25/2014 | TEB | | 0.20<br>350.00/hr | 70.00 |
| | TEB | | 0.30<br>350.00/hr | 105.00 |
| | TEB | | 0.50<br>350.00/hr | 175.00 |
| 9/26/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| 9/29/2014 | TEB | | 1.00<br>350.00/hr | 350.00 |
| 9/30/2014 | TEB | | 0.20<br>350.00/hr | 70.00 |

PUBLIC VERSION

**Ed Adams**                                                                    **Page      2**

|            |     |          | Hrs/Rate           | Amount     |
|------------|-----|----------|--------------------|------------|
| 9/30/2014  | TEB | REDACTED | 0.10<br>350.00/hr  | 35.00      |

| **For professional services rendered** | **$2,280.00** |
|-----------------------------------------|---------------|

| **Balance due** | **$2,280.00** |
|-----------------|---------------|

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

**November 06, 2014**

**Ed Adams**
REDACTED

| In Reference To: | **FILE NO.:  70680.01** |
|---|---|
| Invoice # 30317 | **MATTER:  Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

REDACTED

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| | TEB | | 0.10<br>350.00/hr | 35.00 |
| 10/8/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| | TEB | | 0.20<br>350.00/hr | 70.00 |
| 10/9/2014 | TEB | | 0.20<br>350.00/hr | 70.00 |
| | TEB | | 0.10<br>350.00/hr | 35.00 |
| 10/13/2014 | TEB | | 0.50<br>350.00/hr | 175.00 |
| 10/27/2014 | TEB | | 0.30<br>350.00/hr | 105.00 |
| 10/28/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |
| 10/29/2014 | TEB | | 0.80<br>350.00/hr | 280.00 |
| 10/30/2014 | TEB | | 0.40<br>350.00/hr | 140.00 |
| | TEB | | 1.30<br>350.00/hr | 455.00 |
| 11/3/2014 | TEB | | 0.50<br>350.00/hr | 175.00 |
| | TEB | | 0.10<br>350.00/hr | 35.00 |
| | TEB | | 0.30<br>350.00/hr | 105.00 |

**For professional services rendered**                                                          **$1,785.00**

PUBLIC VERSION

**Ed Adams**                                                                                 Page        2

                                                                                                    Amount

                                    **Previous balance**                                            **$2,280.00**

**Accounts receivable transactions**

10/20/2014  Payment - Thank You. Check No. 0036575050                                     ($2,280.00)

                          **Total payments and adjustments**                              **($2,280.00)**


                          **Balance due**                                                  **$1,785.00**


*Thank you for your business*


*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

### December 05, 2014

**Ed Adams**
REDACTED

In Reference To:     **FILE NO.: 70680.01**
Invoice # 30482      **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

REDACTED

| Date | | Hrs/Rate | Amount |
|------|------|----------|--------|
| 11/12/2013 | TEB | 0.40<br>350.00/hr | 140.00 |
|  | TEB | 0.70<br>350.00/hr | 245.00 |
| 11/4/2014 | TEB | 0.30<br>350.00/hr | 105.00 |
|  | TEB | 1.30<br>350.00/hr | 455.00 |
|  | TEB | 0.30<br>350.00/hr | 105.00 |
| 11/5/2014 | TEB | 0.20<br>350.00/hr | 70.00 |
|  | TEB | 0.10<br>350.00/hr | 35.00 |
| 11/6/2014 | TEB | 0.20<br>350.00/hr | 70.00 |
|  | TEB | 0.20<br>350.00/hr | 70.00 |
| 11/10/2014 | TEB | 0.50<br>350.00/hr | 175.00 |
| 11/11/2014 | TEB | 0.70<br>350.00/hr | 245.00 |
|  | TEB | 0.20<br>350.00/hr | 70.00 |
|  | TEB | 0.40<br>350.00/hr | 140.00 |
|  | TEB | 0.20<br>350.00/hr | 70.00 |
| 11/17/2014 | TEB | 0.10<br>350.00/hr | 35.00 |
| 11/18/2014 | TEB | 0.10<br>350.00/hr | 35.00 |
| 11/19/2014 | TEB | 0.10<br>350.00/hr | 35.00 |

**Ed Adams**

Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2014 | TEB | REDACTED | 0.10<br>350.00/hr | 35.00 |
| 11/21/2014 | TEB | | 0.40<br>350.00/hr | 140.00 |
| 12/3/2014 | TEB | | 0.10<br>350.00/hr | 35.00 |

|  |  |
|---|---|
| **For professional services rendered** | **$2,310.00** |
| **Previous balance** | **$1,785.00** |

**Accounts receivable transactions**

|  |  |
|---|---|
| 11/17/2014  Payment - Thank You. Check No. 0041359900 | ($1,785.00) |
| **Total payments and adjustments** | **($1,785.00)** |
| **Balance due** | **$2,310.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

# Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### January 07, 2015

**Ed Adams**
REDACTED

In Reference To:  **FILE NO.:  70680.01**
Invoice # 30627  **MATTER:  Tax Matters**

---

*Please return the top portion of the bill with your payment*

---

**Professional Services**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 12/11/2014 TEB | REDACTED | 0.10<br>350.00/hr | 35.00 |
| 12/15/2014 TEB |  | 0.20<br>350.00/hr | 70.00 |
| TEB |  | 0.10<br>350.00/hr | 35.00 |
| 12/29/2014 TEB |  | 0.20<br>350.00/hr | 70.00 |

| | |
|---|---|
| **For professional services rendered** | **$210.00** |
| **Previous balance** | **$2,310.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 12/22/2014 Payment - Thank You. Check No. 0046937613 | ($2,310.00) |
| **Total payments and adjustments** | **($2,310.00)** |

| | |
|---|---|
| **Balance due** | **$210.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

### February 03, 2015

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.: 70680.01** |
| Invoice # 30742 | **MATTER: Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2015 | TEB | REDACTED | 0.10<br>350.00/hr | 35.00 |
| 1/16/2015 | TEB | | 0.30<br>350.00/hr | 105.00 |
| 1/20/2015 | TEB | | 0.50<br>350.00/hr | 175.00 |
| 1/21/2015 | TEB | | 0.10<br>350.00/hr | 35.00 |
| 1/22/2015 | TEB | | 0.20<br>350.00/hr | 70.00 |

|  |  |
|---|---|
| **For professional services rendered** | **$420.00** |
| **Previous balance** | **$210.00** |

**Accounts receivable transactions**

|  |  |
|---|---|
| 1/20/2015  Payment - Thank You. Check No. 0091978180 | ($210.00) |
| **Total payments and adjustments** | **($210.00)** |
| **Balance due** | **$420.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### March 11, 2015

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.:  70680.01** |
| Invoice # 30940 | **MATTER:  Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2015 | TEB | REDACTED | 0.30 | 105.00 |
| | | | 350.00/hr | |
| | TEB | | 0.20 | 70.00 |
| | | | 350.00/hr | |
| | TEB | | 0.30 | 105.00 |
| | | | 350.00/hr | |
| 2/26/2015 | TEB | | 0.20 | 70.00 |
| | | | 350.00/hr | |

| | |
|---|---|
| **For professional services rendered** | **$350.00** |
| **Previous balance** | **$420.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 2/17/2015  Payment - Thank You. Check No. 0096841511 | ($420.00) |
| **Total payments and adjustments** | **($420.00)** |
| **Balance due** | **$350.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

# Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### April 02, 2015

**Ed Adams**
REDACTED

In Reference To: **FILE NO.: 70680.01**
Invoice # 31096 **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2015 | TEB | REDACTED | 0.50 350.00/hr | 175.00 |
| 3/11/2015 | TEB | | 0.70 350.00/hr | 245.00 |
| | TEB | | 0.10 350.00/hr | 35.00 |
| 3/12/2015 | TEB | | 0.10 350.00/hr | 35.00 |
| 3/17/2015 | TEB | | 0.10 350.00/hr | 35.00 |
| 3/19/2015 | TEB | | 0.20 350.00/hr | 70.00 |
| 3/20/2015 | TEB | | 0.10 350.00/hr | 35.00 |
| | TEB | | 0.20 350.00/hr | 70.00 |
| 3/30/2015 | TEB | | 0.30 350.00/hr | 105.00 |
| 4/1/2015 | TEB | | 0.20 350.00/hr | 70.00 |

| | | |
|---|---|---|
| **For professional services rendered** | | **$875.00** |
| **Previous balance** | | **$350.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 3/26/2015  Payment - Thank You. Check No. 0002860403 | ($350.00) |
| **Total payments and adjustments** | **($350.00)** |

PUBLIC VERSION

**Ed Adams**                                                                                    Page        **2**

                                                                                               **Amount**

**Balance due**                                                                                 **$875.00**

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

### May 05, 2015

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.: 70680.01** |
| Invoice # 31213 | **MATTER: Tax Matters** |

*Please return the top portion of the bill with your payment*

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2015 | TEB | REDACTED | 0.10 350.00/hr | 35.00 |
| 4/7/2015 | TEB | | 0.10 350.00/hr | 35.00 |
| 4/24/2015 | TEB | | 0.10 350.00/hr | 35.00 |

|  |  |
|---|---|
| **For professional services rendered** | **$105.00** |
| **Previous balance** | **$875.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 4/13/2015  Payment - Thank You. Check No. 0005833878 | ($875.00) |
| **Total payments and adjustments** | **($875.00)** |

| | |
|---|---|
| **Balance due** | **$105.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### June 03, 2015

**Ed Adams**
REDACTED

In Reference To:       **FILE NO.:  70680.01**
Invoice # 31415        **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/28/2015  TEB | REDACTED | 0.10 350.00/hr | 35.00 |

| | |
|---|---|
| **For professional services rendered** | **$35.00** |
| **Previous balance** | **$105.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 5/18/2015  Payment - Thank You. Check No. 0011595785 | ($105.00) |
| **Total payments and adjustments** | **($105.00)** |
| **Balance due** | **$35.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

# Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### September 03, 2015

**Ed Adams**
REDACTED

In Reference To:     **FILE NO.:  70680.01**
Invoice # 31852       **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/27/2015  TEB | REDACTED | 0.10 350.00/hr | 35.00 |

| | |
|---|---|
| **For professional services rendered** | **$35.00** |
| **Previous balance** | **$35.00** |
| **Balance due** | **$70.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 35.00 | 0.00 | 0.00 | 35.00 | 0.00 |

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### March 07, 2016

**Ed Adams**
REDACTED

In Reference To:      **FILE NO.:  70680.01**
Invoice # 32809         **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/17/2016 | TEB | REDACTED | 0.40 350.00/hr | 140.00 |
| 2/18/2016 | TEB | | 0.30 350.00/hr | 105.00 |
| | TEB | | 1.10 350.00/hr | 385.00 |
| 2/19/2016 | TEB | | 0.40 350.00/hr | 140.00 |

| **For professional services rendered** | **$770.00** |
|---|---|
| **Balance due** | **$770.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

### April 05, 2016

**Ed Adams**
REDACTED

In Reference To:    **FILE NO.: 70680.01**
Invoice # 32967     **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2016 TEB | REDACTED | 0.40 350.00/hr | 140.00 |

| For professional services rendered | **$140.00** |
|---|---|
| **Previous balance** | **$770.00** |
| **Balance due** | **$910.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

# Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

## August 02, 2016

**Ed Adams**
REDACTED

In Reference To:      **FILE NO.:  70680.01**
Invoice # 33638       **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

| | Hrs/Rate | Amount |
|---|---|---|
| 7/28/2016  TEB    REDACTED | 0.30 350.00/hr | 105.00 |
| **For professional services rendered** | | **$105.00** |
| **Balance due** | | **$105.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| (295.00) | 0.00 | 0.00 | 140.00 | 260.00 |

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

**September 12, 2016**

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.:  70680.01** |
| Invoice # 33884 | **MATTER:  Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2016  TEB | REDACTED | 0.40<br>350.00/hr | 140.00 |

| | |
|---|---|
| **For professional services rendered** | **$140.00** |
| **Previous balance** | **$105.00** |
| **Balance due** | **$245.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| (155.00) | 0.00 | 0.00 | 0.00 | 400.00 |

PUBLIC VERSION

# Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

**November 03, 2016**

**Ed Adams**
REDACTED

In Reference To:   **FILE NO.:  70680.01**
Invoice # 34202    **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/28/2016  TEB | REDACTED | 1.10 350.00/hr | 385.00 |

| For professional services rendered | **$385.00** |
|---|---|
| Previous balance | **$245.00** |
| **Balance due** | **$630.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 230.00 | 0.00 | 0.00 | 0.00 | 400.00 |

PUBLIC VERSION

# Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### December 05, 2016

**Ed Adams**
REDACTED

| | |
|---|---|
| In Reference To: | **FILE NO.:  70680.01** |
| Invoice # 34310 | **MATTER:  Tax Matters** |

---

*Please return the top portion of the bill with your payment*

---

**Professional Services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2016 TEB | REDACTED | 0.30<br>350.00/hr | 105.00 |
| 11/2/2016 TEB | | 0.10<br>350.00/hr | 35.00 |
| 11/7/2016 TEB | | 0.20<br>350.00/hr | 70.00 |
| 11/8/2016 TEB | | 0.50<br>350.00/hr | 175.00 |
| 11/10/2016 TEB | | 0.30<br>350.00/hr | 105.00 |
| 11/17/2016 TEB | | 0.10<br>350.00/hr | 35.00 |
| 11/18/2016 TEB | | 2.00<br>350.00/hr | 700.00 |
| 11/29/2016 TEB | | 1.70<br>350.00/hr | 595.00 |
| 12/1/2016 TEB | | 0.80<br>350.00/hr | 280.00 |

| | |
|---|---|
| **For professional services rendered** | **$2,100.00** |
| **Previous balance** | **$630.00** |

**Accounts receivable transactions**

| | |
|---|---|
| 11/17/2016  Payment - Thank You. Check No. 50626394 | ($630.00) |
| **Total payments and adjustments** | **($630.00)** |

| | |
|---|---|
| **Balance due** | **$2,100.00** |

**Ed Adams**                                                                 **Page       2**

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### January 04, 2017

**Ed Adams**
REDACTED

| In Reference To: | **FILE NO.:  70680.01** |
|---|---|
| Invoice # 34520 | **MATTER:  Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2016 | TEB | REDACTED | 0.60 350.00/hr | 210.00 |
| 12/12/2016 | TEB | | 0.10 350.00/hr | 35.00 |
| 12/16/2016 | TEB | | 0.30 350.00/hr | 105.00 |
| | TEB | | 0.90 350.00/hr | 315.00 |
| 12/20/2016 | TEB | | 0.30 350.00/hr | 105.00 |
| 12/22/2016 | TEB | | 0.20 350.00/hr | 70.00 |

| **For professional services rendered** | **$840.00** |
|---|---|

**Additional Charges :**

| 12/2/2016 | REDACTED | 21.80 |
|---|---|---|

| **Total additional charges** | **$21.80** |
|---|---|
| **Total amount of this bill** | **$861.80** |
| **Previous balance** | **$2,100.00** |
| **Balance due** | **$2,961.80** |

PUBLIC VERSION

**Ed Adams**                                                                                                    **Page        2**

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 861.80 | 2,100.00 | 0.00 | 0.00 | 0.00 |

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

### February 03, 2017

**Ed Adams**
REDACTED

| In Reference To: | **FILE NO.:  70680.01** |
| --- | --- |
| Invoice # 34706 | **MATTER:  Tax Matters** |

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 1/9/2017 | TEB | REDACTED | 0.30 | 105.00 |
|  |  |  | 350.00/hr |  |
| 1/13/2017 | TEB |  | 0.10 | 35.00 |
|  |  |  | 350.00/hr |  |

| **For professional services rendered** | **$140.00** |
| --- | --- |
| **Previous balance** | **$2,961.80** |
| **Balance due** | **$3,101.80** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
| --- | --- | --- | --- | --- |
| 140.00 | 861.80 | 2,100.00 | 0.00 | 0.00 |

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3295 Fax: 612.788.9879

**April 05, 2017**

**Ed Adams**
REDACTED

In Reference To:     **FILE NO.: 70680.01**
Invoice # 35144      **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2017  TEB | REDACTED | 0.10 350.00/hr | 35.00 |

| | Amount |
|---|---|
| **For professional services rendered** | **$35.00** |
| **Previous balance** | **$3,101.80** |
| **Balance due** | **$3,136.80** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 35.00 | 0.00 | 140.00 | 861.80 | 2,100.00 |

PUBLIC VERSION

## Foster Brever Wehrly, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3295 Fax: 612.788.9879

### October 03, 2017

**Ed Adams**
REDACTED

In Reference To:       **FILE NO.:  70680.01**
Invoice # 36269        **MATTER:  Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/5/2017  TEB | REDACTED | 0.20 350.00/hr | 70.00 |

| | |
|---|---|
| **For professional services rendered** | **$70.00** |
| **Previous balance** | **$3,136.80** |
| **Balance due** | **$3,206.80** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 70.00 | 0.00 | 0.00 | 0.00 | 3,136.80 |

PUBLIC VERSION