# Exhibit I

**SCHEDULE D SUPPLEMENT**

| Type of Gain | Security (and Shares) | Buy Price | Buy Date | Sell Price | Sell Date | Profit/Loss |
|---|---|---|---|---|---|---|
| Short | MSFT $22 Calls 2/09 (5000) | $ 146.45 | 1/27/2009 | $ 2,653.53 | 1/2/2009 | $ 2,507.08 |
| Short | RSW (250) | $ 26,631.46 | 1/2/2009 | $ 27,892.64 | 1/7/2009 | $ 1,261.18 |
| Short | CSCO $16 Puts 1/09 (2500) | $ 277.70 | 1/7/2009 | $ 1,547.29 | 12/24/2008 | $ 1,269.59 |
| Short | INTC $12.50 Puts 1/10 (2500) | $ 5,652.70 | 1/27/2009 | $ 6,297.26 | 1/15/2009 | $ 644.56 |
| Short | CSCO $15 Puts 1/10 (2500) | $ 5,577.70 | 1/27/2009 | $ 7,022.26 | 1/15/2009 | $ 1,444.56 |
| Short | CSCO $13 Puts 2/09 (2500) | $ 302.70 | 1/26/2009 | $ 672.29 | 1/20/2009 | $ 369.59 |
| Short | DUK (2500) | $ 36,633.95 | 12/26/2008 | $ 38,090.83 | 1/20/2009 | $ 1,456.88 |
| Short | DUK (2500) | $ 36,508.95 | 1/21/2009 | $ 37,725.87 | 1/26/2009 | $ 1,216.92 |
| Short | CSCO $17 Calls 2/09 (2500) | $ 277.70 | 2/5/2009 | $ 1,722.29 | 1/27/2009 | $ 1,444.59 |
| Short | CSCO $17 Calls 2/09 (2500) | $ 402.70 | 2/10/2009 | $ 997.29 | 2/6/2009 | $ 594.59 |
| Short | CSCO $16 Puts 2/09 (2500) | $ 1,152.70 | 2/5/2009 | $ 1,547.29 | 1/29/2009 | $ 394.59 |
| Short | INTC $13 Puts 2/09 (2500) | $ 402.70 | 2/4/2009 | $ 778.79 | 1/27/2009 | $ 376.09 |
| Short | SIRI (17500) | $ 43,767.90 | 1/5/2009 | $ 1,564.29 | 2/11/2009 | $ (42,203.61) |
| Short | RSW (250) | $ 33,633.95 | 12/8/2008 | $ 37,094.59 | 2/20/2009 | $ 3,460.64 |
| Short | RSW (250) | $ 36,508.95 | 12/5/2008 | $ 41,055.82 | 3/2/2009 | $ 4,546.87 |
| Short | XLF (5000) | $ 36,858.95 | 3/12/2009 | $ 37,840.83 | 3/12/2009 | $ 981.88 |
| Short | XLF (5000) | $ 38,808.95 | 3/12/2009 | $ 39,990.82 | 3/20/2009 | $ 1,181.87 |
| Short | XRX (5000) | $ 22,758.95 | 3/23/2009 | $ 23,490.91 | 3/23/2009 | $ 731.96 |
| Short | XRX (5000) | $ 23,658.95 | 3/24/2009 | $ 23,990.91 | 3/24/2009 | $ 331.96 |
| Short | XRX (5000) | $ 25,158.95 | 3/25/2009 | $ 25,440.90 | 3/26/2009 | $ 281.95 |
| Short | XRX (5000) | $ 25,108.95 | 3/26/2009 | $ 25,240.91 | 3/26/2009 | $ 131.96 |
| Short | XRX (2500) | $ 11,408.95 | 3/31/2009 | $ 11,790.98 | 4/1/2009 | $ 382.03 |
| Short | XRX (2500) | $ 12,008.95 | 4/2/2009 | $ 12,440.98 | 4/2/2009 | $ 432.03 |
| Short | AA (2500) | $ 18,933.95 | 4/8/2009 | $ 19,740.54 | 4/8/2009 | $ 806.59 |
| Short | XRX (2500) | $ 12,808.95 | 4/9/2009 | $ 13,415.70 | 4/9/2009 | $ 606.75 |
| Short | XLF (5000) | $ 44,008.95 | 3/23/2009 | $ 44,989.89 | 4/17/2009 | $ 980.94 |
| Short | INTC (2500) | $ 36,133.95 | 1/8/2009 | $ 37,490.08 | 4/17/2009 | $ 1,356.13 |
| Short | CSCO (2500) | $ 41,008.95 | 12/23/2008 | $ 42,494.43 | 4/17/2009 | $ 1,485.48 |
| Short | CSCO (2500) | $ 40,008.95 | 2/23/2009 | $ 42,494.43 | 4/17/2009 | $ 2,485.48 |
| Short | GE $5 Puts 1/10 (10000) | $ 3,887.53 | 4/20/2009 | $ 5,316.01 | 1/27/2009 | $ 1,428.48 |
| Short | XLF $5 Puts 1/11 (10000) | $ 7,583.95 | 4/20/2009 | $ 11,515.98 | 3/12/2009 | $ 3,932.03 |
| Short | CAT (1250) | $ 36,871.45 | 4/21/2009 | $ 37,427.58 | 4/21/2009 | $ 556.13 |
| Short | CNS (1250) | $ 43,783.95 | 4/22/2009 | $ 45,114.89 | 4/22/2009 | $ 1,330.94 |
| Short | SHAW (1250) | $ 34,507.63 | 4/23/2009 | $ 34,865.15 | 4/23/2009 | $ 357.52 |
| Short | CSCO (2500) | $ 43,783.95 | 4/22/2009 | $ 45,189.88 | 4/24/2009 | $ 1,405.93 |
| Short | INTC (2500) | $ 38,433.95 | 4/24/2009 | $ 38,990.04 | 4/24/2009 | $ 556.09 |
| Short | T (1250) | $ 31,646.27 | 4/23/2009 | $ 32,427.71 | 4/28/2009 | $ 781.44 |
| Short | INTC (2500) | $ 38,258.95 | 4/27/2009 | $ 39,115.04 | 4/30/2009 | $ 856.09 |
| Short | PFE (2500) | $ 33,258.95 | 5/1/2009 | $ 33,740.18 | 5/1/2009 | $ 481.23 |
| Short | CEG (1250) | $ 31,333.95 | 5/7/2009 | $ 31,990.22 | 5/7/2009 | $ 656.27 |
| Short | RSU (2500) | $ 56,258.95 | 5/7/2009 | $ 58,791.53 | 6/1/2009 | $ 2,532.58 |
| Short | USB (2500) | $ 44,756.95 | 6/10/2009 | $ 45,791.87 | 6/11/2009 | $ 1,034.92 |
| Short | DOW (2500) | $ 42,831.91 | 6/12/2009 | $ 43,266.93 | 6/12/2009 | $ 435.02 |
| Short | GE (5000) | $ 74,892.90 | 5/7/2009 | $ 63,491.41 | 6/17/2009 | $ (11,401.49) |
| Short | BAC (2500) | $ 31,156.95 | 6/22/2009 | $ 31,842.33 | 6/29/2009 | $ 685.38 |
| Short | CSCO (2500) | $ 46,181.95 | 6/22/2009 | $ 47,346.83 | 6/24/2009 | $ 1,164.88 |
| Short | USB (2500) | $ 44,156.95 | 6/26/2009 | $ 44,966.89 | 6/26/2009 | $ 809.94 |
| Short | USB (2500) | $ 44,056.95 | 6/25/2009 | $ 44,441.90 | 6/25/2009 | $ 384.95 |
| Short | USB (2500) | $ 44,084.95 | 6/25/2009 | $ 44,966.89 | 6/25/2009 | $ 881.94 |
| Short | HES (1000) | $ 52,934.95 | 6/24/2009 | $ 54,353.65 | 6/25/2009 | $ 1,418.70 |
| Short | CSCO (2500) | $ 46,681.95 | 6/30/2009 | $ 47,466.82 | 7/1/2009 | $ 784.87 |
| Short | HES (1000) | $ 52,996.95 | 7/1/2009 | $ 53,991.66 | 7/27/2009 | $ 994.71 |
| Short | USB (2500) | $ 44,581.95 | 6/30/2009 | $ 44,792.89 | 7/1/2009 | $ 210.94 |
| Short | BAC (2500) | $ 31,881.95 | 7/2/2009 | $ 32,517.21 | 7/14/2009 | $ 635.26 |
| Short | BAC (2500) | $ 32,506.95 | 7/17/2009 | $ 33,117.19 | 7/17/2009 | $ 610.24 |
| Short | BAC (2500) | $ 32,506.95 | 7/17/2009 | $ 33,742.18 | 7/29/2009 | $ 1,235.23 |
| Short | USB (2500) | $ 44,381.95 | 7/17/2009 | $ 44,866.89 | 7/17/2009 | $ 484.94 |
| Short | MSFT (5000) | $ 103,592.90 | 11/26/2008 | $ 109,990.22 | 7/17/2009 | $ 6,397.32 |
| Short | HES (1000) | $ 52,536.95 | 7/30/2009 | $ 53,991.66 | 7/30/2009 | $ 1,454.71 |
| Short | MO (2500) | $ 43,831.95 | 8/4/2009 | $ 44,995.37 | 8/24/2009 | $ 1,163.42 |
| Short | RDC (2500) | $ 52,556.47 | 8/5/2009 | $ 56,042.08 | 8/24/2009 | $ 3,485.61 |
| Short | MO (2500) | $ 43,706.95 | 7/31/2009 | $ 44,995.36 | 8/24/2009 | $ 1,288.41 |
| Short | XLF (2500) | $ 30,633.95 | 5/8/2009 | $ 32,492.21 | 8/21/2009 | $ 1,858.26 |
| Short | MSFT (2500) | $ 58,956.95 | 7/24/2009 | $ 61,566.46 | 8/25/2009 | $ 2,609.51 |
| Short | MRK (2500) | $ 75,469.52 | 9/3/2009 | $ 76,266.08 | 9/4/2009 | $ 796.56 |
| Short | MTB (1000) | $ 59,506.95 | 9/2/2009 | $ 62,708.43 | 9/15/2009 | $ 3,201.48 |
| Short | HES (1000) | $ 55,206.95 | 8/7/2009 | $ 56,991.58 | 9/17/2009 | $ 1,784.63 |
| Short | T (1250) | $ 32,608.95 | 5/7/2009 | $ 33,745.65 | 9/18/2009 | $ 1,136.70 |
| Short | T (1250) | $ 31,883.95 | 5/8/2009 | $ 33,745.66 | 9/18/2009 | $ 1,861.71 |
| Short | HES (1000) | $ 53,996.95 | 9/24/2009 | $ 54,535.64 | 9/28/2009 | $ 538.69 |
| Short | POT (1000) | $ 88,906.95 | 10/1/2009 | $ 90,892.87 | 10/7/2009 | $ 1,985.92 |
| Short | MRK (2500) | $ 80,756.95 | 9/16/2009 | $ 81,341.18 | 10/6/2009 | $ 584.23 |
| Short | HES (1000) | $ 54,956.95 | 9/23/2009 | $ 56,104.96 | 10/8/2009 | $ 1,148.01 |
| Short | MTB (1000) | $ 64,702.95 | 9/22/2009 | $ 65,206.46 | 10/9/2009 | $ 503.51 |
| Short | POT (1000) | $ 90,006.95 | 10/12/2009 | $ 92,940.66 | 10/14/2009 | $ 2,933.71 |
| Short | DUK (2500) | $ 37,308.95 | 2/11/2009 | $ 37,492.08 | 10/16/2009 | $ 183.13 |
| Short | IBM (1000) | $ 121,303.05 | 10/23/2009 | $ 122,889.89 | 10/29/2009 | $ 1,586.84 |
| Short | ORCL (2500) | $ 53,631.95 | 9/22/2009 | $ 55,444.61 | 10/19/2009 | $ 1,812.66 |
| Short | MSFT (1250) | $ 32,839.60 | 10/20/2009 | $ 33,367.19 | 10/22/2009 | $ 527.59 |
| Short | DGP (2500) | $ 62,506.95 | 10/20/2009 | $ 63,541.41 | 10/21/2009 | $ 1,034.46 |
| Short | DGP (2500) | $ 62,513.90 | 10/23/2009 | $ 63,466.41 | 11/2/2009 | $ 952.51 |
| Short | MDR (2500) | $ 59,251.45 | 11/10/2009 | $ 60,092.74 | 11/11/2009 | $ 841.29 |
| Short | BAC (2500) | $ 40,231.95 | 10/22/2009 | $ 41,291.98 | 11/12/2009 | $ 1,060.03 |
| Short | BAC (2500) | $ 39,879.45 | 11/13/2009 | $ 40,941.99 | 11/19/2009 | $ 1,062.54 |
| Short | C (10000) | $ 40,806.95 | 11/12/2009 | $ 42,191.96 | 11/16/2009 | $ 1,385.01 |
| Short | POT (1000) | $ 100,776.55 | 11/12/2009 | $ 101,990.42 | 11/12/2009 | $ 1,213.87 |
| Short | POT (1000) | $ 104,506.95 | 10/20/2009 | $ 105,781.25 | 11/17/2009 | $ 1,274.30 |
| Short | BAC (2500) | $ 39,106.87 | 11/17/2009 | $ 40,345.77 | 11/18/2009 | $ 1,238.90 |
| Short | BAC (2500) | $ 40,131.95 | 11/20/2009 | $ 40,744.50 | 11/23/2009 | $ 612.55 |
| Short | DELL (2500) | $ 36,054.48 | 11/23/2009 | $ 36,767.10 | 11/23/2009 | $ 712.62 |
| Short | POT (1000) | $ 111,706.55 | 11/25/2009 | $ 112,990.14 | 11/25/2009 | $ 1,283.59 |
| Short | POT (1000) | $ 111,686.45 | 11/27/2009 | $ 112,490.15 | 11/30/2009 | $ 803.70 |
| Short | POT (1000) | $ 111,606.75 | 11/30/2009 | $ 112,290.16 | 11/30/2009 | $ 683.41 |
| Short | INTC (2500) | $ 48,629.45 | 11/23/2009 | $ 49,144.28 | 12/1/2009 | $ 514.83 |
| Short | MDR $19 Puts 5/10 (5000) | $ 3,431.95 | 12/24/2009 | $ 4,829.91 | 12/16/2009 | $ 1,397.96 |
| Short | RSW (250) | $ 62,504.15 | 3/10/2009 | $ 28,423.81 | 12/21/2009 | $ (34,080.34) |
| Short | POT (1000) | $ 122,003.85 | 12/16/2009 | $ 109,484.23 | 12/21/2009 | $ (12,519.62) |
| Short | DELL (2500) | $ 36,131.39 | 11/24/2009 | $ 36,919.82 | 12/24/2009 | $ 788.43 |
| **TOTAL SHORT-TERM GAINS/LOSSES** | | **$ 4,279,127.78** | | **$ 4,294,436.71** | | **$ 15,308.93** |
| **TOTAL LONG TERM GAINS/LOSSES** | | **$ -** | | **$ -** | | **$ -** |