## Ariel Scott

**From:** Patrick M. Murry
**Sent:** Monday, October 27, 2014 3:29 PM
**To:** 'edwardsadams@yahoo.com'
**Subject:** FW: Amended Returns

Mr. Adams –

Would you be available tomorrow afternoon for phone call to discuss the amended returns that you need prepared?

I would be available for a call either at noon or anytime after 2:00. If tomorrow afternoon doesn't work, I would also be available Wednesday morning.

Let me know what might work for you.

Pat

**Patrick Murry**
**Murry & Associates, LLC**
pmurry@murryllc.com
7575 Golden Valley Road, Suite 119
Golden Valley, Minnesota 55427
Direct: 763-535-7077
Fax: 763-450-5451

**From:** Thomas Brever [mailto:tbrever@fosterbrever.com]
**Sent:** Monday, October 27, 2014 2:26 PM
**To:** Patrick M. Murry
**Cc:** edwardsadams@yahoo.com
**Subject:** RE: Amended Returns

Please contact Ed directly to obtain the information. I will email you as much of the information as I presently possess.

**From:** Patrick M. Murry [mailto:pmurry@murryllc.com]
**Sent:** Monday, October 27, 2014 2:03 PM
**To:** Thomas Brever
**Cc:** edwardsadams@yahoo.com
**Subject:** RE: Amended Returns

Tom –

We would be happy to prepare any amended returns that are required. If we can get all of the necessary information (the original returns and the information on the omitted income) we can get right on preparing the returns.

Please let me know if you would like me to work through you or to contact Mr. Adams directly for the information.

Pat

**Patrick Murry**
**Murry & Associates, LLC**
pmurry@murryllc.com

1

**EXHIBIT 1**

7575 Golden Valley Road, Suite 119
Golden Valley, Minnesota 55427
Direct: 763-535-7077
Fax: 763-450-5451

**From:** Thomas Brever [mailto:tbrever@fosterbrever.com]
**Sent:** Monday, October 27, 2014 1:21 PM
**To:** Patrick M. Murry
**Cc:** edwardsadams@yahoo.com
**Subject:** Amended Returns

Pat,

I would like to engage you and your firm to prepare amended Forms 1040X for Ed Adams under a Kovel arrangement, whereby your firm acts as my assistant in rendering legal advice. Ed is a professor of law at the U of M Law School. Some income arising from an entity was mistakenly omitted from a return and we wish to amend and voluntarily disclose the amounts. Please let me know whether you would be willing to assist.

*Circular 230 Notice:* *In accordance with Treasury Regulations related to practice before the Internal Revenue Service, please note that any tax advice contained in this message (including attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.*

*Confidentiality:* *The information contained in this e-mail message is confidential and is intended only for the use of the intended recipient. If you have received this message in error, please notify the sender immediately via e-mail or at (763) 546-9340 and delete the original message and its attachments.*