**Ariel Scott**

| | |
|---|---|
| **From:** | Thomas Brever <tbrever@fosterbrever.com> |
| **Sent:** | Wednesday, November 12, 2014 11:40 AM |
| **To:** | edwardsadams@yahoo.com; Patrick M. Murry |
| **Subject:** | Signing Returns |

Ed,

Pat has prepared the amended returns based on the documents and information provided. They can be signed by you and your wife. I have sent a disclosure statement to Pat for comment. This can be added to the returns for filing.

Tom

1

**EXHIBIT 3**