## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing **Partial Objection to Report and Recommendation for Order Denying In Part Defendant's Motion Asserting Certain Privileges Implicated By Yahoo! Email Seizure** complies with the limits in Local Rule 72.2(c)(1) and with the type-size limit of Local Rule 72.2(c)(2).  The foregoing document contains 3,451 words.  The undersigned has relied on the word count function of Microsoft Word 2013.  The word count function was applied to include all text, including headings, footnotes, and quotations.

/s/ *Lance Wade*