## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing **Response to Government's Objections to March 12, 2018 Report and Recommendation** complies with the limits in Local Rule 72.2(c)(1) and with the type-size limit of Local Rule 72.2(c)(2). The foregoing document contains 2,497 words. The undersigned has relied on the word count function of Microsoft Word 2013. The word count function was applied to include all text, including headings, footnotes, and quotations.

               /s/ *Lance Wade*