# *State Of Delaware*

Entity Details

3/21/2018  11:11:18AM

| | | | |
|---|---|---|---|
| File Number: | 3746576 | Incorporation Date / Formation Date: | 1/2/2004 |
| Entity Name: | APOLLO DIAMOND, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Void, AR's or Tax Delinquent | Status Date: | 3/1/2011 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

**Tax Information**

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 2008 | Tax Due: | $ 600000 |
| Annual Tax Assessment: | $600000 | Total Authorized Shares: | 51000000 |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Stock Designation | 7 | 9/17/2007 | 6:04 PM | 9/17/2007 |
| 2 | Stock Designation | 1 | 9/17/2007 | 5:23 PM | 9/17/2007 |
| 3 | Stock Designation | 10 | 2/3/2005 | 8:51 PM | 2/3/2005 |
| 4 | Merger [Survivor] | 5 | 5/12/2004 | 2:15 PM | 5/12/2004 |
| 5 | Restated; Stock | 4 | 5/12/2004 | 2:15 PM | 5/12/2004 |

GOVERNMENT EXHIBIT
1
17-CR-64 (DWF/KMM)