

# William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number:** 000924988     [Request certificate]   [New search]

**Summary for:** APOLLO DIAMOND, INC.

| | |
|---|---|
| **The exact name of the Foreign Corporation:** | APOLLO DIAMOND, INC. |
| **Entity type:** | Foreign Corporation |
| **Identification Number:** 000924988 | |
| **Date of Registration in Massachusetts:** 05-23-2006 | |
| **Date of Involuntary Revocation:** 06-30-2014 | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 01-02-2004 | |
| **Current Fiscal Month/Day:** 12/31 | |

**The location of the Principal Office:**

Address: 60 STATE ST., STE 700

City or town, State, Zip code, Country:    BOSTON, MA 02109 USA

**The location of the Massachusetts office, if any:**

Address: 101 FEDERAL ST.

City or town, State, Zip code, Country:    BOSTON, MA 02110 USA

**The name and address of the Registered Agent:**

Name: C T CORPORATION SYSTEM

Address: 155 FEDERAL STREET STE 700

City or town, State, Zip code, Country:    BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | BRYANT R. LINARES | 2 LAMPLIGHTER LN. HOPKINTON, MA 01748 USA |
| TREASURER | ROBERT C. LINARES | 41 GREEN LN. SHERBORN, MA 01770 USA |
| SECRETARY | EDWARD S. ADAMS | 701 XENIA AVE., S. STE 130 MINNEAPOLIS, MN 55416 USA |
| DIRECTOR | PATRICK J. DOERING | 48 APPLEYARD LN. HOLLISTON, MA 01746 |

**GOVERNMENT EXHIBIT 2** — 17-CR-64 (DWF/KMM)

| | | | |
|---|---|---|---|
| | | | USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
| --- | --- | --- | --- | --- |
| | | No. of shares | Total par value | No. of shares |
| | | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation - Foreign and Domestic
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**