# C-08091

## *LANCIA_JOSEPH_20160121*

*1/21/2016*

**Full-size Transcript**

**Prepared by:**

C-08091

Tuesday, February 02, 2016

**GOVERNMENT EXHIBIT**

**5**

17-CR-64 (DWF/KMM)

262

1   Does this refresh your recollection of whether this
2   agreement is actually -- does it reflect the
3   agreement or your understanding of the agreement that
4   was entered in between -- entered into between the
5   two companies back in March 2011?
6        A    I don't know.
7        Q    Okay.  I think you said that you weren't
8   aware of any of the terms.  Back in March 2011, you
9   weren't aware of any of the terms of the agreement
10  between --
11       A    That's correct.
12       Q    -- Apollo Diamond, Incorporated and Scio
13  Diamond Technology; is that correct?
14       A    That's correct.
15       Q    Okay.  And you don't recall ever seeing
16  this document?
17       A    I don't.
18       Q    Okay.  Do you -- and did -- have you ever
19  seen this --
20            MR. DESPRIET:  You mean prior -- prior to
21  getting your subpoena?
22            MR. WISNIEWSKI:  Yeah.  Right.
23            BY MR. WISNIEWSKI:
24       Q    Had you ever seen this document -- while
25  you were employed at Scio Diamond Technology Corp,

1   had -- do you recall ever seeing this document

2   before?

3       A   I don't believe so.

4       Q   Okay.  But you do -- you -- that is your

5   signature and --

6       A   That is correct.

7       Q   Okay.  You have no reason to believe that

8   you did not sign this agreement?

9       A   I have no reason to believe that I didn't

10  sign that page.

11      Q   Okay.

12      A   Right.

13      Q   So I guess my question was:  Did you review

14  this document before you signed it?

15      A   I don't believe I saw it.

16      Q   Okay.  Do you think it was -- do you recall

17  that there's a signature page was put in front of you

18  or --

19      A   I believe during that time I received a

20  number of signature pages.

21      Q   Okay.  And I think your testimony is you

22  never saw this while you were employed at Scio

23  Diamond Technology Corporation.  So is it safe to

24  assume that you had no input over the terms or the

25  language of this agreement?

1        A    I had no input on any of the terms.

2        Q    Okay.

3        A    Correct.

4        Q    Okay.  Okay.  Is it your understanding
5   that -- that Scio Diamond Technology Corporation paid
6   $2 million for the -- for the assets of Apollo
7   Diamond, Incorporated?

8        A    Yes.

9        Q    Okay.  And do you also understand that Scio
10  Diamond Technology Corporation paid $100,000 for the
11  assets of Apollo Diamond Gemstone Corporation?

12       A    I thought it was one entity and I thought
13  it was all one purchase price.

14       Q    Okay.  So back in August 31, 2011, you
15  thought that the agreement was just between Scio
16  Diamond Technology Corporation and Apollo Diamond?

17       A    And any wholly-owned subsidiary.

18       Q    Okay.  You didn't think they were two
19  separate agreements?

20       A    I did not.

21       Q    Okay.  And did you know there were purchase
22  prices for the -- purchase price for the two?

23       A    Did not.

24       Q    Okay.  So you just thought it was 2 million
25  even, the purchase price was 2 million even?