# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Edward S. Adams,<br><br>                Defendant. | **COURT MINUTES**<br>BEFORE: Kate Menendez<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 17-cr-00064-DWF-KMM |
| Date: | April 6, 2018 |
| Location: | Minneapolis, Chambers 8E |
| Time Commenced: | 9:30 AM |
| Time Concluded: | 10:40 AM |
| Time in Court: | 1 hour, 10 minutes |

**APPEARANCES:**

    For Plaintiff:     David Maria, John Kokkinen, Tim Rank, Assistant United States Attorneys

    For Defendant:   Lance Wade, Gloria Maier, Williams & Connolly LLP

The parties contacted the Court via email to request a telephonic conference to discuss a discovery dispute. The defendant, through counsel, waived his appearance at this conference. After hearing argument from both parties, the Court ordered letter briefs of no longer than five pages. The letter briefs shall be submitted no later than close of business on Tuesday, April 10, 2018, and should address Mr. Adams's request for unredacted database activity logs. The Court will then issue a brief written order. Counsel raised an additional issue regarding the necessity of a taint team, but both parties agreed to attempt to resolve this concern before requiring the Court to address it further.

                                                                   s/ AHR
                                                              Signature of Law Clerk