UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD S. ADAMS,

        Defendant.

**AMENDED ORDER**

This matter is before the Court on the defendant Edward S. Adams's Motion to Seal Documents Filed Under Temporary Seal, ECF No. 123. Based on all the records, files, and proceedings in this case, the Court finds good cause to protect these documents from public disclosure, as the documents contain material that Mr. Adams seeks to protect under the attorney-client privilege and the work product doctrine.

IT IS HEREBY ORDERED THAT the defendant's Motion to Seal Documents Filed Under Temporary Seal (ECF No. 123) is GRANTED. The following documents are sealed until further order of the Court: ECF No. 122.

Dated: April 12, 2018

                                                __*Katherine Menendez*_____
                                                Katherine Menendez
                                                United States Magistrate Judge