## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **NOTICE PROVIDING** |
| | ) | **SCHEDULING ORDER** |
| EDWARD S. ADAMS, | ) | **STATUS REPORT** |
| | ) | |
| Defendant. | ) | |

The January 23, 2018 Scheduling Order (ECF No. 88) requires the parties to identify, by today, whether a second evidentiary hearing is necessary regarding any new motions or Mr. Adams's Motion to Suppress.  At present, Mr. Adams does not believe that an additional evidentiary hearing is necessary.  To the extent that a ruling from the Court on the pending request for the government's unredacted database log (*see* ECF Nos. 127 & 128) or additional materials produced by the government in response to that request demonstrate a need for an additional hearing, counsel for Mr. Adams will promptly supplement this notice.

Dated:  April 16, 2018

Respectfully submitted,

  /s/ *Lance Wade*
Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria K. Maier (DC Bar # 1012208)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

Attorneys for Defendant Edward S. Adams