UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ORDER**

EDWARD S. ADAMS,

        Defendant.

This matter is before the Court on the defendant Edward S. Adams's Unopposed Motion to Extend Filing Deadline (ECF No. 133). Based on all the records, files, and proceedings in this case, the Court finds good cause to GRANT the motion.

IT IS HEREBY ORDERED THAT the schedule set forth in the January 23, 2018 Scheduling Order (ECF No. 88) is modified as follows:

1. Mr. Adams shall file any additional motions and supporting memoranda as well as any memoranda in support of existing motions on or before **May 15, 2018**. On this date, Mr. Adams shall also produce the agreed upon privilege log supplement.
2. The government shall file a response to both new motions and post-hearing memoranda as to pending motions on or before **June 12, 2018**.
3. Mr. Adams shall file a reply on or before **June 26, 2018.**

Date: April 19, 2018

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge