UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:17-cr-00064-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Edward S. Adams, | |
| Defendant. | |

On May 9, 2018, counsel for Mr. Adams contacted the Court by email to request a modification of the existing schedule in this case, which required motions to be filed no later than May 15, 2018. The reason for the request was that the District Court's resolution of the parties' objections to this Court's March 12, 2018 report and recommendation would significantly affect the issues that would be addressed in forthcoming motions from the defense. On May 10, 2018, the Court informed the parties that the schedule would be adjusted and an order to that effect would be forthcoming.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Mr. Adams shall file any additional motions and supporting memoranda as well as any memoranda in support of existing motions within 7 days of the District Court's Order concerning the objections to the March 12, 2018 Report and Recommendation.

2. The government shall file a response to both new motions and post-hearing memoranda as to pending motions within 28 days of Mr. Adams' submissions discussed in Paragraph 1 of this Order.

3. Mr. Adams shall file a reply within 14 days of the government's responsive filings discussed in Paragraph 2 of this Order.

Date: May 17, 2018				*s/ Katherine Menendez*
						Katherine Menendez
						United States Magistrate Judge