# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br>EDWARD S. ADAMS,<br>　　　　Defendant. | 17-CR-64-DWF-KMM<br><br>**DEFENDANT'S MOTION TO SEAL DOCUMENTS FILED UNDER TEMPORARY SEAL** |

Defendant Edward Adams in the above-captioned action has filed the following under seal:

- Defendant's Motion to Dismiss the Superseding Indictment, Or in the Alternative for Disqualification, For Privilege Violations
- *In camera* Exhibit A
- *In camera* Exhibit B
- *In camera* Exhibit C
- *In camera* Exhibit D
- *In camera* Exhibit E
- *In camera* Exhibit F
- *In camera* Exhibit G
- *In camera* Exhibit H
- *In camera* Exhibit I
- *In camera* Exhibit J
- *In camera* Exhibit K
- *In camera* Exhibit L
- *In camera* Exhibit M
- *In camera* Exhibit N
- *In camera* Exhibit O
- *In camera* Exhibit P
- *In camera* Exhibit Q
- *In camera* Exhibit R
- *In camera* Exhibit S
- *In camera* Exhibit T
- *In camera* Exhibit U

Defendant brings this motion pursuant to LR 49.1(d)(1)(A) to seal because the above-listed documents contain information that Mr. Adams contends contains attorney-client privileged and attorney work product material that should not be revealed to or accessed by the government. Unless and until this Court determines that some or all of these materials are not protected by the attorney-client privilege or the work product doctrine, neither the government nor the public may have access to these materials in their unredacted form. To allow such access may effectively constitute a waiver of the attorney-client privilege or work product protection and may defeat the purpose of Mr. Adams's motion herein to assert such privilege over these materials.

Dated:  June 1, 2018                               Respectfully submitted,

                                                        /s/ *Gloria K. Maier*
                                        Joseph G. Petrosinelli (DC Bar #434280)
                                        Lance Wade (DC Bar #484845)
                                        Gloria Maier (DC Bar # 1012208)
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC  20005
                                        Telephone:  (202) 434-5000
                                        jpetrosinelli@wc.com
                                        lwade@wc.com
                                        gmaier@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*