UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **GLORIA K. MAIER** |
| EDWARD S. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 1746, I, Gloria K. Maier, hereby declare:

1. I am a United States citizen and I am over eighteen years of age. I am an associate attorney at Williams & Connolly LLP, and I am one of Mr. Adams's counsel of record in this matter.

2. On April 7, 2017, the government produced to Mr. Adams the 42,927 Yahoo! documents that it purported to seize, as well as the 79,281 documents that the government had received pursuant to the Yahoo! warrant but that it excluded from its review database and did not purport to seize.

3. On January 29, 2018, the government produced to Mr. Adams a list of the 7,092 Yahoo! documents that it had viewed in the Relativity database. 5,485 of these documents were ones that the government purported to seize. Of those, 3,877 came from one of Mr. Adams's two Yahoo! accounts, and 1,608 came from Mr. Monahan's account.

4. The Relativity Doc IDs of the 22 documents that Inspector Kroells printed from the Yahoo! thumb drive in March 2016 are: 00268641, 00268642, 00270801, 00270833, 00270853, 00270894, 00271125, 00271605, 00271606, 00271878, 00271879,

00271883, 00271884, 00272070, 00272071, 00272080, 00280396, 00280488, 00280492, 00280683, 00282159, 00282160, 00282209, 00282211, 00289379, 00290076, 00290077, 00291027, 00292669, 00295526, 00425265 (emails and attachments listed separately). The following documents that Inspector Kroells printed in March 2016 were not included in the 42,927 documents that the government purported to seize in April 2017: Relativity Doc IDs of 00268641, 00270833, 00270853, 00271605, 00271606, 00271878, 00272080, 00280396, 00282209, 00282211, 00290076.

5.      Exhibit 6 to the Suppression Brief is a January 31, 2009 email, from Mr. Adams to himself, apparently attaching Mr. Adams's 2006 personal tax returns, that was transmitted by Kroells to Belich on March 15, 2016 (*see* Suppression Br. Ex. 4). This document appears twice in the Yahoo! Relativity database with Relativity Doc IDs 00277782 and 00280689, and the tax return attachments are Relativity Doc IDs 00277783 and 00280690. Neither copy of document nor attachment is among the 42,927 documents that the government purported to seize in April 2017.

6.      Exhibit 13 to the Suppression Brief is an October 29, 2014 email from Mr. Adams to Murry LLC, that attached Mr. Adams's 2007, 2008, 2009, and 2010 amended tax returns, as well as correspondence with the Minnesota Department of Revenue. This email was forwarded, with attachments, from AUSA Maria to Belich on September 7, 2016. (*See* Suppression Br. Ex. 4). This email and its attachments are in the Relativity database with Relativity Doc IDs 00224349, 00224352, 00224353, 00224354, 00224355, 00224359, and 00224360. None of these documents are among the 42,927 documents that the government purported to seize in April 2017.

7.      The attachments to Suppression Brief Exhibit 13 (Doc IDs 00224352, 00224353, 00224354, 00224355, 00224359, and 00224360) are also not on the government's list of documents that they viewed, despite the fact that they were forwarded via email to Belich. This is likely because AUSA Maria opened and forwarded the email using Relativity's native viewer mode.

8.      Seven of the documents that were "updated" by Inspector Kroells (Doc IDs 00270068, 00270072, 00270179, 00271645, 00271648, 00277641, and 00328919) are not among the 42,927 documents that the government purported to seize in April 2017.

9.      Twelve of the documents that were printed by members of the prosecution team (Doc IDs 00002126, 00029348, 00044851, 00051925, 00078937, 00225476, 00230218, 00230222, 00284835, 00284960, 00361871, 00362034) are not among the 42,927 documents that the government purported to seize in April 2017.

10.     Of the 79,281 Yahoo! documents that the government excluded from its review database and did not purport to seize, the terms "latham," "lw.com," or "Sikora" appear in 3,873 documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2018.

Gloria K. Maier

3