*U.S. v. Adams* *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

*Ex. 2: Entirely Unrelated – Personal or Family*

| | | |
|---|---|---|
| 00000116 | 00223326 | 00271136 |
| 00000183 | 00228537 | 00271138 |
| 00000561 | 00231205 | 00271140 |
| 00001878 | 00231254 | 00298204 |
| 00001934 | 00231290 | 00302963 |
| 00022820 | 00231343 | 00302985 |
| 00027288 | 00231388 | 00304194 |
| 00027297 | 00231424 | 00307049 |
| 00027305 | 00231469 | 00307066 |
| 00027312 | 00231511 | 00309389 |
| 00030843 | 00232346 | 00309390 |
| 00030848 | 00232554 | 00309634 |
| 00030889 | 00232590 | 00309857 |
| 00031818 | 00232751 | 00310612 |
| 00031991 | 00232874 | 00312574 |
| 00039951 | 00232996 | 00315570 |
| 00061545 | 00233130 | 00321944 |
| 00070121 | 00233166 | 00325233 |
| 00092114 | 00234086 | 00328766 |
| 00092167 | 00236463 | 00336217 |
| 00092283 | 00236477 | 00336232 |
| 00182293 | 00236493 | 00336239 |
| 00183712 | 00236501 | 00336258 |
| 00183713 | 00236503 | 00336261 |
| 00183717 | 00236505 | 00337541 |
| 00183718 | 00236507 | 00337963 |
| 00193230 | 00236508 | 00340249 |
| 00193237 | 00237556 | 00342602 |
| 00195247 | 00237576 | 00342603 |
| 00195796 | 00237645 | 00344232 |
| 00199901 | 00237655 | 00349392 |
| 00203217 | 00237885 | 00353292 |
| 00215158 | 00248483 | 00353293 |
| 00215682 | 00248595 | 00353294 |
| 00215997 | 00248810 | 00353295 |
| 00216107 | 00248931 | 00363423 |
| 00216566 | 00256783 | 00368282 |
| 00216714 | 00265191 | |
| 00218101 | 00269550 | |

*U.S. v. Adams*                                                     *Exhibit 1 to Maier Suppl. Decl.*

**<u>Non-Privileged Documents Outside the Scope of the Warrant</u>**
**<u>Viewed and "Seized" by Government</u>**

*Ex. 3: Entirely Unrelated – Non-Apollo Business*

| | | |
|---|---|---|
| 00002444 | 00005194 | 00017437 |
| 00002529 | 00005195 | 00017476 |
| 00002566 | 00005202 | 00017488 |
| 00002693 | 00005203 | 00017864 |
| 00002698 | 00005246 | 00017985 |
| 00002702 | 00005771 | 00020253 |
| 00002714 | 00005873 | 00020255 |
| 00002723 | 00005879 | 00022716 |
| 00002728 | 00006172 | 00023909 |
| 00002735 | 00006182 | 00025984 |
| 00002738 | 00006577 | 00026205 |
| 00002743 | 00006963 | 00028619 |
| 00002768 | 00006998 | 00030985 |
| 00002771 | 00007953 | 00030996 |
| 00002776 | 00008057 | 00031000 |
| 00002880 | 00008589 | 00032028 |
| 00003038 | 00008780 | 00033255 |
| 00003073 | 00009046 | 00033433 |
| 00003082 | 00010033 | 00033608 |
| 00003300 | 00010490 | 00033759 |
| 00003349 | 00010510 | 00033982 |
| 00003358 | 00010628 | 00036432 |
| 00003362 | 00010754 | 00040961 |
| 00003375 | 00012535 | 00041581 |
| 00003415 | 00012545 | 00042016 |
| 00003484 | 00012761 | 00042649 |
| 00003516 | 00013197 | 00042665 |
| 00003546 | 00013936 | 00042864 |
| 00003555 | 00013937 | 00043155 |
| 00003559 | 00013938 | 00043195 |
| 00003570 | 00014349 | 00044186 |
| 00003624 | 00014350 | 00044315 |
| 00003673 | 00015031 | 00047476 |
| 00003748 | 00015639 | 00052250 |
| 00003800 | 00016460 | 00052522 |
| 00003810 | 00016648 | 00053000 |
| 00003833 | 00017176 | 00053001 |
| 00003840 | 00017187 | 00062085 |
| 00004961 | 00017228 | 00062091 |
| 00005178 | 00017337 | 00063533 |
| 00005183 | 00017409 | 00067498 |
| 00005186 | 00017420 | 00080087 |

*U.S. v. Adams*                                                      *Exhibit 1 to Maier Suppl. Decl.*

# **Non-Privileged Documents Outside the Scope of the Warrant**
# **Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00080404 | 00169477 | 00196128 |
| 00080582 | 00170535 | 00196333 |
| 00083054 | 00170538 | 00196339 |
| 00086171 | 00176264 | 00196341 |
| 00092282 | 00176810 | 00196437 |
| 00093476 | 00176818 | 00196692 |
| 00093487 | 00177243 | 00196761 |
| 00093490 | 00177273 | 00196767 |
| 00093491 | 00178220 | 00196784 |
| 00094956 | 00178221 | 00196997 |
| 00095272 | 00178232 | 00196999 |
| 00098374 | 00178236 | 00197028 |
| 00098378 | 00178238 | 00197030 |
| 00098458 | 00178721 | 00197053 |
| 00098460 | 00179003 | 00197056 |
| 00098464 | 00179466 | 00197058 |
| 00102031 | 00180710 | 00197089 |
| 00130598 | 00180717 | 00197109 |
| 00136294 | 00180722 | 00197419 |
| 00136799 | 00180937 | 00197682 |
| 00138797 | 00180941 | 00197683 |
| 00140132 | 00180949 | 00197789 |
| 00143967 | 00181459 | 00197792 |
| 00143971 | 00181676 | 00197795 |
| 00144035 | 00183199 | 00197797 |
| 00144046 | 00183225 | 00197805 |
| 00144051 | 00183249 | 00197807 |
| 00144092 | 00183251 | 00197809 |
| 00144107 | 00184252 | 00198610 |
| 00144120 | 00189857 | 00198874 |
| 00144135 | 00191007 | 00198876 |
| 00144148 | 00191267 | 00198878 |
| 00144159 | 00192362 | 00198888 |
| 00144164 | 00192396 | 00198890 |
| 00155837 | 00192402 | 00198891 |
| 00155967 | 00193363 | 00198968 |
| 00157681 | 00193774 | 00199087 |
| 00163854 | 00193791 | 00199290 |
| 00166428 | 00194822 | 00199447 |
| 00166430 | 00194836 | 00199468 |
| 00166433 | 00195246 | 00199680 |
| 00167393 | 00195505 | 00199711 |
| 00167902 | 00195506 | 00199712 |
| 00168373 | 00196102 | 00199713 |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 4 of 14

*U.S. v. Adams*                                                          *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00199714 | 00240708 | 00273947 |
| 00199737 | 00242993 | 00275275 |
| 00199739 | 00244071 | 00275369 |
| 00199744 | 00244072 | 00277759 |
| 00199996 | 00244655 | 00277849 |
| 00200533 | 00244894 | 00277851 |
| 00200534 | 00244933 | 00278455 |
| 00200980 | 00245116 | 00279322 |
| 00201511 | 00245882 | 00279323 |
| 00201861 | 00245887 | 00280155 |
| 00202220 | 00245891 | 00280384 |
| 00202302 | 00245897 | 00283900 |
| 00202917 | 00245903 | 00287960 |
| 00202918 | 00245910 | 00288261 |
| 00202920 | 00245916 | 00288262 |
| 00202952 | 00245926 | 00288493 |
| 00202953 | 00246996 | 00288644 |
| 00204490 | 00247842 | 00289227 |
| 00204592 | 00247910 | 00290464 |
| 00204695 | 00248037 | 00290503 |
| 00214197 | 00248044 | 00290509 |
| 00214198 | 00248348 | 00290743 |
| 00214208 | 00248350 | 00290923 |
| 00214875 | 00250985 | 00291207 |
| 00216579 | 00253705 | 00291212 |
| 00217028 | 00253728 | 00291976 |
| 00217116 | 00253757 | 00292047 |
| 00219587 | 00253783 | 00292280 |
| 00219589 | 00253795 | 00292371 |
| 00221676 | 00253819 | 00292457 |
| 00225510 | 00253844 | 00293315 |
| 00228130 | 00260312 | 00293317 |
| 00228476 | 00260313 | 00293394 |
| 00228481 | 00260348 | 00293395 |
| 00228502 | 00263101 | 00293404 |
| 00228506 | 00263152 | 00293615 |
| 00228848 | 00269020 | 00294105 |
| 00234106 | 00270066 | 00294167 |
| 00236843 | 00270825 | 00296061 |
| 00236896 | 00271715 | 00297741 |
| 00237738 | 00271719 | 00297748 |
| 00238863 | 00272456 | 00297926 |
| 00238876 | 00272979 | 00298052 |
| 00238889 | 00273000 | 00298257 |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 5 of 14

*U.S. v. Adams*                                                                 *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00298292 | 00317565 | 00326771 |
| 00298306 | 00317644 | 00326778 |
| 00298880 | 00319782 | 00327045 |
| 00298893 | 00319815 | 00327046 |
| 00299656 | 00319816 | 00327049 |
| 00299657 | 00319817 | 00327226 |
| 00299908 | 00319819 | 00327244 |
| 00301781 | 00319973 | 00327250 |
| 00303321 | 00320219 | 00327484 |
| 00303540 | 00323315 | 00327551 |
| 00303541 | 00323520 | 00327581 |
| 00303559 | 00324081 | 00328441 |
| 00303561 | 00324082 | 00328467 |
| 00303637 | 00324218 | 00328468 |
| 00303659 | 00324220 | 00330833 |
| 00304078 | 00324225 | 00331555 |
| 00307361 | 00324370 | 00331557 |
| 00308608 | 00324892 | 00331795 |
| 00309131 | 00324895 | 00331797 |
| 00309594 | 00325185 | 00331798 |
| 00309612 | 00325199 | 00331801 |
| 00310442 | 00325204 | 00331803 |
| 00310443 | 00325279 | 00331807 |
| 00310636 | 00325291 | 00331859 |
| 00310666 | 00325293 | 00331873 |
| 00312960 | 00325294 | 00331880 |
| 00312961 | 00325295 | 00331882 |
| 00313154 | 00325300 | 00331959 |
| 00313174 | 00325370 | 00333169 |
| 00313201 | 00325405 | 00333407 |
| 00313406 | 00325454 | 00333539 |
| 00313562 | 00325886 | 00333540 |
| 00313800 | 00326054 | 00333789 |
| 00313860 | 00326090 | 00333801 |
| 00314079 | 00326102 | 00333807 |
| 00314428 | 00326139 | 00333951 |
| 00314689 | 00326517 | 00334008 |
| 00314692 | 00326539 | 00334699 |
| 00315424 | 00326581 | 00334701 |
| 00315499 | 00326701 | 00334863 |
| 00315569 | 00326710 | 00336457 |
| 00315695 | 00326729 | 00336506 |
| 00316112 | 00326739 | 00336829 |
| 00316136 | 00326752 | 00336910 |

*U.S. v. Adams* *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00336911 | 00351003 | 00355531 |
| 00336933 | 00351024 | 00355723 |
| 00336939 | 00351042 | 00356763 |
| 00336940 | 00351117 | 00356764 |
| 00336942 | 00351132 | 00358172 |
| 00336944 | 00351192 | 00359626 |
| 00336946 | 00351216 | 00359650 |
| 00336952 | 00351234 | 00359702 |
| 00337413 | 00351333 | 00363392 |
| 00337415 | 00352449 | 00363396 |
| 00337467 | 00352539 | 00363961 |
| 00337538 | 00352540 | 00363970 |
| 00337856 | 00352541 | 00363974 |
| 00338117 | 00352634 | 00363977 |
| 00338463 | 00352917 | 00363984 |
| 00338467 | 00352964 | 00363986 |
| 00338941 | 00353545 | 00364003 |
| 00338946 | 00353548 | 00364004 |
| 00339065 | 00354285 | 00366152 |
| 00339159 | 00354400 | 00366156 |
| 00339272 | 00354409 | 00366158 |
| 00339273 | 00354595 | 00366337 |
| 00339641 | 00354881 | 00366454 |
| 00344021 | 00354882 | 00366457 |
| 00344861 | 00354887 | 00366470 |
| 00348031 | 00354893 | 00366492 |
| 00349899 | 00354966 | 00366552 |
| 00350314 | 00354968 | 00366617 |
| 00350316 | 00354970 | 00366635 |
| 00350317 | 00354972 | 00366770 |
| 00350322 | 00354974 | 00367255 |
| 00350327 | 00355133 | 00367955 |
| 00350329 | 00355137 | 00367956 |
| 00350330 | 00355141 | 00368655 |
| 00350331 | 00355174 | 00368658 |
| 00350333 | 00355209 | 00369592 |
| 00350792 | 00355212 | 00371404 |
| 00350914 | 00355378 | |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 7 of 14

*U.S. v. Adams*                                                      *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

*Ex. 4: Unrelated Apollo or Scio*

| | | |
|---|---|---|
| 00000157 | 00008771 | 00038572 |
| 00000307 | 00009158 | 00038596 |
| 00000741 | 00009161 | 00039371 |
| 00000743 | 00009190 | 00040659 |
| 00000753 | 00009193 | 00040663 |
| 00000881 | 00010359 | 00044922 |
| 00000945 | 00011555 | 00045259 |
| 00001349 | 00011556 | 00047957 |
| 00001557 | 00011570 | 00047959 |
| 00001559 | 00011584 | 00047961 |
| 00001560 | 00011593 | 00047962 |
| 00001562 | 00013627 | 00048000 |
| 00001571 | 00013641 | 00048002 |
| 00001574 | 00013655 | 00048036 |
| 00001835 | 00013664 | 00048037 |
| 00001838 | 00014611 | 00049055 |
| 00001871 | 00015123 | 00049117 |
| 00001987 | 00015137 | 00049276 |
| 00002007 | 00015561 | 00051082 |
| 00002008 | 00015573 | 00051942 |
| 00002061 | 00018451 | 00053624 |
| 00002064 | 00018452 | 00053630 |
| 00002072 | 00018454 | 00053723 |
| 00002074 | 00018456 | 00053750 |
| 00002082 | 00018486 | 00053883 |
| 00002154 | 00018542 | 00053892 |
| 00002193 | 00018600 | 00053893 |
| 00002237 | 00018602 | 00053894 |
| 00002840 | 00018609 | 00054260 |
| 00003247 | 00018618 | 00054423 |
| 00004465 | 00018839 | 00054442 |
| 00004467 | 00019484 | 00054838 |
| 00004470 | 00023629 | 00054878 |
| 00004494 | 00023644 | 00055105 |
| 00004496 | 00026813 | 00055730 |
| 00004499 | 00026987 | 00056541 |
| 00004845 | 00028466 | 00056830 |
| 00004862 | 00037187 | 00057173 |
| 00008072 | 00038305 | 00057175 |
| 00008242 | 00038371 | 00057246 |
| 00008243 | 00038461 | 00057809 |
| 00008577 | 00038476 | 00058197 |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 8 of 14

*U.S. v. Adams*                                                     *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00058409 | 00068387 | 00085032 |
| 00058609 | 00068531 | 00085033 |
| 00058798 | 00068532 | 00086019 |
| 00059437 | 00069567 | 00086020 |
| 00059478 | 00069681 | 00087325 |
| 00059606 | 00070089 | 00087347 |
| 00059613 | 00070208 | 00087446 |
| 00059623 | 00070215 | 00087628 |
| 00059645 | 00071033 | 00087630 |
| 00059653 | 00071198 | 00087638 |
| 00059661 | 00072101 | 00087652 |
| 00059680 | 00072109 | 00087659 |
| 00059688 | 00072254 | 00087669 |
| 00059696 | 00072261 | 00087678 |
| 00059704 | 00072510 | 00087893 |
| 00060036 | 00072755 | 00087894 |
| 00060139 | 00075645 | 00087935 |
| 00060510 | 00075760 | 00088073 |
| 00062384 | 00077662 | 00088109 |
| 00063312 | 00077797 | 00088110 |
| 00063973 | 00077979 | 00088112 |
| 00064234 | 00077980 | 00088304 |
| 00064235 | 00077995 | 00088305 |
| 00064264 | 00079544 | 00088313 |
| 00064265 | 00080293 | 00088351 |
| 00064266 | 00080374 | 00088352 |
| 00064276 | 00081329 | 00088361 |
| 00064277 | 00081330 | 00088430 |
| 00064580 | 00081341 | 00088431 |
| 00064581 | 00081342 | 00088447 |
| 00064592 | 00081380 | 00088454 |
| 00064620 | 00081432 | 00088462 |
| 00064641 | 00081438 | 00088544 |
| 00064667 | 00081560 | 00089696 |
| 00064678 | 00081568 | 00089703 |
| 00064699 | 00081569 | 00092938 |
| 00064879 | 00081577 | 00092944 |
| 00065121 | 00081609 | 00093497 |
| 00065142 | 00081908 | 00093529 |
| 00065213 | 00082026 | 00093537 |
| 00065417 | 00082120 | 00093592 |
| 00065629 | 00083549 | 00093593 |
| 00067410 | 00085030 | 00093601 |
| 00067843 | 00085031 | 00095639 |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 9 of 14

*U.S. v. Adams*                                                          *Exhibit 1 to Maier Suppl. Decl.*

### Non-Privileged Documents Outside the Scope of the Warrant
### Viewed and "Seized" by Government

| | | |
|---|---|---|
| 00095683 | 00114791 | 00136031 |
| 00095900 | 00114854 | 00136566 |
| 00096667 | 00114872 | 00136567 |
| 00096691 | 00114931 | 00137113 |
| 00098256 | 00115687 | 00137114 |
| 00098493 | 00116028 | 00137994 |
| 00098517 | 00119366 | 00139794 |
| 00098525 | 00119377 | 00139796 |
| 00098538 | 00119396 | 00141766 |
| 00098765 | 00119514 | 00143486 |
| 00098766 | 00119962 | 00143818 |
| 00098767 | 00119967 | 00143819 |
| 00098769 | 00120206 | 00143821 |
| 00099601 | 00121419 | 00144630 |
| 00099616 | 00122701 | 00147219 |
| 00099834 | 00124387 | 00147234 |
| 00100119 | 00124482 | 00147235 |
| 00100165 | 00124484 | 00147260 |
| 00102087 | 00124585 | 00147334 |
| 00102270 | 00125170 | 00147371 |
| 00102371 | 00125190 | 00147530 |
| 00102372 | 00125195 | 00147554 |
| 00102378 | 00125219 | 00147677 |
| 00103063 | 00125237 | 00147711 |
| 00103824 | 00125372 | 00148349 |
| 00104277 | 00125764 | 00148358 |
| 00105068 | 00125899 | 00148359 |
| 00105168 | 00126138 | 00148362 |
| 00105267 | 00130370 | 00148528 |
| 00105269 | 00130936 | 00148531 |
| 00105270 | 00131059 | 00148532 |
| 00105469 | 00131083 | 00148672 |
| 00111473 | 00131341 | 00148723 |
| 00112007 | 00132504 | 00148747 |
| 00113539 | 00132722 | 00148816 |
| 00113566 | 00132723 | 00148880 |
| 00113567 | 00134116 | 00148910 |
| 00113572 | 00134490 | 00149230 |
| 00113574 | 00134491 | 00149250 |
| 00113583 | 00135401 | 00149252 |
| 00113585 | 00135422 | 00149253 |
| 00114256 | 00135662 | 00149279 |
| 00114259 | 00135665 | 00149283 |
| 00114781 | 00135676 | 00149399 |

*U.S. v. Adams*                                              *Exhibit 1 to Maier Suppl. Decl.*

## Non-Privileged Documents Outside the Scope of the Warrant
## Viewed and "Seized" by Government

| | | |
|---|---|---|
| 00149568 | 00190309 | 00207588 |
| 00149595 | 00190319 | 00209516 |
| 00149598 | 00190940 | 00209550 |
| 00150191 | 00190945 | 00266431 |
| 00150207 | 00190966 | 00268003 |
| 00151815 | 00190977 | 00268004 |
| 00151816 | 00190978 | 00268016 |
| 00151818 | 00191440 | 00268017 |
| 00152138 | 00193201 | 00270064 |
| 00152194 | 00193390 | 00270527 |
| 00152221 | 00193924 | 00270765 |
| 00152259 | 00194609 | 00270775 |
| 00152373 | 00194615 | 00271653 |
| 00152521 | 00194787 | 00271882 |
| 00152908 | 00197025 | 00272349 |
| 00152936 | 00197090 | 00272880 |
| 00153042 | 00197142 | 00272882 |
| 00154729 | 00197144 | 00272970 |
| 00154730 | 00197420 | 00273033 |
| 00155999 | 00197421 | 00273609 |
| 00156591 | 00197429 | 00273612 |
| 00157082 | 00197469 | 00273615 |
| 00157324 | 00197470 | 00273616 |
| 00161290 | 00197476 | 00273961 |
| 00161343 | 00197480 | 00275499 |
| 00166963 | 00197482 | 00275581 |
| 00167375 | 00197485 | 00276687 |
| 00169189 | 00198143 | 00277938 |
| 00170694 | 00198147 | 00277959 |
| 00170699 | 00198151 | 00278456 |
| 00170703 | 00198336 | 00278511 |
| 00170710 | 00198338 | 00278575 |
| 00170712 | 00198339 | 00278612 |
| 00171780 | 00198341 | 00280436 |
| 00171782 | 00198343 | 00280492 |
| 00171788 | 00198947 | 00280528 |
| 00184697 | 00199204 | 00280935 |
| 00185004 | 00199205 | 00281024 |
| 00187941 | 00201404 | 00281026 |
| 00188844 | 00201478 | 00281104 |
| 00188865 | 00202689 | 00281213 |
| 00188866 | 00202691 | 00281214 |
| 00189438 | 00202919 | 00284494 |
| 00189871 | 00203587 | 00284495 |

*U.S. v. Adams*                                                                                     *Exhibit 1 to Maier Suppl. Decl.*

## Non-Privileged Documents Outside the Scope of the Warrant
## Viewed and "Seized" by Government

| | | |
|---|---|---|
| 00284819 | 00334039 | 00354470 |
| 00284820 | 00343067 | 00354487 |
| 00291137 | 00343845 | 00354502 |
| 00296821 | 00343925 | 00356082 |
| 00307420 | 00352439 | 00360331 |
| 00307505 | 00352440 | 00363333 |
| 00311924 | 00352441 | 00363912 |
| 00312471 | 00352442 | 00365096 |
| 00324355 | 00352443 | 00365480 |
| 00330259 | 00353445 | 00365748 |
| 00331945 | 00353455 | |
| 00331964 | 00353469 | |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 12 of 14

*U.S. v. Adams*                                                                                  *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

*Ex. 5: Sale of Apollo Warrants or Allegedly Secret Bank Accounts (Alleged Embezzlement)*

| | | |
|---|---|---|
| 00000110 | 00003959 | 00007330 |
| 00000114 | 00004162 | 00007551 |
| 00000122 | 00004164 | 00007981 |
| 00000125 | 00004192 | 00008004 |
| 00000145 | 00004418 | 00008681 |
| 00000146 | 00004626 | 00009294 |
| 00000158 | 00004637 | 00009475 |
| 00000163 | 00004968 | 00009868 |
| 00000164 | 00004970 | 00010352 |
| 00000172 | 00004974 | 00010357 |
| 00000192 | 00005213 | 00010412 |
| 00000195 | 00005219 | 00010433 |
| 00000205 | 00005222 | 00010534 |
| 00000219 | 00005453 | 00010565 |
| 00000229 | 00005504 | 00010821 |
| 00000243 | 00005506 | 00011614 |
| 00000293 | 00005508 | 00011899 |
| 00000528 | 00005510 | 00012810 |
| 00000607 | 00005512 | 00013546 |
| 00000879 | 00005514 | 00013939 |
| 00001027 | 00005516 | 00013940 |
| 00001088 | 00005518 | 00014353 |
| 00001543 | 00005520 | 00015289 |
| 00001558 | 00005522 | 00015477 |
| 00001579 | 00005523 | 00015657 |
| 00001580 | 00005569 | 00015807 |
| 00001636 | 00005593 | 00015809 |
| 00001649 | 00005596 | 00015973 |
| 00001663 | 00005597 | 00015979 |
| 00001673 | 00005598 | 00017073 |
| 00001884 | 00005734 | 00017139 |
| 00001889 | 00005743 | 00017184 |
| 00001894 | 00006292 | 00018455 |
| 00001895 | 00006293 | 00019840 |
| 00001919 | 00006294 | 00020019 |
| 00002336 | 00006530 | 00020106 |
| 00002689 | 00006594 | 00020127 |
| 00002691 | 00006893 | 00020192 |
| 00002810 | 00006913 | 00020552 |
| 00002816 | 00006941 | 00020645 |
| 00003864 | 00007002 | 00020744 |
| 00003919 | 00007052 | 00020827 |

*U.S. v. Adams* *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

| | | |
|---|---|---|
| 00021200 | 00271960 | 00285408 |
| 00021530 | 00272070 | 00285812 |
| 00021570 | 00272071 | 00287120 |
| 00021634 | 00273028 | 00287125 |
| 00021765 | 00273032 | 00287437 |
| 00021952 | 00273076 | 00288829 |
| 00027299 | 00273728 | 00291032 |
| 00027475 | 00273771 | 00291033 |
| 00036481 | 00273796 | 00291400 |
| 00036554 | 00273812 | 00293591 |
| 00039532 | 00273880 | 00293684 |
| 00041099 | 00273881 | 00294787 |
| 00041103 | 00275163 | 00298077 |
| 00041107 | 00275164 | 00298575 |
| 00045638 | 00275166 | 00298671 |
| 00045640 | 00275178 | 00299690 |
| 00045650 | 00275190 | 00302833 |
| 00045652 | 00275192 | 00302834 |
| 00047792 | 00275294 | 00303505 |
| 00220998 | 00275376 | 00303558 |
| 00220999 | 00275502 | 00304649 |
| 00221000 | 00278608 | 00304650 |
| 00224239 | 00278731 | 00307075 |
| 00269026 | 00278737 | 00307078 |
| 00270220 | 00280683 | 00307087 |
| 00270301 | 00282086 | 00308850 |
| 00270302 | 00282160 | 00309919 |
| 00270358 | 00284512 | 00309935 |
| 00270801 | 00284626 | 00310849 |
| 00270816 | 00284810 | 00311645 |
| 00270821 | 00284821 | 00312330 |
| 00271125 | 00284825 | 00312432 |
| 00271128 | 00284829 | 00312871 |
| 00271132 | 00284853 | 00312902 |
| 00271589 | 00284866 | 00314424 |
| 00271729 | 00284902 | 00314531 |
| 00271732 | 00284903 | 00324833 |
| 00271735 | 00284912 | 00324835 |
| 00271738 | 00284915 | 00325145 |
| 00271741 | 00284947 | 00361439 |
| 00271907 | 00284958 | 00361552 |

CASE 0:17-cr-00064-DWF-KMM   Document 150-1   Filed 06/01/18   Page 14 of 14

*U.S. v. Adams*                                               *Exhibit 1 to Maier Suppl. Decl.*

**Non-Privileged Documents Outside the Scope of the Warrant**
**Viewed and "Seized" by Government**

*Ex. 6: Personal Tax Returns*

00013307
00018449
00021965
00045170
00095003
00095004
00095006
00231772
00231857
00231942
00232036
00232142
00232260
00232388
00232474
00232671
00232794
00232916
00233050
00235288
00242450
00242766
00299398
00309400
00349127

*Ex. 7: Other*

00004082
00004611
00004612
00004624
00004625
00005707
00005709
00007915
00007928
00008489
00008490
00017852
00287363
00290207