# EXHIBIT 21

*U.S. v. Adams*     EXCERPT: Revised Privilege Log of Documents Viewed by Government in "For Review" Folder     *5/30/2018*
E. Adams Personal Attorney-Client Privilege or Attorney Work Product Protection

| Row | Doc ID Beg | Date | Description | Attorney Client Privilege | Attorney Work Product | Email From | Email To | Email CC | Email BCC | Custodian |
|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 00252458 00252459 (attachment) | 9/1/2015 | Confidential email with draft analysis attachment from Edward Adams to himself, attaching draft analysis prepared for the purpose of obtaining legal advice from his counsel in the SEC investigation, prepared in anticipation of litigation with the SEC and criminal investigation, and subsequently transmitted to John Sikora (Latham & Watkins) and Jim Kopecky (Kopecky Schumacher Bleakley & Rosenburg, P.C). | X | X | Edward Adams <edwardsadams@yahoo.com> | Edward Adams <jafman1@yahoo.com> | | | Edward_S_Adams |

**Excerpt of Relativity Activity Log:**
*In Camera* Ex. G (draft analysis for Latham)

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:40:15 PM EDT | |
| 00252458 | View | Document | Kroells, Christine | 5/17/2016 2:40:34 PM EDT | |
| 00252458 | Print | Document | Kroells, Christine | 5/17/2016 2:40:43 PM EDT | <Message><![CDATA[The print dialog box was invoked for Viewer.]]></Message> |
| 00252458 | Print | Document | Kroells, Christine | 5/17/2016 2:40:58 PM EDT | <auditElement><printDetails><printRange>1-1</printRange><printerName><![CDATA[HP LaserJet 4250 PCL 5]]></printerName><setOrder>0</setOrder><printAnnotations>True</printAnnotations><printRedactions>True</printRedactions><stampIdentifier>None</stampIdentifier><slipSheet>none</slipSheet></printDetails></auditElement> |
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:41:02 PM EDT | |
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:43:10 PM EDT | |