# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff, | U.S. Magistrate Judge |
| v. | |
| | Case No: 17-cr-064-DWF-KMM |
| Edward S. Adams, | Date: June 22, 2018 |
| | Location: Telephonic |
| Defendant. | Time Commenced: 8:30 a.m. |
| | Time Concluded: 9:12 a.m. |
| | Time in Court: 42 Minutes |

**APPEARANCES:**

For Plaintiff: Tim Rank, David MacLaughlin, and John E. Kokkinen
For Defendant: Lance Wade and Gloria Maier

**PROCEEDINGS:**

     The Court held a recorded telephone hearing to discuss procedures and deadlines for the parties to follow in litigating currently pending defense motions. Counsel for the defendant expressed Mr. Adams' awareness of the purpose of the call and his intentional and voluntary waiver of his right to participate. The Court heard argument from both sides, and took the matters under advisement.

                                             *s/Brian Pousson*
                                             Law Clerk