UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| EDWARD S. ADAMS, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the Government's Motion to Extend Filing Deadline (ECF No. 170), good cause having been shown,

IT IS ORDERED that the United States shall file its response to Mr. Adams's Motion to Dismiss the Superseding Indictment, or in the Alternative for Disqualification, for Privilege Violations (ECF No. 141) on or before **July 27, 2018**.

Date:  July 23, 2018

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge