UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

            Plaintiff,

v.

EDWARD S. ADAMS,

            Defendant.

**GOVERNMENT'S EXHIBIT INDEX TO POST-HEARING MEMORANDUM IN OPPOSITION TO MOTION TO SUPPRESS**

| Exhibit Number | Description |
|---|---|
| 1 | Email string with Chambers, dated June 24, 2018 |
| 2 | May 13, 2016 Letter from Hopeman to USAO |
| 3 | May 16, 2016 Letter from Hopeman to USAO |
| 4 | June 7, 2016 Letter from USAO to Hopeman |
| 7 | Doc Id 00004082 (12/3/09 Email from Adams to L.L.) |
| 8 | Doc Id 00004624 (12/18/09 Email from Adams to Adams) |
| 9 | Doc Id 00287437 (2/3/10 Email from S.W. to Adams) |
| 10 | Doc Id 00284912 (7/30/09 Email from S.W. to Adams) |
| 11 | Email string between USAO and W&C, dated June 24, 2018 |
| 12 | Presentation by Latham and Watkins to SEC (filed conventionally) |
| 13 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit A |
| 14 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit D |
| 15 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit G |
| 16 | Email string between USAO and L&W, dated January 6, 2016 |
| 17 | Email Re voice message from Hopeman, dated February 16, 2016 |
| 18 | IRS Domestic Voluntary Disclosure |
| 19 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit J |
| 20 | Email from Adams to P. Murry, dated October 29, 2014 |
| 21 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit K |
| 22 | Email string between USAO and W&C, dated May 15, 2018 |
| 23 | Email string between USAO and W&C, dated June 25, 2018 |
| 25 | Screenshots of Relativity Program and Excel Program |
| 27 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit L |
| 28 | Email from Adams to P. Murry, dated October 28, 2014 |

| Exhibit Number | Description |
| --- | --- |
| 29 | Email from A. Miller to P. Murry, dated November 9, 2014 |
| 30 | Email from Adams to P. Murry, dated November 10, 2014 |
| 31 | 2008 1040X prepared by Murry, LLC (Sealed) |
| 32 | 2009 1040X prepared by Murry, LLC (Sealed) |
| 33 | 2010 1040 prepared by Murry, LLC (Sealed) |
| 34 | Agreement to Purchase and Exercise, dated November 17, 2007 |
| 35 | Subscription Form, dated June 15, 2008 |
| 36 | Subscription Form, dated September 8, 2008 |
| 37 | Subscription Form, dated December 10, 2009 |
| 38 | Subscription Form, dated January 5, 2010 |
| 39 | Letter from Adams to J.Z., dated October 12, 2007 |
| 40 | Memo from Adams to R.L., dated November 27, 2008 |
| 41 | Excerpt of Relativity Activity Log for *In Camera* - Exhibit U |
| 42 | Complete Relativity Activity Log |
| 43 | Grand Jury Production from Murry, LLC (filed Conventionally) |