# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 7

**To:** Lisa Linares[lisal@lmainc.biz]
**From:** Edward Adams
**Sent:** Thur 12/3/2009 8:46:32 AM
**Importance:** Normal
**Subject:** RE: Needed
**MAIL_RECEIVED:** Thur 12/3/2009 8:46:32 AM

Lisa,

I am trying to raise money to keep this thing afloat.  That is my priority.  I can get this done by 1/31.  There are only so many hours in the day.

Ed

--- On Thu, 12/3/09, Lisa Linares <lisal@lmainc.biz> wrote:

> From: Lisa Linares <lisal@lmainc.biz>
> Subject: RE: Needed
> To: edwardsadams@yahoo.com
> Date: Thursday, December 3, 2009, 8:27 AM
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Hi
> Ed,
>
>
>
> I really
> need this information.  When
> can I expect it?
>
>
>
>
> Thanks,
>
> Lisa
>
>

```
>
> -----Original
> Message-----
>
> From: Lisa
> Linares
> [mailto:lisal@lmainc.biz]
>
> Sent:
> Tuesday,
>  November 17, 2009
> 9:27
> AM
>
> To:
> 'edwardsadams@yahoo.com'
>
> Cc:
> 'Bryant'
>
> Subject: RE:
> Needed
>
>
>
> Hi
> Ed,
>
>
>
> When
> will you (or Sandy)
> be sending the information below?
>
>
>
> Lisa
>
>
>
> -----Original
> Message-----
>
> From: Lisa
> Linares
> [mailto:lisal@lmainc.biz]
>
> Sent:
> Tuesday,
>  November 03, 2009
> 12:28
> PM
>
> To:
> 'edwardsadams@yahoo.com'
>
```

> Cc:
> 'Bryant'
>
> Subject: RE:
> Needed
>
>
>
> Hi
> Ed,
>
>
>
> I
> know
> I'm starting to hound you on this (below)…but I
> need it.
> Also, for purposes of 1099s, did you make any payments on
> behalf of Apollo
> Diamond, Inc. or just Gemstone?
>
>
>
> Thanks,
>
> Lisa
>
>
>
> -----Original
> Message-----
>
> From: Lisa
> Linares [mailto:lisal@lmainc.biz]
>
>
> Sent:
> Monday,
>  November 02, 2009
> 10:32
> AM
>
> To:
> 'edwardsadams@yahoo.com'
>
> Cc:
> 'Bryant'
>
> Subject: RE:
> Needed
>
>
>
> Just
> a
> reminder that I need all of this.  When can I expect

```
> it?
>
>
>
> Thanks,
>
> Lisa
>
>
>
> -----Original
> Message-----
>
> From: Lisa
> Linares [mailto:lisal@lmainc.biz]
>
>
> Sent:
> Tuesday,
>  October 27, 2009 10:39
> AM
>
> To:
> 'edwardsadams@yahoo.com';
> 'Bryant'
>
> Subject:
> Needed
>
>
>
> Hi
> Ed,
>
>
>
> Just a
> reminder that I need the
> following as soon as possible:
>
>
>
> 2008
> Stockholder Ledger
>
> 2009 Bank
> Statements
>
> All
> documentation for checks issued
> out of this account
>
> All investor
> information
>
> Any other
```

\> financial information for
\> activity that has occurred in 2009
\>
\>
\>
\> Thanks,
\>
\> Lisa
\>
\>
\>
\>
\>
\>
\>