# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 8

**To:** jafman1[jafman1@yahoo.com]
**From:** Edward Adams
**Sent:** Fri 12/18/2009 5:42:27 AM
**Importance:** Normal
**MAIL_RECEIVED:** Fri 12/18/2009 5:42:27 AM
ADGC Capitalization Table (FINAL 8 December, 2009).XLS
Apollo Diamond Warrant List (17 May, 2005).xls