# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 9

**To:** Sandy Ward[sgward51@yahoo.com]
**From:** jafman1
**Sent:** Wed 2/3/2010 11:33:43 AM
**Importance:** Normal
**Subject:** Re: Money to Apollo
**MAIL_RECEIVED:** Wed 2/3/2010 11:33:43 AM

Aggregate 20k from all available sources and send it.

Sent via BlackBerry by AT&T

---

**From:** Sandy Ward <sgward51@yahoo.com>
**Date:** Wed, 3 Feb 2010 07:29:26 -0800 (PST)
**To:** <jafman1@yahoo.com>
**Subject:** Re: Money to Apollo

Ed: I called Bob at Venture Bank and there is only $6300 available in the ADR account. --remember funds from the most recent deposit will not be available until Feb 12. The ADI account has only $200+. The ADGC has about $14,000. Please advise. And, what do you mean..."Make sure it is oly $20,000?" I don't ever transfer more than you say. ~Sandy

---

**From:** "jafman1@yahoo.com" <jafman1@yahoo.com>
**To:** Sandy Ward <sgward51@yahoo.com>
**Sent:** Wed, February 3, 2010 7:54:56 AM
**Subject:** Money to Apollo

Sandy,

Please transfer $20k to the above per the usual practice. Make sure it is only $20,000.
Sent via BlackBerry by AT&T