# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 10

**To:** Sandy Ward[sgward51@yahoo.com]
**From:** jafman1
**Sent:** Thur 7/30/2009 11:36:24 AM
**Importance:** Normal
**Subject:** Re: apex website
**MAIL_RECEIVED:** Thur 7/30/2009 11:36:24 AM

He does not. Do not discuss. I will review and get back to you re the website.

Sent via BlackBerry by AT&T

---

**From**: Sandy Ward
**Date**: Thu, 30 Jul 2009 09:34:17 -0700 (PDT)
**To**: Edward Adams<jafman1@yahoo.com>
**Subject**: apex website

ed:  have you looked at the apex site yet?  i need to know if you have any changes so i can get karen to do them this weekend.  i leave town tonight.  also, just so i'm not caught off-guard, i assume michael knows about the adr account that was suppose to be super secret.  ~sandy