# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 14

EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT D     *The Doc Ids contained within *in camera* Exhibit D are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 9/6/2016 1:21:18 PM EDT | krossbow |
| 00061781 | View | Document | Maria, David | 9/6/2016 1:21:24 PM EDT | |
| 00067764 | View | Document | Maria, David | 9/6/2016 1:21:36 PM EDT | |
| 00067764 | Print | Document | Maria, David | 9/6/2016 1:22:21 PM EDT | |
| 00067772 | View | Document | Maria, David | 9/6/2016 1:22:28 PM EDT | |
| 00070208 | View | Document | Maria, David | 9/6/2016 1:23:32 PM EDT | |
| 00070215 | View | Document | Maria, David | 9/6/2016 1:23:42 PM EDT | |
| 00072057 | View | Document | Maria, David | 9/6/2016 1:23:45 PM EDT | |
| 00072269 | View | Document | Maria, David | 9/6/2016 1:23:47 PM EDT | |
| 00075695 | View | Document | Maria, David | 9/6/2016 1:23:50 PM EDT | |
| 00082593 | View | Document | Maria, David | 9/6/2016 1:25:10 PM EDT | |
| 00092814 | View | Document | Maria, David | 9/6/2016 1:25:16 PM EDT | |
| 00093466 | View | Document | Maria, David | 9/6/2016 1:25:42 PM EDT | |
| 00095501 | View | Document | Maria, David | 9/6/2016 1:25:47 PM EDT | |
| 00095888 | View | Document | Maria, David | 9/6/2016 1:25:58 PM EDT | |
| 00095900 | View | Document | Maria, David | 9/6/2016 1:26:00 PM EDT | |
| 00098538 | View | Document | Maria, David | 9/6/2016 1:26:02 PM EDT | |
| 00107267 | View | Document | Maria, David | 9/6/2016 1:26:06 PM EDT | |
| 00107667 | View | Document | Maria, David | 9/6/2016 1:26:24 PM EDT | |
| 00107740 | View | Document | Maria, David | 9/6/2016 1:26:33 PM EDT | |
| 00107819 | View | Document | Maria, David | 9/6/2016 1:26:35 PM EDT | |
| 00111294 | View | Document | Maria, David | 9/6/2016 1:26:37 PM EDT | |
| 00112256 | View | Document | Maria, David | 9/6/2016 1:26:40 PM EDT | |
| 00112590 | View | Document | Maria, David | 9/6/2016 1:26:43 PM EDT | |
| 00112609 | View | Document | Maria, David | 9/6/2016 1:26:44 PM EDT | |
| 00114138 | View | Document | Maria, David | 9/6/2016 1:26:47 PM EDT | |
| 00121555 | View | Document | Maria, David | 9/6/2016 1:26:49 PM EDT | |
| 00122651 | View | Document | Maria, David | 9/6/2016 1:27:20 PM EDT | |
| 00122706 | View | Document | Maria, David | 9/6/2016 1:27:24 PM EDT | |
| 00123324 | View | Document | Maria, David | 9/6/2016 1:27:26 PM EDT | |
| 00123918 | View | Document | Maria, David | 9/6/2016 1:27:28 PM EDT | |
| 00124011 | View | Document | Maria, David | 9/6/2016 1:27:32 PM EDT | |
| 00124333 | View | Document | Maria, David | 9/6/2016 1:27:36 PM EDT | |

EXCERPT OF RELATIVITY ACITIVTY LOG FOR *IN CAMERA* EXHIBIT D

*The Doc Ids contained within *in camera* Exhibit D are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00127880 | View | Document | Maria, David | 9/6/2016 1:27:38 PM EDT | |
| 00128041 | View | Document | Maria, David | 9/6/2016 1:27:41 PM EDT | |
| 00129253 | View | Document | Maria, David | 9/6/2016 1:27:42 PM EDT | |
| 00133424 | View | Document | Maria, David | 9/6/2016 1:28:14 PM EDT | |
| 00139526 | View | Document | Maria, David | 9/6/2016 1:28:18 PM EDT | |
| 00142162 | View | Document | Maria, David | 9/6/2016 1:28:20 PM EDT | |
| 00142258 | View | Document | Maria, David | 9/6/2016 1:28:22 PM EDT | |
| 00142472 | View | Document | Maria, David | 9/6/2016 1:28:24 PM EDT | |
| 00146072 | View | Document | Maria, David | 9/6/2016 1:28:26 PM EDT | |
| 00146146 | View | Document | Maria, David | 9/6/2016 1:28:29 PM EDT | |
| 00146437 | View | Document | Maria, David | 9/6/2016 1:28:33 PM EDT | |
| 00163326 | View | Document | Maria, David | 9/6/2016 1:28:37 PM EDT | |
| 00171923 | View | Document | Maria, David | 9/6/2016 1:28:43 PM EDT | |
| 00187984 | View | Document | Maria, David | 9/6/2016 1:29:52 PM EDT | |
| 00188079 | View | Document | Maria, David | 9/6/2016 1:29:56 PM EDT | |
| 00241293 | View | Document | Maria, David | 9/6/2016 1:29:58 PM EDT | |
| 00248668 | View | Document | Maria, David | 9/6/2016 1:30:06 PM EDT | |
| 00248784 | View | Document | Maria, David | 9/6/2016 1:30:10 PM EDT | |
| 00251386 | View | Document | Maria, David | 9/6/2016 1:30:11 PM EDT | |
| 00251633 | View | Document | Maria, David | 9/6/2016 1:30:14 PM EDT | |
| 00252143 | View | Document | Maria, David | 9/6/2016 1:30:20 PM EDT | |
| 00252265 | View | Document | Maria, David | 9/6/2016 1:30:22 PM EDT | |
| 00252447 | View | Document | Maria, David | 9/6/2016 1:30:25 PM EDT | |
| 00252996 | View | Document | Maria, David | 9/6/2016 1:30:27 PM EDT | |
| 00253018 | View | Document | Maria, David | 9/6/2016 1:30:29 PM EDT | |
| 00253676 | View | Document | Maria, David | 9/6/2016 1:30:31 PM EDT | |
| 00253677 | View | Document | Maria, David | 9/6/2016 1:30:46 PM EDT | |
| 00253678 | View | Document | Maria, David | 9/6/2016 1:30:48 PM EDT | |
| 00253679 | View | Document | Maria, David | 9/6/2016 1:30:59 PM EDT | |
| 00253680 | View | Document | Maria, David | 9/6/2016 1:31:02 PM EDT | |
| 00253681 | View | Document | Maria, David | 9/6/2016 1:31:04 PM EDT | |
| 00253682 | View | Document | Maria, David | 9/6/2016 1:31:08 PM EDT | |
| 00253683 | View | Document | Maria, David | 9/6/2016 1:31:10 PM EDT | |

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT D**           *The Doc Ids contained within *in camera* Exhibit D are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00253684 | View | Document | Maria, David | 9/6/2016 1:31:12 PM EDT | |
| 00253685 | View | Document | Maria, David | 9/6/2016 1:31:18 PM EDT | |
| 00253686 | View | Document | Maria, David | 9/6/2016 1:31:19 PM EDT | |
| 00253687 | View | Document | Maria, David | 9/6/2016 1:31:20 PM EDT | |
| 00260386 | View | Document | Maria, David | 9/6/2016 1:31:22 PM EDT | |