# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 15

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT G**   *The Doc Ids contained within *in camera* Exhibit G are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Search | View | Kroells, Christine | 5/17/2016 2:36:03 PM EDT | paul" AND "rapello" AND "apollo |
| 00026240 | View | Document | Kroells, Christine | 5/17/2016 2:37:23 PM EDT | |
| 00050982 | View | Document | Kroells, Christine | 5/17/2016 2:37:45 PM EDT | |
| 00051089 | View | Document | Kroells, Christine | 5/17/2016 2:37:55 PM EDT | |
| 00190855 | View | Document | Kroells, Christine | 5/17/2016 2:38:09 PM EDT | |
| 00196123 | View | Document | Kroells, Christine | 5/17/2016 2:38:13 PM EDT | |
| 00196744 | View | Document | Kroells, Christine | 5/17/2016 2:38:16 PM EDT | |
| 00196749 | View | Document | Kroells, Christine | 5/17/2016 2:39:04 PM EDT | |
| 00201507 | View | Document | Kroells, Christine | 5/17/2016 2:39:06 PM EDT | |
| 00212319 | View | Document | Kroells, Christine | 5/17/2016 2:39:50 PM EDT | |
| 00212325 | View | Document | Kroells, Christine | 5/17/2016 2:39:58 PM EDT | |
| 00212329 | View | Document | Kroells, Christine | 5/17/2016 2:40:04 PM EDT | |
| 00212354 | View | Document | Kroells, Christine | 5/17/2016 2:40:06 PM EDT | |
| 00212417 | View | Document | Kroells, Christine | 5/17/2016 2:40:07 PM EDT | |
| 00212418 | View | Document | Kroells, Christine | 5/17/2016 2:40:09 PM EDT | |
| 00212435 | View | Document | Kroells, Christine | 5/17/2016 2:40:12 PM EDT | |
| 00212517 | View | Document | Kroells, Christine | 5/17/2016 2:40:13 PM EDT | |
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:40:15 PM EDT | |
| 00252458 | View | Document | Kroells, Christine | 5/17/2016 2:40:34 PM EDT | |
| 00252458 | Print | Document | Kroells, Christine | 5/17/2016 2:40:43 PM EDT | |
| 00252458 | Print | Document | Kroells, Christine | 5/17/2016 2:40:58 PM EDT | |
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:41:02 PM EDT | |
| 00252459 | View | Document | Kroells, Christine | 5/17/2016 2:43:10 PM EDT | |
| 00286046 | View | Document | Kroells, Christine | 5/17/2016 2:43:21 PM EDT | |