# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 16

**To:** Kokkinen, John (USAMN)[jkokkinen@usa.doj.gov]
**Cc:** 'john.sikora@lw.com'[john.sikora@lw.com]
**From:** Jim Kopecky
**Sent:** Wed 1/6/2016 11:40:21 AM
**Importance:** Normal
**Subject:** FW: Contact Information - Scio Diamond
**MAIL_RECEIVED:** Wed 1/6/2016 11:40:45 AM

;;;;
John, following up on my e-mail and voicemail from yesterday. Thank you

---------------------------------------------------------------

Notice: This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.

**From:** Jim Kopecky
**Sent:** Tuesday, January 05, 2016 8:54 AM
**To:** 'Kokkinen, John (USAMN)'
**Cc:** 'john.sikora@lw.com'
**Subject:** RE: Contact Information

John, I just left you a voicemail. Please call at your earliest convenience. If you are still interested in hearing the presentation related to Scio Diamond, the attorneys at Latham are available to travel to Minneapolis on Wednesday, January 13. It looks like we should be able to arrive as early as 9:30 a.m., however, we will work around your schedule.

Please let me know.

Thanks,
Jim

James L. Kopecky

**Kopecky, Schumacher, Bleakley,**

**Rosenburg, P.C.**

203 N. LaSalle St. Suite 1620

Chicago, IL 60601

t 312-380-6552

f 312-268-5031

jkopecky@ksblegal.com

www.ksblegal.com



\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Notice: This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.

**From:** Kokkinen, John (USAMN) [mailto:John.Kokkinen@usdoj.gov]
**Sent:** Friday, December 18, 2015 9:54 AM
**To:** Jim Kopecky
**Subject:** RE: Contact Information

Nice meeting you. If you're still willing to provide it, I'll take you up on your offer to send me a copy of the presentation that Latham put together.

Thanks,

John Kokkinen

Assistant United States Attorney

District of Minnesota, Criminal Division

600 U.S. Courthouse

300 South Fourth Street

Minneapolis, MN 55415

V: 612.664.5648 | F: 612.664.5787

**From:** Jim Kopecky [mailto:jkopecky@ksblegal.com]
**Sent:** Thursday, December 17, 2015 2:09 PM
**To:** Kokkinen, John (USAMN)
**Subject:** Contact Information

John, nice meeting me- here is my contact information.

James L. Kopecky

**Kopecky, Schumacher, Bleakley,**

**Rosenburg, P.C.**

203 N. LaSalle St. Suite 1620

Chicago, IL 60601

t 312-380-6552

f 312-268-5031

jkopecky@ksblegal.com

www.ksblegal.com



---------------------------------------------------------------

Notice: This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.