# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 17

**To:**     Rank, Timothy (USAMN)[TRank@usa.doj.gov]; Kokkinen, John (USAMN)[jkokkinen@usa.doj.gov]
**From:**   Maria, David (USAMN) 1
**Sent:**   Wed 2/16/2016 8:52:27 PM
**Importance:**     Normal
**Subject:**   Fwd: Voice Message Attached from 16128405480 - HOPEMAN JON
**MAIL_RECEIVED:**   Wed 2/16/2016 8:52:28 PM
16128405480_20160216_200357.wav
ATT00001.htm

;;
Representing Mr. Adams...

Sent from my iPhone

Begin forwarded message:


**From:** <postmaster@msgsvr.voip.usa.doj.gov>
**Date:** February 16, 2016 at 8:03:57 PM CST
**To:** David Maria <DM45681@msgsvr.voip.usa.doj.gov>
**Cc:** <dmaria1@usa.doj.gov>
**Subject: Voice Message Attached from 16128405480 - HOPEMAN JON**


Time: Feb 16, 2016 8:03:57 PM
Click attachment to listen to Voice Message