# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 18

## Domestic Voluntary Disclosure

Internal Revenue Service
Criminal Investigation
ATTN: Voluntary Disclosure Coordinator
Philadelphia Lead Development Center
2970 Market Street, BLN 1-D04-100
Philadelphia, PA 19104



Received
Internal Revenue Service
DEC 2 2014
Lead Development Center
Philadelphia, PA

Dear Voluntary Disclosure Coordinator:

To assist in a timely determination of my (our) acceptance into the Domestic Voluntary Disclosure Program, I (we) submit the following items:

1. This voluntary disclosure relates to the tax liability of the following entity and/or person(s) *(Please add an attachment, if necessary)*:

|  | Primary Taxpayer | Secondary/Spouse |
|---|---|---|
| Complete Name | Edward Adams | Denise Adams |
| Tax Identification Number |  |  |
| DOB |  |  |
| Address |  |  |
| City/State/Zip |  |  |
| Current Occupation |  |  |

2. Please contact the following person(s) regarding this voluntary disclosure.

   a. [x] The person named below represents me (us). I (we) have attached a Form 2848.

   | Name | Thomas E. Brever |
   |---|---|
   | Address | 2812 Anthony Lane S., Suite 200 |
   | City/State/Zip | St. Anthony, MN 55418 |

   b. [ ] I am (we are) not represented; please contact me at the address above with any questions or concerns regarding this voluntary disclosure.

3. I (we) am declaring the following statements to be true or false:

   a. _False_   The Internal Revenue Service has notified me (us) or a related entity (entities) that it intends to commence an audit or criminal investigation. The details are explained below.

   b. _False_   I (we) am or a related entity (entities) is currently under audit or criminal investigation by the Internal Revenue Service. The details are explained below.

    c. <u>False</u>    I (we) am currently under criminal investigation by a law enforcement authority. The details are explained below.

    d. <u>False</u>    The source of the income I (we) wish to report is derived from an illegal activity. The details are explained below.

**Explanation for items a through d above:**

4. The reason I (we) am submitting this voluntary disclosure is explained below:

   Upon review of prior transactions, we determined that income from sales of securities had not been included in income in 2008 – 2010. The amended returns include the previously omitted capital gain income.

5. I (we) estimate the total annual unreported income during the disclosure years:
   *(Input tax years on first line and check the appropriate box)*

| Unreported Income | 2008 | 2009 | 2010 | | |
|---|---|---|---|---|---|
| $0 to $100,000 | ☒ | ☐ | ☒ | ☐ | ☐ |
| $100,000 to $1,000,000 | ☐ | ☒ | ☐ | ☐ | ☐ |
| $1,000,000 to $2,500,000 | ☐ | ☐ | ☐ | ☐ | ☐ |
| $2,500,000 to $10,000,000 | ☐ | ☐ | ☐ | ☐ | ☐ |
| Greater than $10,000,000 | ☐ | ☐ | ☐ | ☐ | ☐ |

6. The source of the unreported income is described below: *(i.e. wages, dividends, self-employment, investments, sale of property)*

   Capital gains from sale of securities.

7. The type of tax return(s) and the type of tax(es) involved is listed below:

| Return | Tax | Tax Year(s) |
|---|---|---|
| *i.e. Form 1040* | *Income* | *2008 -2010* |
| 1040 | Income | 2008 – 2010 |
| | | |
| | | |
| | . | |
| | | |

11/17/2014 16:30 FAX   267 941 1117          IRS VDP INCOMING 3                    ☒004/004

8. The following person(s) and title or entity (entities) is affiliated with the unreported income. *(Their formal structure (i.e. if a corporation, foundation, or trust), and the nature of their relationship to the unreported income (i.e. owner, power of attorney, parent entity of corporate account holder, etc.))*

| Person/Entity | Structure | Relationship |
|---|---|---|
| i.e. ABC Company, Inc | Corporation | Employer |
| ADR Investments, LLC | LLC | Investment Company |
| Apollo Diamond, Inc. | Corporation | Investment Company |
| | | |
| | | |
| | | |

9. My (our) tax returns were prepared utilizing the following tax avoidance strategy:
   N/A.

10. I (we) met or spoke with the following representative(s) regarding the above tax avoidance strategy.
    N/A.

By signing this document, I(we) certify that I(we) am(are) willing to continue to cooperate with the Internal Revenue Service, including assessing my(our) income tax liabilities and making good faith arrangements to pay all taxes, interest, and penalties associated with this voluntary disclosure.

Under penalties of perjury, I(we) declare I(we) have examined this document and accompanying statements, and to the best of my(our) knowledge and belief, they are true, correct, and complete.

_____   Edward Adams        11-21-14
Signature                  Print Name          Date

_____   Denise Adams        11/21/14
Signature                  Print Name          Date

**All taxpayers must sign this document to be considered for acceptance into the IRS Voluntary Disclosure Program. The IRS reserves the right to make further contacts with the taxpayer(s) to clarify their submission.**