# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 19

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT J**

*The Doc Ids contained within *in camera* Exhibit J are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/5/2016 10:58:34 AM EDT | cameron AND robb |
| 00067772 | View | Document | Maria, David | 5/5/2016 10:58:43 AM EDT | |
| 00076701 | View | Document | Maria, David | 5/5/2016 11:01:02 AM EDT | |
| 00087290 | View | Document | Maria, David | 5/5/2016 11:02:13 AM EDT | |
| 00087325 | View | Document | Maria, David | 5/5/2016 11:02:51 AM EDT | |
| 00087325 | Print | Document | Maria, David | 5/5/2016 11:03:00 AM EDT | |
| 00111473 | View | Document | Maria, David | 5/5/2016 11:03:14 AM EDT | |
| 00125372 | View | Document | Maria, David | 5/5/2016 11:03:29 AM EDT | |
| 00125764 | View | Document | Maria, David | 5/5/2016 11:03:33 AM EDT | |
| 00125764 | Print | Document | Maria, David | 5/5/2016 11:04:12 AM EDT | |
| 00190855 | View | Document | Maria, David | 5/5/2016 11:04:21 AM EDT | |
| 00191440 | View | Document | Maria, David | 5/5/2016 11:07:34 AM EDT | |
| 00197421 | View | Document | Maria, David | 5/5/2016 11:07:49 AM EDT | |
| 00197476 | View | Document | Maria, David | 5/5/2016 11:07:55 AM EDT | |
| 00198143 | View | Document | Maria, David | 5/5/2016 11:07:59 AM EDT | |
| 00198147 | View | Document | Maria, David | 5/5/2016 11:08:04 AM EDT | |
| 00198143 | View | Document | Maria, David | 5/5/2016 11:08:06 AM EDT | |
| 00198147 | View | Document | Maria, David | 5/5/2016 11:08:23 AM EDT | |
| 00198151 | View | Document | Maria, David | 5/5/2016 11:08:26 AM EDT | |
| 00219515 | View | Document | Maria, David | 5/5/2016 11:08:32 AM EDT | |
| 00219515 | Update | Document | Maria, David | 5/5/2016 11:09:12 AM EDT | \<auditElement\>\<field id="1036719" type="8" name="PRIVILEGE" formatstring=""\>\<setChoice\>1036722\</setChoice\>\</field\>\</auditElement\> |
| 00340389 | View | Document | Maria, David | 5/5/2016 11:09:17 AM EDT | |
| | | | | | |
| LTSC Loading - All Standard Fields | Search | View | Kroells, Christine | 5/11/2016 3:36:36 PM EDT | mark" AND "sennott |
| 00164908 | View | Document | Kroells, Christine | 5/11/2016 3:36:43 PM EDT | |
| 00169171 | View | Document | Kroells, Christine | 5/11/2016 3:39:09 PM EDT | |
| 00170000 | View | Document | Kroells, Christine | 5/11/2016 3:39:27 PM EDT | |
| 00170014 | View | Document | Kroells, Christine | 5/11/2016 3:39:30 PM EDT | |
| 00170015 | View | Document | Kroells, Christine | 5/11/2016 3:39:56 PM EDT | |
| 00170014 | View | Document | Kroells, Christine | 5/11/2016 3:40:19 PM EDT | |
| 00170015 | View | Document | Kroells, Christine | 5/11/2016 3:40:26 PM EDT | |
| 00170014 | View | Document | Kroells, Christine | 5/11/2016 3:40:47 PM EDT | |
| 00170015 | View | Document | Kroells, Christine | 5/11/2016 3:40:54 PM EDT | |
| 00171653 | View | Document | Kroells, Christine | 5/11/2016 3:40:57 PM EDT | |
| 00171654 | View | Document | Kroells, Christine | 5/11/2016 3:41:30 PM EDT | |
| 00190855 | View | Document | Kroells, Christine | 5/11/2016 3:41:55 PM EDT | |
| 00190855 | Print | Document | Kroells, Christine | 5/11/2016 3:46:24 PM EDT | |
| 00190871 | View | Document | Kroells, Christine | 5/11/2016 3:46:30 PM EDT | |
| 00190855 | View | Document | Kroells, Christine | 5/11/2016 3:46:44 PM EDT | |

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT J**

*The Doc Ids contained within *in camera* Exhibit J are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00212319 | View | Document | Kroells, Christine | 5/11/2016 3:46:53 PM EDT | |
| 00212325 | View | Document | Kroells, Christine | 5/11/2016 3:46:59 PM EDT | |
| 00212329 | View | Document | Kroells, Christine | 5/11/2016 3:48:03 PM EDT | |
| 00212354 | View | Document | Kroells, Christine | 5/11/2016 3:48:08 PM EDT | |
| 00212417 | View | Document | Kroells, Christine | 5/11/2016 3:48:14 PM EDT | |
| 00212418 | View | Document | Kroells, Christine | 5/11/2016 3:48:21 PM EDT | |
| 00212435 | View | Document | Kroells, Christine | 5/11/2016 3:48:25 PM EDT | |
| 00212517 | View | Document | Kroells, Christine | 5/11/2016 3:48:27 PM EDT | |
| **00219515** | **View** | **Document** | **Kroells, Christine** | **5/11/2016 3:48:30 PM EDT** | |
| 00241293 | View | Document | Kroells, Christine | 5/11/2016 3:48:48 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Kroells, Christine | 5/11/2016 3:49:06 PM EDT | mark" AND "sennott |
| LTSC Loading - All Standard Fields | Search | View | Kroells, Christine | 5/11/2016 3:49:19 PM EDT | sennott |
| 00001543 | View | Document | Kroells, Christine | 5/11/2016 3:49:43 PM EDT | |
| 00001543 | Print | Document | Kroells, Christine | 5/11/2016 3:51:11 PM EDT | |
| 00005378 | View | Document | Kroells, Christine | 5/11/2016 3:51:28 PM EDT | |
| 00008524 | View | Document | Kroells, Christine | 5/11/2016 3:51:54 PM EDT | |
| 00015593 | View | Document | Kroells, Christine | 5/11/2016 3:52:54 PM EDT | |
| 00015600 | View | Document | Kroells, Christine | 5/11/2016 3:53:02 PM EDT | |
| 00017889 | View | Document | Kroells, Christine | 5/11/2016 3:53:07 PM EDT | |
| 00164908 | View | Document | Kroells, Christine | 5/11/2016 3:53:10 PM EDT | |
| 00168673 | View | Document | Kroells, Christine | 5/11/2016 3:53:15 PM EDT | |
| 00168681 | View | Document | Kroells, Christine | 5/11/2016 3:53:54 PM EDT | |
| 00169171 | View | Document | Kroells, Christine | 5/11/2016 3:54:21 PM EDT | |
| 00169999 | View | Document | Kroells, Christine | 5/11/2016 3:54:25 PM EDT | |
| 00170000 | View | Document | Kroells, Christine | 5/11/2016 3:54:33 PM EDT | |
| 00170002 | View | Document | Kroells, Christine | 5/11/2016 3:54:35 PM EDT | |
| 00170014 | View | Document | Kroells, Christine | 5/11/2016 3:54:38 PM EDT | |
| 00170015 | View | Document | Kroells, Christine | 5/11/2016 3:54:40 PM EDT | |
| 00170120 | View | Document | Kroells, Christine | 5/11/2016 3:54:41 PM EDT | |
| 00170122 | View | Document | Kroells, Christine | 5/11/2016 3:54:42 PM EDT | |
| 00170120 | View | Document | Kroells, Christine | 5/11/2016 3:54:44 PM EDT | |
| 00170122 | View | Document | Kroells, Christine | 5/11/2016 3:54:52 PM EDT | |
| 00170134 | View | Document | Kroells, Christine | 5/11/2016 3:54:54 PM EDT | |
| 00170137 | View | Document | Kroells, Christine | 5/11/2016 3:54:58 PM EDT | |
| 00170174 | View | Document | Kroells, Christine | 5/11/2016 3:55:03 PM EDT | |
| 00170355 | View | Document | Kroells, Christine | 5/11/2016 3:55:06 PM EDT | |
| 00171653 | View | Document | Kroells, Christine | 5/11/2016 3:55:08 PM EDT | |
| 00171654 | View | Document | Kroells, Christine | 5/11/2016 3:55:12 PM EDT | |
| 00179936 | View | Document | Kroells, Christine | 5/11/2016 3:55:15 PM EDT | |
| 00180968 | View | Document | Kroells, Christine | 5/11/2016 3:55:17 PM EDT | |
| 00179936 | View | Document | Kroells, Christine | 5/11/2016 3:55:20 PM EDT | |
| 00180968 | View | Document | Kroells, Christine | 5/11/2016 3:55:40 PM EDT | |

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT J**

*The Doc Ids contained within *in camera* Exhibit J are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00181006 | View | Document | Kroells, Christine | 5/11/2016 3:55:42 PM EDT | |
| 00183791 | View | Document | Kroells, Christine | 5/11/2016 3:55:43 PM EDT | |
| 00187684 | View | Document | Kroells, Christine | 5/11/2016 3:55:46 PM EDT | |
| 00187687 | View | Document | Kroells, Christine | 5/11/2016 3:56:04 PM EDT | |
| 00187695 | View | Document | Kroells, Christine | 5/11/2016 3:56:12 PM EDT | |
| 00187696 | View | Document | Kroells, Christine | 5/11/2016 3:56:24 PM EDT | |
| 00187698 | View | Document | Kroells, Christine | 5/11/2016 3:56:35 PM EDT | |
| 00187700 | View | Document | Kroells, Christine | 5/11/2016 3:56:40 PM EDT | |
| 00190855 | View | Document | Kroells, Christine | 5/11/2016 3:56:44 PM EDT | |
| 00201404 | View | Document | Kroells, Christine | 5/11/2016 3:56:47 PM EDT | |
| 00201478 | View | Document | Kroells, Christine | 5/11/2016 3:56:52 PM EDT | |
| 00202212 | View | Document | Kroells, Christine | 5/11/2016 3:56:54 PM EDT | |
| 00203235 | View | Document | Kroells, Christine | 5/11/2016 3:56:56 PM EDT | |
| 00212319 | View | Document | Kroells, Christine | 5/11/2016 3:57:01 PM EDT | |
| 00212325 | View | Document | Kroells, Christine | 5/11/2016 3:57:04 PM EDT | |
| 00212329 | View | Document | Kroells, Christine | 5/11/2016 3:57:06 PM EDT | |
| 00212354 | View | Document | Kroells, Christine | 5/11/2016 3:57:10 PM EDT | |
| 00212417 | View | Document | Kroells, Christine | 5/11/2016 3:57:11 PM EDT | |
| 00212418 | View | Document | Kroells, Christine | 5/11/2016 3:57:13 PM EDT | |
| 00212435 | View | Document | Kroells, Christine | 5/11/2016 3:57:15 PM EDT | |
| 00212517 | View | Document | Kroells, Christine | 5/11/2016 3:57:15 PM EDT | |
| 00219515 | View | Document | Kroells, Christine | 5/11/2016 3:57:16 PM EDT | |
| 00241293 | View | Document | Kroells, Christine | 5/11/2016 3:57:19 PM EDT | |
| 00219515 | View | Document | Kroells, Christine | 5/11/2016 3:57:22 PM EDT | |
| 00219514 | View | Document | Kroells, Christine | 5/11/2016 3:57:25 PM EDT | |
| 00219515 | View | Document | Kroells, Christine | 5/11/2016 3:57:51 PM EDT | |
| 00241293 | View | Document | Kroells, Christine | 5/11/2016 3:57:54 PM EDT | |