# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 20

**Ariel Scott**

| | |
|---|---|
| **From:** | Edward Adams <edwardsadams@yahoo.com> |
| **Sent:** | Wednesday, October 29, 2014 6:12 AM |
| **To:** | Patrick M. Murry; Ashley Miller |
| **Cc:** | tbrever@fosterbrever.com |
| **Subject:** | E. Adams Amendments |
| **Attachments:** | ESA Tax Questions.xlsx |

Pat/Ashley,

Attached is a spreadsheet that I provided yesterday to you but now revised. I am happy to discuss at your convenience. I am working on a few small pieces of loose information, but I believe it is almost complete.

Thanks.

Ed

1

00034763