# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 22

**To:** Maria, David (USAMN) 1[dmaria1@usa.doj.gov]; Kokkinen, John (USAMN)[jkokkinen@usa.doj.gov]; Rank, Timothy (USAMN)[TRank@usa.doj.gov]
**Cc:** Wade, Lance[LWade@wc.com]
**From:** Maier, Gloria
**Sent:** Wed 5/15/2018 9:14:30 PM
**Importance:** Normal
**Subject:** U.S. v. Adams
**MAIL_RECEIVED:** Wed 5/15/2018 9:15:59 PM
2018.05.15 - Revised Adams Personal Privilege Log.pdf
2018.05.15 - Revised Adams Personal Privilege Log.XLSX

David:

As we discussed on April 18, I am enclosing a revised privilege log providing additional detail for all documents in the "E. Adams Personal Privilege" category of the log that we previously sent on March 15. To the extent that we refer to additional privileged documents in Mr. Adams's upcoming motions (which remains uncertain), we will provide an additional detailed log for those documents when those motions are filed.

In this revised log we have grouped emails with their attachments on one row, and have also identified duplicates on the same row. In the course of our revision, we have removed the communications among Mr. Adams, TRVollmers@comcast.net, dennisnguyen@NewAsiaPartners.com, and toddpeterson@msn.com, as we have determined those documents are not privileged. We also made some privilege categorization adjustments where warranted, particularly for communications relating to the Mack and Rapello litigation, for the purpose of consistency. However, no additional documents from the Not Privileged list have been added to this Privileged list.

Please let me know if you have any questions or would like to discuss this log further.

Regards,
Gloria

**Gloria Maier**

**Williams & Connolly LLP**

725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5213 | (F) 202-434-5029

gmaier@wc.com | www.wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.