# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 25





| Row | Doc ID Beg | Date | Description | Attorney Client Privilege | Attorney Work Product | Email From | Email To | Email CC | Email BCC | Custodian |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 00270186 | 9/19/2007 | Confidential communication from Edward Adams to Chris Mumm regarding issues relating to Adams's personal holdings in GelStat Corporation. | X | | Adams Edward <jafman1@yahoo.com> | Chris Mumm <mumm17@hotmail.com> | | | Jafman1 |
| 2 | 00352417 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | Adams Edward <jafman1@yahoo.com> | | | Jafman1 |
| 3 | 00352418 | 5/5/2012 | Confidential communication from Edward Adams to Michael Monahan, prepared in anticipation of Mack and Rapello civil litigation. | | X | jafman1 <jafman1@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | | Jafman1 |
| 4 | 00352421 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | jafman1@yahoo.com jafman1@yahoo.com | | | Jafman1 |
| 5 | 00051832 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman and Michael Monahan, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | Edward Adams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com>; Aaron Hartman <AHartman@aoblaw.com> | | | Edward_S_Adams |
| 6 | 00051833 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | edwardsadams <edwardsadams@yahoo.com> | AHartman@aoblaw.com <AHartman@aoblaw.com> | | | Edward_S_Adams |
| 7 | 00052193 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | edwardsadams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | | Edward_S_Adams |
| 8 | 00052195 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | edwardsadams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | | Edward_S_Adams |
| 9 | 00076939 | 12/26/2012 | Confidential communication from Edward Adams to Eric Bland (Bland Richter LLP) for the purpose of obtaining legal advice and made in anticipation of litigation against Nelson Mullins LLP. | X | | Edward Adams <edwardsadams@yahoo.com> | ericbland@blandrichter.com <ericbland@blandrichter.com> | | | Edward_S_Adams |
| 10 | 00076991 | 12/26/2012 | Confidential communication from Eric Bland (Bland Richter LLP) to Edward Adams, copying Ronnie Richter and Larry Blackmer (both Bland Richter LLP) for the purpose of providing legal advice and made in anticipation of litigation against Nelson Mullins LLP. | X | | Eric S. Bland <ericbland@blandrichter.com> | Edward Adams <edwardsadams@yahoo.com> | Ronnie Richter <Ronnie@blandrichter.com>; Larry Blackmer <LBlackmer@blandrichter.com> | | Edward_S_Adams |

| Row | Doc ID Beg | Date | Description | Attorney Client Privilege | Attorney Work Product | Email From | Email CC | Email BCC | Custodian |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 00270186 | 9/19/2007 | Confidential communication from Edward Adams to Chris Mumm regarding issues relating to Adams's personal holdings in GelStat Corporation. | X | | Adams Edward <jafman1@yahoo.com> | Chris Mumm <mumm17@hotmail.com> | | Jafman1 |
| 2 | 00352417 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | Adams Edward <jafman1@yahoo.com> | | Jafman1 |
| 3 | 00352418 | 5/5/2012 | Confidential communication from Edward Adams to Michael Monahan, prepared in anticipation of Mack and Rapello civil litigation. | | X | jafman1 <jafman1@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | Jafman1 |
| 4 | 00352421 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | jafman1@yahoo.com <jafman1@yahoo.com> | | Jafman1 |
| 5 | 00051832 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman and Michael Monahan, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | Edward Adams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com>; Aaron Hartman <AHartman@aoblaw.com> | | Edward_S_Adams |
| 6 | 00051833 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | edwardsadams <edwardsadams@yahoo.com> | AHartman@aoblaw.com <AHartman@aoblaw.com> | | Edward_S_Adams |
| 7 | 00052193 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | | edwardsadams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | Edward_S_Adams |
| 8 | 00052195 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | | edwardsadams <edwardsadams@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | Edward_S_Adams |
| 9 | 00076939 | 12/26/2012 | Confidential communication from Edward Adams to Eric Bland (Bland Richter LLP) for the purpose of obtaining legal advice and made in anticipation of litigation against Nelson Mullins LLP | X | | Edward Adams <edwardsadams@yahoo.com> | ericbland@blandrichter.com <ericbland@blandrichter.com> | | Edward_S_Adams |
| 10 | | | Confidential communication from Eric Bland (Bland Richter LLP) to Edward Adams, copying Ronnie Richter and Larry Blackmer | | | | | | |

### Privilege Log of Documents Viewed by Government in Excluded Folder (Not "Seized")
### E. Adams Personal Attorney-Client Privilege or Attorney Work Product Protection

U.S. v. Adams

| Row | Doc ID Beg | Date | Description | Attorney Client Privilege | Attorney Work Product | Email From | Email To |
|---|---|---|---|---|---|---|---|
| 1 | 00270186 | 9/19/2007 | Confidential communication from Edward Adams to Chris Mumm regarding issues relating to Adams's personal holdings in GelStat Corporation. | X | | Adams Edward <jafman1@yahoo.com> | Chris Mumm <mumm17@hotmail.com> |
| 2 | 00352417 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | Adams Edward <jafman1@yahoo.com> |
| 3 | 00352418 | 5/5/2012 | Confidential communication from Edward Adams to Michael Monahan, prepared in anticipation of Mack and Rapello civil litigation. | | X | jafman1 <jafman1@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> |
| 4 | 00352421 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | jafman1 <jafman1@yahoo.com> |
| 5 | 00051832 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman and Michael Monahan, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | Edward Adams <edwardsadams@yahoo.com> | Aaron Hartman <AHartman@aoblaw.com> Michael Monahan <michaelrmonahan@yahoo.com> |
| 6 | 00051833 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | edwardsadams <edwardsadams@yahoo.com> | AHartman@aoblaw.com <AHartman@aoblaw.com> |
| | | | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving | | | edwardsadams | Michael Monahan |

| Row | Doc ID Beg | Date | Description | Attorney Client Privilege | Attorney Work Product | Email From | |
|---|---|---|---|---|---|---|---|
| 1 | 00270186 | 9/19/2007 | Confidential communication from Edward Adams to Chris Mumm regarding issues relating to Adams's personal holdings in GelStat Corporation. | | | Adams Edward <jafman1@yahoo.com> | Chris Mumm <mumm17@h |
| 2 | 00352417 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelmonahan@yahoo.com> | Adams Edward <jafman1@ya |
| 3 | 00352418 | 5/5/2012 | Confidential communication from Edward Adams to Michael Monahan, prepared in anticipation of Mack and Rapello civil litigation. | | X | jafman1 <jafman1@yahoo.com> | Michael Mona <michaelrmon |
| 4 | 00352421 | 5/5/2012 | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | | X | Michael Monahan <michaelrmonahan@yahoo.com> | jafman1@yah <jafman1@ya |
| 5 | 00051832 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman and Michael Monahan, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | Edward Adams <edwardsadams@yahoo.com> | Michael Mona <michaelrmon Aaron Hartma <AHartman@a |
| 6 | 00051833 | 7/19/2012 | Confidential communication from Edward Adams to Aaron Hartman, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | edwardsadams <edwardsadams@yahoo.com> | AHartman@ac <AHartman@a |
| 7 | 00052193 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | | X | edwardsadams <edwardsadams@yahoo.com> | Michael Mona <michaelrmon |
| 8 | 00052195 | 7/31/2012 | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | X | edwardsadams <edwardsadams@yahoo.com> | Michael Mona <michaelrmon |
| 9 | 00076939 | 12/26/2012 | Confidential communication from Edward Adams to Eric Bland (Bland Richter LLP) for the purpose of obtaining legal advice and made in anticipation of litigation against Nelson Mullins LLP. | X | X | Edward Adams <edwardsadams@yahoo.com> | ericbland@bl <ericbland@b |

Personal Priv - View Not Seized

| Row | Doc ID Beg | Work Product | Date | Email From | Email To | Email CC | Email BCC | Description | Attorney Client Privilege | Attorney Custodian |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0270186 | | 2007/09/19 | | | | | Confidential communication from Edward Adams to Chris Mumm regarding issues relating to Adams's personal holdings in GelStat Corporation. | X | Chris Mumm <mumm17@hotmail.com> |
| 2 | 0352417 | | 2012/05/05 | Adams Edward <jafman1@yahoo.com> | | | | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | X | Jafman1 |
| | | | | Michael Monahan <michaelrmonahan@yahoo.com> Adams Edward <jafman1@yahoo.com> | | | | | | |
| 3 | 0352418 | | 2012/05/05 | jafman1 <jafman1@yahoo.com> | Michael Monahan <michaelrmonahan@yahoo.com> | | | Confidential communication from Edward Adams to Michael Monahan, prepared in anticipation of Mack and Rapello civil litigation. | X | Jafman1 |
| 4 | 0352421 | | 2012/05/05 | Michael Monahan <michaelrmonahan@yahoo.com> | jafman1@yahoo.com | | | Confidential communication from Michael Monahan to Edward Adams, prepared in anticipation of Mack and Rapello civil litigation. | X | Jafman1 |
| 5 | 0051832 | | 2012/07/19 | | | | | Confidential communication from Edward Adams to Aaron Hartman and Michael Monahan, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | Michael Monahan <michaelrmonahan@yahoo.com>; Aaron Hartman <AHartman@aoblaw.com> |
| 6 | 0051833 | | 2012/07/19 | | | | | Confidential communication from Edward Adams to Aaron Hartman, made for the purpose of obtaining legal advice in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | Edward S Adams <edwardsadams@yahoo.com> AHartman@aoblaw.com <AHartman@aoblaw.com> |
| 7 | 0052193 | | 2012/07/31 | | edwardsadams <edwardsadams@yahoo.com> | | | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | Edward S Adams |
| 8 | 0052195 | | 2012/07/31 | Michael Monahan <michaelrmonahan@yahoo.com> | edwardsadams <edwardsadams@yahoo.com> | | | Confidential communication from Edward Adams to Michael Monahan, made in anticipation of civil litigation involving certain Apollo investors (Fink litigation). | X | Edward S Adams |
| 9 | 0076939 | | 2012/12/26 | Michael Monahan <michaelrmonahan@yahoo.com> | ericbland@blandrichter.com | | | Confidential communication from Edward Adams to Eric Bland (Bland Richter LLP) for the purpose of obtaining legal advice and made in anticipation of litigation against Nelson Mullins LLP. | X | Edward Adams <edwardsadams@yahoo.com> ericbland@blandrichter.com <ericbland@blandrichter.com> |
| 10 | 0076991 | | 2012/12/26 | | | | | Confidential communication from Eric Bland (Bland Richter LLP) to Edward Adams, copying Ronnie Richter and Larry Blackmer (both Bland Richter LLP) for the purpose of providing legal advice and made in anticipation of litigation against Nelson Mullins LLP. | X | Edward S. Adams <edwardsadams@yahoo.com> Ronnie Richter <Ronnie@blandrichter.com>; Larry Blackmer <LBlackmer@blandrichter.com> |

