# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 27

EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT L      *The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 3:07:04 PM EDT | dl investments |
| 00221000 | View | Document | Maria, David | 5/4/2016 3:07:09 PM EDT | |
| 00221001 | View | Document | Maria, David | 5/4/2016 3:07:17 PM EDT | |
| 00271589 | View | Document | Maria, David | 5/4/2016 3:07:20 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 3:07:56 PM EDT | adr investments: |
| 00041099 | View | Document | Maria, David | 5/4/2016 3:08:04 PM EDT | |
| 00041103 | View | Document | Maria, David | 5/4/2016 3:08:24 PM EDT | |
| 00041107 | View | Document | Maria, David | 5/4/2016 3:08:40 PM EDT | |
| 00045638 | View | Document | Maria, David | 5/4/2016 3:08:43 PM EDT | |
| 00045640 | View | Document | Maria, David | 5/4/2016 3:08:49 PM EDT | |
| 00045650 | View | Document | Maria, David | 5/4/2016 3:08:51 PM EDT | |
| 00045652 | View | Document | Maria, David | 5/4/2016 3:08:56 PM EDT | |
| 00210652 | View | Document | Maria, David | 5/4/2016 3:09:03 PM EDT | |
| 00220998 | View | Document | Maria, David | 5/4/2016 3:09:07 PM EDT | |
| 00221003 | View | Document | Maria, David | 5/4/2016 3:09:09 PM EDT | |
| 00224239 | View | Document | Maria, David | 5/4/2016 3:09:11 PM EDT | |
| 00224382 | View | Document | Maria, David | 5/4/2016 3:09:13 PM EDT | |
| 00225476 | View | Document | Maria, David | 5/4/2016 3:09:24 PM EDT | |
| 00225476 | Print | Document | Maria, David | 5/4/2016 3:10:35 PM EDT | |
| 00284866 | View | Document | Maria, David | 5/4/2016 3:10:43 PM EDT | |
| 00284902 | View | Document | Maria, David | 5/4/2016 3:10:52 PM EDT | |
| 00284903 | View | Document | Maria, David | 5/4/2016 3:10:54 PM EDT | |
| 00324833 | View | Document | Maria, David | 5/4/2016 3:10:57 PM EDT | |
| 00324835 | View | Document | Maria, David | 5/4/2016 3:10:59 PM EDT | |
| 00413122 | View | Document | Maria, David | 5/4/2016 3:11:02 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 3:11:20 PM EDT | adr |
| 00400064 | View | Document | Maria, David | 5/4/2016 3:11:34 PM EDT | |
| 00413122 | View | Document | Maria, David | 5/4/2016 3:12:30 PM EDT | |
| 00002735 | View | Document | Maria, David | 5/4/2016 3:12:53 PM EDT | |
| 00002738 | View | Document | Maria, David | 5/4/2016 3:13:01 PM EDT | |
| 00002743 | View | Document | Maria, David | 5/4/2016 3:13:02 PM EDT | |
| 00002768 | View | Document | Maria, David | 5/4/2016 3:13:04 PM EDT | |
| 00002771 | View | Document | Maria, David | 5/4/2016 3:13:05 PM EDT | |
| 00002776 | View | Document | Maria, David | 5/4/2016 3:13:07 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L                                    *The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00007633 | View | Document | Maria, David | 5/4/2016 3:13:08 PM EDT | |
| 00012545 | View | Document | Maria, David | 5/4/2016 3:13:10 PM EDT | |
| 00016648 | View | Document | Maria, David | 5/4/2016 3:13:12 PM EDT | |
| 00017985 | View | Document | Maria, David | 5/4/2016 3:13:13 PM EDT | |
| 00033982 | View | Document | Maria, David | 5/4/2016 3:13:15 PM EDT | |
| 00040961 | View | Document | Maria, David | 5/4/2016 3:13:16 PM EDT | |
| 00041099 | View | Document | Maria, David | 5/4/2016 3:13:18 PM EDT | |
| 00041103 | View | Document | Maria, David | 5/4/2016 3:13:20 PM EDT | |
| 00041107 | View | Document | Maria, David | 5/4/2016 3:13:23 PM EDT | |
| 00043195 | View | Document | Maria, David | 5/4/2016 3:13:26 PM EDT | |
| 00044186 | View | Document | Maria, David | 5/4/2016 3:13:27 PM EDT | |
| 00044315 | View | Document | Maria, David | 5/4/2016 3:14:15 PM EDT | |
| 00044952 | View | Document | Maria, David | 5/4/2016 3:14:20 PM EDT | |
| 00045638 | View | Document | Maria, David | 5/4/2016 3:14:34 PM EDT | |
| 00045640 | View | Document | Maria, David | 5/4/2016 3:14:38 PM EDT | |
| 00045650 | View | Document | Maria, David | 5/4/2016 3:14:40 PM EDT | |
| 00045652 | View | Document | Maria, David | 5/4/2016 3:14:42 PM EDT | |
| 00049450 | View | Document | Maria, David | 5/4/2016 3:14:44 PM EDT | |
| 00052143 | View | Document | Maria, David | 5/4/2016 3:14:47 PM EDT | |
| 00049450 | View | Document | Maria, David | 5/4/2016 3:14:50 PM EDT | |
| 00052143 | View | Document | Maria, David | 5/4/2016 3:17:20 PM EDT | |
| 00062085 | View | Document | Maria, David | 5/4/2016 3:26:17 PM EDT | |
| 00062091 | View | Document | Maria, David | 5/4/2016 3:26:20 PM EDT | |
| 00067498 | View | Document | Maria, David | 5/4/2016 3:26:26 PM EDT | |
| 00073829 | View | Document | Maria, David | 5/4/2016 3:26:32 PM EDT | |
| 00078610 | View | Document | Maria, David | 5/4/2016 3:26:38 PM EDT | |
| 00083054 | View | Document | Maria, David | 5/4/2016 3:26:40 PM EDT | |
| 00098374 | View | Document | Maria, David | 5/4/2016 3:26:42 PM EDT | |
| 00098378 | View | Document | Maria, David | 5/4/2016 3:26:45 PM EDT | |
| 00147794 | View | Document | Maria, David | 5/4/2016 3:26:51 PM EDT | |
| 00155837 | View | Document | Maria, David | 5/4/2016 3:26:54 PM EDT | |
| 00147794 | View | Document | Maria, David | 5/4/2016 3:26:57 PM EDT | |
| 00155837 | View | Document | Maria, David | 5/4/2016 3:27:03 PM EDT | |
| 00155967 | View | Document | Maria, David | 5/4/2016 3:27:13 PM EDT | |

EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT L          *The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00163854 | View | Document | Maria, David | 5/4/2016 3:27:17 PM EDT | |
| 00179003 | View | Document | Maria, David | 5/4/2016 3:27:19 PM EDT | |
| 00179466 | View | Document | Maria, David | 5/4/2016 3:27:21 PM EDT | |
| 00210652 | View | Document | Maria, David | 5/4/2016 3:27:23 PM EDT | |
| 00215682 | View | Document | Maria, David | 5/4/2016 3:27:24 PM EDT | |
| 00219587 | View | Document | Maria, David | 5/4/2016 3:27:27 PM EDT | |
| 00219589 | View | Document | Maria, David | 5/4/2016 3:27:29 PM EDT | |
| 00220998 | View | Document | Maria, David | 5/4/2016 3:27:33 PM EDT | |
| 00221003 | View | Document | Maria, David | 5/4/2016 3:27:34 PM EDT | |
| 00224239 | View | Document | Maria, David | 5/4/2016 3:27:39 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:27:42 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:29:39 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:30:51 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:48:43 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:49:13 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:49:41 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:49:47 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:50:53 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:51:00 PM EDT | |
| 00224301 | View | Document | Maria, David | 5/4/2016 3:52:42 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:54:01 PM EDT | |
| 00224366 | View | Document | Maria, David | 5/4/2016 3:54:09 PM EDT | |
| 00224368 | View | Document | Maria, David | 5/4/2016 3:54:11 PM EDT | |
| 00224368 | Print | Document | Maria, David | 5/4/2016 3:55:02 PM EDT | |
| 00224382 | View | Document | Maria, David | 5/4/2016 3:55:45 PM EDT | |
| 00224409 | View | Document | Maria, David | 5/4/2016 3:55:49 PM EDT | |
| 00224497 | View | Document | Maria, David | 5/4/2016 3:55:54 PM EDT | |
| 00225476 | View | Document | Maria, David | 5/4/2016 3:55:56 PM EDT | |
| 00228537 | View | Document | Maria, David | 5/4/2016 3:56:02 PM EDT | |
| 00231205 | View | Document | Maria, David | 5/4/2016 3:56:07 PM EDT | |
| 00231254 | View | Document | Maria, David | 5/4/2016 3:56:55 PM EDT | |
| 00231290 | View | Document | Maria, David | 5/4/2016 3:56:58 PM EDT | |
| 00231254 | View | Document | Maria, David | 5/4/2016 3:57:01 PM EDT | |
| 00231290 | View | Document | Maria, David | 5/4/2016 3:57:37 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00231343 | View | Document | Maria, David | 5/4/2016 3:57:40 PM EDT | |
| 00231388 | View | Document | Maria, David | 5/4/2016 3:57:42 PM EDT | |
| 00231424 | View | Document | Maria, David | 5/4/2016 3:57:44 PM EDT | |
| 00231469 | View | Document | Maria, David | 5/4/2016 3:57:45 PM EDT | |
| 00231511 | View | Document | Maria, David | 5/4/2016 3:57:46 PM EDT | |
| 00232346 | View | Document | Maria, David | 5/4/2016 3:57:48 PM EDT | |
| 00232554 | View | Document | Maria, David | 5/4/2016 3:57:49 PM EDT | |
| 00232590 | View | Document | Maria, David | 5/4/2016 3:57:51 PM EDT | |
| 00232751 | View | Document | Maria, David | 5/4/2016 3:57:52 PM EDT | |
| 00232874 | View | Document | Maria, David | 5/4/2016 3:57:53 PM EDT | |
| 00232996 | View | Document | Maria, David | 5/4/2016 3:57:54 PM EDT | |
| 00233130 | View | Document | Maria, David | 5/4/2016 3:57:56 PM EDT | |
| 00233166 | View | Document | Maria, David | 5/4/2016 3:57:57 PM EDT | |
| 00233130 | View | Document | Maria, David | 5/4/2016 3:57:59 PM EDT | |
| 00233166 | View | Document | Maria, David | 5/4/2016 3:58:08 PM EDT | |
| 00236896 | View | Document | Maria, David | 5/4/2016 3:58:10 PM EDT | |
| 00236917 | View | Document | Maria, David | 5/4/2016 3:58:25 PM EDT | |
| 00237556 | View | Document | Maria, David | 5/4/2016 3:58:33 PM EDT | |
| 00237576 | View | Document | Maria, David | 5/4/2016 3:58:34 PM EDT | |
| 00237645 | View | Document | Maria, David | 5/4/2016 3:58:35 PM EDT | |
| 00237655 | View | Document | Maria, David | 5/4/2016 3:58:52 PM EDT | |
| 00238863 | View | Document | Maria, David | 5/4/2016 3:58:56 PM EDT | |
| 00238876 | View | Document | Maria, David | 5/4/2016 3:59:19 PM EDT | |
| 00238889 | View | Document | Maria, David | 5/4/2016 3:59:22 PM EDT | |
| 00240708 | View | Document | Maria, David | 5/4/2016 3:59:23 PM EDT | |
| 00244894 | View | Document | Maria, David | 5/4/2016 3:59:29 PM EDT | |
| 00244933 | View | Document | Maria, David | 5/4/2016 3:59:30 PM EDT | |
| 00245116 | View | Document | Maria, David | 5/4/2016 3:59:32 PM EDT | |
| 00245882 | View | Document | Maria, David | 5/4/2016 3:59:44 PM EDT | |
| 00245887 | View | Document | Maria, David | 5/4/2016 4:00:08 PM EDT | |
| 00245891 | View | Document | Maria, David | 5/4/2016 4:00:09 PM EDT | |
| 00245897 | View | Document | Maria, David | 5/4/2016 4:00:12 PM EDT | |
| 00245903 | View | Document | Maria, David | 5/4/2016 4:00:15 PM EDT | |
| 00245910 | View | Document | Maria, David | 5/4/2016 4:00:17 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00245916 | View | Document | Maria, David | 5/4/2016 4:00:19 PM EDT | |
| 00245926 | View | Document | Maria, David | 5/4/2016 4:00:22 PM EDT | |
| 00259150 | View | Document | Maria, David | 5/4/2016 4:00:25 PM EDT | |
| 00260348 | View | Document | Maria, David | 5/4/2016 4:00:29 PM EDT | |
| 00263101 | View | Document | Maria, David | 5/4/2016 4:00:41 PM EDT | |
| 00263152 | View | Document | Maria, David | 5/4/2016 4:00:43 PM EDT | |
| 00265191 | View | Document | Maria, David | 5/4/2016 4:00:48 PM EDT | |
| 00270220 | View | Document | Maria, David | 5/4/2016 4:00:50 PM EDT | |
| 00265191 | View | Document | Maria, David | 5/4/2016 4:00:54 PM EDT | |
| 00270220 | View | Document | Maria, David | 5/4/2016 4:01:16 PM EDT | |
| 00271907 | View | Document | Maria, David | 5/4/2016 4:01:27 PM EDT | |
| 00271960 | View | Document | Maria, David | 5/4/2016 4:02:32 PM EDT | |
| 00273076 | View | Document | Maria, David | 5/4/2016 4:02:35 PM EDT | |
| 00273307 | View | Document | Maria, David | 5/4/2016 4:02:37 PM EDT | |
| 00273771 | View | Document | Maria, David | 5/4/2016 4:02:42 PM EDT | |
| 00281214 | View | Document | Maria, David | 5/4/2016 4:02:46 PM EDT | |
| 00284866 | View | Document | Maria, David | 5/4/2016 4:02:53 PM EDT | |
| 00284902 | View | Document | Maria, David | 5/4/2016 4:03:03 PM EDT | |
| 00284903 | View | Document | Maria, David | 5/4/2016 4:03:08 PM EDT | |
| 00284912 | View | Document | Maria, David | 5/4/2016 4:03:13 PM EDT | |
| 00284912 | Print | Document | Maria, David | 5/4/2016 4:04:04 PM EDT | |
| 00284947 | View | Document | Maria, David | 5/4/2016 4:05:19 PM EDT | |
| 00285408 | View | Document | Maria, David | 5/4/2016 4:05:39 PM EDT | |
| 00284947 | View | Document | Maria, David | 5/4/2016 4:05:57 PM EDT | |
| 00284912 | View | Document | Maria, David | 5/4/2016 4:05:58 PM EDT | |
| 00284947 | View | Document | Maria, David | 5/4/2016 4:06:02 PM EDT | |
| 00285408 | View | Document | Maria, David | 5/4/2016 4:06:03 PM EDT | |
| 00287437 | View | Document | Maria, David | 5/4/2016 4:06:04 PM EDT | |
| 00285408 | View | Document | Maria, David | 5/4/2016 4:06:07 PM EDT | |
| 00285408 | Print | Document | Maria, David | 5/4/2016 4:06:09 PM EDT | |
| 00287437 | View | Document | Maria, David | 5/4/2016 4:06:22 PM EDT | |
| 00287437 | Print | Document | Maria, David | 5/4/2016 4:06:50 PM EDT | |
| 00288829 | View | Document | Maria, David | 5/4/2016 4:06:59 PM EDT | |
| 00288829 | Print | Document | Maria, David | 5/4/2016 4:07:11 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00290923 | View | Document | Maria, David | 5/4/2016 4:07:29 PM EDT | |
| 00293837 | View | Document | Maria, David | 5/4/2016 4:07:35 PM EDT | |
| 00299580 | View | Document | Maria, David | 5/4/2016 4:07:39 PM EDT | |
| 00299580 | Print | Document | Maria, David | 5/4/2016 4:07:54 PM EDT | |
| 00299581 | View | Document | Maria, David | 5/4/2016 4:08:01 PM EDT | |
| 00299581 | Print | Document | Maria, David | 5/4/2016 4:08:18 PM EDT | |
| 00299582 | View | Document | Maria, David | 5/4/2016 4:08:25 PM EDT | |
| 00299582 | Print | Document | Maria, David | 5/4/2016 4:08:30 PM EDT | |
| 00302963 | View | Document | Maria, David | 5/4/2016 4:08:36 PM EDT | |
| 00302985 | View | Document | Maria, David | 5/4/2016 4:08:44 PM EDT | |
| 00303659 | View | Document | Maria, David | 5/4/2016 4:08:45 PM EDT | |
| 00307049 | View | Document | Maria, David | 5/4/2016 4:08:48 PM EDT | |
| 00307075 | View | Document | Maria, David | 5/4/2016 4:08:50 PM EDT | |
| 00307078 | View | Document | Maria, David | 5/4/2016 4:09:00 PM EDT | |
| 00307087 | View | Document | Maria, David | 5/4/2016 4:09:03 PM EDT | |
| 00309857 | View | Document | Maria, David | 5/4/2016 4:09:05 PM EDT | |
| 00312574 | View | Document | Maria, David | 5/4/2016 4:09:10 PM EDT | |
| 00321944 | View | Document | Maria, David | 5/4/2016 4:09:11 PM EDT | |
| 00324833 | View | Document | Maria, David | 5/4/2016 4:09:14 PM EDT | |
| 00324835 | View | Document | Maria, David | 5/4/2016 4:09:19 PM EDT | |
| 00337541 | View | Document | Maria, David | 5/4/2016 4:09:21 PM EDT | |
| 00337963 | View | Document | Maria, David | 5/4/2016 4:09:23 PM EDT | |
| 00339641 | View | Document | Maria, David | 5/4/2016 4:09:24 PM EDT | |
| 00348031 | View | Document | Maria, David | 5/4/2016 4:09:40 PM EDT | |
| 00382540 | View | Document | Maria, David | 5/4/2016 4:09:42 PM EDT | |
| 00383288 | View | Document | Maria, David | 5/4/2016 4:09:44 PM EDT | |
| 00384142 | View | Document | Maria, David | 5/4/2016 4:09:45 PM EDT | |
| 00384611 | View | Document | Maria, David | 5/4/2016 4:09:47 PM EDT | |
| 00384946 | View | Document | Maria, David | 5/4/2016 4:09:48 PM EDT | |
| 00386825 | View | Document | Maria, David | 5/4/2016 4:09:51 PM EDT | |
| 00387105 | View | Document | Maria, David | 5/4/2016 4:09:52 PM EDT | |
| 00387265 | View | Document | Maria, David | 5/4/2016 4:09:53 PM EDT | |
| 00388004 | View | Document | Maria, David | 5/4/2016 4:09:56 PM EDT | |
| 00389779 | View | Document | Maria, David | 5/4/2016 4:09:58 PM EDT | |

EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT L

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00389818 | View | Document | Maria, David | 5/4/2016 4:10:02 PM EDT | |
| 00390229 | View | Document | Maria, David | 5/4/2016 4:10:04 PM EDT | |
| 00390654 | View | Document | Maria, David | 5/4/2016 4:10:20 PM EDT | |
| 00392984 | View | Document | Maria, David | 5/4/2016 4:10:32 PM EDT | |
| 00393397 | View | Document | Maria, David | 5/4/2016 4:10:34 PM EDT | |
| 00393505 | View | Document | Maria, David | 5/4/2016 4:10:36 PM EDT | |
| 00395807 | View | Document | Maria, David | 5/4/2016 4:10:37 PM EDT | |
| 00400064 | View | Document | Maria, David | 5/4/2016 4:10:42 PM EDT | |
| 00413122 | View | Document | Maria, David | 5/4/2016 4:10:47 PM EDT | |
| 00413122 | View | Document | Maria, David | 5/4/2016 4:11:47 PM EDT | |
| 00425617 | View | Document | Maria, David | 5/4/2016 4:13:05 PM EDT | |
| 00449600 | View | Document | Maria, David | 5/4/2016 4:13:08 PM EDT | |
| 00449791 | View | Document | Maria, David | 5/4/2016 4:13:53 PM EDT | |
| 00456570 | View | Document | Maria, David | 5/4/2016 4:14:01 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 4:21:25 PM EDT | indicted |
| 00007809 | View | Document | Maria, David | 5/4/2016 4:21:36 PM EDT | |
| 00217267 | View | Document | Maria, David | 5/4/2016 4:21:55 PM EDT | |
| 00217288 | View | Document | Maria, David | 5/4/2016 4:23:37 PM EDT | |
| 00217291 | View | Document | Maria, David | 5/4/2016 4:23:42 PM EDT | |
| 00235427 | View | Document | Maria, David | 5/4/2016 4:23:44 PM EDT | |
| 00413538 | View | Document | Maria, David | 5/4/2016 4:23:56 PM EDT | |
| 00482126 | View | Document | Maria, David | 5/4/2016 4:24:02 PM EDT | |
| 00489158 | View | Document | Maria, David | 5/4/2016 4:24:20 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 4:25:20 PM EDT | accused |
| 00053892 | View | Document | Maria, David | 5/4/2016 4:25:29 PM EDT | |
| 00053893 | View | Document | Maria, David | 5/4/2016 4:25:55 PM EDT | |
| 00053894 | View | Document | Maria, David | 5/4/2016 4:26:13 PM EDT | |
| 00054260 | View | Document | Maria, David | 5/4/2016 4:26:23 PM EDT | |
| 00054423 | View | Document | Maria, David | 5/4/2016 4:26:42 PM EDT | |
| 00054442 | View | Document | Maria, David | 5/4/2016 4:27:05 PM EDT | |
| 00064834 | View | Document | Maria, David | 5/4/2016 4:27:13 PM EDT | |
| 00071331 | View | Document | Maria, David | 5/4/2016 4:27:15 PM EDT | |
| 00073854 | View | Document | Maria, David | 5/4/2016 4:27:19 PM EDT | |
| 00150063 | View | Document | Maria, David | 5/4/2016 4:27:37 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L     *The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00150064 | View | Document | Maria, David | 5/4/2016 4:28:02 PM EDT | |
| 00150066 | View | Document | Maria, David | 5/4/2016 4:28:05 PM EDT | |
| 00150085 | View | Document | Maria, David | 5/4/2016 4:28:07 PM EDT | |
| 00150107 | View | Document | Maria, David | 5/4/2016 4:28:22 PM EDT | |
| 00150176 | View | Document | Maria, David | 5/4/2016 4:28:24 PM EDT | |
| 00150436 | View | Document | Maria, David | 5/4/2016 4:28:26 PM EDT | |
| 00150525 | View | Document | Maria, David | 5/4/2016 4:28:28 PM EDT | |
| 00150652 | View | Document | Maria, David | 5/4/2016 4:28:29 PM EDT | |
| 00170694 | View | Document | Maria, David | 5/4/2016 4:28:31 PM EDT | |
| 00170699 | View | Document | Maria, David | 5/4/2016 4:28:32 PM EDT | |
| 00170694 | View | Document | Maria, David | 5/4/2016 4:28:34 PM EDT | |
| 00170699 | View | Document | Maria, David | 5/4/2016 4:28:41 PM EDT | |
| 00170703 | View | Document | Maria, David | 5/4/2016 4:28:42 PM EDT | |
| 00170710 | View | Document | Maria, David | 5/4/2016 4:28:45 PM EDT | |
| 00170712 | View | Document | Maria, David | 5/4/2016 4:28:47 PM EDT | |
| 00184697 | View | Document | Maria, David | 5/4/2016 4:28:49 PM EDT | |
| 00193868 | View | Document | Maria, David | 5/4/2016 4:28:56 PM EDT | |
| 00211305 | View | Document | Maria, David | 5/4/2016 4:29:08 PM EDT | |
| 00211310 | View | Document | Maria, David | 5/4/2016 4:29:56 PM EDT | |
| 00211316 | View | Document | Maria, David | 5/4/2016 4:30:10 PM EDT | |
| 00211318 | View | Document | Maria, David | 5/4/2016 4:30:18 PM EDT | |
| 00211327 | View | Document | Maria, David | 5/4/2016 4:30:29 PM EDT | |
| 00211338 | View | Document | Maria, David | 5/4/2016 4:31:22 PM EDT | |
| 00235427 | View | Document | Maria, David | 5/4/2016 4:31:25 PM EDT | |
| 00235518 | View | Document | Maria, David | 5/4/2016 4:31:28 PM EDT | |
| 00251211 | View | Document | Maria, David | 5/4/2016 4:31:30 PM EDT | |
| 00260223 | View | Document | Maria, David | 5/4/2016 4:31:35 PM EDT | |
| 00262905 | View | Document | Maria, David | 5/4/2016 4:31:40 PM EDT | |
| 00288427 | View | Document | Maria, David | 5/4/2016 4:31:44 PM EDT | |
| 00288443 | View | Document | Maria, David | 5/4/2016 4:31:48 PM EDT | |
| 00293615 | View | Document | Maria, David | 5/4/2016 4:31:49 PM EDT | |
| 00297563 | View | Document | Maria, David | 5/4/2016 4:31:50 PM EDT | |
| 00293615 | View | Document | Maria, David | 5/4/2016 4:31:52 PM EDT | |
| 00288443 | View | Document | Maria, David | 5/4/2016 4:32:08 PM EDT | |

EXCERPT OF RELATIVITY ACTIVITY LOG FOR *IN CAMERA* EXHIBIT L

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00293615 | View | Document | Maria, David | 5/4/2016 4:32:11 PM EDT | |
| 00297563 | View | Document | Maria, David | 5/4/2016 4:32:15 PM EDT | |
| 00299531 | View | Document | Maria, David | 5/4/2016 4:32:16 PM EDT | |
| 00299908 | View | Document | Maria, David | 5/4/2016 4:32:20 PM EDT | |
| 00304194 | View | Document | Maria, David | 5/4/2016 4:32:22 PM EDT | |
| 00310033 | View | Document | Maria, David | 5/4/2016 4:32:23 PM EDT | |
| 00310964 | View | Document | Maria, David | 5/4/2016 4:32:25 PM EDT | |
| 00310993 | View | Document | Maria, David | 5/4/2016 4:32:27 PM EDT | |
| 00313916 | View | Document | Maria, David | 5/4/2016 4:32:28 PM EDT | |
| 00321741 | View | Document | Maria, David | 5/4/2016 4:32:30 PM EDT | |
| 00321761 | View | Document | Maria, David | 5/4/2016 4:32:31 PM EDT | |
| 00342323 | View | Document | Maria, David | 5/4/2016 4:32:33 PM EDT | |
| 00351117 | View | Document | Maria, David | 5/4/2016 4:32:39 PM EDT | |
| 00351132 | View | Document | Maria, David | 5/4/2016 4:32:46 PM EDT | |
| 00351117 | View | Document | Maria, David | 5/4/2016 4:32:48 PM EDT | |
| 00351132 | View | Document | Maria, David | 5/4/2016 4:32:50 PM EDT | |
| 00355583 | View | Document | Maria, David | 5/4/2016 4:32:51 PM EDT | |
| 00355621 | View | Document | Maria, David | 5/4/2016 4:32:56 PM EDT | |
| 00357139 | View | Document | Maria, David | 5/4/2016 4:32:58 PM EDT | |
| 00359975 | View | Document | Maria, David | 5/4/2016 4:33:03 PM EDT | |
| 00369649 | View | Document | Maria, David | 5/4/2016 4:33:05 PM EDT | |
| 00370840 | View | Document | Maria, David | 5/4/2016 4:33:09 PM EDT | |
| 00372194 | View | Document | Maria, David | 5/4/2016 4:33:11 PM EDT | |
| 00372622 | View | Document | Maria, David | 5/4/2016 4:33:12 PM EDT | |
| 00386902 | View | Document | Maria, David | 5/4/2016 4:33:35 PM EDT | |
| 00401036 | View | Document | Maria, David | 5/4/2016 4:33:41 PM EDT | |
| 00401053 | View | Document | Maria, David | 5/4/2016 4:33:59 PM EDT | |
| 00405175 | View | Document | Maria, David | 5/4/2016 4:34:02 PM EDT | |
| 00405286 | View | Document | Maria, David | 5/4/2016 4:34:04 PM EDT | |
| 00405299 | View | Document | Maria, David | 5/4/2016 4:34:06 PM EDT | |
| 00406522 | View | Document | Maria, David | 5/4/2016 4:34:08 PM EDT | |
| 00406750 | View | Document | Maria, David | 5/4/2016 4:34:10 PM EDT | |
| 00407384 | View | Document | Maria, David | 5/4/2016 4:34:11 PM EDT | |
| 00407439 | View | Document | Maria, David | 5/4/2016 4:34:13 PM EDT | |

EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT L

\*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00407962 | View | Document | Maria, David | 5/4/2016 4:34:15 PM EDT | |
| 00409178 | View | Document | Maria, David | 5/4/2016 4:34:16 PM EDT | |
| 00410026 | View | Document | Maria, David | 5/4/2016 4:34:17 PM EDT | |
| 00414302 | View | Document | Maria, David | 5/4/2016 4:34:19 PM EDT | |
| 00415021 | View | Document | Maria, David | 5/4/2016 4:34:23 PM EDT | |
| 00415160 | View | Document | Maria, David | 5/4/2016 4:34:25 PM EDT | |
| 00419846 | View | Document | Maria, David | 5/4/2016 4:34:26 PM EDT | |
| 00421353 | View | Document | Maria, David | 5/4/2016 4:34:28 PM EDT | |
| 00422436 | View | Document | Maria, David | 5/4/2016 4:34:30 PM EDT | |
| 00422724 | View | Document | Maria, David | 5/4/2016 4:34:32 PM EDT | |
| 00424464 | View | Document | Maria, David | 5/4/2016 4:34:34 PM EDT | |
| 00425560 | View | Document | Maria, David | 5/4/2016 4:34:35 PM EDT | |
| 00443380 | View | Document | Maria, David | 5/4/2016 4:34:37 PM EDT | |
| 00446038 | View | Document | Maria, David | 5/4/2016 4:34:39 PM EDT | |
| 00453653 | View | Document | Maria, David | 5/4/2016 4:34:41 PM EDT | |
| 00455750 | View | Document | Maria, David | 5/4/2016 4:34:43 PM EDT | |
| 00473926 | View | Document | Maria, David | 5/4/2016 4:34:45 PM EDT | |
| 00474908 | View | Document | Maria, David | 5/4/2016 4:34:59 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 4:35:12 PM EDT | fraud |
| 00005200 | View | Document | Maria, David | 5/4/2016 4:35:19 PM EDT | |
| 00005233 | View | Document | Maria, David | 5/4/2016 4:35:44 PM EDT | |
| 00327490 | View | Document | Maria, David | 5/4/2016 4:36:45 PM EDT | |
| 00327550 | View | Document | Maria, David | 5/4/2016 4:36:56 PM EDT | |
| 00327552 | View | Document | Maria, David | 5/4/2016 4:36:58 PM EDT | |
| 00328391 | View | Document | Maria, David | 5/4/2016 4:36:59 PM EDT | |
| 00330257 | View | Document | Maria, David | 5/4/2016 4:37:01 PM EDT | |
| 00331401 | View | Document | Maria, David | 5/4/2016 4:37:13 PM EDT | |
| 00332430 | View | Document | Maria, David | 5/4/2016 4:37:14 PM EDT | |
| 00334142 | View | Document | Maria, David | 5/4/2016 4:37:16 PM EDT | |
| 00334411 | View | Document | Maria, David | 5/4/2016 4:37:17 PM EDT | |
| 00334432 | View | Document | Maria, David | 5/4/2016 4:37:19 PM EDT | |
| 00334699 | View | Document | Maria, David | 5/4/2016 4:37:20 PM EDT | |
| 00334701 | View | Document | Maria, David | 5/4/2016 4:37:31 PM EDT | |
| 00334863 | View | Document | Maria, David | 5/4/2016 4:37:33 PM EDT | |

**EXCERPT OF RELATIVITY ACITIVITY LOG FOR *IN CAMERA* EXHIBIT L**

*The Doc Ids contained within *in camera* Exhibit L are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00336586 | View | Document | Maria, David | 5/4/2016 4:37:35 PM EDT | |
| 00000743 | View | Document | Maria, David | 5/4/2016 4:37:42 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 4:38:42 PM EDT | rl investment |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/4/2016 4:38:53 PM EDT | rl investment |
| 00220999 | View | Document | Maria, David | 5/4/2016 4:39:01 PM EDT | |
| 00221002 | View | Document | Maria, David | 5/4/2016 4:39:10 PM EDT | |
| 00393677 | View | Document | Maria, David | 5/4/2016 4:39:15 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Kroells, Christine | 5/12/2016 4:54:35 PM EDT | rl investment |
| 00220999 | View | Document | Kroells, Christine | 5/12/2016 4:54:40 PM EDT | |
| 00221002 | View | Document | Kroells, Christine | 5/12/2016 4:54:58 PM EDT | |