# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 28

**Ariel Scott**

| | |
|---|---|
| **From:** | Edward Adams <edwardsadams@yahoo.com> |
| **Sent:** | Tuesday, October 28, 2014 8:39 PM |
| **To:** | Patrick M. Murry |
| **Cc:** | Ashley Miller |
| **Subject:** | E. Adams |
| **Attachments:** | ESA Tax Summary for P. Murry.xlsx |

Pat/Ashley,

Thanks for you time today.

Attached are the spreadsheets I promised

I will send the TEDA information separately.

Please let me know what else you require as soon as possible so we can resolve and file.

All the best,
Ed

1

00034764