# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 29

# Ariel Scott

| | |
|---|---|
| From: | Ashley Miller |
| Sent: | Sunday, November 09, 2014 6:54 PM |
| To: | Patrick M. Murry |
| Subject: | FW: 2009 Taxes |
| Attachments: | 2009 Adams E Form 1040 Individual Tax Return.pdf; DLA Tax Return Stock Trades (2009).xls; ESA Tax Return Stock Trades (2009).xls |

Pat,

I pulled up the originals that Ed sent us and there is no differences in attachments he sent to me yesterday. Has there been any response from the draft you sent Tom on Friday? Please let me know if you need me to do anything prior to our meeting on Tuesday. I'll be sure to check my email throughout the day tomorrow while at class and please let me know if there is anything I need to do tomorrow night. I think Brad should be able to drop off on Tuesday so I can get in in plenty of time before our meeting.

Ashley Miller, CPA
Murry & Associates, LLC
7575 Golden Valley Road, Suite 119
Golden Valley, MN 55427
amiller@murryllc.com
Phone: (763) 450-5443
Fax: (763) 450-5453

\*\*Please note my email address, phone and fax numbers have changed\*\*


-----Original Message-----
From: Edward Adams [mailto:edwardsadams@yahoo.com]
Sent: Sat 11/8/2014 12:44 PM
To: Ashley Miller
Subject: 2009 Taxes

Ashley,

Please review the attached and let's discuss.

Ed

00034787