# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 30

**Ariel Scott**

---

| | |
|---|---|
| **From:** | Edward Adams <edwardsadams@yahoo.com> |
| **Sent:** | Monday, November 10, 2014 6:59 AM |
| **To:** | Patrick M. Murry |
| **Subject:** | Fw: 2009 Taxes |
| **Attachments:** | 2009 Adams E Form 1040 Individual Tax Return.pdf; DLA Tax Return Stock Trades (2009).xls; ESA Tax Return Stock Trades (2009).xls |

Pat,

I think this will help to explain the earlier confusion on the 2009 return. I will call you around 8:30 this morning. Thanks.

----- Forwarded Message -----
**From:** Edward Adams <edwardsadams@yahoo.com>
**To:** "amiller@murryllc.com" <amiller@murryllc.com>
**Sent:** Saturday, November 8, 2014 12:44 PM
**Subject:** 2009 Taxes

Ashley,

Please review the attached and let's discuss.

Ed

1

00034788