# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 36

## SUBSCRIPTION FORM
### (To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, 198,22 _____ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ 4 99.00 _____ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, ____R/____, the address for which is set forth below the signature of the undersigned.   .35 warrants from 2001

Dated: _7/9/25_

_____
(Signature)

Edward S Adams
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000446