# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 37

## SUBSCRIPTION FORM
### (To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, 10,500 _____ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ 42,000 (via credit) therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, ADR Parties spreadsheet, the address for which is set forth below the signature of the undersigned.  or #D (Company Funds)

Dated: 12/10/09

_____
(Signature)

Edward Arms
(Name)

2010 W 49th St
Mpls MN
(Address)

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
Social Security or Tax Ident. No.

ESA000449