# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 40

**MEMORANDUM**

To:     RCL

From:  ESA

Date:  November 27, 2008

Re:     Warrants Sales

Per your request and as a further summary record of approval to date, the following is another total summary of warrant sales in 2006, 2007, and 2008. To confirm, the sellers were: Adams, Monahan & Sankovitz, LLP, Me, You, Bryant, Pat, and Larry Zipkin. I previously faxed the schedules of the sellers for approval and for the corporate records. Let me know if you need copies.

2006: RL Investments $909,000

2007: Apollo Diamond Escrow $800,000

2007: DL Investments $1,771,500

2008: RL Investments $1,498,000

All numbers are approximates.

Markets are rough, but DB is on it. We will get the big raise done.

OK RL

ESA001251