## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**PLACEHOLDER FOR EXHIBIT 43**

United States of America,

                Plaintiff(s)

v.                                          Case Number: 17-CR-64 (DWF/KMM)

Edward S. Adams

                Defendant(s)

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: *Enter Description*

☒ Other (description): Disc containing Exhibit 43 – Grand Jury Production from Murry, LLC.

Form Updated 02/02/2017