UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD S. ADAMS,

        Defendant.

**GOVERNMENT'S EXHIBIT INDEX TO POST-HEARING MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

| Exhibit Number | Description |
|---|---|
| A | Bryant Linares Grand Jury Transcript and Exhibits |
| B | Robert Linares Grand Jury Transcript |
| C | Jill Zipkin Transcript |
| D | Laurence Zipkin Grand Jury Transcript |
| E | Jennifer Khan Grand Jury Transcript (March 22, 2017) |
| F | Jennifer Khan Grand Jury Transcript (December 20, 2017) |
| G | Adams SAR Report |
| H | Kroells Complete Activity Log |