UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO SEAL** |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD S. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and John Kokkinen, Assistant United States Attorney, respectfully submits its Motion to Seal in the above-entitled case.

This motion is based upon the records and proceedings in this matter.

Dated: July 27, 2018

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

s/ John E. Kokkinen

BY: JOHN E. KOKKINEN
Assistant U.S. Attorney