UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD S. ADAMS,

        Defendant.

**GOVERNMENT'S EXHIBIT INDEX TO GOVERNMENT'S MOTION CONTESTING THE APPLICATION OF PRIVILEGE**

| Exhibit Number | Description |
|---|---|
| J | Email string between USAO and W&C dated July 26, 2018 |
| K | Letter from Nelson Mullins to USAO dated July 26, 2018 and email string between USAO and Nelson Mullins dated July 26, 2018 |