# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit K



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Cory E. Manning
(Admitted in CA & SC)
T 803.255.5524  F 803.255.9163
cory.manning@nelsonmullins.com

1320 Main Street | 17th Floor
Columbia, SC 29201
T 803.799.2000  F 803.256.7500
nelsonmullins.com

July 26, 2018

**By Electronic Mail**
John Kokkinen
Assistant United States Attorney
District of Minnesota, Criminal Division
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   Ed Adams and Scio Diamond

Dear AUSA Kokkinen:

I write in response to your July 26, 2018 email in which you inquire as to whether my firm has represented the above-referenced parties. My firm had an attorney-client relationship with Scio Diamond, the company. My firm did not have, and has never had, an attorney-client relationship with Mr. Adams in his individual capacity.

Very truly yours,

Cory E. Manning

CEM:x

## Kokkinen, John (USAMN)

| | |
|---|---|
| **From:** | Cory Manning <Cory.Manning@nelsonmullins.com> |
| **Sent:** | Thursday, July 26, 2018 2:12 PM |
| **To:** | Kokkinen, John (USAMN) |
| **Cc:** | Khan, Jennifer L. (MP) (FBI) |
| **Subject:** | RE: Edward Adams and Scio Diamond |
| **Attachments:** | 2018.07.26 LTR to Kokkinen.pdf |

Please see the attached.

**From:** Kokkinen, John (USAMN) [mailto:John.Kokkinen@usdoj.gov]
**Sent:** Thursday, July 26, 2018 12:26 PM
**To:** Cory Manning <Cory.Manning@nelsonmullins.com>
**Cc:** Khan, Jennifer L. (MP) (FBI) <jlkhan@fbi.gov>
**Subject:** Edward Adams and Scio Diamond

Mr. Manning,

I am writing in follow-up of our phone call the other day. As I mentioned on the phone, Edward Adams, whom we are prosecuting in a fraud case, has claimed that emails of his that we obtained in the investigation are privileged because he had a personal attorney-client relationship with your firm. Specifically, he has claimed the below emails are subject to such a privilege claim:

| | | | | | |
|---|---|---|---|---|---|
| 00052950 | 8/13/2012 | Confidential communication from Edward Adams to Joseph Lancia and Cory Manning (Nelson Mullins LLP) copying Charles Nichols and John Jennings for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | Joseph Lancia <jlancia@sciodiamond.com>; cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | CNichols@sciodiamond.com <CNichols@sciodiamond.com>; John.Jennings@nelsonmullins.com <John.Jennings@nelsonmullins.co |

1

| | | | | | |
|---|---|---|---|---|---|
| 00052955 | 8/13/2012 | Confidential communication from Edward Adams to Joseph Lancia and Cory Manning (Nelson Mullins LLP) copying Charles Nichols and John Jennings, for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com>; Joseph Lancia <jlancia@sciodiamond.com> | CNichols@sciodiamond.com <CNichols@sciodiamond.com>; John.Jennings@nelsonmullins.com <John.Jennings@nelsonmullins.co |
| 00052960 | 8/13/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00052965 | 8/13/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00052971 | 8/13/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00052977 | 8/13/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00052992 | 8/14/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |

| | | | | | |
|---|---|---|---|---|---|
| | | involving certain Apollo investors (Fink litigation). | | | |
| 00053002 | 8/14/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00053012 | 8/14/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00053020 | 8/15/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP), and Joe Lancia, for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com>; Joseph Lancia <jlancia@sciodiamond.com> | |
| 00053024 | 8/15/2012 | Confidential communication from Edward Adams to John Jennings (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | John.Jennings@nelsonmullins.com <John.Jennings@nelsonmullins.com> | |
| 00053031 | 8/15/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) and Joe Lancia, copying Aaron Hartman and Michael Monahan, for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com>; Joseph Lancia <jlancia@sciodiamond.com> | AHartman@aoblaw.com <AHartman@aoblaw.com>; Mich Monahan <michaelrmonahan@yahoo.com> |

3

| Bates | Date | Description | From | To | CC |
|---|---|---|---|---|---|
| 00053035 | 8/15/2012 | Confidential communication from Edward Adams to Joseph Lancia and Cory Manning (Nelson Mullins LLP), copying Aaron Hartman and Michael Monahan, for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | Joseph Lancia <jlancia@sciodiamond.com>; cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | AHartman@aoblaw.com <AHartman@aoblaw.com>; Mich Monahan <michaelrmonahan@yahoo.com> |
| 00053050 | 8/15/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | edwardsadams <edwardsadams@yahoo.com> | cory.manning@nelsonmullins.com <cory.manning@nelsonmullins.com> | |
| 00053069 | 8/16/2012 | Confidential communication from Edward Adams to Cory Manning (Nelson Mullins LLP) for the purpose of obtaining legal advice in connection with civil litigation involving certain Apollo investors (Fink litigation). | Edward Adams <edwardsadams@yahoo.com> | Cory Manning <Cory.Manning@nelsonmullins.com> | |

Would you please reply to this email to let us know whether you agree with Mr. Adams's assertions that (1) your firm represented him in his personal capacity and (2) the above emails were pursuant to such an attorney-client relationship and are therefore subject to a claim of privilege by Mr. Adams.

Please note that I would intend on attaching your reply to a pleading that will be filed publicly on ECF.  If that poses a problem for you, please let me know and we can discuss an alternative arrangement.

Regards,
John Kokkinen
Assistant United States Attorney
District of Minnesota, Criminal Division
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
V: 612.664.5648 | F: 612.664.5787


Confidentiality Notice

4

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.