UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64-DWF-KMM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ORDER**

EDWARD S. ADAMS,

        Defendant.

This matter is before the Court on the defendant Edward S. Adams's Unopposed Motion to Extend Filing Deadline (ECF No. 194), good cause having been shown, the Motion is GRANTED.

IT IS ORDERED that Mr. Adams shall file (1) his reply to his Motion to Dismiss the Superseding Indictment, or in the Alternative for Disqualification, for Privilege Violations (ECF No. 141); (2) his reply to his Post-Hearing Brief in Support of Motion to Suppress (ECF No. 147); and (3) his opposition to the government's Motion Contesting the Application of Privilege (ECF No. 192) on or before **August 17, 2018**.

Date:  August 2, 2018

                                      *s/Katherine Menendez*
                                      Katherine Menendez
                                      United States Magistrate Judge