UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | 17-cr-64-DWF-KMM |
| EDWARD S. ADAMS, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S POST-HEARING REPLY
IN SUPPORT OF MOTION TO SUPPRESS[1]**

*INDEX OF EXHIBITS[2]*

| Ex. # | Description |
|---|---|
| 23 | Screenshots of headers of *in camera* Exs. A, J, and K using all available Relativity viewers |
| 24 | Excerpt of Relativity log for *in camera* Ex. R |
| DX 52 | August 25, 2015 E. Adams Background Questionnaire, SEC Exhibit 29 (exhibit to E. Adams SEC deposition) |
| V | IRS Special Agent Report ("SAR"), attaching List of Witnesses and Exhibits, Exhibit "W3-3" (*in camera* Exs. M & N), and Exhibit "W3-4" (*in camera* Ex. R) (filed *in camera*) |

---

[1] For purposes of citation in each of Mr. Adams's three briefs filed today (Suppression Reply, Dismissal Reply, and Privilege Opposition), Mr. Adams refers to the opening brief as "Br.," and the opposition as "Opp." To the extent that Mr. Adams references one of the other related briefs, he has denoted those as "Suppression Br.," "Dismissal Br.," "Privilege Br.," etc. For example, in the Suppression Reply, the opening post-hearing Suppression Brief (ECF 147) is cited as "Br.," the government's Suppression Opposition (ECF 172) is cited as "Opp.," and the related briefs are referenced as "Dismissal Br.", "Privilege Br.," etc.

[2] Exhibit numbering continues from Mr. Adams's Post-Hearing Brief In Support of Motion to Suppress (ECF 147 and 149).

1