# EXHIBIT 23

*In camera* Ex. A (Viewer, Native, Image, and Extracted Text modes):









*In camera* Ex. J (Viewer, Native, Image, and Extracted Text modes):









*In camera* Ex. K (Viewer, Native, and Extracted Text modes)[1]:



---

[1] Images of Excel files are not available in Relativity.