# EXHIBIT 24

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00220998 | View | Document | Maria, David | 5/4/2016 3:27:33 PM EDT | |
| 00221003 | View | Document | Maria, David | 5/4/2016 3:27:34 PM EDT | |
| 00224239 | View | Document | Maria, David | 5/4/2016 3:27:39 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:27:42 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:29:39 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:30:51 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:48:43 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:49:13 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:49:41 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 3:49:47 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 3:50:53 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:51:00 PM EDT | |
| 00224301 | View | Document | Maria, David | 5/4/2016 3:52:42 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 3:54:01 PM EDT | |
| 00171926 | View | Document | Maria, David | 5/4/2016 4:47:29 PM EDT | |
| 00183137 | View | Document | Maria, David | 5/4/2016 4:47:32 PM EDT | |
| 00210652 | View | Document | Maria, David | 5/4/2016 4:47:33 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 4:47:37 PM EDT | |
| 00224269 | View | Document | Maria, David | 5/4/2016 4:47:48 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/4/2016 4:47:59 PM EDT | |
| 00224302 | View | Document | Maria, David | 5/4/2016 4:48:18 PM EDT | |
| 00266431 | View | Document | Maria, David | 5/4/2016 4:48:21 PM EDT | |
| 00281104 | View | Document | Maria, David | 5/4/2016 4:48:24 PM EDT | |
| 00412803 | View | Document | Kroells, Christine | 5/5/2016 3:34:03 PM EDT | |
| 00412804 | View | Document | Kroells, Christine | 5/5/2016 3:34:04 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/5/2016 4:48:02 PM EDT | poznack |
| 00224270 | View | Document | Maria, David | 5/5/2016 4:48:08 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/5/2016 4:49:09 PM EDT | poznak |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/5/2016 4:49:18 PM EDT | vanpoznack |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 5/5/2016 4:49:23 PM EDT | vanpoznak |
| 00059924 | View | Document | Maria, David | 5/25/2016 12:27:25 PM EDT | |
| 00083271 | View | Document | Maria, David | 5/25/2016 12:27:27 PM EDT | |
| 00178733 | View | Document | Maria, David | 5/25/2016 12:27:28 PM EDT | |
| 00224270 | View | Document | Maria, David | 5/25/2016 12:27:30 PM EDT | |
| 00228345 | View | Document | Maria, David | 5/25/2016 12:28:40 PM EDT | |
| 00270801 | View | Document | Maria, David | 5/25/2016 12:28:44 PM EDT | |
| 00270816 | View | Document | Maria, David | 5/25/2016 12:29:27 PM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 6/6/2016 11:10:33 AM EDT | hidden |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 6/6/2016 11:10:51 AM EDT | rbe" AND "loan |

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00171923 | View | Document | Maria, David | 6/6/2016 11:10:59 AM EDT | |
| 00224270 | View | Document | Maria, David | 6/6/2016 11:11:49 AM EDT | |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 6/6/2016 11:12:28 AM EDT | rbe" AND "loan |
| LTSC Loading - All Standard Fields | Search | View | Maria, David | 6/6/2016 11:12:33 AM EDT | rbe |
| 00030288 | View | Document | Maria, David | 6/6/2016 11:12:38 AM EDT | |
| 00030306 | View | Document | Maria, David | 6/6/2016 11:12:56 AM EDT | |
| 00030324 | View | Document | Maria, David | 6/6/2016 11:12:58 AM EDT | |
| 00030484 | View | Document | Maria, David | 6/6/2016 11:13:00 AM EDT | |
| 00030517 | View | Document | Maria, David | 6/6/2016 11:13:02 AM EDT | |
| 00052902 | View | Document | Maria, David | 6/6/2016 11:13:05 AM EDT | |
| 00121455 | View | Document | Maria, David | 6/6/2016 11:13:07 AM EDT | |
| 00171922 | View | Document | Maria, David | 6/6/2016 11:13:09 AM EDT | |
| 00171923 | View | Document | Maria, David | 6/6/2016 11:13:13 AM EDT | |
| 00171926 | View | Document | Maria, David | 6/6/2016 11:13:15 AM EDT | |
| 00183137 | View | Document | Maria, David | 6/6/2016 11:13:16 AM EDT | |
| 00210652 | View | Document | Maria, David | 6/6/2016 11:13:19 AM EDT | |
| 00224270 | View | Document | Maria, David | 6/6/2016 11:13:24 AM EDT | |
| 00224302 | View | Document | Maria, David | 6/6/2016 11:13:26 AM EDT | |
| 00266431 | View | Document | Maria, David | 6/6/2016 11:13:30 AM EDT | |
| 00281104 | View | Document | Maria, David | 6/6/2016 11:13:39 AM EDT | |
| 00171926 | View | Document | Maria, David | 9/16/2016 12:49:20 PM EDT | |
| 00183137 | View | Document | Maria, David | 9/16/2016 12:49:23 PM EDT | |
| 00210652 | View | Document | Maria, David | 9/16/2016 12:49:46 PM EDT | |
| 00224270 | View | Document | Maria, David | 9/16/2016 12:49:53 PM EDT | |
| 00266431 | View | Document | Maria, David | 9/16/2016 12:50:08 PM EDT | |
| 00281104 | View | Document | Maria, David | 9/16/2016 12:50:18 PM EDT | |
| 00356271 | View | Document | Maria, David | 9/16/2016 12:50:32 PM EDT | |
| 00219589 | View | Document | Maria, David | 9/23/2016 9:48:46 AM EDT | |
| 00220998 | View | Document | Maria, David | 9/23/2016 9:48:48 AM EDT | |
| 00224239 | View | Document | Maria, David | 9/23/2016 9:48:55 AM EDT | |
| 00224270 | View | Document | Maria, David | 9/23/2016 9:48:57 AM EDT | |
| 00224366 | View | Document | Maria, David | 9/23/2016 9:49:01 AM EDT | |
| 00224368 | View | Document | Maria, David | 9/23/2016 9:49:13 AM EDT | |
| 00224409 | View | Document | Maria, David | 9/23/2016 9:49:27 AM EDT | |
| 00076711 | View | Document | Maria, David | 10/6/2016 4:29:38 PM EDT | |
| 00081432 | View | Document | Maria, David | 10/6/2016 4:29:58 PM EDT | |
| 00081438 | View | Document | Maria, David | 10/6/2016 4:32:57 PM EDT | |
| 00224270 | View | Document | Maria, David | 10/6/2016 4:33:00 PM EDT | |
| 00236843 | View | Document | Maria, David | 10/6/2016 4:33:05 PM EDT | |

CASE 0:17-cr-00064-DWF-KMM   Doc. 199-2   Filed 08/17/18   Page 4 of 4

*U.S. v. Adams*  **Excerpt of Gov't Ex. 42 - in camera Ex. R**  * The Doc IDs contained within *in camera* Exhibit R are highlighted yellow

| Name | Action | Object Type | User Name | Timestamp | Details |
|---|---|---|---|---|---|
| 00244072 | View | Document | Maria, David | 10/6/2016 4:33:08 PM EDT | |
| 00339065 | View | Document | Maria, David | 10/6/2016 4:33:27 PM EDT | |
| Documents | Search | View | Kroells, Christine | 4/27/2017 2:12:42 PM EDT | murry |
| Documents | Search | View | Kroells, Christine | 4/27/2017 2:12:42 PM EDT | murry |
| 00224269 | View | Document | Kroells, Christine | 4/27/2017 2:22:50 PM EDT | |
| 00224270 | View | Document | Kroells, Christine | 4/27/2017 2:22:58 PM EDT | |
| Documents | Search | View | Kroells, Christine | 5/16/2017 8:46:26 AM EDT | raised" AND "million |
| Documents | Search | View | Kroells, Christine | 5/16/2017 8:46:26 AM EDT | raised" AND "million |
| 00001557 | View | Document | Kroells, Christine | 5/16/2017 8:47:32 AM EDT | |
| Documents | Search | View | Kroells, Christine | 5/16/2017 8:49:32 AM EDT | raised" AND "million |
| Documents | Search | View | Kroells, Christine | 5/16/2017 8:49:32 AM EDT | raised" AND "million |