## BACKGROUND QUESTIONNAIRE

Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.

Today's date: 8/25/15

1. What is your full name? Edward Scott Adams

2. Have you ever been known by any other name? Yes __ No ✓

   If yes, list each such name and the period(s) in which you were known by that name.

3. Date and Place of Birth? March 12, 1963  Berwyn, IL

4. Country of Citizenship? USA

5. Marital Status? Married ✓ Divorced __ Single __   Divorced (i) ?; (ii) (Cheryl) Urbanski Adams; (iii) (Cheryl) Urbanski; (iv) 56; (v) Attorney

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.
   (i) July 17, 1993; (ii) Denise Adams; (iii) Denise Linares; (iv) 54; (v) Consultant

6. List the names, ages and occupations of your children, if any.
   Edward R. Adams (12)

7. List all residences you occupied at any time during the last five years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
   2010 W. 49th St Mpls MN 55419   1993-present
   60D Street Wellfleet MA 02667    2007-present
   6975 Leo Road Webster, WI 54893  -20?? present

**COMMISSION EXHIBIT 29**  8/27/15

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS   SECBG_ADAMS_00001

EXHIBIT DX-52

DSM-000551

Edward S. Adams
Background Questionnaire
Page 2

8. List all telephone numbers and telecommunication services that were in your name or that you regularly used at any time during the last five years. Include all residential, business, cellular, credit card, and VOIP telephone numbers, including those listed in your response to question 7, and services such as GoogleVoice, Skype, video conference services. For each telephone number, state the name(s) of the corresponding carrier(s) (*e.g.*, AT&T, Verizon, Vonage, Skype, etc.).

612-325-1802   AT&T
612-927-7551   Comcast
612-625-0510

9. List the universal resource locator (URL) for all websites or blogs that you established or for which you had the authority to control content, at any time during the last five years. For each website, state the name(s) of the domain name registrar (*e.g.* GoDaddy) through which the URL was obtained, the name(s) of all individuals or entities who provided web site hosting or design services, whether the website contained primarily business or personal information, and the time period in which it was active.

N/A

10. List all electronic mail addresses and social networking accounts (*e.g.* Facebook, LinkedIn, Twitter, Instagram, Flickr, and Google+) that were in your name or that you regularly used at any time during the last five years. Include all personal, business and shared electronic mail addresses and social networking accounts. For each electronic mail address and social networking account, state the name(s) of the corresponding internet service provider(s) (*e.g.*, Google, Yahoo, AOL, or your employer), whether the address was used primarily for business or personal correspondence, and the time period in which it was active.

active     EdwardSAdams@Yahoo.com      (both)
active     EdwardSAdams@MSN.com        (personal)
active     EdwardSAdams100@gmail.com   (personal)
active     JAFMAN51@Yahoo.com          (both)
inactive (12/12)   EAdams@adamsmonahan.com   (business)
inactive  12/12    EAdams@fows(?)q1.com      (business)

11. List all usernames for instant messaging and similar electronic communication services (including, but not limited to, Bloomberg, Skype, whatsapp), other than those listed in your response to questions 8 through 10, that were in your name or that you regularly used at any time during the last five years. Include all personal, business and shared addresses. For each username, state the name(s) of the communication service provider (*e.g.*, Google, AOL, etc.), whether the address was used primarily for business or

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS        SECBG_ADAMS_00002

DSM-000552

Edward S. Adams
Background Questionnaire
Page 3

> personal correspondence, the time period in which it was active, and the name of the software application(s) (*e.g.*, GTalk, ICQ, MSN Messenger) you used to access it.

N/A

12. List all internet message boards or discussion forums (including, but not limited to, Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a member or on which you posted any messages at any time during the last five years. For each message board or discussion forum, state the service provider and your member name or identification information.

N/A

## PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held company? Yes ✓  No

If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state your positions (including membership on any Board or management committees) and the dates you held each position.

SCIO - Chairman, Director, 2011-2014
Oak Ridge Capital Group (?) - Vice Chairman
Dental Resources, Inc. - Board Member

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per cent or more of any class of equity securities of any publicly held company? Yes  No

If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state the amount, percentage, and dates of your ownership.

SCIO ≈ 8% current
Oak Ridge (?) current
Dental Resources, Inc. Not Known

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS                             SECBG_ADAMS_00003

Edward S. Adams
Background Questionnaire
Page 4

15. Are you now, or have you ever been, a board member of any publicly held company?
Yes ✓ No

If yes, identify each company on which you served as a board member, the term(s) of your service, and identify whether you served on any board committees (*e.g.*, audit committee). See above

## PRIVATELY-HELD COMPANIES

16. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)? Yes ✓ No __

If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.

1) Unimise Development Corporation;
2) DEB Holdings, LLC
3) ESA Consulting Services, LLC
4) Adams Monohan, LLP
5) SAR Partners, LLP
6) Focus Capital Group, Inc.;
7) Oak Ridge Financial Services,
8) YL Holdings, LLC
9) Agra Cultur, LLC

17. Are you now, or have you ever been, a manager or a member of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)? Yes __ No __    See above

If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.

See above

## BANK ACCOUNTS

*If the information you provided on the document bates-labeled SEC-Adams-029438-29443 is current and accurate, please confirm so in your response and disregard questions 18-21*

18. List all accounts you have held in your name at any financial institution (*i.e.*, bank, thrift, or credit union) at any time during the last five years. Include all foreign accounts. For each such account, identify: (i) the financial institution; (ii) the address of the branch at which your account is or was held; (iii) the type of account (*i.e.*, checking, savings, money market or IRA); (iv) the account number; and (v) whether

Edward S. Adams
Background Questionnaire
Page 5

any person has ever had discretionary authority or power of attorney over the account; if so, name such person(s).

*Confirmed*

19. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 18, in which you had any direct or indirect beneficial interest at any time during the last five years. For each such account, provide the information requested by question 18.

*Confirm?*

20. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 18 or 19, over which you had any control at any time during the last five years. For each such account, provide the information requested by question 18.

*New Trust Accounts for My Son after my mother's death in April 2015*

21. List any other accounts (including foreign accounts), other than those listed in your answers to questions 18 through 20, that were held in your name, in which you had any direct or indirect beneficial interest, or over which you had any control, that you have used to transfer funds in the last five years, including, but not limited to, PayPal accounts. For each such account, provide the information requested by question 18.

PRIOR PROCEEDINGS

22. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a U.S. or foreign federal or state agency, a U.S. or foreign

Edward S. Adams
Background Questionnaire
Page 6

> federal or state court, a stock exchange, the Financial Industry Regulatory Authority ("FINRA") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions? Yes ✓ No
>
> If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.
>
> *Do not remember, FINRA proceeding in 2003 or 04 (maybe)*

23. Have you ever been deposed in connection with any court proceeding? Yes ✓ No

    If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed.

    *Expert Witness in various proceedings ~~[scribbled out]~~ cannot recall*

24. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other U.S. or foreign federal agency, a state securities agency, FINRA, an SRO, or any exchange? Yes __ No ✓

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.

25. Have you ever been a defendant in any action (other than those listed in response to question 24) alleging violations of the federal securities laws? Yes __ No

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

    *Don't know if McAlpine/y, Mack, and ~~Les~~ Sennott suits qualify ?*

Edward S. Adams
Background Questionnaire
Page 7

26. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense? Yes ___ No ✓

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

## EDUCATIONAL HISTORY

27. Provide the requested information about each educational institution that you have attended, beginning with the most recent and working backward to the date that you completed high school.

Name of School: Carlson School of Management
City: Minneapolis  State: MN  Country: USA  Zip Code:
Dates of Attendance: Graduated 6/97  Degree/Major: MBA  Month/Year of Degree:

Name of School: University of Chicago Law School
City: Chicago  State: IL  Country: USA  Zip Code:
Dates of Attendance: Graduated 6/88  Degree/Major: JD  Month/Year of Degree:

Name of School: Knox College
City: Galesburg  State: IL  Country: USA  Zip Code:
Dates of Attendance: Graduated 6/85  Degree/Major: BA  Month/Year of Degree:

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS                SECBG_ADAMS_00007

Edward S. Adams
Background Questionnaire
Page 8

| Name of School | | | |
|---|---|---|---|
| City | State | Country | Zip Code |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

28. Other than courses taken in connection with institutions listed in response to question 27, list any securities, accounting or business related courses taken since undergraduate school. For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.

___

## PROFESSIONAL LICENSES/CLUBS

29. Do you hold, or have you ever held, any professional license? Yes ✓ No

    If yes, for each such license, identify: (i) the license number or attorney bar number; (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against you; and (vi) the outcome of any such disciplinary proceeding (*e.g.*, reprimand, suspension, revocation).

    Attorney — IL 1938
    MA 2014
    MN 1993 ?

30. Are you, or have you ever been, a member of any professional or business club or organization? Yes __ No ✓

    If yes, list for each: (i) the name of the club or organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service.

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS                SECBG_ADAMS_00008

DSM-000558

Edward S. Adams
Background Questionnaire
Page 9

31. Are you, or have you been in the last five years, a member of any social clubs, charities or nonprofit organizations? Yes ✓ No ___

   If yes, list for each: (i) the name of the social club, charity or nonprofit organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service..

   _Edina Country Club (2004 - Member)_
   _MT ME Olivet Lutheran Church_

EMPLOYMENT HISTORY

32. Are you, or have you ever been, an employee of a broker, dealer, investment adviser, investment company, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization? Yes ✓ No ___

   If yes, list for each: (i) the jurisdiction of the entity; (ii) your CRD number; (iii) the entity's CRD number; (iv) the entity's SEC File number; (v) the entity's CUSIP number; and (vi) any foreign registration information similar to the foregoing.

   _Fonus Capital Group, Inc_
   _Oak Ridge Financial Services, Inc_
   _(previously Equity Securities Investment, Inc)_

Edward S. Adams
Background Questionnaire
Page 10

33. State your employment activities, beginning with the present and working backward to the date that you completed undergraduate school and attach a recent copy of your resume or curriculum vitae.

| Field | Entry |
|---|---|
| Employer's Name/Self-Employment | University of ~~MI~~ MN Law School |
| Employer's Street Address | 229 19th Ave So |
| Telephone Number | 612-625-1000 |
| City | Minneapolis |
| State | MN |
| Country | USA |
| Zip Code | 55455 |
| Title | Professor of Law |
| Dates of Employment | 6/93 – current |
| Supervisor | Dean David Wippman |

| Title | Dates of Employment | Supervisor |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Field | Entry |
|---|---|
| Employer's Name/Self-Employment | Adams Grumbles, LLP |
| Employer's Street Address | 287 E ~~Seventh~~ Sixth Street, Suite 140 |
| Telephone Number |  |
| City | St Paul |
| State | MN |
| Country | USA |
| Zip Code | 55101 |
| Title | Attorney |
| Dates of Employment | 1/13 – current |
| Supervisor |  |

| Title | Dates of Employment | Supervisor |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS

SECBG_ADAMS_00010

DSM-000560

Edward S. Adams
Background Questionnaire
Page 11

**Employer's Name/Self-Employment:** Albany Law School of Union University
**Employer's Street Address:** 80 New Scotland Ave
**City:** Albany
**State:** NY
**Telephone Number:**
**Title:** Asst Professor
**Dates of Employment:** 4/92 – 6/93
**Zip Code:**
**Supervisor:** Dean Martin Belsky

| Title | Dates of Employment | Supervisor |
|---|---|---|
| | | |
| | | |
| | | |

**Employer's Name/Self-Employment:** Latham & Watkins, LLP
**Employer's Street Address:** Sears Tower
**City:** Chicago
**State:** IL
**Telephone Number:**
**Title:** Associate
**Dates of Employment:** 8/89 – 6/92
**Zip Code:**
**Supervisor:**

| Title | Dates of Employment | Supervisor |
|---|---|---|
| | | |
| | | |
| | | |

**Employer's Name/Self-Employment:** Judge J. Harvie Wilkinson, III
**Employer's Street Address:** 255 W. Main Street
**City:** Charlottesville
**State:** VA
**Telephone Number:**
**Title:** Law Clerk
**Dates of Employment:** 7/88 – 8/89
**Zip Code:**
**Supervisor:** Judge J. Harvie Wilkinson III

| Title | Dates of Employment | Supervisor |
|---|---|---|
| | | |
| | | |
| | | |

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS

SECBG_ADAMS_00011

DSM-000561

Edward S. Adams
Background Questionnaire
Page 12

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

CONTINUE ON ADDITIONAL SHEETS IF NECESSARY

Apollo Diamond, Inc.
  Various Titles
  Resigned Approx 2| - 3/2011

Apollo Diamond Gemstone Corporation
  Various Titles
  Resigned Approx 2| - 3/2011

CONFIDENTIAL TREATMENT REQUESTED BY ADAMS                SECBG_ADAMS_00012

DSM-000562