**EXHIBIT 1**

*U.S. v. Adams* –Cross Reference for the Seven Privileged Communications With Murry LLC

| Document ID | Date Sent | From | To | CC | ECF 91-20 (Murry Privilege Log) | In Camera Exhibit | ECF 142 Privilege Log |
|---|---|---|---|---|---|---|---|
| 00224269 00224270 | 10/28/2014 | Adams, Edward | Murry, Patrick | Miller, Ashley | Tab 1: Confidential correspondence from Edward Adams to Patrick Murry, copying Ashley Miller, supplying private information in an "ESA Tax Summary for P. Murry" Excel spreadsheet, conveyed to seek legal advice from Foster Brever Wehrly, PLLC | *In camera* Ex. R | Row 101: Confidential correspondence with "ESA Tax Summary for P. Murry" Excel spreadsheet attachment from Edward Adams to Patrick Murry, copying Ashley Miller, supplying private information in an "ESA Tax Summary for P.Murry" Excel spreadsheet, conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| 00224409 | 10/29/2014 | Miller, Ashley | Adams, Edward | | Tab 2: Confidential correspondence from Ashley Miller to Edward Adams posing questions to obtain information to facilitate legal advice to Mr. Adams from Foster Brever Wehrly, PLLC | *In camera* Ex. O | Row 104: Confidential correspondence from Ashley Miller, to Edward Adams posing questions to obtain information to facilitate legal advice from Foster Brever Wehrly, PLLC. |
| 00224366 | 10/29/2014 | Adams, Edward | Miller, Ashley | | Tab 3: Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. | *In camera* Ex. M | Row 102: Confidential correspondence from Edward Adams to Ashley Miller, supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| 00224368 | 10/29/2014 | Adams, Edward | Miller, Ashley | | Tab 4: Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. | *In camera* Ex. N | Row 103: Confidential correspondence from Edward Adams to Ashley Miller, supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |

Exhibit 1

*U.S. v. Adams* –Cross Reference for the Seven Privileged Communications With Murry LLC

| Document ID | Date Sent | From | To | CC | ECF 91-20 (Murry Privilege Log) | *In Camera* Exhibit | ECF 142 Privilege Log |
|---|---|---|---|---|---|---|---|
| 00224497 | 11/4/2014 | Adams, Edward | Murry, Patrick; Miller, Ashley | | Tab 5: Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. | *In camera* Ex. P | Row 105: Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller, supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| 00224725 00224726 00224860 00224861 | 11/8/2014 | Adams, Edward | Miller, Ashley | | Tab 6: Confidential correspondence from Edward Adams to Ashley Miller supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. | *In camera* Ex. S[1] | Row 106[2]: Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller, supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |
| 00224879 00224880 00225014 00225015 | 11/10/2014 | Adams, Edward | Murry, Patrick | | Tab 7: Confidential correspondence from Edward Adams to Patrick Murry supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. | *In camera* Ex. T | Row 107: Confidential correspondence from Edward Adams to Patrick Murry and Ashley Miller, supplying information conveyed to seek legal advice from Foster Brever Wehrly, PLLC. |

---

[1] Mr. Adams did not submit the attachments to *in camera* Exhibits S or T, as the Relativity log did not reflect that they were viewed.

[2] Similarly, Mr. Adams did not log the attachments to this correspondence in his Revised Privilege Log of Documents Viewed by Government in "For Review" Folder, ECF 142 at 12-13, as the Relativity log did not reflect that the attachments were viewed.