# EXHIBIT 2

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, ___150,000___ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ ___75,2___ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, _____, the address for which is set forth below the signature of the undersigned.

Dated: __12-21-2003__

A.05 Willow tr
Milcr 1201

_____
(Signature)

__Edward SAlome__
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

1- signed
Per ADR Transaction

ESA000452

Exhibit 2

CTQHC0005656

## SUBSCRIPTION FORM
### (To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, _____ __357500__ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ __H 175__ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to __Edward S Adams__, the address for which is set forth below the signature of the undersigned.

Dated: __3-2-2003__

_____
(Signature)

__Edward S Adams__
(Name)

__2010 W. 49th St Mpls MN 55419__
(Address)

__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__
Social Security or Tax Ident. No.

ESA002334

ECL-00002347

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, _____ _150,000_ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ _7500_ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, _Edward S Adams_. The address for which is set forth below the signature of the undersigned.

Dated: _7-1-2003_

_____
(Signature)

_Edward S Adams_
(Name)
_2310 W 49th St_
_Minneapolis MN 55419_
(Address)

____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_
Social Security or Tax Ident. No.

ESA002335

ECL-00002348