# EXHIBIT 3

VENTURE

DATE 11-30-07
NAME DL INVESTMENTS

ACCOUNT NUMBER

1 5 4 3  Golden Valley Office    S010:59 AM
                                  $624,250.00
                                  15430
SIGN HERE FOR RECEIPT OF CASH    6 24,250.00

045 438·      009

**DDA Credits - 11/30/2007**



**DDA Credits - 11/30/2007**

REDACTED

REDACTED

REDACTED

REDACTED

Exhibit 3



Transit - 11/30/2007



Transit - 11/30/2007

REDACTED