# EXHIBIT 6

REDACTED

Exhibit 6

00052950

**From:** Cory Manning [mailto:Cory.Manning@nelsonmullins.com]
**Sent:** Friday, August 10, 2012 3:34 PM
**To:** Gotlieb, David A.
**Cc:** Cory Manning
**Subject:** Apollo/Scio--SETTLEMENT DISCUSSIONS

**SETTLEMENT DISCUSSIONS**

David,

Per our discussions today, I can make the following offer to resolve the current dispute on file and the claims of all of your other clients, which number 8 total is my understanding, with full releases, dismissal of the complaint with prejudice, and documentation to be hammered out later.

The terms of this offer are as follows:

-$100,000 cash payment (at least $50,000 of which will be from Ed and Mike)

-500,000 shares (from Ed and Mike's current interests)

We will work with you to get the details on share transfer just right to address some of the concerns that you expressed. I can discuss additional details as necessary.

As I stated on the phone, this is the end of rope on our end as far as the cash and the shares amounts are concerned.

You stated it may be Monday before we hear a response from your clients, but we would appreciate your trying to get a response as soon as possible. I will be available all weekend to discuss.

Thanks.
Cory

**Nelson Mullins**

Cory E. Manning
Partner
cory.manning@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

Meridian, 17th Floor
1320 Main Street, Columbia, SC 29201
Tel: 803.255.5524 Fax: 803.256.7500

www.nelsonmullins.com
(View Bio)

==============

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
==============================================================

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.

00052952