UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 0:17-cr-00064-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Edward S. Adams, | |
| Defendant. | |

---

David M. Genrich, David J. MacLaughlin and John E. Kokkinen, Assistant United States Attorneys, counsel for the United States of America

Lance A. Wade, Gloria K. Maier, Joseph G. Petrosinelli and Sarah Lochner O'Connor, Williams & Connolly LLP; Deborah A. Ellingboe and James L. Volling, Faegre Baker Daniels LLP; counsel for Mr. Adams

---

On August 21, 2018, the government requested permission to file a reply memorandum in support of its motion contesting the application of privilege. (Email from J. Kokkinen to Menendez, M.J. (Aug. 21, 2018 16:21 CDT) (on file with the Court).) The government indicates that if its request is granted it will file the reply no later than Friday, August 31, 2018, and represents that counsel for Mr. Adams takes no position on its request. (*Id.*) The government's request for permission to file a reply memorandum in support of its motion contesting the application of privilege is **GRANTED**. The government shall file a reply **on or before September 5, 2018**.

Date: August 22, 2018           *s/Katherine Menendez*
                                Katherine Menendez
                                United States Magistrate Judge