UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD S. ADAMS,

        Defendant.

**GOVERNMENT'S EXHIBIT INDEX TO REPLY IN SUPPORT OF MOTION CONTESTING THE APPLICATION OF PRIVILEGE**

| Exhibit Number | Description |
|---|---|
| 44 | Subscription Form and Assignment Form dated December 1, 2009 |
| 45 | Check from ADR Investments LLC to Mr. Adams for $47,250. |
| 46 | Subscription Form and Assignment Form dated January 5, 2010 |
| 47 | Check from ADR Investments LLC to Mr. Adams for $100,000. |
| 48 | Subscription Form and Assignment Form dated February 14, 2010 |
| 49 | Check from ADR Investments LLC to Mr. Adams for $167,350. |
| 50 | Subscription Forms dated December 21, March 2, and April 1, 2003 |
| 51 | Various Subscription Forms and Assignment Forms referencing ADR |
| 52 | Various Subscription Forms and Assignment Forms pertaining to RL, DL, and RBE. |
| 53 | Minutes of the Board of Governors of ADR Investments, LLC dated June 10, 2010 |
| 54 | Minutes of the Board of Governors of ADR Investments, LLC dated June 20, 2010 |
| 55 | Document titled RL Investments, LLC (an/or otherwise) (collectively "RL") dated August 18, 2006 |
| 56 | Document titled RL Investments, LLC (an/or otherwise) (collectively "RL") dated August 18, 2006 with Handwriting Referencing June 2008 |
| 57 | Letter Agreement dated February 23, 2007 |
| 58 | Handwritten Note dated July 23, 2007 |
| 59 | Handwritten Note dated October 16, 2007 |
| 60 | Repayment Commitment Relating to Apollo Diamond, Inc. Commitment of Services dated December 31, 2007 and referencing DL Investments, LLC |

| Exhibit Number | Description |
|---|---|
| 61 | Repayment Commitment Relating to Apollo Diamond, Inc. Commitment of Services dated September 30, 3008 and referencing RL Investments, LLC |
| 62 | Checks from RL Ivestments to Mr. Adams for $52,000, $550,000, and $350,000 |
| 63 | Facsimile Transmittal Sheet dated March 22, 2008, consisting of 26 pages |