# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 44

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __12,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $ __600__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below. _via cert_

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act"). _books_

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __12/1/04__, 20__

_____
(Signature)

__Ed Adams__
(Print Name)

_____

_____
(Address)
■■■■■■■■■■■■■■■■■■

_____
Social Security or Tax Ident. No.

Accepted this __5__ day of __Dec__, 20__.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Apollo Diamond, Inc.                    5

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto *Apollo via PDR* the right to purchase *12,000* shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: *12/1/2009*

_____
(Signature)

_____
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000458