# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 47



ECL-00036572