# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 48

## SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __43,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__2,150__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned Via USPS at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __2/14__, 20__10__

_____
(Signature)

__Ed McC__
(Print Name)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
__Mpls MN 55419__
(Address)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Social Security or Tax Ident. No.


Accepted this ___ day of _____, 20__.

Apollo Diamond, Inc.

By _____
Its __Chairman__


Apollo Diamond, Inc.                     5

ESA000461

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto ___ADR___ the right to purchase __43,322__ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: __2/14/10__

_____
(Signature)

__Ed Adams__
(Name)

__Mpls MN 419__
(Address)

_____
Social Security or Tax Ident. No.

ESA000462