# <u>U.S. v. Edward S. Adams</u>
# Case No. 17-64 (DWF/KMM)

# Exhibit 49

**ADR INVESTMENTS, LLC**
60 SOUTH SIXTH STREET, SUITE 2540
MINNEAPOLIS, MN 55402

75-1719/910
021832

1005

DATE 2/1/10

PAY TO THE ORDER OF  EDWARD S ADAMS    $ 167,350.00

ONE HUNDRED SIXTY SEVEN THREE HUNDRED FIFTY & 00/100 DOLLARS

VENTURE BANK
5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

MEMO

⑆091017196⑆  021 83 20⑈ 1005

ECL-00036574