# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 50

## SUBSCRIPTION FORM
### (To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __150,000__ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ __752__ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, _____, the address for which is set forth below the signature of the undersigned.

Dated: __12-21-2003__

_____
(Signature)

_Edward SAbonc_
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

_signed_
_for ADR Transaction_

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __357500__ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ __17 175 00__ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to __Edward S Adams__, the address for which is set forth below the signature of the undersigned.

Dated: __3-2-2003__

_____
(Signature)

__Edward S Adams__
(Name)

[REDACTED] Mpls MN 55419
(Address)

[REDACTED]
Social Security or Tax Ident. No.

ESA002334

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, _150.00_ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ _750_ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to. _Edward S Adams_. the address for which is set forth below the signature of the undersigned.

Dated: _1-1-2003_

_[signature]_
(Signature)

_Edward S Adams_
(Name)

_Minneapolis MN 55419_
(Address)

_____
Social Security or Tax Ident. No.

ESA002335