# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 51

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __10,500__ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $__42,000 (via credit)__ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, __ADR Partners__ the address for which is set forth below the signature of the undersigned. __spreadsheet__   __or #D (company all funds)__

Dated: __12/10/09__

_____
(Signature)

__Edward Adams__
(Name)

__[REDACTED]__
__MPLS MN__
(Address)
__[REDACTED]__

_____
Social Security or Tax Ident. No.

ESA000449

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto ____ADR____ the right to purchase _1,500_ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: __12/10/09__

_____
(Signature)

__Edwards Adams__
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000451

## SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __50,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__1,000__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __7/24/J9__, 20__

_____
(Signature)

__EDWIN SAMS__
(Print Name)

[REDACTED]

__MPLS MN  55119__
(Address)
__(File)__

_____
Social Security or Tax Ident. No.

Accepted this __31__ day of __July__, 20__08__.

Apollo Diamond, Inc.

By __[signature]__
Its __Chairman__

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto ~~35,000~~ ADK the right to purchase 35,000 shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: 7/24/04

_____
(Signature)

Edward SAdms
_____
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000454

## SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, _1,500_ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $_750_ therefor by check and _1500_ requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __9/21__, 20_09_

(Signature)

_Edward Salmas_
(Print Name)

_MPLS MN 55419_
(Address)

_____
Social Security or Tax Ident. No.

Accepted this _25_ day of _Sept_, 20_09_.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Apollo Diamond, Inc.

5

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto _____ADE_____ the right to purchase __19,000__ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: __9/21/09__

_____
(Signature)

_____
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

See
Attach
Written

ESA000456

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __12,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__600__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.  via cert

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __12/1/0__, 20__

_____
(Signature)

__Ed Adams__
(Print Name)

_____
(Address)
[REDACTED]

_____
Social Security or Tax Ident. No.

Accepted this __5__ day of __Dec__, 20__.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Apollo Diamond, Inc.                     5

## ASSIGNMENT FORM

✗ Apollo via ADR

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto _Apollo via ADR_ the right to purchase _12,000_ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: _12/1/2009_

_____
(Signature)

_____
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000458

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __26,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__1300__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __January 5__, 20__10__

_____
(Signature)

__Ed Adams__
(Print Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

Accepted this __10__ day of __Jan__, 20__10__.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Apollo Diamond, Inc.                                5

ESA000459

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto _ADR Instrms_ the right to purchase _26,000_ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: _1-5-10_

_____
(Signature)

_____
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA000460

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __43,000__ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__2150__ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __2/14__, 20__10__

_____
(Signature)

_____
(Print Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

Accepted this ___ day of _____, 20__.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Apollo Diamond, Inc.    5

ESA000461

## ASSIGNMENT FORM

FOR VALUE TO BE RECEIVED, the undersigned hereby sells, assigns, and transfers unto ___APR___ the right to purchase ___43,500___ shares of Common Stock of APOLLO DIAMOND, INC. and appoints Robert C. Linares and/or Bryant R. Linares as attorney, to transfer said right on the books of APOLLO DIAMOND, INC. with full power of substitution in the premises.

Dated: __2/14/10__

_____
(Signature)

__Ed Adams__
(Name)

__Mpls MN 55419__
(Address)

_____
Social Security or Tax Ident. No.

ESA000462