# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 52

# SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, ~~150,000~~ 20,000 *A* 170,000 shares of Common Stock, par value $1.00 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $ ~~85,000~~ 170,000 therefor by check and/or *credit from Sale* requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below. *Purchases through warrant offering*

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __5/20__, 20__07__

*Apollo Diamond*
*Warrant Sale*
*2006 750K Warrant*
*@ $1.00 exercise price*

_____
(Signature)

__Edward S Adams__
(Print Name)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

__Mpls MN 55419__
(Address)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Social Security or Tax Ident. No.


Accepted this __25__ day of __May__, 20__07__.

Apollo Diamond, Inc.

By _____
Its __Chairman__


Apollo Diamond, Inc.

5

ESA000445

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, 198,00 _____ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ 99,00 _____ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, ____RL____, the address for which is set forth below the signature of the undersigned.  35 warrants from 2001

Dated: 7/9/05

_____
(Signature)

__Edward Adams__
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __11,500__ shares of Common Stock, par value $1.00 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $__11,500__ therefor by check and/, requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned of h, at the address set forth below. c/o/t

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: __6/15__, 20 __08__

_____
(Signature)

__ESA GoxHng__
(Print Name)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

__Mpls MN__
(Address)
__forthcoming__

_____
Social Security or Tax Ident. No.

Accepted this __20__ day of __June__, 20__08__.

Apollo Diamond, Inc.

By _____
Its __Chairman__

Find
Warrant
for File

Apollo Diamond, Inc.          5

ESA000447

## SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, 57,000 shares of Common Stock, par value $1.00 per share, of APOLLO DIAMOND, INC. (the "Company") to which other than such Warrant relates and herewith makes payment of $57,000 — therefor by check and (indiv) requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned (white) at the address set forth below. exercise

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: 2 | _____, 20 07

(Signature)

Edward SArdnas
(Print Name)

Mpls MN 55419
(Address)

Social Security or Tax Ident. No.

for Transaction
1 p DL
200 warrant for 750K
@ $1.00 exercise

Accepted this 28 day of Feb , 2007.

Apollo Diamond, Inc.

By _____
Its Chairman

SUBSCRIPTION FORM

(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, _____2$550_____ shares of Common Stock, par value $0.05 per share, of APOLLO DIAMOND, INC. (the "Company") to which such Warrant relates and herewith makes payment of $_____ therefor by check and requests that the certificate for such shares be issued in the name of, and be delivered to the undersigned at the address set forth below.

The undersigned represents and warrants that the undersigned qualifies as an "accredited investor," as that term is defined in Rule 501 of the Securities Act of 1933, as amended (the "Act").

The undersigned acknowledges and agrees that the shares of Common Stock purchased will not be registered under the Act or under the laws of any state. Additionally, the undersigned acknowledges and agrees that the shares of Common Stock purchased may not be offered, sold, hypothecated, pledged, transferred or otherwise disposed of without first obtaining the express written consent of the Company, which consent may be withheld by the Company for any reason or no reason whatsoever in the Company's sole and unilateral discretion. Finally, the undersigned acknowledges and agrees that the shares of Common Stock purchased are restricted by all terms of the Company's bylaws and certificate of incorporation in existence on the date hereof. A transfer of stock in violation of the foregoing restrictions is voidable at the sole and unilateral discretion of the Company.

Dated: _____, 20___

_____
(Signature)

_____
(Print Name)

_____
_____
(Address)

_____
Social Security or Tax Ident. No.

Accepted this 22 day of ___Feb___, 20 10.

Apollo Diamond, Inc.

By _____
Its ___Chairman_____

Apollo Diamond, Inc.                    5

ESA000463

## SUBSCRIPTION FORM
### (To be signed upon exercise of Warrant)

*D.bJ Forgiven*

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, __2,000,000__ _____ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $__20,000__ therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, __Apollo__, the address for which is set forth below the signature of the undersigned. *for retirement*

Dated: __8/3/11__

*Executed in connection w/ RBE release of SI Replacement March 1, 2005 warrant (replied to H.01) per RCC*

_____
(Signature)

__Edward S Adams__
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA001245

## SUBSCRIPTION FORM
(To be signed upon exercise of Warrant)

The undersigned, the holder of the within Warrant, hereby irrevocably elects to exercise the purchase right represented by such Warrant for, and to purchase thereunder, 2,500,000 _____ of the shares of Common Stock of APOLLO DIAMOND, INC. to which such Warrant relates and herewith makes payment of $ 20,000 therefor in cash or by certified check and requests that the certificate for such shares be issued in the name of, and be delivered to, _Apollo for retirement_ the address for which is set forth below the signature of the undersigned. _Treasury_

Dated: 2/3/2011

Exerted in
connection w/
RBF
SI release
(replacement
of 3/11/2006
warrant)

_____
(Signature)

Edward S Adams
(Name)

_____
(Address)

_____
Social Security or Tax Ident. No.

ESA001246