# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 58



**Oak Ridge Capital Group, Inc.**
701 Xenia Avenue South, Suite 130
Golden Valley, MN 55416
Corporate Office: 763.923.2266
Fax: 763.923.2267
Toll Free: 800.549.3501

7/23/07

Larry

In the packages are some *small* diamonds — more forthcoming.

Thanks for reaching out to Dapsas at Citibank. Two questions:

① Can he assist with potential warrant sales of our warrants and others?

② Can he introduce us to other bankers at smaller shops if he has no interest?

Per your question, I hope to talk with Latham re warrant issues today/tomorrow. Peter B. is no longer there, but I am supposed to be on a call with someone in NY or DC on the regulatory side about warrant sales. On that score, I assume the Robins bill is about that issue too. I will make sure it gets paid.

We are working on Apollo PPM, Summary of Transition, etc. . . .

Thanks, and chill! More diamonds, bigger ones, I am told, are on the way to share with Citi...

E

ESA002714