# <u>U.S. v. Edward S. Adams</u>
## Case No. 17-64 (DWF/KMM)

## Exhibit 59

10/16/07

D—

Please fax to my law firm at 763-746-2269

Alternatively, you can email to me at EdwardSAdams@Yahoo.com.

Thanks

EJ

P.S. Everything is great here.

ESA002608

There is a DL investment document for Apollo Diamond, Inc. that is on my computer. Please revise the first few lines to read as follows:

ALL (caps) ⇒   Agreement to Purchase and/or Purchase and
                    Exercise (including Investment Representations)

This agreement will confirm that you have agreed to purchase _____ (shares) of common stock of Apollo Diamond Inc (the "Company") and/or purchase and exercise _____ (____ warrants) exercisable into one share of common stock of the company at a price of Five Dollars and Fifty-Five Cents ($5.55) per share or warrant in the aggregate amount of _____ ($ ___). For purposes of this agreement, the term "securities" shall mean either the shares purchased or the warrants purchased and corresponding...

After revised, print out and send document to Steve Bayner at Citi with following message:
Steve, A number of shareholders/warrant holders in Apollo are interested in potentially selling shares/warrants. My partner and I may be sellers if things come together. We own warrants for a capital raise we did and otherwise.

Jill Z, planof fiti in MPLS is involved. I assume you are both governed by the Confidentiality Agreement we executed last year and you can coordinate efforts/information as warranted. Let me know if you need anything more.
                              Best, Ed Adams

Then, give printed document to Larry with this message:
Larry, I want to make sure we are not miscommunicating (as seems to happen). I revised this document (although it is probably OK as is) because we cannot and don't know what is being sold, how much and who until we determine who might be buying. We need to coordinate exemptions, among other things.  (Call if ?'s, remember time zone)

ESA002609