# U.S. v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 62

NAME RL Investment

ACCOUNT NO. _____

DATE 6-23-0?

75-1719/910

PAY TO THE ORDER OF  ESA Consulting Service, LLC  $ 52,000.00

Fifty Two Thousand Dollars and No Cent _____ DOLLARS

VENTURE
B A N K

5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

MEMO _____

⑆091017196⑆  013 581⑆  045



NAME _RL Investment_

ACCOUNT NO. _01358 1_

DATE _9-9-08_                    75-1719/910

PAY TO THE ORDER OF _Edward S. Adam_                    $550,000

_Five Hundred Fifty Thousand Dollars and No/100_                    DOLLARS

VENTURE
B A N K
5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

MEMO _____

⑆091017196⑆   ⑈013581⑈   045

NAME _BL Investments_

ACCOUNT NO. _____

PAY TO THE ORDER OF _Edward S. Adams_

DATE _9-18-08_

75-1719/910

$ _350,000.00_

_Three Hundred Fifty Thousand Dollars and No Cents_   DOLLARS

VENTURE BANK

5500 Wayzata Boulevard
Golden Valley, MN 55416
763.398.3333

FOR _____

⑈091017196⑈   013 581⑈