IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cr-64-DWF-KMM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDWARD S. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Edward Adams's Unopposed Motion for Temporary Modification of Edward Adams's Pretrial Release Conditions (ECF No. 219). The government does not oppose this request. Having considered the Motion and all records, filings, and proceedings in this case, **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the pretrial restriction on international travel be temporarily lifted from October 10, 2018 to October 26, 2018, and that Mr. Adams's passport be temporarily returned to him to permit him to travel abroad from October 10, 2018 to October 26, 2018. The Office of Probation and Pretrial Services should return Mr. Adams' passport to him ahead of the trip, and Mr. Adams should return it to them following his return.

Date: September 14, 2018

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge