UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  **NOTICE OF APPEARANCE** |
| EDWARD S. ADAMS, | ) ) |
| Defendant. | ) ) |

The following criminal case is being reassigned as follows:

<u>Criminal No.</u>

17 CR 64 (DWF/KMM)

<u>Defendant Name</u>

Edward S. Adams

<u>Add AUSA</u>

Joseph H. Thompson

Dated: October 23, 2018            Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

 /s/ *Joseph H. Thompson*
BY:   JOSEPH H. THOMPSON
Assistant U.S. Attorney
Attorney ID Number 034031
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5588