# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD S. ADAMS,

        Defendant.

17-CR-64-DWF-KMM

**DEFENDANT'S MOTION TO SEAL DOCUMENTS FILED UNDER TEMPORARY SEAL**

Defendant Edward Adams in the above-captioned action has filed the following under seal:

- Defendant's Response to Government's Objection to October 27, 2018 Order.

Defendant brings this motion pursuant to LR 49.1(d)(1)(A) to seal because the above-listed document contains information that Mr. Adams contends contains attorney-client privileged material that should not be revealed to or accessed by the government. Unless and until this Court determines that some or all of these materials are not protected by the attorney-client privilege, neither the government nor the public may have access to these materials in their unredacted form. To allow such access may effectively constitute a waiver of the attorney-client privilege and may defeat the purpose of Mr. Adams's opposition to the Government's motion to overcome his assertions of privilege.

Dated: November 21, 2018		Respectfully submitted,

   /s/ *Lance Wade*
Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*

2