UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v().

EDWARD S. ADAMS,

        Defendant.

**[PROPOSED] ORDER**

This matter is before the Court on the defendant Edward S. Adams's Motion to Seal Documents Filed Under Temporary Seal, ECF No. 229. Based on all the records, files, and proceedings in this case, the Court finds good cause to protect this document from public disclosure, as the document contains material that Mr. Adams seeks to protect under the attorney-client privilege.

IT IS HEREBY ORDERED THAT the defendant's Motion to Seal Documents Filed Under Temporary Seal (ECF No. 229) is GRANTED. The following document is sealed until further order of the Court: ECF No. ___.

Dated:  November 21, 2018

                                                                  _____