## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-64 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| Edward S. Adams, | |
| Defendant. | |

This matter is before the Court upon the Defendant's Motion to Seal Document Under Temporary Seal.  (Doc. No. 229.)  The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that Defendant's Motion to Seal Document Filed Under Temporary Seal Doc. No. [229]) is **GRANTED**.  The document shall remain sealed until a date yet to be determined.

Dated:  November 26, 2018         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge