# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Edward S. Adams,

      Defendant.

Case No. 0:17-cr-00064-DWF-KMM

**ORDER**

David M. Genrich, David J. MacLaughlin and John E. Kokkinen, Assistant United States Attorneys, counsel for the United States of America

Lance A. Wade, Gloria K. Maier, Joseph G. Petrosinelli and Sarah Lochner O'Connor, Williams & Connolly LLP; Deborah A. Ellingboe and James L. Volling, Faegre Baker Daniels LLP; counsel for Mr. Adams

This matter is before the Court on five pending motions to seal documents filed with the Court:

- On June 1, 2018, Mr. Adams filed a motion to seal *In Camera* Exhibits A–U and the memorandum in support of his motion to dismiss the indictment, or in the alternative, for disqualification. These documents include attorney-client privileged information. ECF No. 146.
- Also on June 1, 2018, Mr. Adams filed a motion to seal Exhibits 2–9 to the Supplemental Declaration of Gloria K. Maier, which Mr. Adams argued were beyond the scope of the Yahoo! search warrant. ECF No. 155.
- On July 23, 2018, the government filed a motion to seal Government Exhibits 31–33, which contains private financial information. ECF No. 177.
- On July 27, 2018, the government filed a motion to seal Government Exhibit G, which contains personal identifiers, financial information, and information concerning secret grand-jury proceedings. ECF No. 190.
- On August 17, 2018, Mr. Adams filed a motion to seal a reply memorandum in support of his motion to dismiss, his opposition to the government's motion

contesting the application of privilege, and *In Camera* Exhibits V–Z, and AA, BB, CC, and DD. ECF No. 214.

Based upon the entire record of this proceeding, the parties' motions to seal **(ECF Nos. 146, 155, 177, 190, and 214)** are **GRANTED**. The following documents are sealed until further order of the Court: ECF Nos. 144–145, 151–154, 174–176, 189, 198, 202, 205–213.

Date: December 18, 2018                  *s/ Katherine Menendez*
                                         Katherine Menendez
                                         United States Magistrate Judge