# EXHIBIT D

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

LANCE WADE
(202) 434-5755
lwade@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 22, 2019

<u>Via Email</u>

John Kokkinen, Esq.
Joe Thompson, Esq.
Assistant U.S. Attorney
District of Minnesota, Criminal Division
U.S. Department of Justice
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   <u>United States v. Edward S. Adams – Cr. 17-64 (DWF/KMM)</u>

Dear Counsel:

I write regarding outstanding discovery in this matter, and pursuant to Rule 16, *Brady v. Maryland*, and *Giglio v. United States*.

Please provide all documents, reports, and communications relating to or arising out of any IRS investigation or inquiry into the existence of fraud, malfeasance, or misrepresentation of a material fact in connection with Mr. Adams's 2015 closing agreement. *See* I.R.M. §§ 8.13.1.7.2.1, 8.13.1.7.2.1.1.  This includes, but is not limited to:

1. Any documents or correspondence identified by the IRS indicating the existence of fraud, malfeasance, or misrepresentation of a material fact in connection with Mr. Adams's closing agreement, I.R.M. § 8.13.1.7.2.1(1);

2. The examining officer's initial report of such facts, and any drafts thereof, I.R.M. § 8.13.1.7.2.1(1);

3. All documents or correspondence relating to the evaluation of such report by the Compliance Operating Division, I.R.M. § 8.13.1.7.2.1(2);

WILLIAMS & CONNOLLY LLP

John Kokkinen, Esq.
Joe Thompson, Esq.
**May 22, 2019**
Page 2

4. Any documents or correspondence indicating that further investigation ("reinvestigation") should be made, I.R.M. § 8.13.1.7.2.1.1(1);

5. Any documents or correspondence directing further examination of Mr. Adams's books, I.R.M. § 8.13.1.7.2.1.1(2);

6. Any documents or correspondence regarding the issuance of a notice under 26 U.S.C. § 7506(b), I.R.M. § 8.13.1.7.2.1.1(2);

7. Any notice drafted or sent to Mr. Adams pursuant to 26 U.S.C. § 7506(b);

8. All documents drafted or relied upon during any reinvestigation of Mr. Adams's closing agreement, I.R.M. § 8.13.1.7.2.1.1(3);

9. Any final report of findings at the close of such reinvestigation, I.R.M. § 8.13.1.7.2.1.1(3);

10. Any special preliminary letter (Letter 1707(P)) drafted or sent to Mr. Adams, I.R.M. § 8.13.1.7.2.1.1(4);

11. Any documents or correspondence directing that Mr. Adams's closing agreement be adhered to, I.R.M. § 8.13.1.7.2.1(2);

12. Any communications between the IRS and the Department of Justice (including but not limited to your office) regarding Mr. Adams's closing agreement; and

13. Any other documents, reports, or correspondence concerning any contemplated or finalized decision to set aside Mr. Adams's closing agreement.

I appreciate your attention to these matters.  Please contact me with any questions you may have.

WILLIAMS & CONNOLLY LLP

John Kokkinen, Esq.
Joe Thompson, Esq.
**May 22, 2019**
Page 3

                                                             Sincerely,

                                                             Lance Wade