# EXHIBIT F



U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

July 19, 2019

Lance Wade, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

      Re:    *United States v. Edward S. Adams*
             Cr. 17-64 (DWF/KMM)

Dear Counsel:

      We have given careful consideration to your July 15, 2019 letter. Nothing in your letter demonstrates that Adams's participation in the domestic voluntary disclosure program or his entrance into the closing agreement requires dismissal of the tax charges on legal or equitable grounds.

      I am sending a copy of your letter, along with this response, to the trial lawyers at DOJ-Tax. Please feel free to call me with any questions.

                                  ERICA H. MacDONALD
                                  United States Attorney

                                  *s/ John Kokkinen*
                                  BY: JOHN KOKKINEN
                                  Assistant U.S. Attorney
                                  Attorney ID No. 0388356