# EXHIBIT H



**U.S. Department of Justice**

**Tax Division**

*Western Criminal Enforcement Section*
*P.O. Box 972*
*Washington, D.C. 20044*
*202-514-5762 (v)*
*202-514-9623(f)*

REZ:LJWszalek:cw
5-39-6675
2018200127

**VIA FEDERAL EXPRESS**

AUG 2 9 2019

Lance Wade, Esquire
Law Offices of Williams & Connolly LLP
725 Twelfth Street N.W.
Washington, D.C. 20005-5901

Re:   Edward Scott Adams
      District of Minnesota

Dear Mr. Wade:

The Tax Division has received your letter dated July 30, 2019, regarding the above-captioned case. This case has been transmitted to the United States Attorney for the District of Minnesota.

A copy of your letter has been forwarded to the United States Attorney in Minneapolis, Minnesota. You should direct any further communication regarding this case to that office.

Sincerely yours,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

By:

LARRY J. WSZALEK
Chief, Criminal Enforcement Section
Western Region

cc:   United States Attorney's Office
      Minneapolis, Minnesota