# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:17-cr-00064-DWF-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Edward S. Adams, | |
| Defendant. | |

On September 3, 2019, Mr. Adams filed a motion to dismiss tax charges. [ECF No. 241.] Trial is currently set in this matter for November 4, 2019. In light of the impending trial date, **IT IS HEREBY ORDERED THAT:**

1. The government shall file a written response to Mr. Adams's motion to dismiss **on or before September 16, 2019**.

2. Mr. Adams shall file a reply, or a notice indicating that no reply will be filed, **on or before September 23, 2019**.

Date: September 5, 2019

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge