<u>United States v. Edward S. Adams</u>

Case No. 17-64 (DWF/KMM)

Exhibit 1

| Account | Cleared Date | Transaction Type | Payee/Payor | Check Memo Line | Debits |
|---|---|---|---|---|---|
| RL-Venture | 9/7/2006 | Check | Edward S. Adams | | $ (175,000.00) |
| RL-Venture | 1/8/2007 | Check | Edward S. Adams | | $ (7,500.00) |
| DL - Venture | 3/6/2007 | Check | Edward S. Adams | | $ (227,000.00) |
| RL-Venture | 4/4/2007 | Check | Edward S. Adams | | $ (50,000.00) |
| ADI - Venture | 4/13/2007 | Check | Edward S. Adams | Warrant Sale | $ (120,000.00) |
| ADI - Venture | 6/21/2007 | Check | Edward S. Adams | Sale of Warrants | $ (350,000.00) |
| ADI - Venture | 9/7/2007 | Check | Edward S. Adams | | $ (8,400.00) |
| ADI - Venture | 12/10/2007 | Check | Edward S. Adams | | $ (5,800.00) |
| ADGC-Venture | 2/1/2008 | Check | ESA Consluting | | $ (80,817.50) |
| DL - Venture | 3/11/2008 | Check | Edward S. Adams | | $ (630,000.00) |
| ADGC-Venture | 3/12/2008 | Check | ESA Consluting | Expense | $ (9,468.00) |
| ADGC-Venture | 4/1/2008 | Check | ESA Consluting | | $ (73,531.25) |
| ADGC-Venture | 4/3/2008 | Check | ESA Consluting | | $ (14,787.50) |
| ADGC-Venture | 5/20/2008 | Check | Edward S. Adams | | $ (5,456.58) |
| DL - Venture | 6/17/2008 | Check | Edward S. Adams | | $ (475.00) |
| RL-Venture | 7/9/2008 | Check | ESA Consluting | | $ (52,000.00) |
| RL-Venture | 9/12/2008 | Check | Edward S. Adams | | $ (550,000.00) |
| RL-Venture | 9/19/2008 | Check | Edward S. Adams | | $ (350,000.00) |
| RL-Venture | 10/23/2008 | Check | Edward S. Adams | | $ (39,750.00) |
| ADGC-Venture | 12/16/2008 | Check | Edward S. Adams | Dec 10 Inv. Expense | $ (2,502.47) |
| ADI - Venture | 2/23/2009 | Check | ESA Consluting | | $ (15,000.00) |
| ADGC-Venture | 5/18/2009 | Check | Edward S. Adams | | $ (2,685.31) |
| ADGC-Venture | 5/18/2009 | Check | Edward S. Adams | | $ (1,698.40) |
| ADGC-Venture | 6/30/2009 | Check | Edward S. Adams | Expenses Reimb. | $ (4,745.24) |
| ADI - Venture | 7/29/2009 | Wire | Edward S. Adams | | $ (150,020.00) |
| ADI - Venture | 9/21/2009 | Wire | Edward S. Adams | | $ (75,020.00) |

| Account | Cleared Date | Transaction Type | Payee/Payor | Check Memo Line | Debits |
|---|---|---|---|---|---|
| ADR - Venture | 12/4/2009 | Check | Edward S. Adams | For investment sale of stock | $ (47,250.00) |
| ADR - Venture | 1/8/2010 | Check | Edward S. Adams | | $ (100,000.00) |
| ADR - Venture | 2/16/2010 | Check | Edward S. Adams | | $ (167,350.00) |
| ADR - Venture | 4/6/2010 | Check | Edward S. Adams | | $ (37,700.00) |
| ADR - Venture | 4/29/2010 | Check | Edward S. Adams | | $ (75,000.00) |
| ADI - Venture | 1/21/2011 | Check | ESA Consluting | Reimb. For Butler | $ (5,000.00) |
| ADI - Venture | 1/26/2011 | Check | Edward S. Adams | Partial exp. Reimbursement | $ (5,000.00) |
| ADI - Venture | 2/4/2011 | Check | Edward S. Adams | Partial exp. Reimbursement | $ (9,617.50) |