# United States v. Edward S. Adams
# Case No. 17-64 (DWF/KMM)

# Exhibit 5

**Ariel Scott**

___

**From:** Thomas Brever <tbrever@fosterbrever.com>
**Sent:** Wednesday, November 12, 2014 11:40 AM
**To:** edwardsadams@yahoo.com; Patrick M. Murry
**Subject:** Signing Returns

Ed,

Pat has prepared the amended returns based on the documents and information provided.  They can be signed by you and your wife.  I have sent a disclosure statement to Pat for comment.  This can be added to the returns for filing.

Tom

00034790