<u>United States v. Edward S. Adams</u>

Case No. 17-64 (DWF/KMM)

Exhibit 6

```
***************************
***   ERROR TX REPORT   ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                 0909
RECIPIENT ADDRESS        816127889879
DESTINATION ID
ST. TIME                 11/14 16:25
TIME USE                 00'00
PAGES SENT               0
RESULT                   NG         #0018 BUSY/NO SIGNAL
```



**CRIMINAL INVESTIGATION**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

MAILED
11/14 STJ

November 14, 2014

From:   IRS-CI Lead Development Center
        1-D04-100
        2970 Market St.
        Philadelphia, PA   19104
        Phone:  (267) 941-1607        Fax: 267-941-1115

To:     Thomas Brever
        2812 Anthony Lane South, Suite 200
        St. Anthony, MN  55418         Fax: 612-788-9879

In Re:  Ed Adam's Voluntary Disclosure

Dear Thomas Brever:

Thank you for your recent correspondence received (10/09/2014). According to the correspondence, your client is interested in participating in the Domestic Voluntary Disclosure Program. Your client has been Pre-Cleared to make a Voluntary Disclosure, please have your client complete and sign the enclosed Domestic Voluntary Disclosure Letter. Return the letter within 45 days via certified mail to the above address.

Upon receipt of your client's completed Domestic Voluntary Disclosure Letter, we will process your client's request and notify you as to whether or not your client has been accepted into the program.

If you have any further questions, please contact the Voluntary Disclosure Coordinator at (267) 941-1607.

Sincerely,