# EXHIBIT J

## Examining Officer's Activity Record

| Examining Officer<br>Becker, Kristopher | Date assigned/Opened<br>(mmddyyyy) |
|---|---|

| ayer name and address (Use the preprinted label if possible) | Taxpayer's Representative name and address |
|---|---|
| Adams, Edward S & Denise G Linares | Thomas Brever |
| Redacted | 2812 Anthony Lane South<br>Suite 200<br>St. Anthony, MN 55418 |
| Business name and address | |

Representative has (*x proper box)

☐ Power of Attorney   ☒ Taxpayer Authorization

| Residence telephone number | ( ) | |
|---|---|---|
| Business telephone number | ( ) | Representative's telephone number   (612) 787-7893 |
| Fax telephone number | ( ) | Fax telephone number   ( ) |

### Contacts and Activities

| Date<br>(mmddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| 2/19/2015 | O | 4 | 2 (08) | Discussed case with GM.<br><br>Reviewed information in case file to determine what steps needed to be taken. |
| 2/20/2015 | O | 4 | 2 (09)<br>2 (10) | Finished reviewing case and researched IRM for details on DVD program. Limited information available via IRM. Plan to contact Kyle K. on Monday/Tuesday to discuss the goals and expectations of the case. |
| 2/24/2015 | O | 4/3/2 | 2 (08)<br>2 (09)<br>2 (10) | Worked on case, as follows:<br><br>• Contacted POA to discuss the case and schedule appointment. Appointment scheduled for 3/25.<br>• Prepared L. 3253, F. 4564 and case agreement to TPH, TPW and POA with a return date of 3/25 at the appointment. Did not mail until discussion with GM regarding the 906 requirements. ENDED UP NOT MAILING THIS LETTER AS NO APPOINTMENT WAS SCHEDULED AS THE TAXPAYER STATED THEY WOULD SIGN THE NECESSARY FORMS.<br>• Updated case file with actions of the day.<br>• Contacted Kyle K. Discussed the case at length. Kyle provided that the goal of the case is to get a case agreement so we can post the assessments. He believes this is F. 870 or another form. RA will research and include in package with F. 3253 and F. 4564. |
| 3/17/2015 | O | 4/3 | 2 (08)<br>2 (09)<br>2 (10) | Worked on case, as follows:<br><br>• Researched 906 writeup requirements.<br>• Received 906 template from GM Brennan. Used template to determine what would be includible in the 906 in this case.<br>• Researched 906 and the DVD program. Nothing located that would not allow the 906 to be used as part of the DVD program to get an agreed case.<br>• Began writeup of 906. |

T = Type of Contact   1. Field Visit   2. Telephone   3. Correspondence   4. Other (explain in remarks)

LOC – Location of Activity   T = Taxpayer Residence/ Business   R = Representative Office   O = Other (explain in remarks)   **Workpaper#: 100-1.1**

Form **9984** (Rev. 8-2005)   Catalog Number 92068W   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**

ECL-00054380

Taxpayer:                                                    TIN:

| Date (mddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| 3/20/2015 | O | 4/3/2 | 2 (08)<br>2 (09)<br>1 (10) | Worked on case, as follows:<br><br>• Finished 906 write up. Reviewed extensively.<br>• Discussed with GM Malm who stated to mail the finished product without his review.<br>• Discussed with POA. Moved date to return 906 from POA to 4/7 from 3/25.<br>• Mailed 906 to TPH, TPW and POA. |
| 4/13/2015 | O | 4 | 1 (08)<br>1 (09)<br>1 (10) | • Received 906 from taxpayer. Received on 4/6 in office, RA picked up 4/13.<br>• Reviewed signatures, they are valid and acceptable.<br>• Made an attempt to determine what the closing steps would be. Reviewed IRM. Nothing located that would be specific to closing this type of case.<br>• Discussed with K. Kampschorer regarding closing documents. He was unclear as to the requirements but believed a 3198 would be required to properly close the case.<br>• Discussed with GM. Counsel review of the 906 is required before we complete the case.<br>• Sent to GM who forwarded to counsel. |
| 4/22/2015 | O | 4 | - | Received email back from counsel that 906 is substantially correct and acceptable as prepared and signed. |
| 4/23/2015 | O | 4 | 1 (08)<br>1 (09)<br>1 (10) | Discussed closing case with GM.<br><br>Closed case to GM. |
| 6/10/15 | | | 2 | Rec'd. Case. Started to review the proper steps needed to close case. Came to the conclusion that the case will be closed similar to the OVDI program. Went to IDRS and printed out the necessary documents. Started to review documents, realized amended return wasn't posted. Looked for RAR to show adjustments, also not posted. Verified F5344's, they didn't show any liabilities. Decided that the case needs to go back to the group for the examiner to create a proper RAR along with the F5344's. This in turn will allow us to assess the liability. The payments were properly posted. Went and prepared the F3990. Made the copies. Gave the case file to mgr. to review and issue back to the group. Technical Services Chris John 651-312-7840. |
| | | | *Back to Agent* | |
| 7/13/2015 | O | 4 | 2 (08)<br>2 (09)<br>2 (10) | Received filed from EC office. Reviewed the returns, the questions by Tech Services, discussed with GM. Reviewed DVD procedures, worked with GM and Secretary to get it reassigned in RGS.<br><br>Received case in EC office on 7/6. |
| 7/23/2015 | O | 4 | 3 (08)<br>3 (09)<br>2 (10) | Worked on case, as follows:<br><br>• Determined best course of action is to prepare updated reports, 5344's and close to GM.<br>• Began loading information based on the returns that RA currently has.<br>• Conducted IDRS research and determined that there are previously |

T = Type of Contact  1. Field Visit  2. Telephone  3. Correspondence  4. Other (explain in remarks)
LOC – Location of Activity  T = Taxpayer Residence/ Business  R = Representative Office  O = Other (explain in remarks)   **Workpaper#: 100-1.2**

Form **9984** (Rev. 8-2005)   Catalog Number 92068W      publish.no.irs.gov      Department of the Treasury – Internal Revenue Service

ECL-00054381

Taxpayer:                                                                 TIN:

| Date (mmddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| | | | | • filed amended returns which will require additional inputs in RGS.<br>• Worked to obtain the returns as required to properly load RGS.<br>• Ran numerous copies of reports and adjustments and determined RGS was not properly setup, due to amended returns to be able to reconcile.<br>• Reviewed IDRS in an attempt to reconcile the filed returns, rgs and adjustments. |
| 7/24/2015 | O | 4 | 2 (08)<br>2 (09)<br>1 (10) | Worked on case, as follows:<br><br>Located reason for variance after discussions with RGS for 2008 and 2009. Worked through RGS and was able to reconcile the tax liability for 2008 and 2009 but still had a credit issue in 2008 that required adjustment. |
| 7/27/2015 | O | 4 | 3 (08) | Completed reconciliation of 2008, no variances or credit issues exist on the case. |
| 7/28/2015 | O | 4 | 3 (09) | Completed reconciliation of 2009, no variances or credit issues exist on the case. |
| 7/29/2015 | O | 4 | 3 (10) | Began reconciling 2010 based on information located in the taxpayers 2009 amended filing for the State of Minnesota.<br><br>Was able to get the return setup correct but had issues with the tax calculation. Will complete 7/30 and close. |
| 7/30/2015 | O | 4 | 2 (10) | Completed 2010 rec, updated case file as required, printed all 5344's, 4549's and 9984 and closed case. |
| 8/6/15 | | | | Case issues for TS completed by RA - move back to TS on RGS. Mgr Herzig (acting) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

T = Type of Contact  1. Field Visit  2. Telephone  3. Correspondence  4. Other (explain in remarks)
LOC – Location of Activity  T = Taxpayer Residence/ Business  R = Representative Office  O = Other (explain in remarks)     **Workpaper#: 100-1.3**

Form **9984** (Rev. 8-2005)      Catalog Number 92068W           publish.no.irs.gov        Department of the Treasury – Internal Revenue Service

ECL-00054382

Taxpayer:                                              TIN:

| Date (mddyyyy) | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

T = Type of Contact   1. Field Visit   2. Telephone   3. Correspondence   4. Other (explain in remarks)
LOC – Location of Activity   T = Taxpayer Residence/ Business   R = Representative Office   O = Other (explain in remarks)   **Workpaper#: 100-1.4**

Form **9984** (Rev. 8-2005)      Catalog Number 92068W          publish.no.irs.gov          Department of the Treasury – Internal Revenue Service

ECL-00054383