# EXHIBIT K

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

February 03, 2015

**Ed Adams**
Redacted

In Reference To:  FILE NO.: 70680.01
Invoice # 30742   MATTER: Tax Matters

*Please return the top portion of the bill with your payment*

**Professional Services**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2015 | TEB | Redacted | 0.10<br>350.00/hr | 35.00 |
| 1/16/2015 | TEB | Telephone conference - with Jack Grou (CI) - left message; email Internal Revenue Service - CI | 0.30<br>350.00/hr | 105.00 |
| 1/20/2015 | TEB | Telephone conference - with Vicki Petricka; letter to Internal Revenue Service; Redacted | 0.50<br>350.00/hr | 175.00 |
| 1/21/2015 | TEB | Redacted | 0.10<br>350.00/hr | 35.00 |
| 1/22/2015 | TEB | | 0.20<br>350.00/hr | 70.00 |

|  |  |
|---|---|
| **For professional services rendered** | **$420.00** |
| **Previous balance** | **$210.00** |

**Accounts receivable transactions**

|  |  |
|---|---|
| 1/20/2015  Payment - Thank You. Check No. 0091978180 | ($210.00) |
| **Total payments and adjustments** | **($210.00)** |
| **Balance due** | **$420.00** |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN  55418
612.436.3291 Fax: 612.788.9879

March 11, 2015

**Ed Adams**
Redacted

In Reference To:    **FILE NO.: 70680.01**
Invoice # 30940      **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/25/2015 | TEB | Telephone conference - with Chris Becker regarding limited scope audit | | 0.30<br>350.00/hr | 105.00 |
| | TEB | Redacted | | 0.20<br>350.00/hr | 70.00 |
| | TEB | | | 0.30<br>350.00/hr | 105.00 |
| 2/26/2015 | TEB | | | 0.20<br>350.00/hr | 70.00 |

| | |
|---|---|
| For professional services rendered | $350.00 |
| Previous balance | $420.00 |

**Accounts receivable transactions**

| | |
|---|---|
| 2/17/2015  Payment - Thank You. Check No. 0096841511 | ($420.00) |
| Total payments and adjustments | ($420.00) |
| **Balance due** | $350.00 |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

April 02, 2015

**Ed Adams**
Redacted

In Reference To:   **FILE NO.: 70680.01**
Invoice # 31096      **MATTER: Tax Matters**

*Please return the top portion of the bill with your payment*

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2015 | TEB | Redacted | 0.50<br>350.00/hr | 175.00 |
| 3/11/2015 | TEB |  | 0.70<br>350.00/hr | 245.00 |
|  | TEB |  | 0.10<br>350.00/hr | 35.00 |
| 3/12/2015 | TEB | Telephone conference - with Kris Becker - left message | 0.10<br>350.00/hr | 35.00 |
| 3/17/2015 | TEB | Telephone conference - with Kris Becker - left message | 0.10<br>350.00/hr | 35.00 |
| 3/19/2015 | TEB | Redacted | 0.20<br>350.00/hr | 70.00 |
| 3/20/2015 | TEB | Telephone conference - with Kris Becker - left message | 0.10<br>350.00/hr | 35.00 |
|  | TEB | Telephone conference - with Kris Becker | 0.20<br>350.00/hr | 70.00 |
| 3/30/2015 | TEB | Redacted | 0.30<br>350.00/hr | 105.00 |
| 4/1/2015 | TEB | Letter to Kris Becker | 0.20<br>350.00/hr | 70.00 |

|  |  |
|---|---|
| For professional services rendered | **$875.00** |
| **Previous balance** | **$350.00** |

**Accounts receivable transactions**

|  |  |
|---|---|
| 3/26/2015  Payment - Thank You. Check No. 0002860403 | ($350.00) |
| **Total payments and adjustments** | **($350.00)** |

**Ed Adams**  Page 2

|  | Amount |
|---|---|
| **Balance due** | $875.00 |

Thank you for your business

Payments may be made using your VISA or MASTERCARD

## Foster & Brever, PLLC

Attorneys at Law
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3291 Fax: 612.788.9879

May 05, 2015

**Ed Adams**
Redacted

In Reference To:    **FILE NO.:** 70680.01
Invoice # 31213    **MATTER:** Tax Matters

*Please return the top portion of the bill with your payment*

**Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2015 | TEB | Telephone conference - with Kris Becker | 0.10<br>350.00/hr | 35.00 |
| 4/7/2015 | TEB | Redacted | 0.10<br>350.00/hr | 35.00 |
| 4/24/2015 | TEB | | 0.10<br>350.00/hr | 35.00 |

| | |
|---|---|
| For professional services rendered | $105.00 |
| Previous balance | $875.00 |

**Accounts receivable transactions**

| | |
|---|---|
| 4/13/2015 Payment - Thank You. Check No. 0005833878 | ($875.00) |
| **Total payments and adjustments** | ($875.00) |
| **Balance due** | $105.00 |

*Thank you for your business*

*Payments may be made using your VISA or MASTERCARD*