# EXHIBIT L

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | ADAMS, EDWARD S & DENISE G LINARES | **Examiner:** | Becker, Kristopher |
| **TIN:** | 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 | | |
| **Tax Form:** | 1040 | **Date:** | 4/23/2015 |
| **Tax Year (s):** | 200812, 200912, 201012 | | |

## CIVIL PENALTY APPROVAL FORM

| Conclusion: | |
|---|---|
| **X appropriate box below** | **Reason(s) for Non-Assertion of Penalty(s):  IRM 4.10.6.7(1)** |
| | *No Change or Refund Case* |
| X | *Deficiency Case (Explanation required when adjustments made and penalties are not asserted. The applicable exceptions to the penalty must be documented.)* |

**Reason(s) for Assertion of Penalty(s) IRM 4.10.6.7(1)**

*This was a deficiency case that was accepted as part of the Domestic Voluntary Disclosure Program. The taxpayers located capital gain income that had previously been excluded from the 2008, 2009 and 2010 income tax years, prepared amended returns, filed the amended returns with full payment of the liability. The taxpayers demonstrated a good faith effort to properly prepare the returns originally and were under no legal obligation to file these amended returns. As soon as the errors were located the taxpayer corrected and paid all liabilities owed.*

*As a result of the taxpayers reasonable preparation of the originally filed return, their locating the errors and correcting them in a reasonable manner and the demonstration of a good faith effort to ensure full compliance with the law there are no penalties being levied as part of this Domestic Voluntary Disclosure filing.*

**Group Manager Approval to Assess Penalties Identified Above and for Non-Assertion of Substantial Understatement Penalty Where Dollar Criteria for Penalty Has Been Met (IRM 20.1.5.1.6)**

**Group Manager Signature:** _[signature]_   **Date:** 4-24-15

300-Penalty_Approval_Form  
Rev. 9/2011

Workpaper #    -1.1

ECL-00054442

| Taxpayer Name: | ADAMS, EDWARD S & DENISE G LINARES | Examiner: | Becker, Kristopher |
|---|---|---|---|
| TIN: | 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 | | |
| Tax Form: | 1040 | Date: | 4/23/2015 |
| Tax Year (s): | 200812, 200912, 201012 | | |

| IRC | Penalty | IRM | Assert Penalty Yes | Assert Penalty No | Reference |
|---|---|---|---|---|---|
| **Penalties Not Requiring Group Managerial Approval** | | | | | |
| 6651(a)(1) | Failure to File (Delinquent and non-filed returns) *(Lead Sheet available)* | 20.1.2.2.7 | | X | |
| 6651(a)(2) | Failure to Pay | 20.1.2.2.8.4 and 20.1.2.2.10 | | X | |
| 6654 | Estimated Tax – Individual | 20.1.3.2 | | X | |
| 6655 | Estimated Tax – Corporate | 20.1.3.3 | | X | |

| IRC | Penalty | IRM | Assert Penalty Yes | Assert Penalty No | Reference |
|---|---|---|---|---|---|
| **Penalties Requiring Group Manager Approval** | | | | | |
| 6651(f) | Fraudulent Failure To File, Civil | 20.1.2.2.7.5 | | X | |
| 6662(c) | Negligence *(Lead Sheet available)* | 20.1.5.7 | | X | |
| 6662(d) | Substantial Understatement *(Lead Sheet available)* | 20.1.5.8 | | X | |
| 6662(b) | Other Accuracy Related | 20.1.5.1.1 | | X | |
| 6662(h) | Gross Valuation Misstatement | 20.1.5.9.4 | | X | |
| 6662A | Accuracy Related Penalty on Understatements with Respect to Reportable Transactions | 20.1.5.13 | | X | |
| 6707A | Failure to Include Reportable Transactions Information with Return or Statement *(See MySB/SE Abusive Transactions website)* | 20.1.5.13 and 4.32.2 | | X | |
| 6663 | Fraud *(Lead Sheet available)* | 20.1.5.12 | | X | |
| | Alternative Penalty Position | 20.1.5.12.2 | | X | |

| IRC | Consideration of Preparer/Promoter/Material Advisor Penalties | IRM | Consider Penalty Yes | Consider Penalty No | Reference |
|---|---|---|---|---|---|
| 6694(a) | Preparer Penalties – Understatement Due to Unreasonable Positions *(Lead Sheet available)* | 20.1.6.3.7 | | X | |
| 6694(b) | Preparer Penalties – Understatement Due to Willful or Reckless Conduct *(Lead Sheet available)* | 20.1.6.3.13 | | X | |
| 6695(a) | Failure to Furnish Copy to Taxpayer | 20.1.6.4.1 | | X | |
| 6695(b) | Failure to Sign Return/Claim for Refund | 20.1.6.4.2 | | X | |
| 6695(c) | Failure to Furnish Identifying Number | 20.1.6.4.3 | | X | |
| 6695(d) | Failure to Retain Copy or List | 20.1.6.4.4 | | X | |
| 6695(e) | Failure to Maintain Record of Preparer's Employed | 20.1.6.4.5 | | X | |
| 6695(f) | Negotiation of Taxpayer's Refund Check | 20.1.6.4.6 | | X | |
| 6695(g) | Failure of Due Diligence with Eligibility for EIC | 20.1.6.4.7 | | X | |
| 6700 | Promoting Abusive Tax Shelters | 20.1.6.12 | | X | |
| 6701 | Aiding & Abetting Understatement of Tax Liability | 20.1.6.13 | | X | |
| 6707 | Failure to Furnish Information Regarding Reportable Transactions | 20.1.6.15 | | X | |
| 6708 | Failure to Maintain Lists of Advisees with Respect to Reportable Transactions | 20.1.6.16 | | X | |
| 6713 | Unauthorized Disclosure or Use of Information | 20.1.6.7 | | X | |

300-Penalty_Approval_Form
Rev. 9/2011

Workpaper #  -1.2

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | ADAMS, EDWARD S & DENISE G LINARES | **Examiner:** | Becker, Kristopher |
| **TIN:** | 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 | | |
| **Tax Form:** | 1040 | **Date:** | 4/23/2015 |
| **Tax Year (s):** | 200812, 200912, 201012 | | |