# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 17-cr-64-DWF-KMM |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT'S MOTION FOR** |
| ) | **TELEPHONIC CONFERENCE** |
| EDWARD S. ADAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Defendant Edward S. Adams, by and through counsel, respectfully requests a telephonic conference regarding the Court's October 3, 2019 advice-of-counsel order (ECF No. 247), which directed Mr. Adams to notify the government by October 10, 2019 if he intends to raise an advice-of-counsel defense at trial. The scope and application of the order is unclear to undersigned counsel, and, if intended to have a certain effect, could raise serious constitutional issues that warrant careful consideration. Mr. Adams believes that these issues can be clarified and resolved in a short telephonic conference, and requests the opportunity to be heard on this matter at the Court's earliest available opportunity. Mr. Adams has conferred with the government on this issue, and the government agrees that a telephonic conference would be of assistance.

Dated:  October 7, 2019                            Respectfully submitted,

   /s/ *Lance Wade*

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
Jena Neuscheler (DC Bar # 187814)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com
jneuscheler@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*