<u>United States v. Edward S. Adams</u>

Case No. 17-64 (DWF/KMM)

Exhibit 3

# FOSTER & BREVER, PLLC

## ATTORNEYS AT LAW

2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418

Fax: (612) 788-9879

Thomas E. Brever
   (612) 436-3291
   E-mail: tbrever@fosterbrever.com
Robert J. Foster
   (612) 436-3290
   E-mail: rfoster@fosterbrever.com
Andrew T. Brever
   (612) 455-8942
   E-mail: abrever@fosterbrever.com

Legal Assistants:

Sandy Batcha
   (612) 436-3295
   E-mail: sbatcha@fosterbrever.com
Abby Dombrovski
   (612) 436-3297
   E-mail: adombrovski@fosterbrever.com

## FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:**  (267) 941-1115

To: Voluntary disclosure Coordinator
Of: IRS
From: Thomas Brever
Client/Matter: Ed Adams
Date: 10-8-14

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Correspondence | |
| | |
| | |

Original will follow by _____ U.S. Mail, _____ Messenger, _____ Express Mail.
__X__ Faxed Only - No original to follow.
_____ For your review/approval/suggestions.
_____ Please respond by _____.

Comments:

_The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service._



**FOSTER & BREVER, PLLC**
ATTORNEYS AT LAW

ROBERT J. FOSTER (612) 787-7894
THOMAS E. BREVER (612) 787-7893
ANDREW T. BREVER (612) 787-7892
OF COUNSEL, ERIC B. BREVER (612) 787-7891

October 8, 2014

Internal Revenue Service
Criminal Investigation
ATTN: Voluntary Disclosure Coordinator
Philadelphia Lead Development Center
1-D04-100
2970 Market St.
Philadelphia, PA   19104

By Fax: (267) 941-1115

RE:   Ed Adams

Minneapolis, MN  55409
SSN:
Domestic Voluntary Disclosure Pre-Clearance Request

```
Received
Internal Revenue Service

OCT 0 9 2014

Lead Development Center
Philadelphia, PA
```

Dear Sir or Madam:

On behalf of the above-referenced taxpayer, we respectfully request acceptance into a voluntary disclosure pursuant to the Service's longstanding policy. Please notify us of pre-clearance to proceed in this matter.

A Copy of our Power of Attorney for the above-identified taxpayer is enclosed.

Sincerely,

Thomas E. Brever

TEB/skb

Enclosure

2812 ANTHONY LANE SOUTH, SUITE 200 • ST. ANTHONY, MN 55418
FAX: (612) 788-9879
www.fosterbrever.com