## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing Objection to Report and Recommendation for Motion to Dismiss Counts 15–17 of the Superseding Indictment complies with the limits in Local Rule 72.2(c)(1) and with the type-size limit of Local Rule 72.2(c)(2). The foregoing document contains 3271 words. The undersigned has relied on the word count function of Microsoft Word 2016. The word count function was applied to include all text, including headings, footnotes, and quotations.

    /s/ *Lance Wade*