UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-64 (DWF/KMM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD S. ADAMS,

Defendant.

INFORMATION

26 U.S.C. § 7203

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(Willful Failure to Provide Information or Pay Tax – Misdemeanor)

During the tax year 2010, defendant EDWARD S. ADAMS willfully failed to report $90,025 in taxable income that he received from the sale of stock, thereby reducing the income taxes he owed to the United States of America. He was required by law to pay, on or before April 15, 2011, his income tax to the Internal Revenue Service. Well knowing all of the foregoing, Adams did willfully fail, on or before April 15, 2011, in the State and District of Minnesota and elsewhere, to pay income tax on the $90,025 in taxable income that he failed to report.

In violation of Title 26, United States Code, Section 7203.

ERICA H. MacDONALD
United States Attorney

Dated: October 22, 2019

BY: JOSEPH H. THOMPSON
KIMBERLY A. SVENDSEN
JORDAN L. SING
Assistant U.S. Attorneys

SCANNED
OCT 2 2 2019
U.S. DISTRICT COURT ST. PAUL