# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: CR 17-64(1) DWF/KMM |
| v. | |
| Edward S. Adams, | Date: October 24, 2019 |
| Defendant. | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:35 a.m. |
| | Sealed Hearing Time: 0 |
| | Time in Court: 35 Minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Joseph H. Thompson, Kimberly A. Svendsen & Jordan L. Sing, Assistant United States Attorney
For Defendant: Joseph G. Petrosinelli, Lance A. Wade, Deborah A. Ellingboe & James L. Volling, x Retained

PROCEEDINGS:

- x  Arraignment & Plea Hearing.

x ARRAIGNMENT AND PLEA:
- x Reading of Information waived. x Waiver of Indictment.
- x Guilty as to Count(s): 1ss of Misdemeanor Information.
- x  Presentence Investigation and Report requested.
- x  Bond continued.
- x  Sentencing set for 1/23/2020 at 11:00 am Courtroom 7C, St Paul, MN before Judge Donovan W. Frank.

s/L. Sampson
Signature of Courtroom Deputy