| Waiver of Indictment | Cr. Form No. 18 |
|---|---|

# United States District Court

## FOR THE

### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )   Criminal No. 17-cr-64(DWF/KMM)
)
EDWARD S. ADAMS, )
)
      Defendant. )
)

Edward S. Adams, the above-named defendant, who is accused of willful failure to provide information or pay tax being advised of the nature of the charge and of rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 10-24-2019

Edward S. Adams, Defendant

Joseph H. Thompson, Witness

Lance A. Wade, Esq.

SCANNED
OCT 24 2019
U.S. DISTRICT COURT ST. PAUL