## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>EDWARD S. ADAMS,<br><br>               Defendant. | )<br>)  17-cr-64-DWF-KMM<br>)<br>)  **CONSENT MOTION FOR**<br>)  **EXTENSION OF TIME TO FILE**<br>)  **POSITION REGARDING**<br>)  **SENTENCING**<br>)<br>)<br>)<br>) |

      Mr. Edward S. Adams, through undersigned counsel, respectfully moves for a six-day extension of time to file his Position Regarding Sentencing, to and including January 9, 2020. Absent an extension, Mr. Adams's brief would be due on January 3, 2020.

      1.    Mr. Adams has filed no prior motion for an extension of time as to his Position Regarding Sentencing.

      2.    Mr. Adams requests an extension of time because multiple holidays fall between now and the current deadline for Mr. Adams's brief, and multiple members of Mr. Adams's legal team have religious and other commitments in connection with those holidays.

      3.    The proposed extension will allow Mr. Adams adequate time to prepare his Position Regarding Sentencing, and will not interfere with any other deadlines or hearings this Court has set.

      4.    Counsel for Mr. Adams has consulted with counsel for the government, who does not oppose the proposed extension of time.

Dated:  December 20, 2019	Respectfully submitted,


   /s/ *Lance Wade*

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
Jena Neuscheler (DC Bar # 187814)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com
jneuscheler@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*