# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  CR 17-64 -(1) DWF/KMM |
| | Date:  January 23, 2020 |
| Edward S. Adams, | Court Reporter: Lynne Krenz |
| | Courthouse:  St. Paul |
| Defendant. | Courtroom:  7C |
| | Time Commenced:  11:03 AM |
| | Time Concluded:  11:28 AM |
| | Sealed Hearing Time: |
| | Time in Court:  25 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Joseph H. Thompson, Assistant United States Attorney
   For Defendant:   Joseph G. Petrosinelli, Lance A. Wade, James L. Volling, x Retained

   **x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1ss | X | | | | | 2 years | |

 x Special conditions of :   **See J&C for special conditions**
  x Defendant sentenced to pay:
         x Fine in the amount of $5,000.00.
         x Special assessment in the amount of $25.00.

  x Plea and plea agreement accepted.
  x On Motion of the Gov't., the remaining Counts of the Indictment are dismissed.
  x Docket no.: 272 shall remain sealed for 10 years until 01/23/2030.

                                                                                    s/L. Sampson
                                                                                  Courtroom Deputy