# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD S. ADAMS,<br><br>  Defendant. | Crim. No. 17-CR-64<br>(DWF/KMM) |

## MOTION FOR TRAVEL ORDER

Mr. Adams moves the Court for an Order permitting him to travel domestically outside this district on three occasions within the next 60 days, and states the following:

While on pretrial release, Mr. Adams was permitted to travel freely within the United States without obtaining permission from the Court or the Office of Probation and Pretrial Services. Mr. Adams routinely traveled domestically during that time, and always returned to this district at the conclusion of his travels. On January 23, 2020, this Court sentenced Mr. Adams to two years of probation, the terms of which require him to obtain permission from the Court or his probation officer before leaving this federal judicial district. Mr. Adams's probation officer has advised that the Court's permission is required for any domestic travel within the next 60 days. Mr. Adams had previously made travel arrangements to be away from this district with his family on the following dates and locations:

2

| Destination | Departure Date | Return Date |
|---|---|---|
| Colorado | Jan. 30, 2020 | Feb. 1, 2020 |
| Utah | Feb. 27, 2020 | Mar. 1, 2020 |
| Florida | Mar. 15, 2020 | Mar. 28, 2020 |

The government has no objection to this travel. Accordingly, Mr. Adams respectfully requests that the Court issue an Order permitting him to travel outside this judicial district on the three occasions referenced above.

Dated:  January 27, 2020               Respectfully submitted,

   /s/ *Lance Wade*

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
Jena Neuscheler (DC Bar # 187814)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com
jneuscheler@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*