## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-64 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD S. ADAMS, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Travel Order (Doc. No. 276). The Government does not oppose the Defendant's motion. The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that:

1. Defendant Edward S. Adams' unopposed Motion for Travel (Doc. No. [276]) is **GRANTED.**

2. Defendant Adams is permitted to travel to Colorado on Thursday, January 30, 2020, returning on Saturday, February 1, 2020.

3. Defendant Adams is permitted to travel to Utah on Thursday, February 27, 2020, returning on Sunday, March 1, 2020.

4 Defendant Adams is permitted to travel to Florida on Sunday, March 15, 2020, returning on Saturday, March 28, 2020.

5. Defendant Adams must report to his Probation and Pretrial Services Officer prior to leaving and upon his return to Minnesota.

Dated: January 27, 2020  s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge