**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ADAMS,<br><br>　　　　　Defendant. | Crim. No. 17-CR-64<br>(DWF/KMM) |

## MOTION TO AMEND TRAVEL ORDER

On January 27, 2020, this Court entered an Order permitting Mr. Adams to travel domestically outside this district on three occasions within the next sixty days. Undersigned counsel has just learned that there was a scrivener's error in Mr. Adams's Motion for Travel Order, which incorrectly listed February 1, 2020 as his date of return from Colorado. Mr. Adams plans to return from Colorado on February **3**, 2020. Mr. Adams respectfully requests that the Court amend the January 27th travel order to permit Mr. Adams to return from Colorado on February 3, 2020. The correct dates for Mr. Adams's three domestic trips appear below.

| **Destination** | **Departure Date** | **Return Date** |
|---|---|---|
| Colorado | Jan. 30, 2020 | Feb. **3**, 2020 |
| Utah | Feb. 27, 2020 | Mar. 1, 2020 |
| Florida | Mar. 15, 2020 | Mar. 28, 2020 |

Dated:  January 28, 2020						Respectfully submitted,

   /s/ *Lance Wade*

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
Jena Neuscheler (DC Bar # 187814)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com
jneuscheler@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*