**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-64 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER AMENDING CONDITIONS OF PROBATION** |
| EDWARD S. ADAMS, | |
| Defendant. | |

This matter is before the Court to address the issue of the Defendant's conditions of probation. The Court has consulted the United States Probation and Pretrial Services officer along with Southern Minnesota Regional Legal Services (SMRLS) and Volunteer Lawyers Network (VLN).

Based upon the current status of the file and the Court having reviewed the sentence it imposed on January 23, 2020 and being otherwise duly advised in the premises, hereby enters the following:

**ORDER**

1. The Defendant shall perform 200 hours of community service work as provided in the Court's sentencing on January 23, 2020; however, the Court vacates the requirement that the work be specifically done with Volunteer Lawyers Network (VLN) and the Southern Minnesota Regional Legal Services (SMRLS). The 200 hours of community service work shall be performed on a schedule and with programs approved by the probation officer.

Dated: February 5, 2020

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge