UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-064(01) DWF/KMM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SATISFACTION OF** |
| Plaintiff, | **MONETARY IMPOSITION** |
| v. | |
| EDWARD S. ADAMS, | |
| Defendant. | |

The fine of $5,000.00 and special assessment of $25.00 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $5,025.00.

Dated: February 6, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Erin M. Secord*

BY: ANA H. VOSS
Assistant U.S. Attorney
Attorney I.D. No. 483656DC
Email: Ana.Voss@usdoj.gov
ERIN M. SECORD
Assistant U.S. Attorney
Attorney ID No. 0391789
Email: erin.secord@usdoj.gov
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600