# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> )           Plaintiff, ) <br> ) <br> V.                                                        ) <br> ) <br> EDWARD S. ADAMS,                    ) <br>        Defendant.  ) <br> ) | 17-cr-64-DWF-KMM <br><br> **NOTICE OF FIRM NAME CHANGE AND EMAIL CONTACT CHANGE** |

Please be advised that effective February 1, 2020, Faegre Baker Daniels, LLP has changed its name and e-mail addresses. The new firm name is hereinafter **Faegre Drinker Biddle & Reath LLP.** The mailing address and contact telephone number remain unchanged.

The following attorneys, who are counsel of record for Edward S. Adams, may now be reached at the following e-mail addresses:

| Attorney Name | Email Address |
|---|---|
| James L. Volling | James.volling@faegredrinker.com |
| Deborah A. Ellingboe | Debbie.ellingboe@faegredrinker.com |

Counsel for Defendant Edward S. Adams respectfully request that the Clerk and all counsel update this firm's new name and email address information.

.

Dated:        February 11, 2020

                                              *s/James L. Volling*
                                              James L. Volling (MN #113128)
Deborah A. Ellingboe (MN #26216X)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
James.volling@faegredrinker.com
Debbie.ellingboe@faegredrinker.com

Joseph G. Petrosinelli (DC #434280)
Lance Wade (DC #484845)
Sarah Lochner O'Connor (DC #1012405)
Gloria Maier (DC Bar #1012208)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
soconnor@wc.com

*Attorneys for Defendant Edward S. Adams*