UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   17-cr-64-DWF-KMM ) |
| EDWARD S. ADAMS, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that attorney Jena R. Neuscheler hereby withdraws her appearance as counsel for Edward S. Adams pursuant to LCvR 83.7(a). The law firm of Williams & Connolly LLP and attorneys Joseph G. Petrosinelli, Lance Wade, and Gloria Maier will continue to represent Mr. Adams and remain as counsel of record, along with attorneys James L. Volling and Deborah A. Ellingboe of the law firm of Faegre Baker Daniels LLP.

Dated:  February 27, 2020

Respectfully submitted,

  /s/ *Jena R. Neuscheler*

Joseph G. Petrosinelli (DC Bar #434280)
Lance Wade (DC Bar #484845)
Gloria Maier (DC Bar # 1012208)
Jena Neuscheler (DC Bar # 187814)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
jpetrosinelli@wc.com
lwade@wc.com
gmaier@wc.com
jneuscheler@wc.com

James L. Volling (#113128)
Deborah A. Ellingboe (#26216X)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55420
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
james.volling@faegrebd.com
debbie.ellingboe@faegrebd.com

*Attorneys for Defendant Edward S. Adams*