UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-64 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER GRANTING EARLY TERMINATION OF PROBATION** |
| Edward S. Adams, | |
| Defendant. | |

This matter is before the Court upon the Request for Early Termination of Probation (Doc. No. [286]). On January 23, 2020, the above Defendant was placed on supervision for a period of 24 months. This Defendant has complied with the rules and regulations of supervision and is no longer in need of supervision and the United States Probation and Pretrial Services has recommended that this Defendant be discharged from supervision.

Based upon the submissions of the United States Probation and Pretrial Services and the Court having reviewed the entire file in this matter and being otherwise duly advised in the premises, hereby enters the following:

**ORDER**

1. The Defendant is hereby **DISCHARGED** from supervision and the proceedings in this case shall be terminated and the file closed.

Dated: May 12, 2021        s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge